# EXHIBIT 3

**The Honest Company, Inc. Loss Chart**
**Pursuant and/or Traceable to the Company's May 2021 Initial Public Offering**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $ 10.55 |
| Wang, Mike | 5/5/2021 | 1,000 | ($22.51) | ($22,510.00) | | | | | | | | |
| | 7/14/2021 | 800 | ($13.98) | ($11,184.00) | | | | | | | | |
| | | 1,800 | | ($33,694) | | | | | 1,800 | $18,990.00 | ($14,704.00) | |