Francis P. McConville (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
dschwartz@labaton.com

*Counsel for Proposed Lead Plaintiff Kathie*
*Ng and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CODY DIXON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE HONEST COMPANY, INC., NIKOLAOS VLAHOS, KELLY KENNEDY, JESSICA WARREN, KATIE BAYNE, SCOTT DAHNKE, ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS, INC., WILLIAM BLAIR & COMPANY, L.L.C., GUGGENHEIM SECURITIES, LLC, TELSEY ADVISORY GROUP LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, PENSERRA SECURITIES LLC, and SAMUEL A. RAMIREZ & COMPANY, INC., <br><br> Defendants. | No. 2:21-cv-07405-MCS-PLA <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION OF KATHIE NG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Date:  December 13, 2021 <br> Time: 9:00 a.m. <br> Courtroom:  7C <br> Judge:  Hon. Mark C. Scarsi |

*Captions continue on next page…*

STEPHEN J. GAMBINO, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

THE HONEST COMPANY, INC., NIKOLAOS VLAHOS, KELLY KENNEDY, JESSICA WARREN, KATIE BAYNE, SCOTT DAHNKE, ERIC LIAW, JEREMY LIEW, and AVIK PRAMANIK,

Defendants.

No. 2:21-cv-08033-MCS-PLA

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on December 13, 2021, or as soon thereafter as the matter may be heard by the Honorable Mark C. Scarsi, First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, proposed Lead Plaintiff Kathie Ng ("Ng"), through her undersigned counsel, will and hereby does move this Court for the entry of an Order: (1) consolidating the above-captioned actions pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing Ng as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*; (3) approving Ng's selection of Labaton Sucharow LLP as Lead Counsel for the Class and The Schall Law Firm as Liaison Counsel for the Class (the "Motion"); and (4) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Ng believes she is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Ng believes she has the "largest financial interest" in the relief sought by the Class in this litigation. Ng also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") because her claims are typical of other Class members' claims, and because she will fairly and adequately represent the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Francis P. McConville, Esq. filed herewith and the

---

[1]    Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Ng cannot ascertain whether any other parties will also seek appointment as Lead Plaintiff until after the November 15, 2021 deadline. Accordingly, Ng's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived in this limited instance.

1

exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Ng respectfully requests that the Court grant the Motion and enter an Order: (1) consolidating the above-captioned actions; (2) appointing Ng as Lead Plaintiff; (3) approving Ng's selection of Labaton Sucharow LLP as Lead Counsel for the Class and The Schall Law Firm as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

DATED: November 15, 2021                 Respectfully submitted,

By:   /s/ Francis P. McConville
          Francis P. McConville

Francis P. McConville (*pro hac vice forthcoming*)
David J. Schwartz (*pro hac vice forthcoming*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
dschwartz@labaton.com

*Counsel for Proposed Lead Plaintiff Kathie Ng and Proposed Lead Counsel for the Class*

Brian Schall
Rina Restaino
**THE SCHALL LAW FIRM**
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

*/s/ Francis P. McConville*
Francis P. McConville

Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

# Mailing Information for a Case 2:21-cv-07405-MCS-PLA Cody Dixon v. The Honest Company, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Koji F Fukumura**
  kfukumura@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Daniel H R Laguardia**
  daniel.laguardia@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,manattyoffice@shearman.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com,info@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- **Michael C Tu**
  mctu@cooley.com,ktjones@cooley.com,efilingnotice@cooley.com,efiling-notice@ecf.pacerpro.com,mhuston@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`