# Exhibit B

**The Honest Company, Inc.**
**Class Period: Pursuant/traceable to 5/4/2021 IPO**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| HNST | 438333106 | BMF1LH5 | US4383331067 | $10.5500 [1] |

**Kathie Ng**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 05/04/21 | 0 | | |
| Purchase | 06/16/21 | 600 | $17.7000 | ($9,600.00) [2] |
| Purchase | 06/16/21 | 400 | $17.6800 | ($6,400.00) [2] |
| Purchase | 06/16/21 | 3 | $17.7200 | ($48.00) [2] |
| Purchase | 06/16/21 | 910 | $17.7400 | ($14,560.00) [2] |
| Purchase | 06/16/21 | 14,025 | $17.7500 | ($224,400.00) [2] |
| Purchase | 06/16/21 | 100 | $17.7300 | ($1,600.00) [2] |
| Purchase | 06/16/21 | 300 | $17.7100 | ($4,800.00) [2] |
| Purchase | 06/16/21 | 801 | $17.6900 | ($12,816.00) [2] |
| Purchase | 06/16/21 | 200 | $17.6500 | ($3,200.00) [2] |
| Purchase | 06/16/21 | 300 | $17.6500 | ($4,800.00) [2] |
| Purchase | 06/16/21 | 1,000 | $17.6700 | ($16,000.00) [2] |
| Purchase | 06/16/21 | 1,361 | $17.6600 | ($21,776.00) [2] |
| *Class Period purchases:* | | *20,000* | | *($320,000.00)* |
| | | | | |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | | | | |
| | Shares Held: | 20,000 | $10.5500 | $211,000.00 |

| **LIFO Gain/(Loss):** | **($109,000.00)** |
|---|---|

[1] *Value of shares held is the close price on 9/15/2021.*
[2] *Traceable purchases have been capped at the IPO price of $16.00 per share.*