Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Cody Dixon and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CODY DIXON, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-07405-MCS-PLA |
| Plaintiff, | **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF CODY DIXON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| v. | |
| THE HONEST COMPANY, INC., NIKOLAOS VLAHOS, KELLY KENNEDY, JESSICA WARREN, KATIE BAYNE, SCOTT DAHNKE, ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS, INC., WILLIAM BLAIR & COMPANY, L.L.C., GUGGENHEIM SECURITIES, LLC, TELSEY ADVISORY GROUP LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, PENSERRA SECURITIES LLC, and SAMUEL A. RAMIREZ & COMPANY, INC., | |
| Defendants. | |

[Caption continues on following page.]

DECLARATION OF CHARLES H. LINEHAN

STEPHEN J. GAMBINO, Individually and On Behalf of All Others Similarly Situated,

           Plaintiff,

      v.

THE HONEST COMPANY, INC., NIKOLAOS VLAHOS, KELLY KENNEDY, JESSICA WARREN, KATIE BAYNE, SCOTT DAHNKE, ERIC LIAW, JEREMY LIEW, and AVIK PRAMANIK,

           Defendants

Case No. 2:21-cv-08033-MCS-PLA

DECLARATION OF CHARLES H. LINEHAN

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Cody Dixon ("Dixon") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of the Motion of Cody Dixon for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published on *Business Wire* on September 15, 2021, announcing the pendency of the first-filed securities class action against the defendants herein;

Exhibit B:   Signed PSLRA Certification of Dixon;

Exhibit C:   Analysis of Dixon's financial interest as a result of his transactions in The Honest Company, Inc. common stock; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of November 2021, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

---

DECLARATION OF CHARLES H. LINEHAN

1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On November 15, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 15, 2021, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan