Daniel H.R. Laguardia (State Bar No. 314654)
daniel.laguardia@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P. MORGAN
SECURITIES LLC, JEFFERIES LLC, BOFA
SECURITIES, INC., CITIGROUP GLOBAL
MARKETS, INC., WILLIAM BLAIR &
COMPANY, L.L.C., GUGGENHEIM
SECURITIES, LLC, TELSEY ADVISORY
GROUP LLC, C.L. KING & ASSOCIATES, INC.,
LOOP CAPITAL MARKETS LLC, PENSERRA
SECURITIES LLC, and SAMUEL A. RAMIREZ &
COMPANY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-PLA<br><br>**Underwriter Defendants' Joinder in The Honest Defendants' Motion to Dismiss the Consolidated and Amended Complaint**<br><br>Courtroom:  7C<br>Judge:  Hon. Mark C. Scarsi<br>Date:  April 18, 2022<br>Time:  9:00am |

Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (collectively, the "Underwriter Defendants") join in the Honest Defendants'[1] Notice of Motion and Motion to Dismiss the Consolidated and Amended Complaint (ECF No. 60) and the Memorandum of Points and Authorities in Support of the Honest Defendants' Motion to Dismiss the Consolidated and Amended Complaint (ECF No. 60-1) ("Honest Defendants' Motion to Dismiss"), with respect to the claims asserted against the Underwriter Defendants (those under Section 11 of the Securities Act of 1933) in the Consolidated Class Action Complaint (ECF No. 59) (the "Complaint").  For the reasons set forth in the Honest Defendants' Motion to Dismiss, the Underwriter Defendants respectfully request that the Court dismiss with prejudice the claims asserted against them in the Complaint.

Dated:  March 14, 2022

Respectfully submitted,

SHEARMAN & STERLING LLP

By:  */s/Daniel H.R. Laguardia*
      Daniel H.R. Laguardia

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS, INC., WILLIAM BLAIR & COMPANY, L.L.C., GUGGENHEIM SECURITIES, LLC, TELSEY ADVISORY GROUP LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, PENSERRA

---

[1] The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Praminik, Nikolaos Vlahos, and Jessica Warren are collectively referred to herein as the "Honest Defendants."

SECURITIES LLC, and SAMUEL A. RAMIREZ & COMPANY, INC.