MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
BENJAMIN B. SWEENEY (State Bar No. 313650)
*bsweeney@cooley.com*
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:  (310) 883-6400
Facsimile:   (310) 883-6500

KOJI F. FUKUMURA (State Bar No. 189719)
*kfukumura@cooley.com*
COOLEY LLP
4401 Eastgate Mall
San Diego, California 92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants
THE HONEST COMPANY, INC., KATIE
BAYNE, SCOTT DAHNKE, KELLY KENNEDY,
ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK,
NIKOLAOS VLAHOS and JESSICA WARREN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-PLA |
| | **THE HONEST DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED AND AMENDED COMPLAINT** |
| | Courtroom:  7C<br>Judge:       Hon. Mark C. Scarsi<br>Date:         April 18, 2022<br>Time:         9:00am |

COOLEY LLP
ATTORNEYS AT LAW

Defendants The Honest Company, Inc. ("Honest" or the "Company"), Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, and Jessica Warren (collectively, the "Honest Defendants") respectfully request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201,[1] of the documents referenced below in connection with the Honest Defendants' Motion to Dismiss the Amended and Consolidated Complaint (the "Motion").[2]

1.     Relevant excerpts[3] from Honest's Form 424B4 prospectus, dated May 4, 2021 and filed with the SEC on May 6, 2021, true and correct copies of which are attached hereto as **Exhibit E**.[4]

2.     Relevant excerpts from Honest's Form 10-Q, filed with the SEC on June 17, 2021, true and correct copies of which are attached hereto as **Exhibit F**.

3.     Relevant excerpts from Honest's Form 10-K, filed with the SEC on March 28, 2022, true and correct copies of which are attached hereto as **Exhibit G**.

The Court may properly take judicial notice of Exhibits E–G above because they are documents filed with the SEC.  It is well-settled that, in connection with a motion to dismiss, a court may take judicial notice of the contents of documents filed with the SEC, whether or not those documents are attached to the complaint.  *See Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (taking judicial

[1] Federal Rule of Evidence 201 provides for judicial notice of any fact "not subject to reasonable dispute because it:  (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

[2] The Honest Defendants request that the Court take judicial notice of the documents referenced herein and attached hereto in addition to the documents attached as Exhibits A–D to the original Request for Judicial Notice in support of the Motion.

[3] In the interest of efficiency, the Honest Defendants have submitted relevant excerpts of lengthy SEC filings.  Courts frequently take judicial notice of excerpted documents that are not in dispute.  *See In re Nuko Info. Sys. Sec. Litig.*, 199 F.R.D. 338, 314 (N.D. Cal. 2000).  The Honest Defendants will readily provide complete documents to the Court upon request, and they are available online at www.sec.gov.

[4] The Honest Defendants have already requested that the Court take judicial notice of other portions of the Prospectus.  *See* Request for Judicial Notice (ECF No. 61) at 1. The additional excerpts referenced herein and attached hereto as Exhibit E are cited in response to arguments raised in plaintiffs' opposition brief.

1

notice of SEC filings); *In re Nuko*, 199 F.R.D. at 341 ("In a securities fraud action, the court may take judicial notice of public records outside the pleadings, including SEC filings."); *In re Wet Seal, Inc. Sec. Litig.*, 518 F. Supp. 2d 1148, 1158 (C.D. Cal. 2007) ("[T]he Court may properly take judicial notice of the SEC filings as public records of undisputed authenticity.").

For these reasons, the Honest Defendants respectfully request that the Court take judicial notice of the documents referenced above in support of the Motion.

Dated:  April 4, 2022

Respectfully submitted,

COOLEY LLP

By: _____/s/ Michael C. Tu_____
          Michael C. Tu

Attorney for Defendants
THE HONEST COMPANY, INC., KATIE BAYNE, SCOTT DAHNKE, KELLY KENNEDY, ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK, NIKOLAOS VLAHOS and JESSICA WARREN