# Exhibit E

Exhibit E
Page 3

424B4 1 d27841d424b4.htm 424B4

Table of Contents

Filed pursuant to Rule 424(b)(4)
Registration No. 333-255150

# 25,807,000 Shares



## COMMON STOCK

This is an initial public offering of shares of common stock of The Honest Company, Inc. We are offering 6,451,613 shares of our common stock and the selling stockholders identified in this prospectus, including entities affiliated with certain of our directors, are offering an additional 19,355,387 shares of our common stock. We will not receive any proceeds from the sale of shares by the selling stockholders.

Prior to this offering, there has been no public market for our common stock. The initial public offering price for our common stock is $16.00 per share. Our common stock has been approved for listing on The Nasdaq Global Select Market under the symbol "HNST."

We are an "emerging growth company" as defined under the federal securities laws and, as such, we have elected to comply with certain reduced reporting requirements for this prospectus and may elect to do so in future filings.

**Investing in our common stock involves risks. See the section titled "Risk Factors" beginning on page 19 to read about factors you should consider before buying our common stock.**

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

|  | Per Share | Total |
|---|---|---|
| Initial public offering price | $ 16.00 | $ 412,912,000.00 |
| Underwriting discounts and commissions(1) | $ 1.04 | $ 26,839,280.00 |
| Proceeds, before expenses, to The Honest Company, Inc. | $ 14.96 | $ 96,516,130.48 |
| Proceeds, before expenses, to the selling stockholders | $ 14.96 | $ 289,556,589.52 |

(1)    See the section titled "Underwriting" for additional information regarding compensation payable to the underwriters.

At our request, the underwriters have reserved up to 5% of the shares of common stock offered by this prospectus for sale, at the initial public offering price, to certain individuals identified by our directors and officers. See the section titled "Underwriters—Directed Share Program" for additional information.

We have granted the underwriters an option for a period of 30 days to purchase up to an additional 3,871,050 shares of common stock from the selling stockholders at the initial public offering price less the underwriting discounts and commissions.

Certain funds and accounts managed by subsidiaries of BlackRock, Inc. have agreed to purchase $80 million in shares of our common stock in this offering at the initial public offering price. The underwriters will receive the same underwriting discount on any shares purchased by these investors as they will on any other shares sold to the public in this offering.

*The underwriters expect to deliver the shares of common stock to purchasers on May 7, 2021.*

| **Morgan Stanley** | | **J.P. Morgan** | | **Jefferies** |
|---|---|---|---|---|
| **BofA Securities** | **Citigroup** | **William Blair** | | **Guggenheim Securities** |

| Telsey Advisory Group | C.L. King & Associates | Loop Capital Markets | Penserra Securities LLC | Ramirez & Co., Inc. |
|---|---|---|---|---|

**Prospectus dated May 4, 2021.**

Table of Contents





Exhibit E
Page 6

Table of Contents

*Integrated Omnichannel Approach to Drive Discovery and Accessibility*

Our multi-channel presence across our complementary Digital and Retail channels allows us to meet our consumers however they want to shop, mirroring their shopping behaviors and providing availability and accessibility that we believe our competitors would find hard to replicate. Our integrated omnichannel approach has driven brand building and organic lead generation, while maximizing consumer connection, experience and accessibility to encourage long-term consumer relationships. Our Digital channel is comprised of both our flagship digital platform, Honest.com, and third-party pureplay ecommerce sites. Honest.com enables us to maintain direct relationships with our consumers, influence brand experience and better understand consumer preferences and behavior. Our third-party pureplay ecommerce partners and our Retail channel, which includes leading retailers and their websites, increase accessibility of our products to more consumers. We have developed a distinctive business model that has allowed us to efficiently scale our business while making us agnostic to the channel where consumers purchase our brand. Our omnichannel strategy has meaningfully increased access to our products. According to a third-party study that we commissioned, 79% of recent diaper buyers who originate on Honest.com also shopped for Honest diapers in retail brick and mortar stores.

