# Exhibit F

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**WASHINGTON, DC 20549**

**FORM 10-Q**

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended March 31, 2021**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from    to**

**Commission File Number: 001-40378**



**The Honest Company, Inc.**

(Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| **Delaware** | **90-0750205** |
| (State or Other Jurisdiction of | (I.R.S. Employer |
| Incorporation or Organization) | Identification No.) |
| **12130 Millennium Drive, #500** | |
| **Los Angeles, CA** | **90094** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(888) 862-8818**
(Registrant's Telephone Number, Including Area Code)

**N/A**
(Former Name, Former Address and Former Fiscal Year, if Changed Since Last Report)

Securities Registered Pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.0001 par value per share | HNST | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Exhibit F
Page 14

Yes ☐   No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| Emerging growth company | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of June 9, 2021, the registrant had 90,281,704 shares of common stock, $0.0001 par value per outstanding.

**The Honest Company, Inc.**

**Table of Contents**

| | | **Page** |
|---|---|---|
| **PART I.** | FINANCIAL INFORMATION | 3 |
| Item 1. | Condensed Consolidated Financial Statements (unaudited) | 3 |
| | Condensed Consolidated Balance Sheets | 3 |
| | Condensed Consolidated Statements of Comprehensive Income (Loss) | 4 |
| | Condensed Consolidated Statements of Redeemable Convertible Preferred Stock and Stockholders' Deficit | 5 |
| | Condensed Consolidated Statements of Cash Flows | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 18 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 28 |
| Item 4. | Controls and Procedures | 31 |
| **PART II.** | OTHER INFORMATION | 31 |
| Item 1. | Legal Proceedings | 31 |
| Item 1A. | Risk Factors | 31 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 31 |
| Item 3. | Defaults Under Senior Securities | 32 |
| Item 4. | Mine Safety Disclosures | 32 |
| Item 5. | Other Information | 32 |
| Item 6. | Exhibits | 33 |
| | Signatures | 35 |

1

PART I—FINANCIAL INFORMATION

**Item 1. Condensed Consolidated Financial Statements.**

**The Honest Company, Inc.**
**Condensed Consolidated Balance Sheets**
*(Unaudited)*
*(in thousands, except share and per share amounts)*

Exhibit F
Page 17

|  | March 31, 2021 | December 31, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 39,013 | $ 29,259 |
| Restricted cash | 1,417 | 1,752 |
| Short-term investments | 12,428 | 34,425 |
| Accounts receivable, net | 27,712 | 22,795 |
| Inventories, net | 75,738 | 76,669 |
| Prepaid expenses and other current assets | 7,492 | 8,657 |
| Total current assets | 163,800 | 173,557 |
| Restricted cash, net of current portion | 5,210 | 6,189 |
| Property and equipment, net | 55,711 | 56,703 |
| Goodwill | 2,230 | 2,230 |
| Intangible assets, net | 493 | 511 |
| Other assets | 7,133 | 1,542 |
| Total assets | $ 234,577 | $ 240,732 |
| **Liabilities, Redeemable Convertible Preferred Stock and Stockholders' Deficit** | | |
| Current liabilities | | |
| Accounts payable | $ 29,015 | $ 31,132 |
| Accrued expenses | 21,009 | 22,222 |
| Deferred revenue | 805 | 716 |
| Total current liabilities | 50,829 | 54,070 |
| Long term liabilities | | |
| Lease financing obligation, net of current portion | 38,206 | 38,426 |
| Other long-term liabilities | 8,658 | 8,657 |
| Total liabilities | 97,693 | 101,153 |
| Commitments and contingencies (Note 8) | | |
| Redeemable convertible preferred stock, $0.0001 par value, 49,192,248 shares authorized at March 31, 2021 and December 31, 2020; 49,100,928 shares issued and outstanding as of March 31, 2021 and December 31, 2020; (liquidation preference of $396,726 as of March 31, 2021 and December 31, 2020) | 376,404 | 376,404 |
| Stockholders' deficit | | |
| Common stock, $0.0001 par value, 110,000,000 shares authorized at March 31, 2021 and December 31, 2020; 34,127,374 and 34,089,186 shares issued and outstanding as of March 31, 2021 and December 31, 2020, respectively | 3 | 3 |
| Additional paid-in capital | 117,926 | 116,055 |
| Accumulated deficit | (357,461) | (352,977) |
| Accumulated other comprehensive income | 12 | 94 |
| Total stockholders' deficit | (239,520) | (236,825) |
| Total liabilities, redeemable convertible preferred stock and stockholders' deficit | $ 234,577 | $ 240,732 |

