MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
BENJAMIN B. SWEENEY (State Bar No. 313650)
*bsweeney@cooley.com*
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

KOJI F. FUKUMURA (State Bar No. 189719)
*kfukumura@cooley.com*
COOLEY LLP
4401 Eastgate Mall
San Diego, California 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants
THE HONEST COMPANY, INC., KATIE
BAYNE, SCOTT DAHNKE, KELLY KENNEDY,
ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK,
NIKOLAOS VLAHOS and JESSICA WARREN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-PLA |
| | **THE HONEST DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S JULY 18, 2022 ORDER** |
| | Courtroom:   7C<br>Judge:   Hon. Mark C. Scarsi<br>Date:   August 29, 2022<br>Time:   9:00 a.m. |

COOLEY LLP
ATTORNEYS AT LAW

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 29, 2022, at 9:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Mark C. Scarsi, United States District Judge, located at 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, and Jessica Warren (collectively, the "Honest Defendants") will and hereby do move the Court to partially reconsider its July 18, 2022 order denying in part the Honest Defendants' Motion to Dismiss the Consolidated and Amended Complaint.  The Honest Defendants seek reconsideration based on a failure to consider material facts (C.D. Cal. L.R. 7-18(c)) and a material difference in law not previously presented to the Court (C.D. Cal. L.R. 7-18(a)), or, in the alternative, for clear error.

This motion is made based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Honest Defendants' Motion to Dismiss the Consolidated and Amended Complaint and supporting documents, incorporated by reference herein, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider.

This motion is made following the conference of counsel pursuant to Local Rule 7-2, which took place on July 25, 2022.

COOLEY LLP
ATTORNEYS AT LAW

1

NOTICE OF MOTION & MOTION FOR RECONSIDERATION
CASE NO. 2:21-CV-7405-MCS (PLA)

Dated:  August 1, 2022

Respectfully submitted,

COOLEY LLP

By: _____ */s/ Michael C. Tu* _____
Michael C. Tu

Attorney for Defendants
THE HONEST COMPANY, INC., KATIE BAYNE, SCOTT DAHNKE, KELLY KENNEDY, ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK, NIKOLAOS VLAHOS and JESSICA WARREN