**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
Alfred L. Fatale III (*pro hac vice*)
Joseph N. Cotilletta (*pro hac vice*)
Lisa Strejlau (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
dschwartz@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
lstrejlau@labaton.com

*Lead Counsel for Lead Plaintiff
Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Lead Plaintiff
Kathie Ng and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-CV-07405-MCS-PLA |

**DISCOVERY MATTER**

**NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26**

**[PROPOSED ORDER LODGED CONCURRENTLY HEREWITH]**

Date: December 21, 2022
Time: 10:00 a.m.
Courtroom: 780
Judge: Hon. Paul L. Abrams

Non-Expert Discovery Cutoff: 8/18/23
Expert Discovery Cutoff: 9/18/23
Pretrial Conference: None
Trial: None

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on December 21, 2022 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Paul L. Abrams, in Courtroom 780 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA, 90012, Lead Plaintiff Kathie Ng will and hereby does move this Court for an order compelling Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (the "Underwriter Defendants") to provide disclosure of its insurance policies as required by Fed. R. Civ. P. 26. This Motion is based on the Underwriter Defendants' failure to produce insurance policies that may be used to satisfy a judgment in the action as required by Fed. R. Civ. P. 26(a)(1).

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion to Compel Disclosure of Insurance Policies Under Fed. R. Civ. P. 26, the Declaration of Alfred L. Fatale III dated November 23, 2022 ("Fatale Declaration"), and the exhibits thereto.

PLEASE TAKE FURTHER NOTICE as more specifically set forth in the Fatale Declaration, a joint stipulation amongst the parties with respect to this Motion pursuant to United States District Court for the Central District of Central California Local Rule 37-2 has not been filed. As set forth in the Fatale Declaration filed concurrently herein, the Underwriter Defendants, despite being given ample opportunity to meet and confer with Lead Plaintiff to resolve this outstanding issue without Court intervention, including preparing a Joint Stipulation, have refused to comply with this Local Rule. This failure to engage in the meet and confer process is consistent with the Underwriter Defendants' failure to comply with its obligations

NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION TO COMPEL
DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26
Case No.: 21-CV-07405-MCS-PLA

2

under Fed. R. Civ. P. 26. Accordingly, Lead Plaintiff files the instant Motion without a joint stipulation under Local Rule 37-2.

Dated: November 23, 2022          LABATON SUCHAROW LLP

By:    */s/ Alfred L. Fatale III*
        Alfred L. Fatale III

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff*
*Kathie Ng and for the Class*

THE SCHALL LAW FIRM
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876

*Liaison Counsel for the Class*

NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION TO COMPEL
DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26
Case No.: 21-CV-07405-MCS-PLA

3