**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
Alfred L. Fatale III (*pro hac vice*)
Joseph N. Cotilletta (*pro hac vice*)
Lisa Strejlau (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
dschwartz@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
lstrejlau@labaton.com

*Lead Counsel for Lead Plaintiff
Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Lead Plaintiff
Kathie Ng and the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-CV-07405-MCS-PLA |
| | **DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26** |
| | Date: December 21, 2022<br>Time: 10:00 a.m.<br>Courtroom: 780<br>Judge: Hon. Paul L. Abrams |
| | Non-Expert Discovery Cutoff: 8/18/23<br>Expert Discovery Cutoff: 9/18/23<br>Pretrial Conference: None<br>Trial: None |

I, Alfred L. Fatale III, declare as follows:

1.      I am one of the attorneys for Lead Plaintiff Kathie Ng ("Lead Plaintiff") in the above-captioned action. I make this declaration based upon my personal knowledge in support of Lead Plaintiff's Motion to Compel Disclosure of Insurance Policies Under Fed. R. Civ. P. 26.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Court's October 26, 2022 Scheduling Order (ECF No. 102).

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Underwriter Defendants' initial disclosures served on October 14, 2022.

4.      On October 19, 2022, counsel for Lead Plaintiff sent a letter to counsel for the Underwriter Defendants requesting that the Underwriter Defendants produce their insurance policies as required by Fed. R. Civ. P. 26(a)(1)(A)(iv).

5.      Attached hereto as Exhibit 3 is a true and correct copy of the October 19, 2022 letter from Alfred L. Fatale III to Daniel H.R. Laguardia.

6.      Counsel for the Underwriter Defendants did not respond. On November 4, 2022, counsel for Lead Plaintiff again wrote to counsel for the Underwriter Defendants requesting a meet and confer no later than November 14, 2022 pursuant to LR 37-1 regarding the Underwriter Defendants' initial disclosures.

7.      Attached hereto as Exhibit 4 is a true and correct copy of the November 4, 2022 letter from Alfred L. Fatale III to Daniel H.R. Laguardia.

8.      Counsel for the Underwriter Defendants did not respond. On November 15, 2022, counsel for Lead Plaintiff wrote to the Underwriter Defendants pursuant to LR 37-2.2 and provided a draft joint stipulation.

9.      Attached hereto as Exhibit 5 is a true and correct copy of the November email from Lisa Strejlau to Daniel H.R. Laguardia attaching a draft joint stipulation pursuant to L.R. 37-2.2.

DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF LEAD PLAINTIFF'S
MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26
CASE NO.: 21-CV-07405-MCS-PLA

2

10.    The Underwriter Defendants failed to respond to counsel for Lead Plaintiff and did not contribute to the proposed joint stipulation, necessitating the present Motion. Accordingly, this Declaration is submitted in lieu of a joint stipulation pursuant to L.R. 37-2.4.

11.    Attached hereto as Exhibit 6 is a true and correct copy of the Order Setting Scheduling Conference (ECF No. 83) filed in this action on August 18, 2022.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2022, in New York, New York.

_____
Alfred L. Fatale III

DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF LEAD PLAINTIFF'S
MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26
CASE NO.: 21-CV-07405-MCS-PLA

3