# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 2:21-cv-07405-MCS-PLA |
| | **SCHEDULING ORDER** |

The Court has reviewed the parties' Joint Rule 26(f) Report and sets the dates below. The Court will set additional dates, including pretrial and trial dates, after a ruling on class certification is issued. To the extent applicable, the Court orders the parties to comply with the Order Re: Jury/Court Trial available on the Court's website, https://www.cacd.uscourts.gov/honorable-mark-c-scarsi.

///

1

| Event | Date |
|---|---|
| Non-Expert Discovery Cut-Off | August 18, 2023 |
| Expert Disclosure (Initial) | August 1, 2023 |
| Expert Disclosure (Rebuttal) | September 2, 2023 |
| Expert Discovery Cut-Off | September 18, 2023 |
| Deadline to File a Motion for Class Certification | February 13, 2023 |
| Deadline to File an Opposition to the Motion for Class Certification | March 6, 2023 |
| Deadline to File a Reply in Support of the Motion for Class Certification | March 27, 2023 |
| Hearing Date on Motion for Class Certification | April 17, 2023, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: October 26, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2