# EXHIBIT 2

Daniel H.R. Laguardia (State Bar No. 314654)
*daniel.laguardia@shearman.com*
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 616-1100
Facsimile:    (415) 616-1199

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P.
MORGAN SECURITIES LLC, JEFFERIES LLC,
BOFA SECURITIES, INC., CITIGROUP
GLOBAL MARKETS, INC., WILLIAM BLAIR
& COMPANY, L.L.C., GUGGENHEIM
SECURITIES, LLC, TELSEY ADVISORY
GROUP LLC, C.L. KING & ASSOCIATES,
INC., LOOP CAPITAL MARKETS LLC,
PENSERRA SECURITIES LLC, and SAMUEL
A. RAMIREZ & COMPANY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-07405-MCS- PLA<br><br>**UNDERWRITER DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (collectively, the "Underwriter Defendants"), by and through their undersigned counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby submit their initial disclosures ("Initial Disclosures").

**GENERAL OBJECTIONS**

1. The Underwriter Defendants' Initial Disclosures are made without waiving any rights or objections they may have with respect to any discovery, including their rights to object to discovery on the grounds of relevancy, competency, privilege, work product, hearsay, undue burden, or any other applicable ground. The Underwriter Defendants also reserve the right to object to any discovery request by Plaintiffs, even if directed to subject matter described herein and to object to the use of any information provided herein, for any purpose, in whole or in part, in this action or in any other action or proceeding.

2. These Initial Disclosures are based upon information currently in the Underwriter Defendants' possession, custody, or control. Discovery, fact investigation, and trial preparation are ongoing, and the Underwriter Defendants reserve the right to supplement or amend these Initial Disclosures in light of the same.

**RULE 26(a)(1) DISCLOSURES**

**A.     The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Based on current information, the individuals identified below are believed likely to be the most knowledgeable concerning the underwriters' work on The Honest Company, Inc.'s initial public offering of common stock on or around May

4, 2021 (the "Offering") by virtue of their roles as core members of the teams working on the Offering.  The Underwriter Defendants may accordingly use such information to support their claims or defenses other than for impeachment purposes.[1]  All titles are as of the time of the working group list for the Offering.  All contact information, including for former employees, is based on last known information.

The inclusion of a name on this list is not a statement by the Underwriter Defendants that a named individual necessarily has discoverable information.[2]  This list does not include experts and/or consultants who might be retained.

In making these disclosures, the Underwriter Defendants do not waive their rights to object, pursuant to the applicable Federal and Local Rules, to the deposition or testimony of any individual or entity, including those identified below.

The Underwriter Defendants do not authorize communication by Plaintiffs, or any other party, with current or former employees or consultants of the Underwriter Defendants, and nothing herein should be construed to authorize Plaintiffs or any other party to contact any individuals where such contact would violate applicable law, abridge any rule of professional conduct, induce breach of any contract, or infringe any confidentiality agreement.  In particular, all individuals identified below should be contacted only through undersigned counsel.

In addition to the below, other persons whose names appear in the documents described in Section B below may be likely to have discoverable information that the Underwriter Defendants may use to support their claims or defenses.  The

---

[1] For the purposes of these Initial Disclosures, the Underwriter Defendants have construed Federal Rule of Civil Procedure 26(a)(1)(A) to require the disclosure of the name and, if known, the contact information of those core employees at each of the various organizations referenced herein that were involved in the Offering.  To the extent that additional personnel have relevant knowledge, the Underwriter Defendants reserve the right to amend these Initial Disclosures as this action evolves to include such personnel.

[2] The Underwriter Defendants reserve the right to rely on discoverable information from sources identified in the initial disclosures of each of the defendants.

UNDERWRITER DEFENDANTS' INITIAL DISCLOSURES
Case No. 2:21-cv-07405-MCS-PLA

Underwriter Defendants reserve the right to expand discovery to include additional Underwriter Defendants and to seek discovery from, and relating to, persons who may subsequently become known as persons likely to have discoverable information relevant to the disputed facts.  The Underwriter Defendants reserve the right to modify the list below and to identify and call as witnesses additional persons if, during the course of discovery and investigation relating to this case, the Underwriter Defendants learn that such additional persons have knowledge or information that the Underwriter Defendants may use to support their claims or defenses.

| **Underwriter** | **Name** | **Contact Information** |
| --- | --- | --- |
| Morgan Stanley & Co. LLC | Kristen Rossi<br><br>*Managing Director, Global Co-Head of Consumer & Retail Investment Banking* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| Morgan Stanley & Co. LLC | Jeffrey Hogan<br><br>*Vice Chairman, Consumer & Retail Investment Banking* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| Morgan Stanley & Co. LLC | Tanja Daumlechner<br><br>*Vice President, Consumer & Retail Investment Banking* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| J.P. Morgan Securities LLC | Bob Berkus<br><br>*Head of Southern California Investment Banking, Investment Banking Coverage* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| Jefferies LLC | William Schmitz<br><br>*Managing Director* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |

| BofA Securities, Inc. | JuliAnn Burckhardt<br><br>*Managing Director* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
|---|---|---|
| Citigroup Global Markets, Inc. | Kristin Park<br><br>*Vice President* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| William Blair & Company, L.L.C. | Lindsay Carlson<br><br>*Head of Beauty* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| Guggenheim Securities, LLC | Adam Rifkin<br><br>*Senior Managing Director* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| Telsey Advisory Group LLC | Chad Roosth<br><br>*Vice President* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| C.L. King & Associates, Inc. | Anne Serewicz<br><br>*Senior Managing Director* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| Loop Capital Markets LLC | Sidney Dillard<br><br>*Head of Corporate Investment Banking Division* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| Penserra Securities LLC | John Pascente<br><br>*Managing Director* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| Samuel A. Ramirez & Company, Inc. | Lawrence Goldman<br><br>*Managing Director* | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |

**B.  A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

The Underwriter Defendants' evaluation of documents relevant to this lawsuit and information they may use to support their claims or defenses is ongoing, and the Underwriter Defendants expressly reserve the right to supplement these Initial Disclosures with such additional documents and information.  The Underwriter Defendants reserve the right to supplement, change, or modify these Initial Disclosures.  To the extent they exist, copies of all documents identified below are located at the Underwriter Defendants' respective places of business.

1.  Hard copy and electronic deal files, and related communications, concerning the underwriting of the Offering.

2.  In addition to the above-described documents, the Underwriter Defendants may also rely on publicly available documents and on documents produced by Plaintiffs, other defendants, or third-parties in this or other litigation.

**C.  A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

**D.  For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The Underwriter Defendants will provide at the appropriate time relevant portions of insurance agreements, if any, under which an insurer may be liable to satisfy all or party of a judgment which may be entered in the action or to indemnify or reimburse payments made to satisfy the judgment.

Dated:  October 14, 2022          SHEARMAN & STERLING LLP

By: */s/ Daniel H.R. Laguardia*
       Daniel H.R. Laguardia

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS, INC., WILLIAM BLAIR & COMPANY, L.L.C., GUGGENHEIM SECURITIES, LLC, TELSEY ADVISORY GROUP LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, PENSERRA SECURITIES LLC, and SAMUEL A. RAMIREZ & COMPANY, INC.