# EXHIBIT 3

**Labaton Sucharow**

**Alfred L. Fatale III**
Partner
212 907 0884  direct
212 907 0700  main
212 883 7084  fax
afatale@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

October 19, 2022

**VIA EMAIL**

Daniel H.R. Laguardia, Esq.
Shearman & Sterling LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105

Re:     *In re The Honest Company, Inc. Securities Litigation*, No. 21-cv-07405 (C.D. Cal.)

Dear Daniel,

I write on behalf of Lead Plaintiff in the above-referenced matter. On October 14, 2022, the Underwriter Defendants served on Lead Plaintiff their Rule 26(a)(1) initial disclosures (the "Initial Disclosures"), which represented that the Underwriter Defendants would provide "at the appropriate time relevant portions of insurance agreements, if any . . . ."

According to Rule 26(a)(1)(A)(iv), the appropriate time for this disclosure was October 14, 2022. The Rule requires the disclosure of "any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment." This necessarily includes the Underwriter Defendants' insurance agreements given their joint and several liability as well as the indemnification provisions in Section 11(b) of the IPO's underwriting agreement. Please produce any such agreement(s) by October 26, 2022, or otherwise affirmatively state in writing that no such insurance agreement(s) exist.

Very truly yours,

*Alfred L Fatale III*

Alfred L. Fatale III

cc: Michael Tu, Esq.