# EXHIBIT 5

## Strejlau, Lisa

| | |
|---|---|
| **From:** | Strejlau, Lisa |
| **Sent:** | Tuesday, November 15, 2022 4:35 PM |
| **To:** | Daniel Laguardia |
| **Cc:** | Tu, Michael; Fatale, Alfred L.; Cotilletta, Joseph |
| **Subject:** | RE: Dixon v. The Honest Company, Inc. et al., No. 21-cv-07405 |
| **Attachments:** | 2022.11.15 - Honest -- Joint LR 37-2 Stipulation(3273852.5).docx; 2022.11.15 - Honest - Decl of J. Cotilletta ISO Joint LR 37-2 Stipulation.pdf |

Counsel:

Pursuant to Central District of California Local Rule 37-2, please see the attached joint stipulation and accompanying declaration with exhibits.

Thanks,
Lisa

---

**From:** Strejlau, Lisa
**Sent:** Friday, November 4, 2022 4:14 PM
**To:** Daniel Laguardia <Daniel.Laguardia@Shearman.com>
**Cc:** Tu, Michael <mctu@cooley.com>; Fatale, Alfred L. <AFatale@labaton.com>; Cotilletta, Joseph <JCotilletta@labaton.com>
**Subject:** RE: Dixon v. The Honest Company, Inc. et al., No. 21-cv-07405

Counsel:

Please see the attached correspondence.

Thanks,
Lisa

---

**From:** Strejlau, Lisa
**Sent:** Wednesday, October 19, 2022 6:22 PM
**To:** Daniel Laguardia <Daniel.Laguardia@Shearman.com>
**Cc:** Tu, Michael <mctu@cooley.com>; Fatale, Alfred L. <AFatale@labaton.com>; Cotilletta, Joseph <JCotilletta@labaton.com>
**Subject:** Dixon v. The Honest Company, Inc. et al., No. 21-cv-07405

Counsel:

Please see the attached correspondence.

Thanks,
Lisa



Lisa Strejlau | Associate

140 Broadway, New York, New York 10005
T: (212) 907-0669 |  F: (212) 883-7569
E: lstrejlau@labaton.com   |  W: www.labaton.com



140 Broadway, New York, New York 10005
T: (212) 907-0669 |  F: (212) 883-7569
E: lstrejlau@labaton.com   |  W: www.labaton.com

2