**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
Alfred L. Fatale III (*pro hac vice*)
Joseph N. Cotilletta (*pro hac vice*)
Lisa Strejlau (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
dschwartz@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
lstrejlau@labaton.com

*Lead Counsel for Lead Plaintiff
Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Lead Plaintiff
Kathie Ng and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-CV-07405-MCS-PLA **DISCOVERY MATTER** **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26** Date: December 21, 2022 Time: 10:00 a.m. Courtroom: 780 Judge: Hon. Paul L. Abrams Non-Expert Discovery Cutoff: 8/18/23 Expert Discovery Cutoff: 9/18/23 Pretrial Conference: None Trial: None |

Lead Plaintiff Kathie Ng ("Lead Plaintiff") has filed a motion pursuant to Federal Rules of Civil Procedure 26 asking the Court for an order compelling Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (the "Underwriter Defendants") to provide disclosure of its insurance agreements as required by Fed. R. Civ. P. 26.

The Motion came on for hearing on _____, 20__ in the above-titled Court. Having considered the papers and arguments in support of and in opposition to the Motion, and for good cause shown, the Court hereby **GRANTS** the Motion in its entirety. The Underwriter Defendants are ordered to provide disclosure of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payment made to satisfy the judgment as required by Fed. R. Civ. P. 26(a)(1).

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                  HON. PAUL L. ABRAMS
                                  UNITED STATES MAGISTRATE JUDGE