# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 2:21-CV-07405-MCS-PLA<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

    Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED.**

    **IT IS SO ORDERED.**

Dated: 11/23/2022

*Paul L. Abrams*
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE