# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-07405-MCS-PLA<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON LEAD PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26**<br><br>Courtroom:  780<br>Judge:         Hon. Paul L. Abrams |

## JOINT STIPULATION

Lead Plaintiff Kathie Ng ("Lead Plaintiff") and defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (together, the "Underwriter Defendants"), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on November 23, 2022, Lead Plaintiff filed a Motion to Compel Disclosure of Insurance Policies Under Fed. R. Civ. P. 26 (the "Motion to Compel") (ECF No. 107);

WHEREAS, the current deadline for the Underwriter Defendants to file their papers opposing the Motion to Compel (the "Opposition") is November 30, 2022, and the current deadline for Lead Plaintiff to file her reply papers (the "Reply") is December 7, 2022;

WHEREAS, the parties have agreed to meet and confer to try to resolve the dispute without the need for further motion practice;

WHEREAS, in the event the parties are unable to resolve the dispute through the meet and confer process, the Underwriter Defendants—consisting of twelve separate financial institutions—require additional time to coordinate their anticipated response to the Motion to Compel;

WHEREAS, the Underwriter Defendants have requested, and Lead Plaintiff has consented, to a 21-day extension of the Underwriter Defendants' time to file the Opposition;

WHEREAS, the parties agree that the deadline for Lead Plaintiff's Reply shall be extended by 28 days due to the end of the year holidays;

WHEREAS, the parties hereto agree that no claim or defense of any parties to the action is prejudiced or waived by the execution or filing of this Stipulation;

WHEREAS, the additional time to file the Opposition and the Reply will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Underwriter Defendants' time to file the Opposition is extended to December 21, 2022, and Lead Plaintiff's time to file the Reply is extended to January 4, 2023.

Dated:  November 29, 2022     SHEARMAN & STERLING LLP

By: */s/ Daniel H.R. Laguardia*
    Daniel H.R. Laguardia

535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

*Counsel for Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc.*

Dated:  November 29, 2022     LABATON SUCHAROW LLP

By: */s/ Alfred L. Fatale III*
    Alfred L. Fatale III

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Lead Counsel for Lead Plaintiff Kathie Ng and for the Class*

THE SCHALL LAW FIRM
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON MOTION TO COMPEL
Case No. 2:21-cv-07405-MCS-PLA

Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876

*Liaison Counsel for Lead Plaintiff and the Class*

## ATTESTATION OF SIGNATURES

I, Daniel H.R. Laguardia, hereby attest, pursuant to Local Civil Rule 5-4.3.4 of the United States District Court for the Central District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  November 29, 2022       SHEARMAN & STERLING LLP

By: */s/ Daniel H.R. Laguardia*
    Daniel H.R. Laguardia