**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-07405-MCS-PLA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BREIFING SCHEDULE ON LEAD PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26** |

Having considered the papers, and finding that good cause exists, the parties' Joint Stipulation to Extend Briefing Schedule on Lead Plaintiff's Motion to Compel Disclosure of Insurance Policies Under Fed. R. Civ. P. 26 is **GRANTED.**

   **IT IS SO ORDERED.**


Dated: _____          _____
                               HON. PAUL L. ABRAMS
                               UNITED STATES MAGISTRATE JUDGE

Case No. 2:21-cv-07405-MCS-PLA