# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-07405-MCS-PLA<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BREIFING SCHEDULE ON LEAD PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26 |

Having considered the papers, and finding that good cause exists, the parties' Joint Stipulation to Extend Briefing Schedule on Lead Plaintiff's Motion to Compel Disclosure of Insurance Policies Under Fed. R. Civ. P. 26 is **GRANTED**. Defendants' time to file the Opposition is extended to December 21, 2022, and Lead Plaintiff's time to file the Reply is extended to January 4, 2023.

**The hearing on the Motion is continued to January 18, 2023, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: <u>November 30, 2022</u>

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE