# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-07405-MCS-PLA<br><br>**JOINT NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES UNDER FED. R. CIV. P. 26** |

The parties in the above-entitled action hereby give notice that Lead Plaintiff's Motion to Compel Disclosure of Insurance Policies Under Fed. R. Civ. P. 26 (ECF No. 107) is hereby withdrawn.

Dated:  December 20, 2022      LABATON SUCHAROW LLP

By: */s/ Alfred L. Fatale III*
     Alfred L. Fatale III

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Lead Counsel for Lead Plaintiff Kathie Ng*

THE SCHALL LAW FIRM
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876

*Liaison Counsel for Lead Plaintiff*

Dated:  December 20, 2022

SHEARMAN & STERLING LLP

By: */s/ Daniel H.R. Laguardia*
Daniel H.R. Laguardia

535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

*Counsel for Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc.*

-2-

## ATTESTATION OF SIGNATURES

I, Alfred L. Fatale III, hereby attest, pursuant to Local Civil Rule 5-4.3.4 of the United States District Court for the Central District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  December 20, 2022          LABATON SUCHAROW LLP

By: */s/ Alfred L. Fatale III*
          Alfred L. Fatale III

-3-