MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
BENJAMIN B. SWEENEY (State Bar No. 313650)
*bsweeney@cooley.com*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:  (213) 561-3250
Facsimile:  (213) 561-3244

KOJI F. FUKUMURA (State Bar No. 189719)
*kfukumura@cooley.com*
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendants
THE HONEST COMPANY, INC., KATIE
BAYNE, SCOTT DAHNKE, KELLY KENNEDY,
ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK,
NIKOLAOS VLAHOS and JESSICA WARREN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION.

Case No. 2:21-cv-7405-MCS-PLA

**DECLARATION OF MICHAEL C. TU IN SUPPORT OF HONEST DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Courtroom:  7C
Judge:  Hon. Mark C. Scarsi
Date:  April 17, 2023
Time:  9:00 a.m.

COOLEY LLP
ATTORNEYS AT LAW

## DECLARATION

I, Michael C. Tu, do hereby declare and state:

1.    I am a partner with the Cooley LLP law firm and am counsel of record for defendants The Honest Company, Inc. ("Honest"), Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos and Jessica Warren (collectively, the "Honest Defendants").  I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

### Lead Plaintiff's Deposition

2.    On February 6, 2023, I met and conferred telephonically with counsel representing Lead Plaintiff and Proposed Class Representative Kathie Ng ("Lead Plaintiff").  We discussed Lead Plaintiff's forthcoming Motion for Class Certification (the "Motion").  As part of this discussion, I stated to Lead Plaintiff's counsel that defendants would want to take the deposition of the Proposed Class Representative, and would need to do so sufficiently far in advance of their deadline to oppose the Motion.

3.    On February 13, 2023, Ms. Ng filed her Motion for Class Certification, proposing herself as the class representative for the proposed class of shareholders. The next day, on February 14, 2023, the Honest Defendants noticed Ms. Ng's deposition to occur within the Central District of California, in Los Angeles, on February 23, 2023.  Lead Plaintiff's counsel responded by email that they were "speaking with [their] client and w[ould] get back to [us] soon regarding availability." During telephonic meet-and-confer calls held on February 16 and February 17, 2023, my colleague Ben Sweeney again inquired regarding the scheduling of Lead Plaintiff's deposition.

4.    On Monday, February 20, 2023, I was contacted by Lead Plaintiff's counsel, who informed me that, due to her work commitments, Ms. Ng would be unable to travel to the Central District of California for her deposition or to have her

deposition taken on any business days during the work week.  Ms. Ng's counsel requested instead that the deposition be taken remotely (rather than in-person) on Sunday, February 26, 2023.  A true and correct copy of this correspondence is attached hereto as **Exhibit A**.

5. Ms. Ng's deposition was taken remotely on Sunday, February 26, 2023. True and correct copies of relevant excerpts from the court reporter's transcript of that deposition are attached hereto as **Exhibit B**.

### Other Documents

6. Attached hereto as **Exhibit C** is a true and correct copy of the Lock-up Agreement filed with the Securities and Exchange Commission ("SEC") as Exhibit A to the Underwriting Agreement, itself Exhibit 1.1. to the registration statement.  The lock-up agreement is also publicly accessible on the SEC's website at https://www.sec.gov/Archives/edgar/data/1530979/000119312521130292/d27841dex11.htm.

7. Attached hereto as **Exhibit D** is a true and correct copy of Honest's Form S-8, which was filed with the SEC on May 6, 2021 and is also publicly accessible on the SEC's website at https://www.sec.gov/Archives/edgar/data/1530979/000119312521153504/d415482ds8.htm.

8. Attached hereto as **Exhibit E** is a true and correct copy of Honest's Form 10-Q for the second quarter of 2021, which was filed with the SEC on August 13, 2021 and is also publicly accessible on the SEC's website at https://www.sec.gov/Archives/edgar/data/1530979/000153097922000111/hnst-20220630.htm.

9. Attached hereto as **Exhibit F** is a true and correct copy of a business record obtained from stock transfer agent ComputerShare, Inc. ("ComputerShare")

COOLEY LLP
ATTORNEYS AT LAW

2

reflecting Honest shares that were held by ComputerShare as of May 7, 2021.[1]

10.   Attached hereto as **Exhibit G** is a true and correct copy of an explanatory "key" obtained from ComputerShare for the legend codes used by ComputerShare and the restrictive share legends corresponding thereto.

11.   Attached hereto as **Exhibit H** is a true and correct copy of August 16, 2021 correspondence from Honest's General Counsel to ComputerShare, requesting that 6,740 shares of Honest common stock belonging to the two shareholders identified in Exhibit F be transferred to E*TRADE's account at the Depository Trust Company ("DTC").

12.   Attached hereto as **Exhibit I** is a true and correct copy of August 17, 2021 correspondence from Honest's General Counsel to ComputerShare, directing that the restrictive legends on the 6,740 shares referenced in Exhibits F and H be removed pursuant to the August 17, 2021 early lock-up release.

13.   Attached hereto as **Exhibit J** is a true and correct copy of a business record obtained from ComputerShare reflecting confirmation of delivery on August 19, 2021 of the 6,740 shares referenced in Exhibits F, H, and I to E*TRADE's DTC account.

///

///

///

///

///

---

[1] A number of the documents submitted as exhibits to this declaration have been redacted, pursuant to L.R. 5.2-1, to protect the personal and private information of individual shareholders who are non-parties to this lawsuit. Among other things, these redactions protect the full names of two shareholders whose shares were transferred from ComputerShare to E*TRADE on August 19, 2021. The Honest Defendants will provide to Lead Plaintiff's counsel confidential versions of these documents on which the shareholders' full names appear. Should the Court determine that access to some or all of the redacted information is required, the Honest Defendants are prepared to submit unredacted versions of these materials (potentially under seal), as contemplated in the Local Rules.

COOLEY LLP
ATTORNEYS AT LAW

3

DECLARATION ISO OPPOSITION TO MOTION FOR
CLASS CERTIFICATION
CASE NO. 2:21-CV-7405-MCS (PLA)

14.     Attached hereto as **Exhibit K** is a true and correct copy of a business record obtained from Honest reflecting the exercise of certain Honest stock options between May 4 and September 15, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 6, 2023          By:     _/s/ Michael C. Tu_____
                                              Michael C. Tu