Daniel H.R. Laguardia (State Bar No. 314654)
daniel.laguardia@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 616-1100
Facsimile:   (415) 616-1199

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P. MORGAN
SECURITIES LLC, JEFFERIES LLC, BOFA
SECURITIES, INC., CITIGROUP GLOBAL
MARKETS, INC., WILLIAM BLAIR &
COMPANY, L.L.C., GUGGENHEIM
SECURITIES, LLC, TELSEY ADVISORY
GROUP LLC, C.L. KING & ASSOCIATES, INC.,
LOOP CAPITAL MARKETS LLC, PENSERRA
SECURITIES LLC, and SAMUEL A. RAMIREZ &
COMPANY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-PLA |
| | **Underwriter Defendants' Joinder in The Honest Defendants' Opposition to Lead Plaintiff's Motion for Class Certification** |
| | Courtroom:   7C<br>Judge:   Hon. Mark C. Scarsi<br>Date:   April 17, 2023<br>Time:   9:00 a.m. |

Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (collectively, the "Underwriter Defendants") join in the Honest Defendants'[1] Opposition to Lead Plaintiff's Motion for Class Certification (ECF No. 115) ("Honest Defendants' Opposition to Class Certification"), with respect to Lead Plaintiff's Motion for Class Certification (ECF No. 113) (the "Motion for Class Certification"). For the reasons set forth in the Honest Defendants' Opposition to Class Certification, the Underwriter Defendants respectfully request that the Court deny the Motion for Class Certification in its entirety.

Dated: March 6, 2023

Respectfully submitted,

SHEARMAN & STERLING LLP

By: /s/ Daniel H. R. Laguardia
      Daniel H.R. Laguardia

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS, INC., WILLIAM BLAIR & COMPANY, L.L.C., GUGGENHEIM SECURITIES, LLC, TELSEY ADVISORY GROUP LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, PENSERRA SECURITIES LLC, and SAMUEL A. RAMIREZ & COMPANY, INC.

---

[1] The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Praminik, Nikolaos Vlahos, and Jessica Warren are collectively referred to herein as the "Honest Defendants."

UNDERWRITER DEFENDANTS' JOINDER IN
THE HONEST DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION
CASE NO. 2:21-cv-7405-MCS (PLA)