**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
David J. Schwartz (*pro hac vice)*
Alfred L. Fatale III (*pro hac vice*)
Joseph N. Cotilletta (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
dschwartz@labaton.com
afatale@labaton.com
jcotilletta@labaton.com

*Lead Counsel for Lead Plaintiff
and for the Proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Lead Plaintiff
and for the Proposed Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-CV-07405-MCS-PLA<br><br>**DECLARATION OF ALFRED L. FATALE III, ESQ. IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 17, 2023<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

DECLARATION OF ALFRED L. FATALE III, ESQ. IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO.: 21-CV-07405-MCS-PLA

I, Alfred L. Fatale III, declare as follows:

1.      I am one of the attorneys for Lead Plaintiff Kathie Ng ("Lead Plaintiff") in the above-captioned action. I make this declaration based upon my personal knowledge in support of Lead Plaintiff's Reply Memorandum of Law in Further Support of Lead Plaintiff's Motion for Class Certification.

2.      Attached hereto as Exhibit 1 are true and correct copies of relevant excerpts of the court reporter's transcript of Kathie Ng's deposition.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Defendant the Honest Company, Inc.'s Notice of Deposition of Lead Plaintiff and Proposed Class Representative Kathie Ng.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the November 4, 2022 letter from Alfred L. Fatale III to Michael Tu and Daniel H.R. Laguardia.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the docket sheet and summons from the California state court action captioned *Toorak Capital Partners, LLC v. La Mancha Systems Corp.*, CGC19580774.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Lead Plaintiff's Supplemental Responses and Objections to the Honest Company, Inc.'s First Set of Interrogatories to Lead Plaintiff and Proposed Class Representative Kathie Ng.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Person Overview section of a Westlaw People Map showing the Kathie Ng associated with the address mentioned in *Ng, K v. Loretto C*, 374987.

8.      Attached hereto as Exhibit 7 is a true and correct copy of a Westlaw Real Property Transaction record.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2023, in New York, New York.

*/s/ Alfred L. Fatale III*
Alfred L. Fatale III

DECLARATION OF  ALFRED L. FATALE III, ESQ.  IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM OF
LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO.: 21-CV-07405-MCS-PLA