# EXHIBIT 2

MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
BENJAMIN B. SWEENEY (State Bar No. 313650)
*bsweeney@cooley.com*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:  (213) 561-3250
Facsimile:   (213) 561-3244

KOJI F. FUKUMURA (State Bar No. 189719)
*kfukumura@cooley.com*
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants
THE HONEST COMPANY, INC., KATIE
BAYNE, SCOTT DAHNKE, KELLY KENNEDY,
ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK,
NIKOLAOS VLAHOS, and JESSICA WARREN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-PLA<br><br>**DEFENDANT THE HONEST COMPANY, INC.'S NOTICE OF DEPOSITION OF LEAD PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE KATHIE NG**<br><br>Date:        February 23, 2023<br>Time:        10:00 a.m. PST<br>Location:  Cooley LLP<br>                1333 2nd Street<br>                Suite 400<br>                Santa Monica, CA 90401<br><br>(Hon. Mark C. Scarsi) |

COOLEY LLP
ATTORNEYS AT LAW

**TO EACH PARTY AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant The Honest Company, Inc. ("Honest"), by and through its counsel, will take the deposition upon oral examination of Lead Plaintiff and Proposed Class Representative, Kathie Ng ("Lead Plaintiff") at the Offices of Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, CA 90401, beginning on February 23, 2023 at 10:00 a.m., and continuing from day to day thereafter until completed.

The deposition will be conducted before an officer authorized by law to administer oaths and will be recorded by stenographic and video means and may be transcribed via LiveNote or equivalent means.  A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying proof of service.

Dated:  February 14, 2023                    COOLEY LLP

By:    */s/ Michael C. Tu*
                Michael C. Tu

Attorney for Defendant
THE HONEST COMPANY, INC.

COOLEY LLP
ATTORNEYS AT LAW

NOTICE OF DEPOSITION OF LEAD PLAINTIFF
CASE NO. 2:21-CV-7405-MCS-PLA

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 1333 2nd Street, Suite 400, Santa Monica, CA 90401. On February 14, 2023, I transmitted from my business email account, bsweeney@cooley.com, an electronic copy of the following:

**DEFENDANT THE HONEST COMPANY, INC.'S NOTICE OF DEPOSITION OF LEAD PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE KATHIE NG**

together with an electronic copy of this declaration, to the following, at the email addresses indicated below:

| **LABATON SUCHAROW LLP** | **THE SCHALL LAW FIRM** |
|---|---|
| Jonathan Gardner | Brian Schall |
| David J. Schwartz | Rina Restaino |
| Alfred L. Fatale III | 2049 Century Park East, Suite 2406 |
| Joseph Cotilletta | Los Angeles, California 90067 |
| Lisa Strejlau | Telephone: (310) 301-3335 |
| 140 Broadway | Facsimile: (213) 519-5876 |
| New York, New York 10005 | Email: brian@schallfirm.com |
| Telephone: (212) 907-0700 | rina@schallfirm.com |
| Facsimile: (212) 818-0477 | |
| Email: jgardner@labaton.com | *Liaison Counsel for Lead Plaintiff* |
| dschwartz@labaton.com | *Kathie Ng and the Putative Class* |
| afatale@labaton.com | |
| jcotilletta@labaton.com | |
| lstrejlau@labaton.com | |
| | |
| *Lead Counsel for Lead Plaintiff Kathie Ng and the Putative Class* | |

**SHEARMAN & STERLING LLP**
Daniel H.R. Laguardia
Daniel Lewis
Elizabeth J. Stewart
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199
Email: daniel.laguardia@shearman.com
daniel.lewis@shearman.com
elizabeth.stewart@shearman.com

*Counsel For Defendants*
*Morgan Stanley & Co. LLC, J.P.*
*Morgan Securities LLC, Jefferies LLC,*
*BofA Securities, Inc., Citigroup Global*
*Markets, Inc., William Blair &*
*Company, L.L.C., Guggenheim*
*Securities, LLC, Telsey Advisory Group*
*LLC, C.L. King & Associates, Inc., Loop*
*Capital Markets LLC, Penserra*
*Securities LLC, And Samuel A. Ramirez*
*& Company, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on February 14, 2023, at Los Angeles, California.

  /s/ Benjamin B. Sweeney
Benjamin B. Sweeney

COOLEY LLP
ATTORNEYS AT LAW