# EXHIBIT 3

**Labaton Sucharow**

**Alfred L. Fatale III**
Partner
212 907 0884  direct
212 907 0700  main
212 883 7084  fax
afatale@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

November 4, 2022

**VIA EMAIL**

Michael C. Tu, Esq.
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, California 90401

Daniel H.R. Laguardia, Esq.
Shearman & Sterling LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105

Re:    *In re The Honest Company, Inc. Securities Litigation*, No. 21-cv-07405 (C.D. Cal.)

Dear Michael and Daniel,

Pursuant to the Joint 26(f) Report filed with the Court on October 5, 2022, we are writing to inform The Honest Company, Inc. ("Honest"), Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, Jessica Warren, (the "Individual Defendants" and, together with Honest, the "Honest Defendants") and Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (the "Underwriter Defendants" and, together with the Honest Defendants, the "Defendants"), of Lead Plaintiff Kathie Ng's present intentions as to whom she will seek to have appointed as class representative(s) and the definition of the class she will seek to have certified in her forthcoming motion for class certification.

Lead Plaintiff presently intends to seek appointment as class representative.

Lead Plaintiff presently intends to move the Court to certify the following class: All persons and entities that purchased or otherwise acquired Honest's publicly traded common stock pursuant and/or traceable to the Offering Documents[1] for Honest's initial public offering, and who were damaged

---

[1] "Offering Documents" refers collectively to the following documents filed with the SEC and disseminated to the investing public to conduct the IPO: (i) an April 9, 2021 registration statement on Form S-1, which following amendment, was declared effective by the SEC on May 4, 2021 (the "Registration Statement"), and (ii) a May 4, 2021 final prospectus, which forms part of the Registration Statement, on Form 424(b)(4) (the "Prospectus" and, together with the Registration Statement, the "Offering Documents.").

**Labaton Sucharow**

November 4, 2022
Page 2

thereby. Excluded from the Class are: (i) Defendants and the Individual Defendants' immediate family members; (ii) the officers, directors, affiliates, and subsidiaries of Honest and the Underwriter Defendants, at all relevant times, (iii) Honest's affiliates and employee retirement and/or benefit plan(s) and their participants or beneficiaries to the extent they purchased or acquired Honest common stock pursuant or traceable to the Offering Documents through any such plan(s); (iv) any entity in which Defendants have or had a controlling interest; and (v) the legal representatives, heirs, successors, or assigns of any such excluded person or entity.

Lead Plaintiff expressly reserves all rights.

Very truly yours,

Alfred L. Fatale III