# EXHIBIT 4

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

Case Number: CGC19580774
Title: TOOKRAK CAPITAL PARTNERS, LLC VS. LA MANCHA SYSTEMS CORP. ET AL
Cause of Action: QUIET TITLE - REAL PROPERTY
Generated: 2023-03-08 4:35 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

**Please Note: The "View" document links on this web page are valid until 4:45:45 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

# Register of Actions

Show [All ▾] entries                                                    Search: [          ]

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2020-03-24 | CASE MANAGEMENT CONFERENCE OF APR-15-2020 IS OFF CALENDAR. DISMISSAL ON FILE. NOTICE SENT BY COURT. | View | |
| 2020-01-21 | SUMMONS ON COMPLAINT (TRANSACTION ID # 64641127), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF TOORAK CAPITAL PARTNERS, LLC A DELAWARE LIMITED LIABILITY COMPANY SERVED JAN-20-2020, PERSONAL SERVICE AS TO DEFENDANT PIERANTONI, STEPHANIE | View | |
| 2020-01-17 | DISMISSAL OF ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION WITHOUT PREJUDICE (TRANSACTION ID # 100094301) | View | |
| 2020-01-10 | SUMMONS ON COMPLAINT (TRANSACTION ID # 64608596), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF TOORAK CAPITAL PARTNERS, LLC A DELAWARE LIMITED LIABILITY COMPANY SERVED JAN-06-2020, SUBSTITUTE SERVICE ON CORPORATION, MAILING DATE JAN-06-2020 AS TO DEFENDANT LA MANCHA SYSTEMS CORP. A CALIFORNIA CORPORATION | View | |
| 2020-01-06 | SUMMONS ON COMPLAINT (TRANSACTION ID # 64585226), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF TOORAK CAPITAL PARTNERS, LLC A DELAWARE LIMITED LIABILITY COMPANY SERVED JAN-06-2020, PERSONAL SERVICE AS TO DEFENDANT SAN FRANCISCO PUBLIC UTILITIES COMMISSION | View | |
| 2020-01-06 | SUMMONS ON COMPLAINT (TRANSACTION ID # 64585138), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF TOORAK CAPITAL PARTNERS, LLC A DELAWARE LIMITED LIABILITY COMPANY SERVED JAN-06-2020, PERSONAL SERVICE AS TO DEFENDANT SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH | View | |
| 2019-11-13 | NOTICE TO PLAINTIFF | View | |
| 2019-11-13 | QUIET TITLE - REAL PROPERTY, COMPLAINT FILED BY PLAINTIFF TOORAK CAPITAL PARTNERS, LLC A DELAWARE LIMITED LIABILITY COMPANY AS TO DEFENDANT LA MANCHA SYSTEMS CORP. A CALIFORNIA CORPORATION PIERANTONI, STEPHANIE NG, KATHIE SAN FRANCISCO PUBLIC UTILITIES COMMISSION DOES 1 TO 50 INCLUSIVE SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR APR-15-2020 PROOF OF SERVICE DUE ON JAN-13-2020 CASE MANAGEMENT STATEMENT DUE ON MAR-23-2020 | View | $450.00 |

Showing 1 to 8 of 8 entries                                    Previous [1] Next

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Melissa Robbins Coutts, Esq. | SBN: 246723
McCARTHY & HOLTHUS LLP
411 Ivy St   San Diego, CA 92101

TELEPHONE NO.: (619) 685-4800 | FAX NO. | E-MAIL ADDRESS (Optional): ap@mccarthyholthus.com
ATTORNEY FOR (Name): Plaintiff(s): Toorak Capital Partners, LLC

FOR COURT USE ONLY

**ELECTRONICALLY**
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**01/06/2020**
**Clerk of the Court**
BY: DAVID YUEN
**Deputy Clerk**

**SAN FRANCISCO SUPERIOR COURT**

STREET ADDRESS: 400 MC ALLISTER ST.  1ST FLOOR
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: CIVIL DIVISION

PLAINTIFF/PETITIONER: Toorak Capital Partners, LLC
DEFENDANT/RESPONDENT: La Mancha Systems Corp, et al.

