# EXHIBIT 5

**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
Alfred L. Fatale III (*pro hac vice*)
Joseph N. Cotilletta (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
dschwartz@labaton.com
afatale@labaton.com
jcotilletta@labaton.com

*Lead Counsel for Lead Plaintiff
and for the Proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Lead Plaintiff
and for the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 2:21-CV-07405-MCS-PLA<br><br>**LEAD PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO THE HONEST COMPANY, INC.'S FIRST SET OF INTERROGATORIES TO LEAD PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE KATHIE NG**<br><br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

LEAD PLAINTIFF'S SUPPKEMENTAL R&Os TO THE HONEST COMPANY, INC.'S FIRST SET OF
INTERROGATORIES TO LEAD PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE KATHIE NG
CASE NO. 2:21-CV-07405-MCS-PLA

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California, Lead Plaintiff Kathie Ng, by and through her undersigned counsel, hereby supplements her response to the Honest Company, Inc.'s First Set of Interrogatories dated November 14, 2022 (the "Interrogatories").

Lead Plaintiff hereby incorporates by reference the General Objections, Objections to Definitions and Instructions, and Specific Objections set forth in her Responses and Objections to the Interrogatories (the "Objections"), as if fully repeated herein.

These Supplemental Responses and Objections are based on information currently available to Lead Plaintiff. Lead Plaintiff expressly reserves the right to amend, supplement, or correct these Supplemental Responses and Objections in accordance with Rule 26 of the Federal Rules of Civil Procedure.

**SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES**

Subject to and without waiving the Objections, Lead Plaintiff hereby provides the following supplemental response to Interrogatory No. 11.

**INTERROGATORY NO. 11:**

IDENTIFY, INCLUDING by providing the case name, jurisdiction, case number and subject matter, any civil, regulatory, administrative, and/or criminal lawsuit or proceeding in which YOU are or have been a party, class member, or witness.

**ANSWER AND OBJECTION TO INTERROGATORY NO. 11:** In addition to the General Objections above, Lead Plaintiff specifically objects to the Interrogatory to the extent it seeks communications, information or documents protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege, doctrine, immunity, or exemption from discovery. Lead

Plaintiff further objects to this Interrogatory to the extent it seeks documents and information related to legal proceeds unrelated to this action on the grounds that such a request is unduly burdensome, overly broad, and not proportional to the needs of this case. Lead Plaintiff further objects to this Interrogatory because the term "lawsuit or proceeding" is undefined, vague, ambiguous, and subject to varying interpretations and definitions. Moreover, Lead Plaintiff objects to this Interrogatory because of the definitions of "Identify" and "You" as noted above. Lead Plaintiff further objects to this Interrogatory to the extent it seeks information that is publicly available or obtainable from some other source that is more convenient, less burdensome, less expensive, or more properly obtained by other discovery devices.

Subject to and without waiving the foregoing objections, Lead Plaintiff states that she is unaware of any such lawsuits or proceedings.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 11:**

Subject to and without waiving objections, Lead Plaintiff states, upon having her recollection refreshed at her deposition on February 26, 2023, she now recalls a small claims action brought against her in Idaho state court relating to a contract dispute with a property manager.  She was ordered to pay $165 to the plaintiff in that action.  The action was captioned *Diaz & Partners Prop Mgmt, et al. vs. Howard Dong, et al.*, CV-SC-2006-12780. Moreover, upon information and belief, it appears that she was named as a defendant in an action in California state court but never received the complaint because the action was terminated before service was effectuated. That action was captioned *Tookrak Capital Partners, LLC vs. La Mancha Systems Corp. et al.*, CGC19580774.

LEAD PLAINTIFF'S SUPPLEMENTAL R&Os TO THE HONEST COMPANY, INC.'S FIRST SET OF INTERROGATORIES TO LEAD PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE KATHIE NG
CASE NO. 2:21-CV-07405-MCS-PLA

3

Dated:    March 27, 2023              THE SCHALL LAW FIRM

                                      By:    /s/ *Brian Schall*
                                             BRIAN SCHALL

                                      *Liaison Counsel for Lead Plaintiff*
                                      *Kathie Ng and the Class*

## VERIFICATION

I, Kathie Ng, declare:

I am the Lead Plaintiff in the above-entitled action. I have read the foregoing **LEAD PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO THE HONEST COMPANY, INC.'S FIRST SET OF INTERROGATORIES TO LEAD PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE KATHIE NG**. As to those matters within my personal knowledge, I verify that the contents of Interrogatories and the representations made as to me are true and accurate; and as to other matters, on information and belief I verify that the contents thereof are true and accurate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at _Burlingame_, California on this _27_ day of March, 2023.

_____
KATHIE NG

VERIFICATION

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a member of the bar of the state of New York.  I am over the age of eighteen years, and not a party to the within action.  My business address is Labaton Sucharow LLP, 140 Broadway, New York, NY 10005.  My e-mail address is rrowley@labaton.com.  On the date set forth below, I served the following documents in the manner described below:

> **LEAD PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO THE HONEST COMPANY, INC.'S FIRST SET OF INTERROGATORIES TO LEAD PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE KATHIE NG**

☒ **BY ELECTRONIC MAIL** – Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the following parties in this action:

| | |
|---|---|
| Michael C. Tu<br>**COOLEY LLP**<br>1333 2nd Street, Suite 400<br>Santa Monica, California 90401<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br><br>*Counsel for Defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos and Jessica Warren* | Daniel H.R. Laguardia<br>**SHEARMAN & STERLING LLP**<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br><br>*Counsel for Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, Bofa Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc.* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 27, 2023, in New York, New York.

*/s/ Robert S. Rowley*

CERTIFICATE OF SERVICE
CIVIL ACTION NO. 2:21-CV-07405