# EXHIBIT 6

## Possible People Information

### Person Overview

**KATHIE Y NG**

106 TUSCANY WAY

DANVILLE, CA ███████    CONTRA COSTA County

**Phone Number(s):**

███████

███████

███████

**SSN:**

███████ - issued in CA in 1973

**DOB:**

██/XX/1949 (Age: 73)

**Spouse/Close Association:**

PAK



### Date of Birth Summary

| Date of Birth | Source |
| --- | --- |
| ██/XX/1949 (Age: 73) | Experian Credit Header    Experian Credit Header Real Time    People Find    People Historical #1    People Historical #2    People Historical #3    People Household |
| ██████ | People Household #1    People Household #2 |
| ██████ | People Household |

### SSN Summary

| SSN | Source |
| --- | --- |
| ██████ issued in CA in 1973 | Equifax Credit Header    Experian Credit Header    Experian Credit Header Real Time    People Find    People Historical #1    People Historical #2 |

### Name Variations

WESTLAW  Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.