# EXHIBIT 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-cv-07405-MCS-PLA<br><br>CLASS ACTION |

### SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**To:**  All persons and entities that purchased or otherwise acquired The Honest Company, Inc. ("Honest" or the "Company") publicly traded common stock pursuant and traceable to the Offering Documents[1] for Honest's Initial Public Offering ("IPO") prior to August 19, 2021, as well as all persons and entities that acquire ownership of a trading account, retirement account, or any other similar investment account or portfolio containing Honest's publicly traded common stock that was purchased or otherwise acquired pursuant and traceable to the Offering Documents for Honest's IPO prior to August 19, 2021, and were damaged thereby (collectively, the "Class" and individually, "Class Members").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Central District of California, that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class defined above. **Please note**: at this time, there is no judgment, settlement or monetary recovery. A trial date in this Action has not been set.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. A Postcard Notice is currently being mailed to known potential Class Members. If you have not yet received the Postcard Notice, you may obtain a copy of it or a long-form Notice of Pendency of Class Action by downloading them at www._____.com or by contacting the Administrator at:

*In re The Honest Company, Inc. Sec. Litig.*
c/o _____
P.O. Box ____
_____, __ _____-____
(___)___-___-

---

[1]  The "Offering Documents" are Honest's April 9, 2021 registration statement on Form S-1, which following amendment, was declared effective by the U.S. Securities and Exchange Commission on May 4, 2021 (the "Registration Statement"), and a May 6, 2021 final prospectus on Form 424(b)(4), which forms part of the Registration Statement.

Inquiries, other than requests for the Notices, may be made to the following representative of Class Counsel:

Alfred L. Fatale III, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(888) 219-6877

If you are a Class Member, you have the right to decide whether to remain in the Class or to request exclusion. ***If you want to remain in the Class, you do not need to do anything at this time other than retain documentation reflecting your transactions and holdings in Honest common stock***. If you are a Class Member and do not request exclusion, you will stay in the Class and be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable. You may also be eligible for a future recovery in the Action, if there is one.

If you **do not** wish to remain in the Class, you **must** take steps to exclude yourself. If you timely and validly ask to be excluded from the Class, you will not be bound by anything that happens in the Action. However, you will not be eligible to receive any money that might be recovered in the future. To exclude yourself from the Class, you must submit a written request for exclusion postmarked **no later than _____, 2023**, in accordance with the instructions set forth in the Notice available at www. _____.com. Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion whether to allow a second opportunity to request exclusion from the Class in the event there is a settlement or judgment in the Action.

**Further information about the case may be obtained by contacting the Administrator as provided above.**

## PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE

BY ORDER OF THE COURT:
United States District Court for the
Central District of California

2