**NOTE CHANGES MADE
BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-CV-07405-MCS-PLA<br><br>[PROPOSED] **ORDER ON STIPULATION SETTING POST-CLASS CERTIFICATION CASE SCHEDULE (ECF NO. 131)**<br><br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

Upon the Joint Stipulation submitted by Lead Plaintiff Kathie Ng and Defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc., and good cause being shown, the Court hereby ORDERS and sets the following dates:

| Event | Date |
|---|---|
| Deadline to Complete Settlement Conference or Mediation | July 28, 2023 |
| Non-Expert Discovery Cut-Off | September 22, 2023 |
| Expert Disclosure (Initial) | September 29, 2023 |
| Expert Disclosure (Rebuttal) | October 27, 2023 |
| Expert Discovery Cut-Off | November 10, 2023 |
| Last Date to _**Hear**_ Motions<br>• Rule 56 Motion due at least 5 weeks before hearing | February 26, 2024 |

[PROPOSED] ORDER

| Event | Date |
|---|---|
| • Opposition due 2 weeks after motion is filed<br>• Reply due 2 weeks after Opposition is filed | 1. January 12, 2024<br>2. January 26, 2024<br>3. February 9, 2024 |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memorandum of Contentions of Fact and Law<br>• Witness Lists<br>• Joint Exhibit List<br>• Joint Status Report Regarding Settlement | April 19, 2024 |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order<br>• Joint/Agreed Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Additional Voir Dire Questions, if any | April 26, 2024 |
| Final Pretrial Conference (Monday) | May 13, 2024, at 2:00 p.m. |
| Jury Trial (Tuesday) ; Trial Estimate 4 days | May 28, 2024, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: June 12, 2023

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER