**LABATON SUCHAROW LLP**
Jonathan Gardner*
Alfred L. Fatale III*
Joseph N. Cotilletta*
Charles Wood*
Robert S. Rowley*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
cwood@labaton.com
rrowley@labaton.com

*admitted *pro hac vice*

*Lead Counsel for Lead Plaintiff
Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
Email: brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Lead Plaintiff
Kathie Ng and the Class*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | 2:21-CV-07405-MCS-PLA<br><br>ECF CASE<br><br>**JOINT STIPULATION TO AMEND COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)**<br><br>**[PROPOSED ORDER LODGED CONCURRENTLY]**<br><br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

This Joint Stipulation and the accompanying [Proposed] Order are respectfully submitted by Lead Plaintiff Kathie Ng (the "Lead Plaintiff") and Defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (the "Defendants" and, together with the Lead Plaintiff, the "Parties").

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), the Defendants do not oppose and hereby stipulate to Lead Plaintiff's request for an order from the Court allowing Lead Plaintiff to file the proposed First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "FACC"), that is attached hereto as Exhibit A, without the need to file a separate motion for leave to amend;

WHEREAS, the proposed FACC seeks to add Catterton Management Company, L.L.C., L Catterton VIII, L.P., L Carterton VIII Offshore, L.P., THC Shared Abacus, LP, Catterton Managing Partner VIII, L.L.C., and C8 Management, L.L.C. (together the "Proposed Catterton Defendants") as additional defendants pursuant to Section 15 of the Securities Act of 1933;

WHEREAS, Lead Plaintiff is filing herewith as Exhibit B a redline comparing the proposed FACC to the currently operative Consolidated Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 59);

WHEREAS, for the avoidance of any doubt, the Parties hereby stipulate and agree that all of the Defendants' and the Proposed Catterton Defendants' rights, remedies and defenses with respect to the proposed FACC, including but not limited to the Defendants' or the Proposed Catterton Defendants' rights to move to dismiss or otherwise respond to the proposed FACC and/or to challenge the propriety of

adding the Proposed Catterton Defendants, are not waived and are expressly fully and entirely preserved;

WHEREAS, under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss . . . ." 15 U.S.C. §77z-1(b)(1); *see also In re Am. Funds Sec. Litig.,* 493 F. Supp. 2d 1103, 1105 (C.D. Cal. 2007) ("the Ninth Circuit has interpreted the automatic stay on all discovery under the PSLRA as applying not only when a motion to dismiss is pending, but from the filing of the case until such time that 'the court has sustained the legal sufficiency of the complaint.'" (quoting *SG Cowen Sec. Corp. v. United States District Court for the Northern District of California*, 189 F.3d 909, 911 (9th Cir. 1999))); *Brown v. Ambow Educ. Holding Ltd.*, 2014 WL 12487666 (C.D. Cal. Feb. 6, 2014) (same); *In re JDS Uniphase Corp. Sec. Litig.,* 238 F. Supp. 2d 1127, 1133 (N.D. Cal. 2002) ("Here, there is no motion to dismiss pending, but the time for responding to the consolidated complaint has not yet elapsed . . . . [a]ccordingly, under the Ninth Circuit's interpretation of the Reform Act in *SG Cowen*, plaintiffs are not yet entitled to take discovery."); and

WHEREAS, this stipulation is being entered into for the purposes of expediting motion practice with respect to Lead Plaintiff's amendment of the operative complaint, to facilitate ongoing mediation efforts because conservation of resources that would otherwise be expended on litigation proceedings will further the Parties' ability to reach a settlement agreement (if possible), and as a compromise agreement among the Parties.  This stipulation may be used only in connection with, and shall be admissible and binding only in, this litigation.  It shall not be admissible or binding in any other proceedings.

IT IS THEREFORE STIPULATED AND AGREED that, subject to Court approval:

1. Lead Plaintiff shall file the proposed FACC within one business day of the Court entering an order approving this stipulation;

2. After service of the FACC on the Proposed Catterton Defendants, Lead Plaintiff will promptly meet and confer with the Defendants and the Proposed Catterton Defendants to determine an appropriate schedule, subject to Court approval, to respond to the FACC;

3. All other proceedings, including discovery, shall be stayed pursuant to the PSLRA until the resolution of the motions to dismiss or other response by Defendants or the Proposed Catterton Defendants to the proposed FACC.

Dated: July 28, 2023                    Respectfully Submitted,

**LABATON SUCHAROW LLP**

By: */s/ Alfred L. Fatale III*

Jonathan Gardner
Alfred L. Fatale III
Joseph N. Cotilletta
Charles Wood
Robert S. Rowley
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
cwood@labaton.com
rrowley@labaton.com

*Lead Counsel for Lead Plaintiff
Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
Email: brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Lead Plaintiff
Kathie Ng and the Class*

JOINT STIPULATION TO AMEND COMPLAINT                    3

**COOLEY LLP**

By: */s/ Michael C. Tu*
 Michael C. Tu

*Counsel for Defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos and Jessica Warren*

**SHEARMAN & STERLING LLP**

By: */s/ Daniel H.R. Laguardia*
 Daniel H.R. Laguardia

*Counsel for Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc.*

Pursuant to L.R. 5-4.3.4, I, Alfred L. Fatale III, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its consent.

By: /s/ Alfred L. Fatale
Alfred L. Fatale III

**JOINT STIPULATION TO AMEND COMPLAINT**                          5