# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-CV-07405-MCS-PLA |
| --- | --- |
| | **[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |
| | Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

Upon the Joint Stipulation to Amend Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) (the "Stipulation") submitted by Lead Plaintiff Kathie Ng ("Lead Plaintiff") and Defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (collectively, the "Defendants"), and good cause being shown, the Court hereby ORDERS as follows:

1.      Lead Plaintiff shall file the proposed First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws

(the "FACC"), attached as Exhibit A to the Stipulation within one business day of entry of this Order;

2.  After service of the FACC on the Proposed Catterton Defendants (as defined in the Stipulation), Lead Plaintiff shall promptly meet and confer with the Defendants and the Proposed Catterton Defendants to determine an appropriate schedule, subject to Court approval, to respond to the FACC.

3.  All of the Defendants' and the Proposed Catterton Defendants' rights, remedies and defenses with respect to the proposed FACC, including but not limited to their rights to move to dismiss or otherwise respond to the proposed FACC and/or to challenge the propriety of adding the Proposed Catterton Defendants, are not waived and are fully and entirely preserved.

4.  All other proceedings, including discovery, shall be stayed pursuant to the PSLRA until the resolution of the motions to dismiss or other response by Defendants or the Proposed Catterton Defendants to the proposed FACC.

**IT IS SO ORDERED.**

Dated: _____

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT