# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-CV-07405-MCS-PLA |
| | **DECLARATION OF OWEN SULLIVAN REGARDING (A) MAILING OF THE NOTICE AND POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION** |

I, Owen F. Sullivan, declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's May 24, 2023 Order Approving Notice of Pendency of Class Action (the "Order Approving Notice of Pendency", ECF No. 132), Epiq was authorized to act as the Administrator in connection with the administration and dissemination of Notices providing notice of the pendency of the above-captioned certified class action.[1] The following statements are based on my personal knowledge and information provided by other Epiq employees working under

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Order Approving Notice of Pendency.

my supervision and, if called on to do so, I could and would testify competently about them.

### DISSEMINATION OF THE POSTCARD NOTICE

2. Pursuant to the Order Approving Notice of Pendency, as detailed below, Epiq mailed copies of the Notice and Postcard Notice to potential Class Members. Copies of the Notice and Postcard Notice are attached as Exhibits A and B. Also on June 8, 2023, the Notice was posted on the case-specific website.

3. As in most class actions of this nature, the large majority of potential class members are beneficial purchasers whose securities are held in "street name" – i.e., the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. Epiq maintains and updates an internal list of the largest and most common banks, brokers and other nominees. At the time of the initial mailing, Epiq's internal broker list contained 1,063 mailing records. On June 8, 2023, Epiq caused the Notice to be mailed to the 1,063 mailing records contained in its internal broker list by first-class mail.

4. On June 6, 2023, Epiq received a file from Honest's counsel containing the names and addresses of 245 purchasers of record of Honest publicly traded common stock pursuant and traceable to the Offering Documents for Honest's IPO. On June 12, 2023, Epiq caused the Postcard Notice to be mailed via first class U.S. Mail, postage pre-paid to the 245 unique mailing records contained in the data provided in the transfer list.

5. The Order Approving Notice of Pendency and the long-form Notice explained that those who purchased or acquired Honest publicly traded common stock from May 5, 2021 through August 18, 2021 inclusive, for the beneficial interest of a person or organization other than themselves to either: (i) within ten (10) calendar days of receipt of the Notice, request from the Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within ten (10) calendar days after receipt of the those Postcard Notices forward them to all such beneficial owners; or (ii)

2

within ten (10) calendar days of receipt of the Notice, provide a list of the names and addresses of all such beneficial owners to the Administrator. Nominees were also asked to provide email addresses to the extent they are available.

6.      Through August 24, 2023, Epiq has mailed an additional 1,074 Postcard Notices to potential Class Members whose names and addresses were provided to Epiq and has mailed another 34,230 Postcard Notices to nominees who requested Postcard Notices to forward to their customers. Each of the requests was responded to in a timely manner.

7.      Through August 24, 2023, Epiq has disseminated a total of 36,612 Notices and Postcard Notices to potential Class Members and nominees.

## PUBLICATION OF THE SUMMARY NOTICE

8.      In accordance with paragraph 12 of the Order Approving Notice of Pendency, Epiq caused the Summary Notice of Pendency of Class Action (the "Summary Notice") to be published once in the national edition of *The Wall Street Journal* and to be transmitted over the *PR Newswire* on June 15, 2023. Attached as Exhibit B is a Confirmation of Publication attesting to the publication of the Summary Notice in *The Wall Street Journal* and a screen shot attesting to the transmittal of the Summary Notice over the *PR Newswire*.

## CALL CENTER SERVICES

9.      Epiq reserved a toll-free phone number for the action, (888) 670-8722, which was set forth in the Notice, Postcard Notice, Summary Notice, and on the case-specific website.

10.      The toll-free number connects callers with an Interactive Voice Recording ("IVR"). The IVR provides callers with pre-recorded information, including a brief summary about the Action and the option to request a copy of the Notice and to speak with an operator during business hours. The toll-free telephone line with pre-recorded information is available 24 hours a day, seven days a week.

3

DECLARATION OF OWEN SULLIVAN RE. MAILING OF NOTICE AND POSTCARD NOTICE; PUBLICATION OF SUMMARY NOTICE; AND REPORT ON REQUESTS FOR EXCLUSION CASE NO. 21-CV-07405-MCS-PLA

## WEBSITE

11.    On June 8, 2023, Epiq established and is maintaining a case-specific website (www.thehonestcompanysecuritieslitigation.com) to provide additional information to Class Members. Users of the website can download copies of the Motion for Class Certification, Notice of Pendency, and the Order Approving Notice of Pendency. The web address was set forth in the Notice, Postcard Notice, and the Summary Notice. The website is accessible 24 hours a day, seven days a week. Epiq will continue operating, maintaining and, as appropriate, updating the website until the conclusion of this administration.

## EXCLUSION REQUESTS

12.    Pursuant to the Order Approving Notice of Pendency, Class Members who wish to be excluded from the Class were required to mail their written request to Epiq so that the request is received by August 7, 2023. As of the date of this Declaration, Epiq has not received any requests for exclusion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 28, 2023, at Beaverton. Oregon.

_____
Owen F. Sullivan

4

DECLARATION OF OWEN SULLIVAN RE. MAILING OF NOTICE AND POSTCARD NOTICE; PUBLICATION OF SUMMARY NOTICE; AND REPORT ON REQUESTS FOR EXCLUSION
CASE NO. 21-CV-07405-MCS-PLA