# EXHIBIT A

*In re The Honest Company, Inc. Sec. Litig.*
c/o Epiq
P.O. Box 5619
Portland, OR 97228-5619

### Court-Ordered Legal Notice

*This notice may affect your legal rights.*
*Please read it carefully.*

Important Legal Notice Authorized by the United States District Court, Central District of California about a Class Action.

**If you purchased or otherwise acquired The Honest Company, Inc.'s publicly traded common stock from May 5, 2021 through August 18, 2021, inclusive, and were damaged thereby, a class action has been certified that will impact your legal rights.**

Scan QR Code for detailed notice regarding this Class Action.



Postal Service: Please Do Not Mark or Cover Barcode



*400658390000000127*

*In re The Honest Company, Inc. Sec. Litig.,*
Case No. 2:21-cv-07405-MCS-PLA

*THIS POSTCARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE CLASS ACTION.*

**Please visit www.thehonestcompanysecuritieslitigation.com, email info@thehonestcompanysecuritieslitigation.com, or call (888) 670-8722 for more information.**

The Court has certified the above-referenced class action ("Action") that is pending against The Honest Company, Inc. ("Honest"), the Individual Defendants, and the Underwriter Defendants (collectively, "Defendants"). IF YOU ARE IN THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS CASE, WHICH HAS NOT SETTLED. This notice advises you of basic information about your options. A long-form notice is available at www.thehonestcompanysecuritieslitigation.com.

**Who Is In The Class?** All persons and entities that purchased or otherwise acquired Honest's publicly traded common stock pursuant and traceable to the Offering Documents for Honest's Initial Public Offering ("IPO") prior to August 19, 2021, as well as all persons and entities that acquired ownership of a trading account, retirement account, or any other similar investment account or portfolio containing Honest's publicly traded common stock that was purchased or otherwise acquired pursuant and traceable to the Offering Documents for its IPO prior to August 19, 2021, and were damaged thereby. Certain individuals and entities (including Defendants and their family members) are excluded from the Class by definition. (Receipt of this Postcard does not mean you are a Class Member.)

**What Are My Options?** The Action is being litigated and no money has been recovered. If you do nothing, you will remain in the Class and if there is a *future* recovery, you may be eligible for a payment. If you remain in the Class, you will be bound by all Court orders, whether favorable or unfavorable, and you may not pursue a lawsuit on your own with regard to any issues in the Action. **If you DO NOT want to be a Class Member** and be legally bound by what happens in the Action, **you must exclude yourself from the Class**. To exclude yourself, you must mail a letter stating that you "request exclusion from the Class in *In re The Honest Company, Inc. Sec. Litig.*, Case No. 2:21-cv-07405-MCS-PLA." Your request must: (i) state the name, address, telephone number, and email of the person or entity requesting exclusion (and contact person with proof of authorization for entities), and be signed; and (ii) state the number of shares of Honest common stock purchased or acquired by the person or entity requesting exclusion (or by the account or portfolio owned by the person or entity requesting exclusion) from May 5, 2021 through August 18, 2021, inclusive, how many of those shares the person or entity requesting exclusion sold, and the dates and prices of each such purchase, acquisition, and sale. You must mail your exclusion request, **postmarked no later than August 7, 2023**, to: *In re The Honest Company, Inc. Sec. Litig.*, c/o Epiq, P.O. Box 5619, Portland, OR 97228-5619. Defendants retain all their defenses to individual claims and may seek their dismissal, including because claims may be time-barred.

**What Has Happened So Far?** The case began in October 2019 and alleges claims under Sections 11 and 15 of the Securities Act of 1933. The Action alleges that Defendants made certain material misrepresentations and omissions in connection with Honest's IPO regarding (i) Honest's business model and growth strategy, and (ii) the impact of the COVID-19 pandemic on the demand for Honest's products. In May 2023, the Court certified the Class and appointed a Class Representative and Class Counsel (Labaton Sucharow LLP, 140 Broadway, New York, NY 10005). The Action is ongoing and still in the discovery phase. Defendants deny any wrongdoing. **A more detailed description of the Action is contained in the long-form notice available on the case website or using the QR code on page 1.**

**Your Other Rights.** Class Members are represented by Class Counsel. You may hire your own attorney, at your own expense. If you do, your attorney must file a notice of appearance **on or before August 7, 2023.**

**PLEASE KEEP YOUR INVESTMENT RECORDS AND NOTIFY THE ADMINISTRATOR OF ANY CHANGE IN ADDRESS.**

AI8202 v.06