# EXHIBIT C

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** *The Honest Company Securities Litigation*

I, Kathleen Komraus, hereby certify that

(a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;

(b) The Notice of which the annexed is a copy was published in the following publications on the following dates:

*6.15.2023 – Wall Street Journal*
*6.15.2023 – PR Newswire*

X *Kathleen Komraus*
**(Signature)**

Media & Design Manager
**(Title)**

THE WALL STREET JOURNAL.

Thursday, June 15, 2023 | **B7**

# NEW HIGHS AND LOWS

WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

**Wednesday, June 14, 2023**

*(Stock listing tables of new Highs and Lows — columns: Stock, Sym, 52-Wk Hi/Lo, % Chg)*

### Highs

| Stock | Sym | Hi/Lo | %Chg |
|---|---|---|---|
| Abercrombie&Fitch | ANF | 35.70 | 1.7 |
| Accuray | ARAY | 4.03 | 0.8 |
| AdvEngngInds | AEIS | 109.22 | -1.3 |
| AfricanGoldA | AGAC | 10.51 | 0.1 |
| AlamoGroup | ALG | 186.76 | -1.1 |
| AllstatePfdJ | ALLpJ | 26.77 | -0.2 |
| AmerSupercond | AMSC | 7.58 | -6.2 |
| Ametek | AME | 154.48 | 0.1 |
| Amrep | AXR | 16.86 | 1.9 |
| ApellisPharm | APLS | 94.75 | -1.3 |
| APi Group | APG | 25.75 | -0.3 |
| ApolloGbMgmt | APO | 76.52 | 0.2 |
| AppliedOptoelec | AAOI | 4.11 | 3.3 |
| APxAcqnf A | APXI | 10.75 | — |
| AquaronAcqn | AQU | 11.43 | — |
| ArcherAviationWt | AONR.WS | 1.02 | 6.0 |
| ArrowElec | ARW | 139.55 | 0.3 |
| Avnet | AVT | 48.96 | 0.4 |
| AxaltaCoating | AXTA | 32.88 | 0.9 |
| AxsomeTherap | AXSM | 83.99 | 8.1 |
| BWX Tech | BWXT | 67.86 | -0.2 |
| BancoBBVA | BBAR | 5.60 | 1.9 |
| Bladex | BLX | 21.19 | 0.8 |

*(additional High entries: BeaconRoof BECN 77.63; BelFuse B BELFB 59.61; BentleySystems BSY 53.87; BerkHathwy A BRK.A 521898; BerkHathwy B BRK.B 340.38; Biohaven BHVN 25.84; BioPlusAcqnA BIOS 11.24; BiteAcqn BITE 10.84; BowmanConsult BWMN 31.36; BrightHorizons BFAM 95.12; Brink's BCO 73.33; CACI Intl CACI 324.86; CBIZ CBZ 54.42; Cantaloupe CTLP 7.54; Carnival CCL 15.76; Carnival CUK 14.14; CellebriteDI CLBT 6.56; Cemex CX 7.29; Cencora CRNC 32.93; Chase CCF 131.82; Cintas CTAS 487.40; Cohu COHU 40.43; ColiseumAcqn MITA 11.26; Comstock LODE 0.38; Conmed CNMD 138.47; Constellation1 CSTA.U 10.59)*

*(additional High entries: Cool CLCO 13.73; Copa CPA 114.48; Core&Main COOL 29.24; CornerGrowthA COOL 10.72; CornerGrowthAcqn COOLU 10.50; Cricut CRCT 16.23; Cvent CVT 8.54; Darden DRI 168.72; DeckersOutdoor DECK 512.00; DeltaAir DAL 42.23; DiamondbkEngy DXCM 129.20; DiversifiedHlthcr DHC 3.30; DoubleVerify DV 37.17; Dropbox DBX 25.16; ESAB ESAB 66.45; Eaton ETN 194.88; Ecolab ECL 183.28; EmbraceChange EMCGU 10.68; Embraer ERJ 16.87; EnerSys ENS 106.65; EverestConsol MNTN.U 10.74; EverestConsolA CSTA.U 10.65)*

