# EXHIBIT D

# Exclusion Request 1

*In re The Honest Company, Inc. Sec. Litig.*
c/o Epiq
P.O. Box 5619
Portland, OR 97228-5619

I request exclusion from the Class in *In re The Honest Company, Inc. Sec. Litig.* (C.D. Cal.).

I purchased 10 shares on August 3, 2021 for a total cost of $140.60. I did not subsequently sell those shares. Attached is a copy of the mailed envelope that contained the NOTICE OF PENDENCY OF CLASS ACTION, as it was not clear whether the Notice was delivered to the address stated below prior to the required postmarked response date of August 7, 2023.

Sincerely,

Steven C. Lawrence

Seattle, WA 98199



00015231



JOB# N89216 - 010

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO. 225

22#



\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 980
STEVEN C LAWRENCE
SEATTLE WA 98199-2421

01



Steven Lawrence

Seattle, WA 98199





**Retail**

**U.S. POSTAGE PAID**
**FCM LETTER**
**SEATTLE, WA 98199**
**AUG 14, 2023**

97228

**$0.66**

**RDC 99**

R2305K134483-01

In re The Honest Company, Inc. Sec. Litig.
c/o Epiq
P.O. Box 5619
Portland, OR 97228-5619

972288̄5619 B907

# Exclusion Request 2

page 10 of 23



I request exclusion from the class in re the Honest Company Inc Sec. Litig ( C.D. Cal.)

I do not want to be part of the lawsuit

Riccardo A. Cox

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Shreveport, LA. 71118

Email ▬▬▬▬▬▬▬▬

(see back)

Day bought   Day sold

5-5-21   5-7-21
2   23.484   2   19.824
each   each

I had 48 shares for around
Bass $1,040.00
Sold for $979.54 around

Thanks

Riccardo Cox
8-7-23

Day bought   Day sold

5   5-5-21   5   5-7-21
22.5679   20.048
each   each

2   5-5-21   2   5-7
22.5609   .21
each   19.824
each

2   5-5-21   2   5-7-21
20.465   20.485
each   each

4   5-5-21 5609   4   5-7-21
22   20.1139
each   each



**COPY**
Document Control

## YOUR RIGHTS AS A CLASS MEMBER

11.    A class action is a type of lawsuit in which one or several individuals or entities prosecute claims on behalf of all members of a group of similarly situated persons and entities (called a "class") to obtain monetary or other relief for the benefit of the entire group. Class actions avoid the necessity of each member of a class having to file his, her, or its own separate lawsuit to obtain relief. Class actions are used to decide legal and factual issues that are common to all members of a class.

12.    If you (1) purchased or otherwise acquired Honest's publicly traded common stock from May 5, 2021 through August 18, 2021, inclusive, or acquired ownership of an account or portfolio containing Honest's publicly traded common purchased or otherwise acquired during that time, (2) were damaged thereby, and (3) are not excluded from the Class by definition (*see* paragraph 1, above), you are a member of the Class. If you are a member of the Class, you have the right to decide whether to remain a member of the Class.

13.    If you do not want to be in the Class and instead wish to be excluded from the Class, you must request exclusion in accordance with the procedure set forth in paragraph 15 below. *If you want to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Honest common stock, as discussed in paragraph 14 below*. If you do nothing, and you are a member of the Class, you will stay in the Class. Your decision is important for the following reasons:

   a.    **If you remain a member of the Class**, you will be bound by all past, present and future orders and judgments in the Action, whether favorable or unfavorable. If any money is awarded to the Class, either through a settlement with Defendants or a judgment of the Court after a trial, you may be eligible to receive a share of that money. However, if you remain a member of the Class, you may not pursue a lawsuit on your own behalf with regard to any of the issues in the Action. *If you are a plaintiff in a lawsuit about your investments in Honest, please speak with your lawyer about this Notice.*

   Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion whether to allow a second opportunity to request exclusion from the Class if there is a settlement or judgment in the Action after a trial.

   As a member of the Class, you will be represented by Class Counsel. You will not be personally responsible for Class Counsel's attorneys' fees or expenses. Class Counsel have agreed to represent the Class on a contingent fee basis, which means that they will be awarded fees and costs by the Court only if they succeed in obtaining a recovery from one or more Defendants. Attorneys' fees and costs for Class Counsel, if approved by the Court, would be paid from the settlement or judgment, if any, obtained on behalf of the Class.

