DANIEL J. TYUKODY (SBN 123323)
tyukody@gtlaw.com
ALEX LINHARDT (SBN 303669)
linhardt@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for Defendants
Catterton Management Company L.L.C., L Catterton VIII, L.P.,
L Catterton VIII Offshore, L.P., Catterton Managing Partner VIII,
L.L.C., C8 Management, L.L.C, and THC Shared Abacus, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION, | CASE NO.: 2:21-cv-07405-MCS (PLA)<br><br>**HON. MARK C. SCARSI**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>*[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Declaration of Alex Linhardt, and Proposed Order]*<br><br>Hearing Date:　November 13, 2023<br>Hearing Time:　9:00 a.m.<br>Courtroom:　　7C |
| --- | --- |

Defendants Catterton Management Company L.L.C., L Catterton VIII, L.P., L Catterton VIII Offshore, L.P., Catterton Managing Partner VIII, L.L.C., C8 Management, L.L.C., and THC Shared Abacus, LP (collectively, "Catterton") respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the documents referenced below in connection with Catterton's motion to dismiss the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint" or "AC") filed by Lead Plaintiff Kathie Ng.[1]

## A.      The April 26, 2021 Registration Statement Is Properly Subject To Judicial Notice.

Under the incorporation-by-reference doctrine, courts may consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999).  In addition, judicial notice of a fact is proper where the fact is "not subject to reasonable dispute because it is (1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Courts in the Ninth Circuit routinely take judicial notice of registration statements and other filings with the Securities and Exchange Commission ("SEC"), including in connection with motions to dismiss Section 11 and Section 15 claims. *See, e.g., Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (granting judicial notice of publicly available financial documents such as SEC filings); *Pirani v. Slack Techs., Inc.*, 445 F. Supp. 3d 367, 373 n.2 (N.D. Cal. 2020) (taking judicial notice of registration statement under incorporation-by-reference doctrine in evaluating Section

---

[1] Throughout this request all emphasis to cited cases and statutes is added unless otherwise noted, and internal citations are omitted.

1

REQUEST FOR JUDICIAL NOTICE ISO DEFENDANTS'
MOTION TO DISMISS AMENDED COMPLAINT

*ACTIVE 690929900v1*

11 claims on motion to dismiss); *In re Dropbox Sec. Litig.*, 2020 U.S. Dist. LEXIS 195597, at *12 (N.D. Cal. Oct. 21, 2020) (same); *Sudunagunta v. Nantkwest, Inc.*, 2017 U.S. Dist. LEXIS 228535, at *5-7 (C.D. Cal. May 16, 2017) (same); *see also Berg v. Velocity Fin., Inc.*, 2021 U.S. Dist. LEXIS 17933, at *5 (C.D. Cal. Jan. 25, 2021) (taking judicial notice of registration statement and other SEC filings).

It is also well-established that a district court may take judicial notice of the contents of publicly available disclosure documents, including prospectuses, in connection with a motion to dismiss filed under the federal securities laws. *See, e.g., In re Century Aluminum Co. Sec. Litig.*, 729 F.3d 1104, 1110 (9th Cir. 2013) (district court properly took judicial notice of prospectus supplement in Section 11 case); *In re Progenity, Inc. Sec. Litig.*, 2021 U.S. Dist. LEXIS 167122, at *11 (S.D. Cal. Sept. 1, 2021) (taking judicial notice of prospectus and other SEC filings in Section 11 case).

Here, the April 26. 2021 Form S-1 Registration Statement for The Honest Company, Inc. is judicially noticeable because, among other reasons, (i) it is a publicly available disclosure document that may be reviewed on a motion to dismiss claims brought under the federal securities laws; and (ii) it is referenced and quoted from extensively throughout the Amended Complaint and thus is judicially noticeable under the incorporation-by-reference doctrine. *See, e.g.,* AC ¶¶ 89, 145-51. Further, the Registration Statement is also judicially noticeable under Federal Rule of Evidence 201(b) because it is "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See, e.g., In re Wet Seal, Inc. Sec. Litig.*, 518 F. Supp. 2d 1148, 1158 (C.D. Cal. 2007) ("the Court may properly take judicial notice of the SEC filings as public records of undisputed authenticity").

Thus, Catterton hereby requests that the Court judicially notice the following document:

1. Excerpts of the Form S-1/A amendment to the Registration Statement for

REQUEST FOR JUDICIAL NOTICE ISO DEFENDANTS'
MOTION TO DISMISS AMENDED COMPLAINT

*ACTIVE 690929900v1*

The Honest Company, Inc., which was filed with the SEC on April 26, 2021 and is attached to the Declaration of Alex Linhardt as **Exhibit A**.

**B.**     **The August 14, 2023 Hearing Transcript Is Properly Subject To Judicial Notice.**

The Court may take judicial notice of hearing transcripts under Federal Rule of Evidence 201 because they are part of the Court's own files and records as well as "matters of public record." *Poland v. Liberty Mut. Fire Ins. Co.*, 2014 U.S. Dist. LEXIS 11102, at *6 (E.D. Cal. Jan. 28, 2014); *see also Aurora World, Inc. v. Ty Inc.*, 2010 U.S. Dist. LEXIS 150933, at *37 (C.D. Cal. Aug. 24, 2010) (taking judicial notice of hearing transcript); *McClellan v. Kramer*, 2009 U.S. Dist. LEXIS 99190, at *9 n.18 (C.D. Cal. Oct. 20, 2009) (same). Catterton hereby requests that the Court judicially notice the following document:

2.     The reporter's transcript for the August 14, 2023 status conference hearing in this action, which is attached to the Declaration of Alex Linhardt as **Exhibit B**.

DATED: October 16, 2023     GREENBERG TRAURIG, LLP

By /s/ Daniel J. Tyukody
Daniel J. Tyukody
Alex Linhardt

Attorneys for Defendants
Catterton Management Company L.L.C.,
L Catterton VIII, L.P., L Catterton VIII Offshore,
L.P., Catterton Managing Partner VIII, L.L.C., C8
Management, L.L.C., and THC Shared Abacus, LP

3

*ACTIVE 690929900v1*