**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-CV-07405-MCS-PLA<br><br>**SUPPLEMENTAL DECLARATION OF OWEN SULLIVAN REGARDING ADDITIONAL REQUEST FOR EXCLUSION** |

I, Owen F. Sullivan, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's May 24, 2023 Order Approving Notice of Pendency of Class Action (the "Order Approving Notice of Pendency", ECF No. 132), Epiq was authorized to act as the Administrator in connection with the administration and dissemination of notices of the pendency of the above-captioned certified class action.[1] The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently about them.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Order Approving Notice of Pendency.

SUPPLEMENTAL DECLARATION OF OWEN SULLIVAN REGARDING ADDITIONAL REQUEST FOR EXCLUSION - CASE NO. 21-CV-07405-MCS-PLA

2. This supplemental declaration is submitted in order to report one additional late request for exclusion from the Class.

3. As ordered by the Court, Class Members who wished to be excluded from the Class were required to mail their written request to Epiq so that the request was received by August 7, 2023. As explained in my previously filed Amended Declaration of Owen Sullivan Regarding (A) Mailing of the Notice and Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, ECF No. 166, as of August 29, 2023, Epiq had received two requests for exclusion. Both of the requests were received after the August 7, 2023 deadline.

4. On September 6, 2023, Epiq received a third late request for exclusion, a redacted copy of which is attached hereto as Exhibit A. To date, no other requests for exclusion have been received.

5. Epiq does not have a record of mailing a notice to this individual, accordingly they were likely mailed a notice by a nominee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 20, 2023, at Beaverton. Oregon.

Owen F. Sullivan

2

SUPPLEMENTAL DECLARATION OF OWEN SULLIVAN REGARDING ADDITIONAL REQUEST FOR EXCLUSION - CASE NO. 21-CV-07405-MCS-PLA