# Exhibit A

 August 21st, 2023,

*In re The Honest Company, Inc. Sec. Litig.*
c/o Epiq
P.O. Box 5619
Portland, OR 97228-5619
USA

Case No. 21-cv-07405-MCS-PLA

To whom it may concern,

I just received on August 17th, 2023 a notice of pendency for the Class Action. The notice is dated June 8th, 2023.

It is quite surprising that it took so long and quite annoying it arrived well after August 7th, 2023, the deadline to opt out from the Class.

**Please note however that I request exclusion from the Class in** *In re The Honest Company, Inc. Sec. Litig.* **(C.D. Cal).**

I purchased 100 shares of Honest common stock from May 5th, 2021 through August 18th, 2021 and still own them (i.e. I did not sell any of them).

| Date | Number of shares purchased | Price paid per share ($) |
|---|---|---|
| May 6th, 2021 | 22 | 21.3575 |
| May 10th, 2021 | 30 | 16.805 |
| July 13th, 2021 | 20 | 13.965 |
| August 13th, 2021 | 28 | 10.7074 |

Best regards,

Jean-Philippe Solvay







M. Jean Philippe SOLVAY



PORTLAND OR 972

25755

22-08





97228-56191

09/01