# EXHIBIT A

MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
BENJAMIN B. SWEENEY (State Bar No. 313650)
*bsweeney@cooley.com*
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

KOJI F. FUKUMURA (State Bar No. 189719)
*kfukumura@cooley.com*
COOLEY LLP
4401 Eastgate Mall
San Diego, California 92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendants
THE HONEST COMPANY, INC., KATIE
BAYNE, SCOTT DAHNKE, KELLY KENNEDY,
ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK,
NIKOLAOS VLAHOS, and JESSICA WARREN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-PLA<br><br>**THE HONEST DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)**<br><br>Courtroom:  7C<br>Judge:       Hon. Mark C. Scarsi |

## INITIAL DISCLOSURES

Defendants The Honest Company, Inc. ("Honest" or the "Company"), Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, and Jessica Warren (collectively, the "Honest Defendants") hereby make the following initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. These initial disclosures are based upon a reasonable construction of the consolidated and amended complaint (ECF No. 59) (the "Complaint" or "CAC") in this case and are based solely upon the information which has been discovered by the Honest Defendants as of this date.

These disclosures in no way constitute a waiver of the Federal Rules of Evidence, including without limitation the protections of the attorney-client privilege, work product doctrine, any other applicable privilege and the law governing the requirements for admission of evidence. The Honest Defendants make no representation or admission concerning the relevance, authenticity or admissibility of any document identified in the disclosures. The Honest Defendants make these disclosures based on information reasonably known, following a good faith inquiry. The Honest Defendants' investigation is ongoing, and they reserve the right to modify, amend, or otherwise supplement these disclosures, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, as additional information becomes available during the course of this action, and to rely on such information as evidence in this action. The Honest Defendants further reserve the right to object to production and/or introduction into evidence of any document within the categories described herein or any testimony of the witnesses identified herein on the basis of privilege, relevance, or otherwise as appropriate.

## I.   RULE 26(A)(1)(A) - INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Set forth below are the names of individuals currently known to the Honest Defendants who may have discoverable information that the Honest Defendants may use to support their claims or defenses, unless solely for impeachment. Also set forth

below is the contact information for each individual and the probable subject matter of the discoverable information that the Honest Defendants may use.  By including an individual on this list, the Honest Defendants do not waive, and rather preserve, their rights to object to any deposition or trial testimony of each individual.

| Name | Contact Information | Subject(s) of Information |
| --- | --- | --- |
| Bayne, Katie | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, Securities and Exchange Commission ("SEC") filings, and related matters. |
| Berkus, Bob | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's initial public offering ("IPO"). |
| Burckhardt, JuliAnn | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |
| Carlson, Lindsay | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |

COOLEY LLP
ATTORNEYS AT LAW

THE HONEST DEFS' INITIAL DISCLOSURES
CASE NO. 2:21-CV-7405-MCS (PLA)

| Name | Contact Information | Subject(s) of Information |
|---|---|---|
| Connell, Robert | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Dahnke, Scott | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Daumlechner, Tanja | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |
| Dillard, Sidney | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |

| Name | Contact Information | Subject(s) of Information |
|---|---|---|
| Goldman, Lawrence | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |
| Hogan, Jeffrey | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |
| Kennedy, Kelly | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Kim, Sung | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Lanza, Melanie | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |

| Name | Contact Information | Subject(s) of Information |
|------|--------------------|---------------------------|
| Liaw, Eric | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Liew, Jeremy | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Misa, Sherman | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Ng, Kathie | c/o Jonathan Gardner<br>David J. Schwartz<br>Alfred L. Fatale III<br>Lisa Strejlau<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700 | Allegations of the Complaint. |
| Park, Kristin | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |

| Name | Contact Information | Subject(s) of Information |
|---|---|---|
| Pascente, John | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |
| Persel, Elmi | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Pramanik, Avik | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Rexing, Rick | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Rifkin, Adam | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |

| Name | Contact Information | Subject(s) of Information |
|---|---|---|
| Roosth, Chad | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |
| Rossi, Kristen | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |
| Shahzad, Muhammad | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Schmitz, William | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |

| Name | Contact Information | Subject(s) of Information |
|------|---------------------|---------------------------|
| Serewicz, Anne | c/o Daniel H.R. Laguardia<br>Daniel Lewis<br>Elizabeth J. Stewart<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 616-1100 | Underwriting for the Company's IPO. |
| Vlahos, Nikolaos | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| Warren, Jessica | c/o Michael C. Tu<br>Koji F. Fukumura<br>Benjamin B. Sweeney<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400 | The Company's business, public statements, SEC filings, and related matters. |
| CW-1 | Unknown | Allegations in the Complaint. |
| CW-2 | Unknown | Allegations in the Complaint. |

In addition, the Honest Defendants incorporate and join in the identification of witnesses in the Rule 26(a) disclosures made by all other defendants in this action.

