# EXHIBIT F

**From:**     Rossi, Kristen C. [⬛⬛⬛@morganstanley.com]
**Sent:**     11/7/2020 12:58:25 AM
**To:**       Avik Pramanik [avik.pramanik@lcatterton.com]
**CC:**       Adam Hasiba [adam.hasiba@lcatterton.com]; Hogan, Jeffrey N [⬛⬛⬛@morganstanley.com]; Dunlop, Jonathan [⬛⬛⬛@morganstanley.com]; Kwak, Paul [⬛⬛⬛@morganstanley.com]
**Subject:**  Re: Harmony call tonight?

Thanks, Avik - sounds like exactly the encouragement he needed.

We will wait to hear from you about Monday.

**Kristen C. Rossi, Managing Director**
**Global Head of Consumer Retail Investment Banking**
Morgan Stanley | Investment Banking Division
440 South LaSalle St., 37th Floor | Chicago, IL  60605
Phone: ⬛⬛⬛
Fax: ⬛⬛⬛
⬛⬛⬛@morganstanley.com

On Nov 6, 2020, at 6:48 PM, Avik Pramanik <avik.pramanik@lcatterton.com> wrote:

Just off the phone with him ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ He's ok and already thinking about the opportunity.  We will huddle with Scott and we will revert with a time for Monday.

**Avik Pramanik**
*L* **Catterton**
**(908) 601-5269**

On Nov 6, 2020, at 7:38 PM, Rossi, Kristen C. <⬛⬛⬛@morganstanley.com> wrote:

*** This e-mail originated outside of L. Catterton ***
Avik and Adam - We briefed Nick. He was disappointed, of course.

He asked to have the weekend to process and suggested a call at 10am PT on Monday with this group and Scott. Expect he will be coming your way shortly to discuss. We are available over the weekend as well if you are successful in convincing Nick that a call sooner is the best option.

We are standing by.
Kristen

**Kristen C. Rossi, Managing Director**
**Global Head of Consumer Retail Investment Banking**
Morgan Stanley | Investment Banking Division
440 South LaSalle St., 37th Floor | Chicago, IL  60605
Phone: ⬛⬛⬛
Fax: ⬛⬛⬛
⬛⬛⬛@morganstanley.com

CONFIDENTIAL

On Nov 6, 2020, at 6:03 PM, Adam Hasiba <adam.hasiba@lcatterton.com> wrote:

Team, does now work?

Adam

**Adam T. Hasiba**
**Principal | *L* Catterton**
T: 203.742.5131 | M: 847.710.1302 | E: Adam.Hasiba@LCatterton.com

---

**From:** Rossi, Kristen C. <██████████@morganstanley.com>
**Sent:** Friday, November 6, 2020 6:57 PM
**To:** Avik Pramanik <Avik.Pramanik@lcatterton.com>; Adam Hasiba <Adam.Hasiba@lcatterton.com>
**Cc:** Hogan, Jeffrey N <██████████@morganstanley.com>; Dunlop, Jonathan <██████████@morganstanley.com>; Kwak, Paul <████████@morganstanley.com>
**Subject:** Harmony call tonight?

*** This e-mail originated outside of L Catterton ***
Avik and Adam - can we speak tonight about Harmony? Have an update to share.

Thanks,
Kristen

**Kristen C. Rossi, Managing Director**
**Global Head of Consumer Retail Investment Banking**
Morgan Stanley | Investment Banking Division
440 South LaSalle St., 37th Floor | Chicago, IL 60605
Phone: ████████████
Fax: ████████
████████@morganstanley.com

---

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

                                                                          MS_HONEST_00000000-00070916

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you.

CONFIDENTIAL

Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

CONFIDENTIAL

MS_HONEST_00000000-00070918