# EXHIBIT H

| | |
|---|---|
| **From:** | Purcell, Joe (IBD) [▮▮▮▮@morganstanley.com] |
| **Sent:** | 11/10/2020 4:53:17 PM |
| **To:** | Hogan, Jeffrey N (IBD) [▮▮▮▮@morganstanley.com] |
| **CC:** | Smith, Eamonn P (IBD) [▮▮▮▮@morganstanley.com]; Rossi, Kristen C. (IBD) [▮▮▮▮@morganstanley.com]; Dunlop, Jonathan (IBD) ▮▮▮▮@morganstanley.com]; Kwak, Paul (IBD) [▮▮▮▮@morganstanley.com] |
| **Subject:** | Re: Materials for 630pm ET Call |

Thanks Jeff.

Joe Purcell
Vice Chairman
Financial Sponsors Group
Morgan Stanley
▮▮▮▮

> On Nov 10, 2020, at 9:28 AM, Hogan, Jeffrey N (IBD) <▮▮▮▮n@morganstanley.com> wrote:
>
> Board meeting today to decide on path forward.  If IPO, then likely ASAP which means as soon as the audits are ready, which likely means a June IPO (maybe faster if audits are done faster).  If IPO, then probably discuss organizational matters later this week (early next at the latest)
>
>
> Jeffrey N. Hogan, Vice Chairman
> Morgan Stanley | Investment Banking Division
> 1585 Broadway, 36th Floor | New York, NY  10036
> Phone: ▮▮▮▮
> Mobile: ▮▮▮▮
> ▮▮▮▮n@morganstanley.com
>
>
>
> -----Original Message-----
> From: Purcell, Joe (IBD)
> Sent: Tuesday, November 10, 2020 9:20 AM
> To: Hogan, Jeffrey N (IBD)
> Cc: Smith, Eamonn P (IBD); Rossi, Kristen C. (IBD); Dunlop, Jonathan (IBD); Kwak, Paul (IBD)
> Subject: Re: Materials for 630pm ET Call
>
> Jeff - good to hear.
>
> What is the timing on the IPO path - is there going to be a call with the client on that soon?
>
> Joe Purcell
> Vice Chairman
> Financial Sponsors Group
> Morgan Stanley
> ▮▮▮▮
>
>> On Nov 9, 2020, at 10:45 PM, Hogan, Jeffrey N (IBD) <▮▮▮▮n@morganstanley.com> wrote:
>>
>> Seemed to go well.  Scott is very focused.  He seems confident that the IPO is an attractive path
>>
>>
>> Jeffrey N. Hogan, Vice Chairman
>> Morgan Stanley | Investment Banking Division
>> 1585 Broadway, 36th Floor | New York, NY  10036
>> Phone ▮▮▮▮
>> Mobile: ▮▮▮▮
>> ▮▮▮▮n@morganstanley.com
>>
>>
>> -----Original Message-----
>> From: Purcell, Joe (IBD)
>> Sent: Monday, November 09, 2020 9:30 PM
>> To: Hogan, Jeffrey N (IBD)
>> Cc: Smith, Eamonn P (IBD); Rossi, Kristen C. (IBD); Dunlop, Jonathan (IBD); Kwak, Paul (IBD)
>> Subject: Re: Materials for 630pm ET Call
>>
>> Jeff - sorry to have missed the call.
>>

   MS_HONEST_00000000-00068730

>> How did it seem to go/next steps?
>>
>> Joe
>>
>> Joe Purcell
>> Vice Chairman
>> Financial Sponsors Group
>> Morgan Stanley
>> █████████████
>>
>>>> On Nov 9, 2020, at 6:29 PM, Hogan, Jeffrey N (IBD) <█████████n@morganstanley.com> wrote:
>>>
>>> FYI – for the 6:30 call
>>>
>>>
>>> Jeffrey N. Hogan, Vice Chairman
>>> Morgan Stanley | Investment Banking Division
>>> 1585 Broadway, 36th Floor | New York, NY  10036
>>> Phone: ██████████████
>>> Mobile: ████████
>>> ███████████n@morganstanley.com<mailto:█████████n@morganstanley.com>
>>>
>>>
>>> From: Dunlop, Jonathan (IBD)
>>> Sent: Monday, November 09, 2020 6:24 PM
>>> To: 'Nick Vlahos'; 'scott@lcatterton.com'; Avik Pramanik (Avik.Pramanik@lcatterton.com); Adam Hasiba (adam.hasiba@lcatterton.com); Sung Kim (█████@thehonestcompany.com)
>>> Cc: Rossi, Kristen C. (IBD); Hogan, Jeffrey N (IBD); Dias, Thilakshani (GCM)
>>> Subject: Materials for 630pm ET Call
>>>
>>> All,
>>>
>>> Ahead of our call in 10 minutes, please see attached for the latest draft of the board materials.
Speak soon.
>>>
>>> Jonathan
>>>
>>> Jonathan Dunlop, Managing Director
>>> Morgan Stanley | Investment Banking Division
>>> 1999 Avenue of the Stars, Suite 2400 | Los Angeles, CA  90067
>>> Phone: ██████████████
>>> Mobile: ████████
>>> █████████████morganstanley.com<mailto█████████████p@morganstanley.com>
>>>
>>>

CONFIDENTIAL