| | |
|---|---|
| **From:** | Vorse, Lili (IBD) [███████@morganstanley.com] |
| **Sent:** | 12/4/2020 12:31:01 AM |
| **To:** | Daumlechner, Tanja (IBD) [████████████@morganstanley.com] |
| **CC:** | Mooradian, George A (IBD) [████████████@morganstanley.com]; Ochoa, Daniel (IBD) [██████████@morganstanley.com] |
| **Subject:** | RE: Project Horizon \| Drafting Session Scheduling |

Hi Tanja,

Please see below proposed schedule reflecting the sessions confirmed by the company as well as the new proposals. Schedules were quite tight for the near term sessions – let us know your thoughts on whether the new windows (in blue) would be okay to propose to the Company. Windows in green have been confirmed by the Company.

Additionally, we will begin sending zoom invites for the confirmed sessions shortly, but wanted to confirm attendees. For all sessions, we plan to include Honest, L Catterton, Cooley, DPW, and ICR. Should we include PwC and / or Zeno for any of these sessions, and if so, which ones?

Please let us know if anything else would be helpful.

Best,
Lili

---

**KPI Discussion – to confirm with Company**
- 12 / 9 at 2:30-4 PT – Jeff to drop at 3, no Kristen (double checking with Keith)

**1st Half of Business #3 – to confirm with Company**
- Option 1: 12/10 at 2-4 PT – Kyle joins at 3, no Kristen or Jeff
- Option 2: 12/11 at 1:30-3:30 PT – no George, Jeff and Kristen drop at 2

**MD&A #1**
- 12/14 at 11-1 PT

**Risk Factors – to confirm with Company**
- Option 1: 12/16 at 9-11 PT – Jeff and Kristen drop at 10, Kyle drops at 10:30
- Option 2: 12/16 at 2:30-4:30 PT – Jeff and Kristen drop at 3 (potentially stay on), Kyle joins at 4

**1st Half of Business #4 – to confirm with Company**
- 12/18 at 9-11 PT – Kristen drops at 10

**2nd Half of Business**
- 12/21 at 9-11 PT

**MD&A #2 – to confirm with Company**
- 1/6 at 12-2 PT – works for full MS team

**Box / Full S-1 #1**
- 1/11 at 9-11 PT

**Full S-1 #2**
- 12/21 at 9-11 PT

MS_HONEST_00000000-00040296

Full S-1 #3
-       1/13 at 9-11 PT

Full S-1 #4
1/20 at 9-11 PT

**Lili Vorse, Analyst**
Morgan Stanley | Investment Banking Division
1999 Avenue of the Stars, Suite 2400 | Los Angeles, CA  90067
Office: █
Mobile: █
█@morganstanley.com

**From:** Robert Connell <█@thehonestcompany.com>
**Sent:** Wednesday, December 2, 2020 7:50 PM
**To:** Vorse, Lili (IBD) █@morganstanley.com>
**Cc:** █@thehonestcompany.com; Daumlechner, Tanja (IBD) <█@morganstanley.com>; Mooradian, George A (IBD) <█@morganstanley.com>; Ochoa, Daniel (IBD) <█@morganstanley.com>
**Subject:** Re: Project Horizon | Drafting Session Scheduling

HI Lili,

Also apologies for the double email but in relation to the KPI session next week on 12/8, we would also ask if we could move that to either Monday 12/7 or Wednesday 12/9. On Monday, we could do anytime in the morning PST or from 2PM-3:30PM PST. On Wednesday, we could do anytime after 2PM PST.

Thanks so much for your help!

Best,
Bobby

On Wed, Dec 2, 2020 at 7:26 PM Robert Connell <█@thehonestcompany.com> wrote:

Hi Lili,

Please find below our responses:

**12/10 – 1ˢᵗ Half of Business #3**

- 9-11 PT - No. Nick is available 1-5pm PT

**12/14 – MD&A #1**

- 11-1 PT - Yes, available all day

**12/15 – Risk Factors**

- 12-2 PT - Honest Leadership Team Weekly Meeting - Can we move this to sometime on 12/16

**12/17 – 1ˢᵗ Half of Business #4**

- 9-11 PT - No. Available 12-5pm PT

**12/21 – 2ⁿᵈ Half of Business**

CONFIDENTIAL

- 9-11 PT - Yes, available all day

**1/5 – MD&A #2**

- 12-2 PT - HLT Weekly Meeting - Can we move this to 1/6?

**1/7 – Box / Full S-1 #1**

- 9-11 PT - Yes, available all day

**1/11 – Full S-1 #2**

- 9-11 PT - Yes, available all day

**1/13 –Full S-1 #3**

- 9-11 PT - Yes, available all day

**1/20 –Full S-1 #4**

- 9-11 PT - Yes, available all day

I think the biggest changes on our sides are to try to move some of the Tuesday sessions to Wednesday if possible given our leadership team meeting structure.

Let us know if that would be possible or if you have any other questions.

Best,

Bobby

On Wed, Dec 2, 2020 at 6:28 PM Robert Connell <████████@thehonestcompany.com> wrote:

Hi Lili,

Thanks for reaching out. We are confirming with our Executive Assistant team now and will be back in touch to get all of these scheduled shortly.

Best,
Bobby

On Wed, Dec 2, 2020 at 6:18 PM Vorse, Lili <████████@morganstanley.com> wrote:

Hi Bobby,

We wanted to follow up with an additional window for next Tuesday's KPI Discussion – would 12-1:30 PM PT work for your team? Also, please let us know if you have any updates on the drafting session scheduling.

Thank you!

CONFIDENTIAL

Best,

Lili

**Lili Vorse, Analyst**
Morgan Stanley | Investment Banking Division
1999 Avenue of the Stars, Suite 2400 | Los Angeles, CA  90067
Phone: ▮▮▮▮▮▮▮▮
▮▮▮▮@morganstanley.com

---

**From:** Vorse, Lili (IBD)
**Sent:** Tuesday, December 01, 2020 10:03 PM
**To:** Robert Connell
**Cc:** Daumlechner, Tanja (IBD); Mooradian, George A (IBD); Ochoa, Daniel (IBD)
**Subject:** Project Horizon | Drafting Session Scheduling

Hi Bobby,

I hope you had a relaxing Thanksgiving! We are looking to schedule the remaining S-1 drafting sessions, and were hoping to align with your team's availability. When you have a moment, could you please let us know which of the below timeslots would work on your end?

**12/10 – 1st Half of Business #3**

- 9-11 PT

**12/14 – MD&A #1**

- 11-1 PT

**12/15 – Risk Factors**

- 12-2 PT

**12/17 – 1st Half of Business #4**

- 9-11 PT

**12/21 – 2nd Half of Business**

- 9-11 PT

**1/5 – MD&A #2**

- 12-2 PT

**1/7 – Box / Full S-1 #1**

- 9-11 PT

CONFIDENTIAL

**1/11 – Full S-1 #2**

- 9-11 PT

**1/13 –Full S-1 #3**

- 9-11 PT

**1/20 –Full S-1 #4**

- 9-11 PT

Happy to take another look at our calendars if any issues with these windows – please let us know.

Best,

Lili

**Lili Vorse, Analyst**
Morgan Stanley | Investment Banking Division
1999 Avenue of the Stars, Suite 2400 | Los Angeles, CA  90067
Phone
@morganstanley.com

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

MS_HONEST_00000000-00040300

--
**Robert Connell**
The Honest Company
@honest.com

--
**Robert Connell**
The Honest Company
@honest.com

--
**Robert Connell**
The Honest Company
@honest.com

CONFIDENTIAL

MS_HONEST_00000000-00040301