# EXHIBIT L

| | |
|---|---|
| **From:** | Adam Hasiba [Adam.Hasiba@lcatterton.com] |
| **Sent:** | 12/8/2020 8:22:54 PM |
| **To:** | Daumlechner, Tanja [███████████@morganstanley.com] |
| **Subject:** | RE: Horizon / McKinsey / Brand Awareness |

Tanja, they are aware. No issue with you reaching out.

Adam

**Adam T. Hasiba**
**Principal | L Catterton**
T: 203.742.5131 | M: 847.710.1302 | E: Adam.Hasiba@LCatterton.com

**From:** Daumlechner, Tanja <███████████@morganstanley.com>
**Sent:** Tuesday, December 8, 2020 2:07 PM
**To:** Adam Hasiba <Adam.Hasiba@lcatterton.com>
**Subject:** RE: Horizon / McKinsey / Brand Awareness

*** This e-mail originated outside of L. Catterton ***
Hi Adam,

Also wanted to make sure, is McKinsey aware of the shift to IPO? We might want to ask them for permission to cite various of their datapoints in the S-1, so think they will have to know sooner or later. Let us know how you'd like us to handle, we'd be happy to set up a call to discuss with them if you think that makes sense.

Thanks!

**Tanja Daumlechner, Vice President**
Morgan Stanley | Investment Banking Division
1999 Avenue of the Stars, Suite 2400 | Los Angeles, CA  90067
Phone: ███████████
Mobile: ███████████
███████████@morganstanley.com

**From:** Adam Hasiba <Adam.Hasiba@lcatterton.com>
**Sent:** Tuesday, December 8, 2020 10:49 AM
**To:** Daumlechner, Tanja (IBD) <███████████@morganstanley.com>; Yujie Zeng <yujie.zeng@lcatterton.com>; Sarah Fossett <Sarah.Fossett@lcatterton.com>
**Cc:** project-horizon-core <project-horizon-core@morganstanley.com>
**Subject:** RE: Horizon / McKinsey / Brand Awareness

Feel free to ping Christina and the McK team. I don't think we have anything else but no harm in asking them.

Adam

**Adam T. Hasiba**
**Principal | L Catterton**
T: 203.742.5131 | M: 847.710.1302 | E: Adam.Hasiba@LCatterton.com

**From:** Daumlechner, Tanja <███████████@morganstanley.com>
**Sent:** Tuesday, December 8, 2020 1:45 PM
**To:** Adam Hasiba <Adam.Hasiba@lcatterton.com>; Yujie Zeng <yujie.zeng@lcatterton.com>; Sarah Fossett <Sarah.Fossett@lcatterton.com>

Cc: project-horizon-core <project-horizon-core@morganstanley.com>
**Subject:** Horizon / McKinsey / Brand Awareness

*** This e-mail originated outside of L. Catterton ***

Hi Adam and team,

Hope you are well. As we plan to reference Honest's brand awareness in the S-1 business section, we wanted to follow up with you on potential datapoints. What we have from the McKinsey work is aided brand awareness for Honest diapers. It would be also helpful to look at brand awareness from a broader perspective (not just diapers) and also see what the "unaided" brand awareness might look like. Is that something the McKinsey team might have looked into during the course of their study? Let us know your thoughts and happy to discuss live.

Thank you,

**Tanja Daumlechner, Vice President**
Morgan Stanley | Investment Banking Division
1999 Avenue of the Stars, Suite 2400 | Los Angeles, CA  90067
Phone: ███████████
Mobile: ███████████
█████████@morganstanley.com

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only

to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

CONFIDENTIAL

MS_HONEST_00000000-00041386