# EXHIBIT O

| | |
|---|---|
| **From:** | Rossi, Kristen C. (IBD) [██████@morganstanley.com] |
| **Sent:** | 4/1/2021 12:49:56 PM |
| **To:** | Broughton, Keith (IBD) [██████@morganstanley.com] |
| **Subject:** | RE: Horizon check-in |

You're probably right that today will be tough. Need Tilli on, so let's schedule around her.  Next week is fine.

**Kristen C. Rossi, Managing Director**
**Global Head of Consumer Retail Investment Banking**
Morgan Stanley | Investment Banking Division
233 South Wacker Drive, 34th Floor | Chicago, IL  60606
Phone: ██████
Mobile: ██████
██████@morganstanley.com

---

**From:** Broughton, Keith (IBD) <██████@morganstanley.com>
**Sent:** Thursday, April 01, 2021 7:44 AM
**To:** Rossi, Kristen C. (IBD) <██████@morganstanley.com>
**Subject:** RE: Horizon check-in

I assume this won't get scheduled for today. Am I scheduling for next week or should I push to the week of the 12th?

**Keith Broughton**
Morgan Stanley | Investment Banking Division
1585 Broadway, 36th Floor | New York, NY  10036
Phone: ██████
██████@morganstanley.com

---

**From:** Rossi, Kristen C. (IBD) <██████@morganstanley.com>
**Sent:** Wednesday, March 31, 2021 10:30 PM
**To:** Avik Pramanik <Avik.Pramanik@lcatterton.com>
**Cc:** Scott Dahnke <scott@lcatterton.com>; Adam Hasiba <adam.hasiba@lcatterton.com>; Hogan, Jeffrey N (IBD) <██████@morganstanley.com>; Dias, Thilakshani (GCM) <██████@morganstanley.com>; Dunlop, Jonathan (IBD) <██████@morganstanley.com>; Alyssa Lacey <Alyssa.Lacey@lcatterton.com>; Broughton, Keith (IBD) <██████@morganstanley.com>
**Subject:** Re: Horizon check-in

Thanks much, Avik. Speak soon.

**Kristen C. Rossi, Managing Director**
**Global Head of Consumer Retail Investment Banking**
Morgan Stanley | Investment Banking Division
233 South Wacker Drive, 34th Floor | Chicago, IL  60606
Phone: ██████
Cell: ██████
██████@morganstanley.com

On Mar 31, 2021, at 9:05 PM, Avik Pramanik <Avik.Pramanik@lcatterton.com> wrote:

Hi Kristen,
That would be great.  I'm copying Alyssa to help coordinate a day/time that works for Scott, Adam and me later this week or early next.  Looking forward to speaking soon.

CONFIDENTIAL

**From:** Rossi, Kristen C. <████████@morganstanley.com>
**Sent:** Wednesday, March 31, 2021 9:17 PM
**To:** Scott Dahnke <scott@lcatterton.com>; Avik Pramanik <Avik.Pramanik@lcatterton.com>; Adam Hasiba <Adam.Hasiba@lcatterton.com>
**Cc:** Hogan, Jeffrey N <████████@morganstanley.com>; Dias, Thilakshani <████████@morganstanley.com>; Dunlop, Jonathan <████████@morganstanley.com>
**Subject:** Horizon check-in

*** This e-mail originated outside of L. Catterton ***

Scott, Avik and Adam – Hope all is well.  Quick check-in as we are progressing well through the Testing the Waters process with the Horizon team, and we thought it might be timely to arrange a brief session to touch base with you and share perspectives on next steps in the process.  Let us know if best to circle a window with your offices so we can get aligned.

Thanks much, and speak soon.
Kristen

**Kristen C. Rossi, Managing Director**
**Global Head of Consumer Retail Investment Banking**
Morgan Stanley | Investment Banking Division
233 South Wacker Drive, 34th Floor | Chicago, IL  60606
Phone: ████████
Mobile: ████████
████████@morganstanley.com

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

CONFIDENTIAL