# EXHIBIT P

| | |
|---|---|
| **From:** | Robert Connell ███@thehonestcompany.com] |
| **Sent:** | 12/8/2020 4:05:38 AM |
| **To:** | Ochoa, Daniel ███@morganstanley.com] |
| **CC:** | Daumlechner, Tanja [███@morganstanley.com]; Mooradian, George A ███@morganstanley.com]; Sung Kim ███@thehonestcompany.com] |
| **Subject:** | Re: Project Horizon IPO Video Precedents |

Thanks Daniel. We will let you guys know if we have any other questions.

Best,
Bobby

On Mon, Dec 7, 2020 at 8:04 PM Ochoa, Daniel <███@morganstanley.com> wrote:

Hi Bobby,

Hope you're doing well too. Apologies for that, just sent the invite to Sung. Let us know if you have any trouble.

Best,

Daniel

**Daniel Ochoa, Associate**
Morgan Stanley | Investment Banking Division
1999 Avenue of the Stars, Suite 2400 | Los Angeles, CA 90067
Mobile: ███
███@morganstanley.com

**From:** Robert Connell <███@thehonestcompany.com>
**Sent:** Monday, December 7, 2020 8:02 PM
**To:** Daumlechner, Tanja (IBD) <███@morganstanley.com>; Ochoa, Daniel (IBD) <███@morganstanley.com>; Mooradian, George A (IBD) <███@morganstanley.com>
**Cc:** Sung Kim ███@thehonestcompany.com>
**Subject:** Fwd: Project Horizon IPO Video Precedents

HI Tanja / Daniel / George,

Hope you guys are doing well. Our team is going through the video precedents that you sent across and we noticed that Sung did not have access to the Box folder. Can you add Sung to the folder as soon as possible so he can see them as well?

Thanks so much for your help!

Best,

Bobby

CONFIDENTIAL

---------- Forwarded message ---------
From: **Daumlechner, Tanja** <▮▮▮▮▮▮@morganstanley.com>
Date: Wed, Dec 2, 2020 at 8:21 PM
Subject: Project Horizon IPO Video Precedents
To: Nick Vlahos (▮▮@thehonestcompany.com) <▮▮@thehonestcompany.com>,
▮▮@thehonestcompany.com ▮▮@thehonestcompany.com>, Robert Connell
(▮▮@thehonestcompany.com) <▮▮@thehonestcompany.com>, ▮@thehonestcompany.com
▮▮@thehonestcompany.com>, avik.pramanik@lcatterton.com <avik.pramanik@lcatterton.com>,
adam.hasiba@lcatterton.com <adam.hasiba@lcatterton.com>, phil.wood@lcatterton.com
<phil.wood@lcatterton.com>, yujie.zeng@lcatterton.com <yujie.zeng@lcatterton.com>,
sarah.fossett@lcatterton.com <sarah.fossett@lcatterton.com>
Cc: project-horizon-all <project-horizon-all@morganstanley.com>


Horizon and L Catterton Teams,


Following up on our discussion regarding video content for the IPO, we strongly recommend creating a Brand
Video / Sizzle Reel for the Analyst Day as well as a professionally produced IPO Roadshow Video. Please see
attached for a few precedent IPO Roadshow Video and Sizzle Reel examples for reference, some of which we
will share with you via Box shortly. We have also included an overview of reputable creative video agencies
with IPO Video experience inclusive of contact information.


We would be happy to set up a call to discuss at your convenience once you have had a chance to review. Note
that the Sizzle Reel would need to be ready for the Analyst Day in early March and the IPO Roadshow Video
preparations typically start after the Analyst Day. Separately, we are thinking through potential additional
creative content ideas for the Analyst Day, which we will include in our RfP due next week.


Welcome any comments or questions you may have.


Thank you,


**Tanja Daumlechner, Vice President**
Morgan Stanley | Investment Banking Division
1999 Avenue of the Stars, Suite 2400 | Los Angeles, CA  90067
Phone▮▮
Mobile:▮▮
▮▮@morganstanley.com

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not
an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information
may be confidential and/or material non-public information and is being distributed solely to the intended
recipient hereof. If you have received this communication in error, please destroy all electronic and paper
copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or
privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor
electronic communications. No representation or warranty can be given with respect to the accuracy or
completeness of the information, or with respect to the terms of any future offer of transactions conforming
to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates
disclaim any and all liability relating to this information, including without limitation, any express or implied

representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

--

**Robert Connell**

The Honest Company

@honest.com

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you.

CONFIDENTIAL

Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

\-\-
**Robert Connell**
The Honest Company

████████████

███████ @honest.com

CONFIDENTIAL

MS_HONEST_00000000-00041035