# EXHIBIT Q

| From: | Rossi, Kristen C. ▓▓▓▓▓▓▓@morganstanley.com] |
|---|---|
| Sent: | 12/15/2020 12:44:33 PM |
| To: | Scott Dahnke [scott@lcatterton.com] |
| CC: | Purcell, Joe ▓▓▓▓▓@morganstanley.com] |
| Subject: | Re: Project Horizon - Thank you |

Absolutely. We're on it!

Talk soon.
Kristen

**Kristen C. Rossi, Managing Director**
**Global Head of Consumer Retail Investment Banking**
Morgan Stanley | Investment Banking Division
233 South Wacker Drive, 34th Floor | Chicago, IL  60606
Phone: ▓▓▓▓▓
Cell: ▓▓▓▓▓
▓▓▓@morganstanley.com

On Dec 14, 2020, at 9:19 PM, Scott Dahnke <scott@lcatterton.com> wrote:

Congrats to you and the entire team.

Now the "real work" begins!

**From:** Rossi, Kristen C. <▓▓▓▓▓@morganstanley.com>
**Sent:** Monday, December 14, 2020 9:17 PM
**To:** Scott Dahnke <scott@lcatterton.com>
**Cc:** Purcell, Joe <▓▓▓▓▓@morganstanley.com>
**Subject:** Project Horizon - Thank you

*\*\*\* This e-mail originated outside of L. Catterton \*\*\**

Scott – Hope all is well and you are beginning to wind down as we approach the holidays.  Rest assured, there is still much to do on our side before we head into year end, and on that front – we wanted to thank you for the opportunity lead the upcoming IPO for The Honest Company.  Our entire team is thrilled to partner with you, Nick and the team, and we are fully focused on delivering the best outcome for all.

Thank you also for the guidance as we worked through the bake-off process.  Your insights were tremendously helpful, and we are grateful for the counsel.

Looking forward to reconnecting soon – and if we don't speak before, wishing you Happy Holidays.

My best,
Kristen

**Kristen C. Rossi, Managing Director**
**Global Head of Consumer Retail Investment Banking**
Morgan Stanley | Investment Banking Division
233 South Wacker Drive, 34th Floor | Chicago, IL  60606
Phone: ▓▓▓▓▓



Mobile: ███████████

███████████ @morganstanley.com

---

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

---

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

CONFIDENTIAL