*Scalable Infrastructure and High-Performance Team to Support Growth*

We have made significant investments in recent years designed to provide a stable foundation for our business as it scales. We have built state-of-the-art infrastructure, systems and processes to support our core in-house capabilities, including research and development, sales and marketing, brand management, distribution and logistics and customer service. We believe this foundation is highly scalable and therefore capable of supporting our future growth.

We are led by a strong team of consumer industry veterans who are united by a passion for our mission and a belief in our vast future potential. Our founder, Jessica Alba, is a globally recognized business leader, entrepreneur, advocate, actress and New York Times bestselling author. With a significant global reach including more than 39 million social media followers worldwide across social media accounts, she has an innate and invaluable ability to resonate and engage with the consumer, driving trends across demographics and generations. Her partnership with our Chief Executive Officer, Nick Vlahos, represents a distinctive combination of her entrepreneurial, authentic insights and his deep experience in the consumer products industry. Nick brings over 30 years of experience in the consumer products industry, including most recently as Chief Operating Officer at The Clorox Company, and previously as Vice President—General Manager of Burt's Bees. We believe our blend of talent, experience and culture gives us the ability to drive sustainable growth.

**Our Growth Strategy**

We intend to drive growth and increased profitability in our business through these key elements of our strategy:

*Drive Marketing Innovation to Increase Consumer Engagement*

- *Deepen Consumer Relationships.* We plan to deepen our existing consumer relationships to improve our revenue retention and increase our wallet share. We intend to further promote our strong brand equity, develop a more holistic offering for all life stages through strategic product innovation and enhance our consumer experience and product accessibility through coordinated cross-channel efforts with the goal of increasing purchase frequency and overall customer spend.

- *Grow Brand Awareness and Encourage Trial.* Our unaided brand awareness of 25% among diaper buyers illustrates an opportunity to broaden our consumer base and drive future growth. We are focused on increasing brand awareness and consumer touchpoints by leveraging our differentiated content, engaged community and omnichannel strategy with continued investment in innovative brand

7

Table of Contents

and performance marketing. We believe increasing brand awareness could be a significant growth driver for our company.

***Drive Accretive Product Innovation***

- *Improve Existing Products.* We strive for continuous improvement in our existing products' safety, sustainability, efficacy and design profile, which we refer to as costovation, as exemplified by the introduction of our clean conscious diaper in January 2021. We believe continuous innovation is important to accelerating our growth, deepening consumer connections and improving the profitability of our product offering.

- *Introduce Innovative Products in Existing Categories.* We plan to leverage our direct relationship with our community of consumers, research and development experts, internal laboratories, rapid product development capabilities and flexible supply chain to drive agile innovation in our existing categories and gain market share. We are currently reviewing our beauty offering and ingredients to capitalize on advancements in clean formulations and sustainable packaging.

- *Launch New Categories.* We intend to leverage our in-house innovation capabilities to launch new products that disrupt adjacent product categories. Our direct relationship with our community of consumers provides insight into those categories in which latent demand exists. Moreover, our consumer research indicates that our brand resonates in a broad set of adjacent product categories, including new product categories within Household and Wellness and Skin and Personal Care.

***Continued Execution of Omnichannel Strategy to Drive Product Accessibility***

- *Increase Sales Through Ecommerce Channels.* We plan to grow Honest.com by leveraging our deep connection with existing consumers and drawing new consumers through increased brand awareness and investing in performance marketing. Our flagship digital platform is core to our consumer engagement strategy, providing an immersive brand experience through our original content as well as a convenient shopping channel. Additionally, we intend to leverage our successful relationships with our third-party ecommerce partners with an aim to capture the growing portion of CPG sales transacted online in the United States.