*The accompanying notes are an integral part of these Condensed Consolidated Financial Statements.*

3

Exhibit F
Page 18

**The Honest Company, Inc.**
**Condensed Consolidated Statements of Comprehensive Income (Loss)**
*(Unaudited)*
*(in thousands, except share and per share amounts)*

|  | For the three months ended March 31, | |
|---|---|---|
|  | 2021 | 2020 |
| Revenue | $ 81,032 | $ 72,372 |
| Cost of revenue | 52,651 | 46,567 |
| Gross profit | 28,381 | 25,805 |
| Operating expenses | | |
| Selling, general and administrative | 16,697 | 14,706 |
| Marketing | 14,173 | 9,193 |
| Research and development | 1,646 | 1,166 |
| Total operating expenses | 32,516 | 25,065 |
| Operating income (loss) | (4,135) | 740 |
| Interest and other income (expense), net | (327) | (159) |
| Income (loss) before provision for income taxes | (4,462) | 581 |
| Income tax provision | 22 | 22 |
| Net income (loss) | $ (4,484) | $ 559 |
| Net income (loss) per share attributable to common stockholders: | | |
| Basic | $ (0.13) | $ 0.01 |
| Diluted | $ (0.13) | $ 0.01 |
| Weighted-average shares used in computing net income (loss) per share attributable to common stockholders: | | |
| Basic | 34,102,123 | 34,061,001 |
| Diluted | 34,102,123 | 34,706,987 |
| Other comprehensive income (loss) | | |
| Unrealized gain (loss) on short-term investments, net of taxes | (82) | (7) |
| Comprehensive income (loss) | $ (4,566) | $ 552 |

*The accompanying notes are an integral part of these Condensed Consolidated Financial Statements.*

4

**The Honest Company, Inc.**
**Condensed Consolidated Statements of Redeemable Convertible Preferred Stock and Stockholders' Deficit**
*(Unaudited)*
*(in thousands, except share amounts)*

| | Redeemable Convertible Preferred Stock | | Common Stock Issued | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| **Balances at December 31, 2019** | 49,100,928 | $ 376,404 | 34,033,074 | $ 3 | $ 108,109 | $ (338,511) | $ 122 | $ (230,277) |
| Net income | — | — | — | — | — | 559 | — | 559 |
| Other comprehensive loss | — | — | — | — | — | — | (7) | (7) |
| Stock options exercised | — | — | 29,420 | — | 13 | — | — | 13 |
| Stock-based compensation | — | — | — | — | 1,923 | — | — | 1,923 |
| **Balances at March 31, 2020** | 49,100,928 | $ 376,404 | 34,062,494 | $ 3 | $ 110,045 | $ (337,952) | $ 115 | $ (227,789) |

| | Redeemable Convertible Preferred Stock | | Common Stock Issued | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| **Balances at December 31, 2020** | 49,100,928 | $ 376,404 | 34,089,186 | $ 3 | $ 116,055 | $ (352,977) | $ 94 | $ (236,825) |
| Net loss | — | — | — | — | — | (4,484) | — | (4,484) |
| Other comprehensive loss | — | — | — | — | — | — | (82) | (82) |
| Stock options exercised | — | — | 38,188 | — | 33 | — | — | 33 |
| Stock-based compensation | — | — | — | — | 1,838 | — | — | 1,838 |
| **Balances at March 31, 2021** | 49,100,928 | $ 376,404 | 34,127,374 | $ 3 | $ 117,926 | $ (357,461) | $ 12 | $ (239,520) |

*The accompanying notes are an integral part of these Condensed Consolidated Financial Statements.*

Exhibit F
Page 20

5

https://www.sec.gov/Archives/edgar/data/0001530979/000153097921000010/hnst-20210331.htm

**The Honest Company, Inc.**
**Condensed Consolidated Statements of Cash Flows**
*(Unaudited)*
*(in thousands)*

Exhibit F
Page 22