CASE NUMBER:
CGC-19-580774

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:
CA-19-865295-JUD |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ summons

   b. ☑ complaint

   c. ☑ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet

   e. ☐ cross-complaint

   f. ☐ other (specify documents):

3. a. Party served (specify name of party as shown on documents served):
   **San Francisco Department of Public Health**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **Abgail Fae - Authorized to accept**
   **Age: 26 - 30 | Weight: 141-160 Lbs | Hair: Black | Sex: Female | Height: 5'7 - 6'0 | Eyes: Brown | Race: White**

4. Address where the party was served:  **1 Carlton B Goodlett Pl Ste 234**
   **San Francisco, CA 94102-4604**

5. I served the party (check proper box)

   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **1/6/2020**   (2) at (time): **11:57 AM**

   b. ☐ **by substituted service.** On (date):  at  (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      (date):   from (city):                        **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/SD43084**

| PETITIONER: Toorak Capital Partners, LLC | CASE NUMBER: |
|---|---|
| RESPONDENT: La Mancha Systems Corp, et al. | CGC-19-580774 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                             *(2) from (city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☑ On behalf of **San Francisco Department of Public Health**
     under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☑ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: **Tony Alexandrino Silva - Nationwide Legal, LLC REG: 12-234648**

  b. Address: **110 West C. St, Suite 1211 San Diego, CA 92101**

  c. Telephone number: **(619) 232-7500**

  d. **The fee** for service was: **$ 61.00**

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

      (i) ☐ owner    ☐ employee    ☑ independent contractor.

      (ii) Registration No.: **2018-0001398**

      (iii) County: **San Francisco**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/6/2020**

**Nationwide Legal, LLC**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**
**www.nationwideasap.com**

_____
      **Tony Alexandrino Silva**          ▶
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Case 2:21-cv-07405-MCS-AS    Document 117-5    Filed 03/27/23    Page 5 of 11   Page ID #:2629

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Melissa Robbins Coutts, Esq. \| SBN: 246723<br>McCARTHY & HOLTHUS LLP<br>411 Ivy St   San Diego, CA 92101<br><br>TELEPHONE NO.: (619) 685-4800 \| FAX NO.  \| E-MAIL ADDRESS *(Optional):* ap@mccarthyholthus.com<br>ATTORNEY FOR *(Name):* Plaintiff(s): Toorak Capital Partners, LLC | *FOR COURT USE ONLY* |

| | |
|---|---|
| **Superior Court of California, County of San Francisco**<br>STREET ADDRESS: 400 McAllister Street Rm 103<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | **ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br>**01/06/2020**<br>**Clerk of the Court**<br>BY: DAVID YUEN<br>**Deputy Clerk** |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Toorak Capital Partners, LLC<br>DEFENDANT/RESPONDENT: La Mancha Systems Corp, et al. | CASE NUMBER:<br>CGC-19-580774 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>CA-19-865295-JUD |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ summons

   b. ☑ complaint

   c. ☑ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet

   e. ☐ cross-complaint

   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
   **San Francisco Public Utilities Commission**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Abgail Fae - Authorized to accept**
      **Age: 26 - 30 | Weight: 141-160 Lbs | Hair: Black | Sex: Female | Height: 5'7 - 6'0 | Eyes: Brown | Race: White**

4. Address where the party was served:  **1 Carlton B Goodlett Pl Ste 234**
   **San Francisco, CA 94102-4604**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **1/6/2020**     (2) at *(time):* **11:54 AM**

   b. ☐ **by substituted service.** On *(date):* at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
          *(date):*   from *(city):*                              **or** ☐  a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | |
|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | Code of Civil Procedure, § 417.10 |
| **PROOF OF SERVICE OF SUMMONS** | **POS010-1/SD43085** |

| PETITIONER: Toorak Capital Partners, LLC | CASE NUMBER |
|---|---|
| RESPONDENT: La Mancha Systems Corp, et al. | CGC-19-580774 |

c. ☐ **by mail and acknowledgment of receipt of service.**  I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                 *(2) from  (city):*