### Lows

| Stock | Sym | Hi/Lo | %Chg |
|---|---|---|---|
| AerwinsTech | AWIN | 0.45 | -9.8 |
| AdaptHealth | AHCO | 9.90 | -1.7 |
| AdialPharmWt | ADILW | 0.00 | -57.8 |
| AdicetBio | ACET | 4.49 | -6.0 |
| AgileTherap | AGRX | 3.26 | -3.1 |
| Akumin | AKU | 0.30 | -7.6 |
| AresAcqnII A | AACT | 10.10 | -0.1 |
| AtlanticaSust | AY | 23.67 | -1.3 |
| AuburnNatlBncp | AUBN | 20.38 | -2.9 |
| Beneficient | BENF | 5.10 | -3.2 |
| Biocept | BIOC | 1.63 | 0.3 |
| BiodrexaPharm | BDRX | 0.07 | -6.8 |
| BitBrother | ETB | 0.74 | -1.8 |
| BlueStarFoods | BSFC | 0.07 | -2.5 |
| BluejayDiag | BJDX | 0.19 | -3.0 |
| BoneBiologics | BBLG | 3.32 | -14.2 |
| CamberEnergy | CEI | 0.99 | — |
| CanopyGrowth | CGC | 0.65 | -5.3 |
| Cemtrex | CTM | 0.56 | -7.2 |
| Cineverse | CNVS | 2.20 | -31.2 |
| ComtechTel | CMTL | 8.39 | -8.1 |
| Corts PECO KTH | KTH | 27.90 | 0.5 |
| CueHealth | HLTH | 0.45 | -13.4 |
| DirectDigitalWt | DRCTW | 0.05 | -13.5 |
| DouglasElliman | DOUG | 2.52 | 0.4 |

*(additional Low entries across columns: NorwegCruise NCLH 19.68; NubiaBrandA NUBI 11.61; NuvectisPharma NVCT 18.65; NVIDIA NVDA 480.00; OtisWorldwide OTIS 88.05; OwensCorning OC 122.99; PTC PTC 141.99; PaloAltoNtwks PANW 239.63; ParkerHannifin PH 371.20; Penumbra PEN 342.68; PinnacleWest PNW 82.55; PioneerPwrSols PPSI 7.73; PotlatchDelt PCH 51.17; ProgressSoftware PRGS 51.75; PrometheusBio RXDX 199.74; PulteGroup PHM 74.53; PureStorage PSTG 37.50; QuadraAcqnOneA QDRO 10.44; QuantaServices PWR 186.50; Rockwell ROK 317.67; RushEnt B RUSHB 68.20; S-BONE SBON 29.51; SMART Global SGH 27.17; SPS Commerce SPSC 180.50; Saia SAIA 319.21; SapiensInt SPNS 27.34; Schrodinger SDGR 42.24; ServiceNow NOW 567.98)*

*(additional Low entries: ShakeShack SHAK 73.28; Shopify SHOP 66.56; SkyWest SKYW 37.92; Snap-On SNA 274.77; SoFiTech SOFI 10.23; Sprinklr CXM 14.96; Stantec STN 63.02; StarGroup SGU 15.22; Stevanato STVN 31.10; SurgeryPartners SGRY 44.59; Symbotic SYM 48.62; TIM TIMB 15.72; TMTAcqnUn TMTCU 10.65; TaTechnologies TATT 7.35; 10xGenomics TXG 59.31; TenetHealthcare THC 85.40; Tennant TNC 81.77; Teradata TDC 51.75; Teradyne TER 112.17; Textainer TGH 40.30; TopEnergyWt TYGOW 0.99; TsokosEnergyPfdF TNPpF 25.04; UFP Tech UFPT 103.56; UltraparPart UGP 3.70; UranOne D UONEK 6.34; Vertiv VRT 22.80; Vipshop VIPS 18.20; VitaCoco COCO 29.35; Vontier VNT 31.96; Walmart WMT 157.33; Watsco WSO 365.90; WeaveComms WEAV 8.97)*

*(additional Low entries: WestrockCoffeeWt WESTW 3.12; Winmark WINA 373.02; WisdomTree WT 7.49; XPO XPO 51.37; XBiotech XBIT 6.69)*