   You may also elect to be represented by counsel of your own choosing. If you do retain separate counsel, you will be responsible for your attorney's fees and expenses and your attorney must enter an appearance on your behalf by filing a Notice of Appearance with the Court and mailing it to Class Counsel at the addresses set forth in paragraph 19 below **on or before August 7, 2023.**

   b.    **If you choose to be excluded from the Class**, you will not be bound by any past, present, or future orders and judgments in the Action, nor will you be eligible to share in any recovery that might be obtained in the Action. You will retain any right you have to individually pursue claims, if any, that you may have against Defendants with respect to the claims asserted in the Action. *Please note, if you decide to exclude yourself from the Class, you may be time-barred from asserting the claims covered by the Action by a statute of repose and your claims could be dismissed*. Please refer to paragraphs 15 through 16 below if you would like to be excluded from the Class.

14.    Class Members will be eligible to participate in any recovery that might be obtained in the Action. While this Notice is not intended to suggest any likelihood that Class Members will recover any money, should there be a recovery, Class Members will be required to submit a claim form demonstrating their membership in the Class and documenting their sales, purchases and/or holdings of Honest common stock, and their resulting damages. The parties do not have Class Members' trading information. *For this reason, please be sure to keep all records of your transactions and holdings in Honest common stock. DO NOT mail them to Class Counsel or the Administrator at this time*. No money or benefits are available now and there is no guarantee that money or benefits will be obtained. If they are, Class Members will be notified regarding how to obtain a share.

3



## HOW TO BE EXCLUDED FROM THE CLASS

15.     If you wish to be excluded from the Class, you must specifically request exclusion by following these procedures. You must send a letter by first-class mail stating that you "request exclusion from the Class in *In re The Honest Company, Inc. Sec. Litig.* (C.D. Cal.)." Your request must: (i) state the name, address, telephone number, and email address of the person or entity requesting exclusion, and, in the case of entities, the name and telephone number of the appropriate contact person; (ii) state the number of shares of Honest common stock that the person requesting exclusion purchased or acquired from May 5, 2021 through August 18, 2021, inclusive; (iii) state how many of those shares the person or entity requesting exclusion sold; (iv) state the dates, number of shares, and prices of each such purchase/acquisition and sale; and (v) be signed by the person or entity requesting exclusion or an authorized representative, accompanied by proof of authorization.[5] You must mail your exclusion request, ***postmarked no later than August 7, 2023***, to:

*In re The Honest Company, Inc. Sec. Litig.*
c/o Epiq
P.O. Box 5619
Portland, OR 97228-5619

You cannot exclude yourself from the Class by telephone or by e-mail, and a request for exclusion shall not be effective unless it contains all the information called for by this paragraph and is postmarked by the date stated above, or is otherwise accepted by the Court.

16.     If your request for exclusion complies with these requirements, the Court will exclude you from the Class, you will not be bound by any orders or judgments in this Action, but you will not be eligible to share in any recovery that might be obtained in this Action.

17.     Do not request exclusion from the Class if you wish to participate in the Action as a member of the Class.

## CLASS COUNSEL

18.     As a member of the Class, you will be represented by Class Counsel, who are:

Alfred L. Fatale III, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(888) 219-6877

19.     If you want to be represented by your own lawyer, you may hire one at your own expense. If you do retain your own lawyer, they must enter an appearance on your behalf by filing a Notice of Appearance with the Clerk of the Court at the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, **on or before August 7, 2023**. Your Notice of Appearance must also be mailed to Class Counsel: Alfred L. Fatale III, Labaton Sucharow LLP, 140 Broadway, New York, NY 10005, **on or before August 7, 2023**.

20.     As noted above, unless you retain your own personal lawyer, if you remain in the Class, you will not have any direct obligations to pay the costs of the litigation. If there is a recovery by the Class, all fees and expenses of the Action, including Class Counsel's attorneys' fees and expenses, will be paid from that recovery in an amount approved by the Court.

## PLEASE KEEP YOUR ADDRESS CURRENT

21.     To make sure that you receive any further notices about this case, you are requested to mail notice of any changes in your address to:

*In re The Honest Company, Inc. Sec. Litig.*
c/o Epiq
P.O. Box 5619
Portland, OR 97228-5619

---

[5] The same information must be provided for persons or entities requesting exclusion who acquired ownership of a trading account, retirement account, or any other similar investment account or portfolio containing Honest's public traded common stock purchased or otherwise acquired from May 5, 2021 through August 18, 2021, inclusive.

4

AI8194 v.05

Shreveport, LA.
71118

SHREVEPORT LA   710

12 AUG 2023  PM 1   L

In re the
Monest Company, Inc. Sec. Litig
c/o EpiQ
P.O. Box 5619
Portland, OR. 97228-5619

97228-561919