## II.   RULE 26(A)(1)(B) - DOCUMENTS

The Honest Defendants presently believe that the categories of documents, data compilations, and tangible things in their possession, custody, and control, described below, are likely to contain non-privileged, discoverable information that the Honest Defendants may use to support their defenses (except for documents and things that the Honest Defendants may use solely for impeachment).  By providing this information pursuant to Federal Rule of Civil Procedure 26(a)(1)(B), the Honest Defendants do not waive any of their rights under the Federal Rules of Evidence, the Federal Rules of Civil

Procedure, or any other applicable rule or statute including, but not limited to, any privilege or work product doctrine. The Honest Defendants have described such documents by category. The categories of documents, data compilations, and tangible things in the Honest Defendants' possession, custody, and control likely to contain non-privileged, discoverable information that the Honest Defendants may use to support their defenses include:

    a. Documents that have been or will be made available through discovery in this litigation;

    b. Motions, pleadings, exhibits, and other public filings in this litigation;

    c. Documents quoted or referenced in the Complaint;

    d. Public filings or disclosures of the Honest Defendants or any related parties with or to the SEC, related to this litigation or the subject matter thereof;

    e. Press releases and public statements made by officers or directors of the Honest Company, the Underwriter Defendants, or parties related to any of the Defendants, related to this litigation or the subject matter thereof;

    f. Non-privileged communications by and/or between officers or directors of the Honest Company, related to this litigation or the subject matter thereof;

    g. Non-privileged communications by and/or between the Honest Defendants and the Underwriter Defendants, related to this litigation or the subject matter thereof;

    h. Such other records, files or communications that may be discovered, or whose importance and relevance may be determined in the course of this litigation.

The Honest Defendants have not concluded their investigation of the facts in this litigation and, other than as set forth above, additional documents may be found or may become relevant in the future. The Honest Defendants expressly reserve the right to make additional disclosures in the future and to utilize any documents subsequently produced that may support any of their claims or defenses in this action. The Honest Defendants also reserve the right to introduce as evidence and rely upon documents that

are not within their possession, custody, or control, but are produced by other parties in this litigation.

The Honest Defendants incorporate and join in the identification of documents or document categories in the Rule 26(a) disclosures made by all other defendants in this action.

## III.   RULE 26(A)(1)(C) - DAMAGES

The Honest Defendants contend that they are not liable to plaintiff for any damages.  At this time, the Honest Defendants are not seeking damages.  The Honest Defendants reserve the right, however, to assert a claim for damages in the future based on information revealed during discovery.

## IV.   RULE 26(A)(1)(D) - INSURANCE COVERAGE

The Honest Defendants agree, subject to the entry of an appropriate confidentiality order, to make all applicable insurance policies in their possession, custody, and control (including directors' and officers' liability insurance policies, to the extent they exist) available for inspection.

Dated:  October 14, 2022

Respectfully submitted,

COOLEY LLP

By:   _/s/ Michael C. Tu_
          Michael C. Tu

Attorney for Defendants
THE HONEST COMPANY, INC., KATIE BAYNE, SCOTT DAHNKE, KELLY KENNEDY, ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK, NIKOLAOS VLAHOS, and JESSICA WARREN

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 1333 2nd Street, Suite 400, Santa Monica, CA 90401. On October 14, 2022, I transmitted from my business email account, bsweeney@cooley.com, an electronic copy of the following:

**THE HONEST DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)**

together with an electronic copy of this declaration, to the following, at the email addresses indicated below:

| **LABATON SUCHAROW LLP** | **THE SCHALL LAW FIRM** |
|---|---|
| Jonathan Gardner | Brian Schall |
| David J. Schwartz | Rina Restaino |
| Alfred L. Fatale III | 2049 Century Park East, Suite 2406 |
| Joseph Cotilletta | Los Angeles, California 90067 |
| Lisa Strejlau | Telephone: (310) 301-3335 |
| 140 Broadway | Facsimile: (213) 519-5876 |
| New York, New York 10005 | Email: brian@schallfirm.com |
| Telephone: (212) 907-0700 | rina@schallfirm.com |
| Facsimile: (212) 818-0477 | |
| Email: jgardner@labaton.com | *Liaison Counsel for Lead Plaintiff* |
| dschwartz@labaton.com | *Kathie Ng and the Putative Class* |
| afatale@labaton.com | |
| jcotilletta@labaton.com | |
| lstrejlau@labaton.com | |
| | |
| *Lead Counsel for Lead Plaintiff Kathie Ng and the Putative Class* | |

**SHEARMAN & STERLING LLP**
Daniel H.R. Laguardia
Daniel Lewis
Elizabeth J. Stewart
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone:   (415) 616-1100
Facsimile:   (415) 616-1199
Email: daniel.laguardia@shearman.com
daniel.lewis@shearman.com
elizabeth.stewart@shearman.com

*Counsel For Defendants*
*Morgan Stanley & Co. LLC, J.P.*
*Morgan Securities LLC, Jefferies LLC,*
*BofA Securities, Inc., Citigroup Global*
*Markets, Inc., William Blair &*
*Company, L.L.C., Guggenheim*
*Securities, LLC, Telsey Advisory Group*
*LLC, C.L. King & Associates, Inc., Loop*
*Capital Markets LLC, Penserra*
*Securities LLC, And Samuel A. Ramirez*
*& Company, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on October 14, 2022, at Los Angeles, California.

_____
Benjamin B. Sweeney