- *Increase Breadth and Depth of Distribution at Domestic Retail Partners.* Building on our success at growing our Retail channel, we have additional whitespace opportunity to expand distribution. For the 52 weeks ending December 27, 2020, we had approximately 40% all-commodity volume, or ACV, in both our Diapers and Wipes and Skin and Personal Care categories across national multi-outlet stores compared to historical leading brands that have been on the market for decades in the same categories with 95 to 100% ACV. ACV is the measurement of a product's distribution weighted by the overall dollar retail sales attributable to the retail location distributing such product; a retail location would be counted as having sold the product or product group if at least one unit of the product was scanned for sale within the relevant time period. This metric provides a measurement of retail penetration that takes into account the importance of selling through retail locations with higher overall retail sales volumes, and as a result we believe that our competitors generally use the same measurement. We intend to enhance distribution with our existing retailers by leveraging our sales productivity and innovation, winning more shelf space and increasing the number of products we sell at retail locations that already carry our products. Additionally, we plan to increase our accessibility and reach a broader consumer base by strategically adding new retail partners, which would expand our ACV. We believe that Honest products attract an appealing consumer for our retailers. For example, based on a third-party study that we commissioned, during the eight month period ending January 2021, the average Honest consumer had a 14% higher average basket size (in dollars) when making any purchase than the average Target consumer, making Honest consumers more attractive to our retail partners due to higher average spending.

8

Table of Contents

- *Grow International Sales.* In 2020, international sales represented 2% of our revenue while a significant number of Jessica Alba's social media followers were located outside the United States. We plan to accelerate our growth outside the United States by leveraging the Honest brand and global reach of Jessica Alba. We plan to prioritize markets where consumer trends towards clean, ingredient-led products in our categories are accelerating. We have entered Canada and Europe through partnerships with leading retailers and intend to leverage our proven consumer resonance to expand our footprint across existing and new accounts. We have a meaningful opportunity to leverage Jessica Alba's large following in Asia to tap into one of the largest addressable markets for baby and personal care products. We plan to partner with leading international retailers and third-party ecommerce platforms to allow us to efficiently expand our international reach.

**Recent Developments**

Set forth below are preliminary estimates of selected unaudited financial and other information for the three months ended March 31, 2021 and actual unaudited financial results for the three months ended March 31, 2020. Our unaudited interim consolidated financial statements for the three months ended March 31, 2021 are not yet available. The following information reflects our preliminary estimates based on currently available information and is subject to change. These preliminary estimates are forward-looking statements. We have provided ranges, rather than specific amounts, for the preliminary estimates of the financial information described below primarily because our financial closing procedures for the three months ended March 31, 2021 are not yet complete and, as a result, our final results upon completion of our closing procedures may vary from the preliminary estimates.

| | Three Months Ended March 31, | | |
|---|---|---|---|
| | 2020 | 2021 | |
| | | (in thousands) (unaudited) | |
| | | Low | High |
| Revenue | $72,372 | $78,000 | $80,000 |
| Net income (loss) | $    559 | $ (5,500) | $ (4,500) |
| **Non-GAAP Financial Measure—Adjusted EBITDA** | | | |
| Adjusted EBITDA | $  4,463 | $ (1,000) | $    — |

- For the three months ended March 31, 2021, we expect to report revenue in the range of $78.0 million to $80.0 million, representing growth in the range of 8% to 11% over the three months ended March 31, 2020. Revenue growth was driven primarily by an acceleration in volume of sales of our Skin and Personal Care products across both the Retail and Digital channels in part as a result of our omnichannel marketing strategy.

- For the three months ended March 31, 2021, we expect to report a net loss in the range of $5.5 million to $4.5 million, as compared to net income of $0.6 million for the three months ended March 31, 2020. This expected net loss is primarily due to investments in marketing, in product innovation, and selling, general and administrative expenses related to our public offering and other transaction-related expenses.