   (3)☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4)☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of **San Francisco Public Utilities Commission**
under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☑ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name:  **Tony Alexandrino Silva - Nationwide Legal, LLC REG: 12-234648**
  b. Address:  **110 West C. St, Suite 1211  San Diego, CA 92101**
  c. Telephone number:  **(619) 232-7500**
  d. **The fee** for service was: **$ 45.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner    ☐ employee    ☑ independent contractor.
      (ii) Registration No.: **2018-0001398**
      (iii) County: **San Francisco**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/6/2020**

**Nationwide Legal, LLC**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**
**www.nationwideasap.com**

_____
**Tony Alexandrino Silva**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Melissa Robbins Coutts, Esq. | SBN: 246723<br>McCARTHY & HOLTHUS LLP<br>411 Ivy St   San Diego, CA 92101<br><br>TELEPHONE NO.: (619) 685-4800 | FAX NO.  | E-MAIL ADDRESS *(Optional):* ap@mccarthyholthus.com<br>ATTORNEY FOR *(Name):* Plaintiff(s): Toorak Capital Partners, LLC | **ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br>**01/10/2020**<br>**Clerk of the Court**<br>**BY: NEYL WEBB**<br>Deputy Clerk |

| Superior Court of California, County of San Francisco | |
|---|---|
| STREET ADDRESS: 400 McAllister Street Rm 103<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |

| PLAINTIFF/PETITIONER: Toorak Capital Partners, LLC<br>DEFENDANT/RESPONDENT: La Mancha Systems Corp, et al. | CASE NUMBER:<br>CGC-19-580774 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>CA-19-865295-JUD |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
   **La Mancha Systems Corp. a California Corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Stephanie Pierantoni - Agent for Service**
4. Address where the party was served:  **4 Embarcadero Ctr Ste 1400**
   **San Francisco, CA 94111-4164**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* 1/6/2020 at  *(time):* 10:50 AM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **Stephy Jabs - Front desk**
   Age: 26 - 30 | Weight: 161-180 Lbs | Hair: Brown | Sex: Female | Height: 5'1 - 5'6 | Eyes: Green | Race: White

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*  from *(city):*                              or ☑ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/SD43081** |
|---|---|---|

| PETITIONER: Toorak Capital Partners, LLC | CASE NUMBER: |
|---|---|
| RESPONDENT: La Mancha Systems Corp, et al. | CGC-19-580774 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*               (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant.

    b. ☐ as the person sued under the fictitious name of *(specify):*

    c. ☐ as occupant.

    d. ☐ On behalf of

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

    a. Name: **Tony Alexandrino Silva - Nationwide Legal, LLC REG: 12-234648**

    b. Address: **110 West C. St, Suite 1211  San Diego, CA 92101**

    c. Telephone number: **(619) 232-7500**

    d. **The fee** for service was: **$ 61.00**

    e. I am:

        (1) ☐ not a registered California process server.

        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

        (3) ☑ registered California process server:

            (i) ☐ owner       ☐ employee    ☑ independent contractor.