*(additional Low entries: EaglePharm EGRX 17.68; EcoWavePower WAVE 2.41; Edgio EGIO 0.46; ElectramecanicaWt SOLOW 0.01; ElevanceHealth ELV 428.87; EmbarkTechWt EMBKW 0.01; Encore EMKR 0.66; Energous WATT 0.29; FG FGH 1.65; FLJ FLJ 0.28; FirstMajestic AG 5.50; FranklinCovey FC 34.36; GlobalStarWt GLSTW 0.02; GreatElmCap GECC 7.55; Greenlane GNLN 1.95; HEXO HEXO 0.75; HTG Molecular HTGM 0.46; HoraceMannEdu HMN 29.85; HubCyberSecurity HUBC 0.52; HycroftMiningWt HYMCW 0.02; HyzonMotorsWt HYZNW 0.01; InvoBioScience INVO 0.15; IO Biotech IOBT 1.56; iClickInteract ICLK 2.05; iMediaBrands IMBI 0.14; IntegraResources ITRG 0.92; Intevac IVAC 3.65; JupiterWellness JUPW 0.31; KaryopharmTherap KPTI 2.05; Kineta KA 2.80; LIVCapAcqnII Wt LIVBW 0.03)*

Continued on page B10

---

**ADVERTISEMENT**

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

---

## CLASS ACTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re NUTANIX, INC. SECURITIES LITIGATION

Case No. 3:19-cv-01651-WHO
Case No. 3:21-cv-04080-WHO

JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

Defendants.

CLASS ACTION
SUMMARY NOTICE

*IF YOU (i) PURCHASED OR ACQUIRED SECURITIES IN NUTANIX, INC. ("NUTANIX") BETWEEN NOVEMBER 30, 2017 AND MAY 30, 2019, INCLUSIVE (THE "CLASS PERIOD"), AND/OR (ii) TRANSACTED IN PUBLICLY TRADED CALL OPTIONS AND/OR PUT OPTIONS OF NUTANIX DURING THE CLASS PERIOD, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT. CERTAIN PERSONS ARE EXCLUDED FROM THE DEFINITION OF THE CLASS AS SET FORTH IN THE STIPULATION OF SETTLEMENT.*

PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY CLASS ACTION LAWSUITS PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California, that in the above-captioned litigations (the "Actions"), a Settlement has been proposed for $71,000,000.00. A hearing will be held on October 4, 2023, at 2:00 p.m., before the Honorable William H. Orrick, at the United States District Court, Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, for the purpose of determining whether: (i) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (ii) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (iii) the application of Lead Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, should be granted.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE ACTIONS, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. You may obtain a copy of the Stipulation of Settlement, the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), and the Proof of Claim and Release Form (the "Proof of Claim") at www.NutanixSecuritiesSettlement.com or by contacting the Claims Administrator: *Nutanix Securities Settlement*, c/o Gilardi & Co. LLC, P.O. Box 301133, Los Angeles, CA 90030-1133; 1-888-850-8229.

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail postmarked no later than September 6, 2023, or submit it online by that date. If you are a Class Member and do not submit a valid Proof of Claim, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will still be bound by any judgment entered by the Court in the Actions (including the releases provided for therein).

To exclude yourself from the Class, you must submit a request for exclusion such that it is *postmarked* by September 13, 2023, in the manner and form explained in the Notice. If you are a Class Member and have not excluded yourself from the Class, you will be bound by any judgment entered by the Court in the Actions (including the releases provided for therein) whether or not you submit a Proof of Claim. If you submit a valid request for exclusion, you will have no right to recover money pursuant to the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation, or the fee and expense application must be filed with the Court no later than September 13, 2023.

PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE. If you have any questions about the Settlement, or your eligibility to participate in the Settlement, you may contact Lead Counsel at the following address or by calling 1-800-449-4900:

ROBBINS GELLER RUDMAN & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
settlementinfo@rgrdlaw.com

DATED:   May 19, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CLASS ACTION

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

STEVEN FOX, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

FIFTH THIRD BANCORP, GREG D. CARMICHAEL, TAYFUN TUZUN, MARK D. HAZEL, NICHOLAS K. AKINS, B. EVAN BAYH III, JORGE L. BENITEZ, KATHERINE B. BLACKBURN, EMERSON L. BRUMBACK, JERRY W. BURRIS, GARY R. HEMINGER, JEWELL D. HOOVER, EILEEN A. MALLESCH, MICHAEL B. McCALLISTER, and MARSHA C. WILLIAMS,

Defendants.