- For the three months ended March 31, 2021, we expect to report adjusted EBITDA in the range of ($1.0) million to zero, representing a decrease of $4.5 million to $5.5 million as compared to the three months ended March 31, 2020. Adjusted EBITDA is a measure that is not calculated in accordance with GAAP. See below for a reconciliation of adjusted EBITDA to expected net loss for the ranges presented above for the three months ended March 31, 2021 and the actual results for the three months ended March 31, 2020. For further information about the limitations of the use of adjusted EBITDA, see the section titled "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measure—Adjusted EBITDA."

9

Exhibit E
Page 9

Table of Contents

The following table reconciles expected net loss to adjusted EBITDA for the three months ended March 31, 2021, and reconciles actual net income to adjusted EBITDA for the three months ended March 31, 2020:

| | Three Months Ended March 31, | | |
| | 2020 | 2021 | |
| | | (in thousands) (unaudited) | |
| | | Low | High |
|---|---|---|---|
| Net income (loss) | $ 559 | $(5,500) | $(4,500) |
| Interest and other (income) expense, net | 159 | 350 | 350 |
| Income tax provision | 22 | 50 | 50 |
| Depreciation and amortization | 1,229 | 1,100 | 1,100 |
| Stock-based compensation | 1,923 | 1,900 | 1,900 |
| Innovation Strategy expenses[1] | 571 | — | — |
| Related offering costs and other transaction-related expenses[2] | — | 1,100 | 1,100 |
| Total Adjusted EBITDA | $4,463 | $(1,000) | $  — |

[1] Consists of professional fees and expenses and executive severance and termination expenses related to our Innovation Strategy, which we describe further in the section titled "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measure—Adjusted EBITDA."

[2] Consists of third-party costs associated with the preparation of this offering.

The data presented above reflects our preliminary estimates for the three months ended March 31, 2021 based solely upon information available to us as of the date of this prospectus and is not a comprehensive statement of our financial or other results for the three months ended March 31, 2021. This data has been prepared by, and is the responsibility of, our management. Our independent registered public accounting firm, PricewaterhouseCoopers LLP, has not audited, reviewed, compiled or applied agreed-upon procedures with respect to this preliminary financial information. Accordingly, PricewaterhouseCoopers LLP does not express an opinion or any other form of assurance with respect thereto. We currently expect that our final results will be consistent with the estimates set forth above, but such estimates are preliminary and our final results could differ from these estimates due to the completion of our financial closing procedures, final adjustments and other developments that may arise between now and the time such unaudited interim consolidated financial statements for the three months ended March 31, 2021 are issued. For example, during the course of the preparation of the respective financial statements and related notes, additional items that would require adjustments to be made to the preliminary estimated financial information presented above may be identified. There can be no assurance that these estimates will be realized, and estimates are subject to risks and uncertainties, many of which are not within our control. See "Risk Factors," "Special Note Regarding Forward-Looking Statements" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" for additional information regarding these risks and uncertainties, including other factors that could cause our preliminary estimates to differ from the actual financial results that we will report for the three months ended March 31, 2021.

## 2021 Dividend

In April 2021, our board of directors declared a cash dividend of $35.0 million to the holders of record of our common stock and our redeemable convertible preferred stock as of May 3, 2021 that is contingent upon the closing of this offering and payable no later than June 30, 2021, or the 2021 Dividend. Investors in this offering will not be eligible to receive this dividend.

Table of Contents

**Risk Factors Summary**

Investing in our common stock involves substantial risks. The risks described in the section titled "Risk Factors" immediately following this summary may cause us to not realize the full benefits of our strengths or to be unable to successfully execute all or part of our strategy. Some of the more significant risks include the following:

- We have incurred net losses each year since our inception and we may not be able to achieve or maintain profitability in the future.

- Our significant growth may not be indicative of our future growth and, if we continue to grow rapidly, we may not be able to effectively manage our growth or evaluate our future prospects. If we fail to effectively manage our future growth or evaluate our future prospects, our business could be adversely affected.

- Our quarterly operating results may fluctuate, which could cause our stock price to decline.

- We may not be able to compete successfully in our highly competitive market.