            (ii) Registration No.: **2018-0001398**

            (iii) County: **San Francisco**

8. ☑ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **1/6/2020**

**Nationwide Legal, LLC**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**
**www.nationwideasap.com**

_____    ▶    _____
        **Tony Alexandrino Silva**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| Attorney or Party without Attorney:<br>Melissa Robbins Coutts, Esq., SBN:  246723<br>McCARTHY & HOLTHUS LLP<br>411 Ivy St<br>San Diego, CA 92101<br>TELEPHONE No.: (619) 685-4800<br><br>Attorney for: Plaintiff(s) Toorak Capital Partners, LLC | E-MAIL ADDRESS (Optional): ap@mccarthyholthus.com<br>FAX No. (Optional): |  | FOR COURT USE ONLY |
|---|---|---|---|

E-MAIL ADDRESS (Optional): ap@mccarthyholthus.com
FAX No. (Optional):

Ref No. or File No.:
CA-19-865295-JUD

Insert name of Court, and Judicial District and Branch Court:
Superior Court of California, County of San Francisco -

Petitioner: Toorak Capital Partners, LLC

Respondent: La Mancha Systems Corp, et al.

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CGC-19-580774 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as  follows:

    a. Date of Mailing:               January 6, 2020
    b. Place of Mailing:            San Diego, CA
    c. Addressed as follows:       La Mancha Systems Corp. a California Corporation
                                     ATTENTION: Stephanie Pierantoni - Agent for Service
                                       4 Embarcadero Ctr Ste 1400
                                       San Francisco, CA 94111-4164

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at San Diego, California in the ordinary course of  business.

Fee for Service: **$ 61.00**
  **Nationwide Legal, LLC REG: 12-234648**
  **110 West C. St, Suite 1211**
  **San Diego, CA 92101**
  **(619) 232-7500**
  **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **January 6, 2020**.

Signature: _____
                   **Valerie Ringler**

**PROOF OF SERVICE BY MAIL**

Order#: SD43081/mailproof

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Melissa Robbins Coutts, Esq. \| SBN: 246723<br>McCARTHY & HOLTHUS LLP<br>411 Ivy St  San Diego, CA 92101<br><br>TELEPHONE NO.: (619) 685-4800 \| FAX NO.  \| E-MAIL ADDRESS *(Optional):* ap@mccarthyholthus.com<br>ATTORNEY FOR *(Name):* Plaintiff(s): Toorak Capital Partners, LLC | **ELECTRONICALLY<br>F I L E D**<br>*Superior Court of California,<br>County of San Francisco*<br>**01/21/2020<br>Clerk of the Court**<br>BY: NEYL WEBB<br>**Deputy Clerk** |

| SAN FRANCISCO SUPERIOR COURT |  |
|---|---|
| STREET ADDRESS: 400 MC ALLISTER ST.  1ST FLOOR<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: CIVIL DIVISION | |

| PLAINTIFF/PETITIONER: Toorak Capital Partners, LLC<br>DEFENDANT/RESPONDENT: La Mancha Systems Corp, et al. | CASE NUMBER:<br>CGC-19-580774 |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>CA-19-865295-JUD |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
   **Stephanie Pierantoni**
      **Age: 30 | Weight: 120 | Hair: Brown | Sex: Female | Height: 5'4" | Eyes:  | Race: Cauc.**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  **4626 Ewing Rd<br>Castro Valley, CA 94546-1016**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **1/20/2020**   (2) at *(time):* **3:47 PM**

   b. ☐ **by substituted service.** On *(date):* at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*    from *(city):*                                    **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/SD43082**

<table>
<tr><td>PETITIONER: Toorak Capital Partners, LLC</td><td rowspan="2">CASE NUMBER:<br>CGC-19-580774</td></tr>
<tr><td>RESPONDENT: La Mancha Systems Corp, et al.</td></tr>
</table>

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                     (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of

     under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: **Falica Marie Lowry - Nationwide Legal, LLC REG: 12-234648**

  b. Address: **110 West C. St, Suite 1211  San Diego, CA 92101**

  c. Telephone number: **(619) 232-7500**

  d. **The fee** for service was: **$ 220.00**

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

      (i) ☐ owner    ☐ employee    ☑ independent contractor.

      (ii) Registration No.: **1470**

      (iii) County: **Alameda**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/21/2020**

**Nationwide Legal, LLC**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**
**www.nationwideasap.com**

_____
**Falica Marie Lowry**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____