Case No. 2020CH05219

Judge: Hon. Celia G. Gamrath

### SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES

**To:   All who acquired Fifth Third Bancorp ("Fifth Third") publicly traded common stock pursuant and/or traceable to the Registration Statement issued in connection with Fifth Third's March 22, 2019 acquisition of MB Financial Inc.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the Circuit Court of Cook County, Illinois, that plaintiff Steven Fox ("Plaintiff"), on behalf of himself and the proposed Settlement Class, and Fifth Third and the other Defendants in the Action, have reached a proposed settlement of the above-captioned class action (the "Action"). The settlement is in the amount of $5,500,000 that, if approved, will resolve the Action in its entirety (the "Settlement"). (All terms not defined herein have the definitions assigned to them in the Stipulation and Agreement of Settlement, dated May 9, 2023 ("Stipulation").)

A hearing will be held before the Honorable Celia G. Gamrath, remotely via Zoom, at the Court's discretion, at 9:15 a.m. CDT on September 14, 2023 (the "Settlement Hearing") using Zoom Meeting ID: 928 4730 2982 and Passcode: 411367 to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice, as provided in the Stipulation; (iii) approve the proposed Plan of Allocation for distribution of the Net Settlement Fund; and (iv) approve Lead Counsel's Fee and Expense Application. The Court may change the date or location of the Settlement Hearing without providing another notice. Please check the Settlement website for information about the hearing: www.FifthThirdBancorpSecuritiesSettlement.com. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT. If you have not yet received a Notice and Proof of Claim and Release form ("Claim Form"), you may obtain copies of these documents by visiting the website dedicated to the Settlement, www.FifthThirdBancorpSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*Fifth Third Bancorp Securities Litigation*
c/o KCC Class Action Services
P.O. Box 301170
Los Angeles, CA 90030-1170

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

Alfred L. Fatale III, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
www.labaton.com
settlementquestions@labaton.com
(888) 219-6877

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than September 9, 2023*. If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court in the Action, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than August 24, 2023*. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Counsel's Fee and Expense Application must be filed with the Court and mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *filed and received no later than August 24, 2023*.

PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.

DATED:   June 15, 2023

BY ORDER OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### ANNOUNCEMENTS



## YOUR BOOK

We Write Your Biography for Your Family. Or We Write & Publish a Book of Your Success In Business & Lessons Learned. Earn Royalties on Book Sales.

BizSuccessBooks.com
LegaciesandMemories.com
(904) 293-9893 • Since 1999

### PUBLIC NOTICES

**Paladin Reinsurance Corporation**
This company advises all creditors that it is entering into a Commutation Plan under Section 1321(b) of the New York Insurance Law and Department Regulation 141 (11 NYCRR Section 128).

Any person who has and can provide details of a claim against this Estate should email by 14 July 2023 details of their claims to commutation@paladinreinsurance.com.

THE WALL STREET JOURNAL.

## THE MARKETPLACE

ADVERTISE TODAY

**(800) 366-3975**

For more information visit:
wsj.com/classifieds

© 2023 Dow Jones & Company, Inc. All Rights Reserved.

### BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Desolation Holdings LLC, *et al.*,[1]
Debtors.

Chapter 11
Case No. 23-10597 (BLS)
(Jointly Administered)

GENERAL BAR DATE IS AUGUST 31, 2023, AT MIDNIGHT (PREVAILING EASTERN TIME) NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM

PLEASE TAKE NOTICE THAT on June 7, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Bar Date Order") establishing **August 31, 2023, at midnight (Prevailing Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts, including any Customers (meaning any person or entity that has a cryptocurrency account with one or more of the Debtors)) to submit a proof of claim against any of the Debtors. A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Omni Agent Solutions, Inc. (the noticing and claims agent retained in these chapter 11 cases) (the "Omni"), by calling (888) 481-3704 for callers in the United States or by calling (747) 293-0010 for callers outside the United States, (ii) for no charge by visiting the Debtors' restructuring website at https://omniagentsolutions.com/Bittrex, or (iii) for a fee via PACER by visiting http://www.deb.uscourts.gov/.