- If we fail to cost-effectively acquire new consumers or retain our existing consumers, our business could be adversely affected. Our sales and profit are dependent upon our ability to expand our existing consumer relationships and acquire new consumers.

- Consolidation of retail partners or the loss of a significant retail or third-party ecommerce partner could negatively impact our sales and ability to achieve or maintain profitability.

- We must expend resources to maintain consumer awareness of our brand, build brand loyalty and generate interest in our products. Our marketing strategies and channels will evolve and our efforts may or may not be successful.

- Our brand and reputation may be diminished due to real or perceived quality, safety, efficacy or environmental impact issues with our products, which could have an adverse effect on our business, financial condition, results of operations and prospects.

- Our ability to maintain our competitive position is largely dependent on the services of our senior management and other key personnel, including our founder, Chief Creative Officer and former Chair of our board of directors, Jessica Alba and our Chief Executive Officer, Nick Vlahos.

- A disruption in our operations could have an adverse effect on our business.

- The COVID-19 pandemic could have an adverse effect on our business, financial condition, results of operations and prospects.

- Our business, including our costs and supply chain, is subject to risks associated with sourcing, manufacturing, warehousing and logistics, and the loss of any of our key suppliers or logistical service providers could negatively impact our business.

- We rely on third-party suppliers, manufacturers, retail and ecommerce partners and other vendors, and they may not continue to produce products or provide services that are consistent with our standards or applicable regulatory requirements, which could harm our brand, cause consumer dissatisfaction, and require us to find alternative suppliers of our products or services.

- Health and safety incidents or advertising inaccuracies or product mislabeling may have an adverse effect on our business by exposing us to lawsuits, product recalls or regulatory enforcement actions, increasing our operating costs and reducing demand for our product offerings.

- International trade disputes and the U.S. government's trade policy could adversely affect our business.

- Our business may be adversely affected if we are unable to provide our consumers with a technology platform that is able to respond and adapt to rapid changes in technology.

11

https://www.sec.gov/Archives/edgar/data/0001530979/000119312521153475/d27841d424b4.htm

30/247

Table of Contents

**Corporate Information**

We were incorporated in July 2011 in California and merged with and into a Delaware corporation with the same name in May 2012, whereby the Delaware corporation continued as the surviving corporation. Our principal executive offices are located at 12130 Millennium Drive, #500, Los Angeles, CA 90094, and our telephone number is (888) 862-8818. Our website address is www.honest.com. Information contained on, or that can be accessed through, our website is not incorporated by reference into this prospectus, and you should not consider information on our website to be part of this prospectus.

**Implications of Being an Emerging Growth Company**

We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012, or the JOBS Act. We may take advantage of certain exemptions from various public company reporting requirements, including not being required to have our internal control over financial reporting audited by our independent registered public accounting firm under Section 404 of the Sarbanes-Oxley Act of 2002, or the Sarbanes-Oxley Act, reduced disclosure obligations regarding executive compensation in our periodic reports and proxy statements and exemptions from the requirements of holding a non-binding advisory vote on executive compensation and any golden parachute payments. We may take advantage of these exemptions for up to five years or until we are no longer an emerging growth company, whichever is earlier. We will cease to be an emerging growth company prior to the end of such five-year period if certain earlier events occur, including if we become a "large accelerated filer" as defined in Rule 12b-2 under the Securities Exchange Act of 1934, as amended, or the Exchange Act, our annual gross revenues exceed $1.07 billion or we issue more than $1.0 billion of non-convertible debt in any three-year period. In particular, in this prospectus, we have provided only two years of audited financial statements and have not included all of the executive compensation related information that would be required if we were not an emerging growth company. Accordingly, the information contained herein may be different than the information you receive from other public companies in which you hold stock. In addition, the JOBS Act provides that an "emerging growth company" can delay adopting new or revised accounting standards until those standards apply to private companies. We have elected to use the extended transition period under the JOBS Act. Accordingly, our financial statements may not be comparable to the financial statements of public companies that comply with such new or revised accounting standards.

12