The Bar Date Order and the below procedures for filing proofs of claim apply to all claims against the Debtors that arose prior to May 8, 2023 (the "Petition Date"). Among other exceptions listed below, Governmental Units have until September 4, 2023 at midnight (Prevailing Eastern Time) to file proofs of claim against the Debtors.

**1.   WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Petition Date, **and it is not one of the types of claims described in Section 4 below**. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

You MUST file a proof of claim to be able to withdraw cryptocurrency or fiat currency from the Debtors' online platform if you are a Customer, **unless your claim is one of the types of claims described in Section 4 below**. The Order establishes the following bar dates for filing proofs of claim in these Chapter 11 Cases (collectively, the "Bar Dates"):

**General Bar Date**. Applicable to 503(b)(9) claims). All claimants holding or wishing to assert a claim must submit a proof of claim with respect to such claim so as to be actually **received** by Omni by **August 31, 2023, at midnight (Prevailing Eastern Time)**, including parties asserting claims pursuant to section 503(b)(9) of the Bankruptcy Code.

**Governmental Bar Date.** All governmental units (as defined in section 101(27) of the Bankruptcy Code) holding claims against any of the Debtors that arose or are deemed to have arisen prior to the Petition Date must file proofs of claim on or before **November 4, 2023, at midnight (Prevailing Eastern Time).**

**Amended Schedules Bar Date.** Any claimant adversely affected by an amendment of or supplement to the Debtors' schedules of assets and liabilities (collectively, the "Schedules") must file a proof of claim on or before **the later of (i)** the applicable Bar Date and **(ii) thirty (30) days from the date that notice of the applicable amendment or supplement to the schedules is served on such claimant**.

**2.   WHEN AND WHERE TO FILE.** Except as provided for herein, all proofs of claim must be filed so as to be received on or before the applicable Bar Date **BY FIRST CLASS MAIL, OVERNIGHT COURIER OR HAND DELIVERY:** Bittrex, Inc. Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or **ELECTRONICALLY:** on the website located at https://omniagentsolutions.com/BittrexCustomerClaim for Customer Claims or https://omniagentsolutions.com/Bittrex-Claims for Non-Customer Claims, as applicable (the "Electronic Filing System"). Proofs of claim will be deemed filed only when received at the address listed above or via the Electronic Filing System on or before the applicable Bar Dates. **Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission** (other than proofs of claim filed electronically through the Electronic Filing System).

**3.   WHAT TO FILE**
**Customer Claims:** Customer Claims should be filed on a modified Customer Proof of Claim Form provided to the Debtors or obtained at the Electronic Filing System, located at https://omniagentsolutions.com/BittrexCustomerClaim.   All Customer

Proof of Claim Forms must be signed by the Customer claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in the specific type of coin, cryptocurrency or digital asset associated with the Customer account as of the Petition Date (without conversion) or in the lawful currency of the United States only if the amount was so denominated in the Customer account as of the Petition Date. The claimant also should set forth with specificity Customer identifying information, including Account ID, Username (Email) and SSN or EIN, as well as full name, address, date of birth, and driver's license or passport number of an individual associated with the Customer account. **Customer Proof of Claims should be uploaded via the encrypted link provided on the Electronic Filing System.**

**Non-Customer Claims:** Non-Customer Claims should be filed on the General Proof of Claim Form provided by the Debtors or obtained at (i) the website established by the Omni, located at https://omniagentsolutions.com/Bittrex-Claims or (ii) the Bankruptcy Court's website located at http://www.deb.uscourts.gov/claims-information. All General Proof of Claim Forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). The claimant should also set forth with specificity the legal and factual basis for the alleged claim and attach to the completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

**All claims:** If the claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "Schedules"), the proof of claim form also sets forth the amount of the claim as listed on the Schedules, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor. Any holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's bankruptcy case. A list of the Debtors and their respective case numbers is set forth above. Any holder of a claim must sign the claim or, if the claim ant is not an individual, an authorized agent must sign the claim.

**4.   WHO NEED NOT FILE A PROOF OF CLAIM.** The Order further provides that certain claimants, whose claims would otherwise be subject to the Bar Dates, need not file proofs of claims. To review a copy of the Order, please visit https://omniagentsolutions.com/Bittrex. Further information is also available at https://omniagentsolutions.com/BittrexFAQ. In particular, you **do not need** to file a proof of claim on or prior to the applicable Bar Dates if you are a Customer, including any Customer whose claim is listed on the Schedules as "disputed," "contingent," or "unliquidated," who accepted the terms of service of its account with the Debtors, complied with the KYC requirements, and actually withdrew cryptocurrency and fiat currency from the Bittrex platform prior to the applicable Bar Date.

**5.   CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**6.   THE DEBTORS' SCHEDULES AND ADDITIONAL INFORMATION.** You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. Copies of the Debtors' Schedules, the Order and other documents regarding the Debtors' chapter 11 cases are available for a fee from the Court's website at http://www.deb.uscourts.gov/ and are available free of charge at https://omniagentsolutions.com/Bittrex, or by written request to Omni at the address listed in Section 3 of this Notice. If you have any additional questions, you may contact Omni via email at Bittrexinquiries@omniagent.com or call (888) 481-3704 (US toll free) or +1 (747) 293-0010 (International). **A HOLDER OF A POTENTIAL CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**
Dated: June 9, 2023, Wilmington, Delaware

BY ORDER OF THE COURT

[1] The below lists the names and case numbers of each Debtor (collectively, the "Debtors"):

Name of Debtor, Case Number, Tax Identification Number: Desolation Holdings LLC, 23-10597, XX–XXX0439; Bittrex, Inc., 23-10598, XX–XXX0908; Bittrex Malta Holdings Ltd., 23-10599, XX–XXX2227; Bittrex Malta Ltd., 23-10600, XX–XXX1764.

## CLASS ACTION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION

Case No. 21-cv-07405-MCS-PLA

CLASS ACTION

### SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**To:   All persons and entities that purchased or otherwise acquired The Honest Company, Inc. ("Honest" or the "Company") publicly traded common stock pursuant and traceable to the Offering Documents[1] for Honest's Initial Public Offering ("IPO") prior to August 19, 2021, as well as all persons and entities that acquired ownership of a trading account, retirement account, or any other similar investment account or portfolio containing Honest's publicly traded common stock that was purchased or otherwise acquired pursuant and traceable to the Offering Documents for Honest's IPO prior to August 19, 2021, and were damaged thereby (collectively, the "Class" and individually, "Class Members").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Central District of California, that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class defined above. **Please note:** at this time, there is no judgment, settlement, or monetary recovery. A trial date in the Action has not been set.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. A Postcard Notice is currently being mailed to known potential Class Members. If you have not yet received the Postcard Notice, you may obtain a copy of it or a long-form Notice of Pendency of Class Action by downloading them at www.thehonestcompanysecuritieslitigation.com or by contacting the Administrator at:

*In re The Honest Company, Inc. Sec. Litig.*
c/o Epiq
P.O. Box 5619
Portland, OR 97228-5619
(888) 670-8722

Inquiries, other than requests for the Notices, may be made to the following representative of the Class Counsel:

Alfred L. Fatale III, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(888) 219-6877

If you are a Class Member, you have the right to decide whether to remain in the Class or to request exclusion.

*If you want to remain in the Class, you do not need to do anything at this time other than retain documentation reflecting your transactions and holdings in Honest common stock.* If you are a Class Member and do not request exclusion, you will stay in the Class and be bound by the proceedings in the Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable. You may also be eligible for a future recovery in the Action, if there is one.

If you **do not** wish to remain in the Class, you **must** take steps to exclude yourself. If you timely and validly ask to be excluded from the Class, you will not be bound by anything that happens in the Action. However, you will not be eligible to receive any money that might be recovered in the future. To exclude yourself from the Class, you must submit a written request for exclusion postmarked **no later than August 7, 2023**, in accordance with the instructions set forth in the Notice available at www.thehonestcompanysecuritieslitigation.com. Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion whether to allow a second opportunity to request exclusion from the Class in the event there is a settlement or judgment in the Action.

**Further information about the case may be obtained by contacting the Administrator as provided above.**

PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE

BY ORDER OF THE COURT:
United States District Court for the Central District of California

[1] The "Offering Documents" are Honest's April 9, 2021 registration statement on Form S-1, which following amendment, was declared effective by the U.S. Securities and Exchange Commission on May 4, 2021 (the "Registration Statement"), and a May 6, 2021 final prospectus on Form 424(b)(4), which forms part of the Registration Statement.

# Labaton Sucharow LLP Announces Pendency of Class Action in In re The Honest Company, Inc. Securities Litigation

NEWS PROVIDED BY
**Labaton Sucharow LLP** ➙
15 Jun, 2023, 08:00 ET

LOS ANGELES, June 15, 2023 /PRNewswire/ --

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-cv-07405-MCS-PLA <br><br> <u>CLASS ACTION</u> |

**<u>SUMMARY NOTICE OF PENDENCY OF CLASS ACTION</u>**

**To:** All persons and entities that purchased or otherwise acquired The Honest Company, Inc. ("Honest" or the "Company") publicly traded common stock pursuant and traceable to the Offering Documents[1] for Honest's Initial Public Offering ("IPO") prior to August 19, 2021, as well as all persons and entities that acquired ownership of a trading account, retirement account, or any other similar investment account or portfolio containing Honest's publicly traded common stock that was purchased or otherwise acquired pursuant and traceable to the Offering Documents for Honest's IPO prior to August 19, 2021, and were damaged thereby (collectively, the "Class" and individually, "Class Members").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Central District of California, that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class defined above. **Please note**: at this time, there is no judgment, settlement or monetary recovery. A trial date in the Action has not been set.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. A Postcard Notice is currently being mailed to known potential Class Members. If you have not yet received the Postcard Notice, you may obtain a copy of it or a long-form Notice of Pendency of Class Action by downloading them at www.thehonestcompanysecuritieslitigation.com or by contacting the Administrator at:

*In re The Honest Company, Inc. Sec. Litig.*

c/o Epiq

P.O. Box 5619

Portland, OR 97228-5619

(888) 670-8722

Inquiries, other than requests for the Notices, may be made to the following representative of Class Counsel:

Alfred L. Fatale III, Esq.

LABATON SUCHAROW LLP

140 Broadway

New York, NY 10005

(888) 219-6877

If you are a Class Member, you have the right to decide whether to remain in the Class or to request exclusion. ***If you want to remain in the Class, you do not need to do anything at this time other than retain documentation reflecting your transactions and holdings in Honest common stock***. If you are a Class Member and do not request exclusion, you will stay in the Class and be bound by the proceedings in the Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable. You may also be eligible for a future recovery in the Action, if there is one.

If you **do not** wish to remain in the Class, you **must** take steps to exclude yourself. If you timely and validly ask to be excluded from the Class, you will not be bound by anything that happens in the Action. However, you will not be eligible to receive any money that might be recovered in the future. To exclude yourself from the Class, you must submit a written request for exclusion postmarked **no later than August 7, 2023**, in accordance with the instructions set forth in the Notice available at www.thehonestcompanysecuritieslitigation.com. Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion whether to allow a second opportunity to request exclusion from the Class in the event there is a settlement or judgment in the Action.

**Further information about the case may be obtained by contacting the Administrator as provided above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**

BY ORDER OF THE COURT:

United States District Court for the Central District of California

_____

[1] The "Offering Documents" are Honest's April 9, 2021 registration statement on Form S-1, which following amendment, was declared effective by the U.S. Securities and Exchange Commission on May 4, 2021 (the "Registration Statement"), and a May 6, 2021 final prospectus on Form 424(b)(4), which forms part of the Registration Statement.

URL// www.thehonestcompanysecuritieslitigation.com

SOURCE Labaton Sucharow LLP