# EXHIBIT T

**From:**  Hogan, Jeffrey N [█████████@morganstanley.com]
**Sent:**  5/5/2021 2:59:46 AM
**To:**  Adam Hasiba [Adam.Hasiba@lcatterton.com]; Dias, Thilakshani [█████@morganstanley.com]; Scott Dahnke [scott@lcatterton.com]; Avik Pramanik [Avik.Pramanik@lcatterton.com]; Phil Wood [phil.wood@lcatterton.com]
**CC:**  Rossi, Kristen C. [████████@morganstanley.com]; Purcell, Joe [█████████@morganstanley.com]; Daumlechner, Tanja [████████████@morganstanley.com]; Murphy, Jacqueline N [████████@morganstanley.com]; Kamboj, Josh [█████████@morganstanley.com]; Smith, Eamonn P [████████@morganstanley.com]; Malik, Amna [████████@morganstanley.com]; Mooradian, George A [████████████@morganstanley.com]; project-horizon-core [project-horizon-core@morganstanley.com]
**Subject:**  RE: Thank you

Adam,

As I mentioned to Avik this evening, it seems like you all have made about 10 additional significant investments during the 9'ish months that we toiled away with Honest. We look forward to continuing to build our partnership with L Catterton!

Jeff

**Jeffrey N. Hogan, Vice Chairman**
Morgan Stanley | Investment Banking Division
1585 Broadway, 36th Floor | New York, NY  10036
Phone █████████
Mobile: █████████
██████████@morganstanley.com

**From:** Adam Hasiba <Adam.Hasiba@lcatterton.com>
**Sent:** Tuesday, May 04, 2021 9:54 PM
**To:** Dias, Thilakshani (GCM) <█████@morganstanley.com>; Scott Dahnke <scott@lcatterton.com>; Avik Pramanik <Avik.Pramanik@lcatterton.com>; Phil Wood <phil.wood@lcatterton.com>
**Cc:** Rossi, Kristen C. (IBD) █████████@morganstanley.com>; Hogan, Jeffrey N (IBD) █████████@morganstanley.com>; Purcell, Joe (IBD) █████████@morganstanley.com>; Daumlechner, Tanja (IBD) <████████@morganstanley.com>; Murphy, Jacqueline N (GCM) █████████@morganstanley.com>; Kamboj, Josh (GCM) <████████@morganstanley.com>; Smith, Eamonn P (IBD) █████████@morganstanley.com>; Malik, Amna (GCM) <████████@morganstanley.com>; Mooradian, George A (IBD) <█████████@morganstanley.com>; project-horizon-core <project-horizon-core@morganstanley.com>
**Subject:** RE: Thank you

MS team, thank you all for the partnership and stewardship over the last 9'ish months. We're excited to be taking this next step but just remember that you're not done with us just yet 😊

Adam

**Adam T. Hasiba**
**Principal | L Catterton**
T: 203.742.5131 | M: 847.710.1302 | E: Adam.Hasiba@LCatterton.com

**From:** Dias, Thilakshani <█████@morganstanley.com>
**Sent:** Tuesday, May 4, 2021 7:39 PM
**To:** Scott Dahnke <scott@lcatterton.com>; Avik Pramanik <Avik.Pramanik@lcatterton.com>; Adam Hasiba <Adam.Hasiba@lcatterton.com>; Phil Wood <phil.wood@lcatterton.com>
**Cc:** Rossi, Kristen C. █████████@morganstanley.com>; Hogan, Jeffrey N █████████@morganstanley.com>;

  MS_HONEST_00000000-00060351

Purcell, Joe <████████@morganstanley.com>; Daumlechner, Tanja <████████████@morganstanley.com>; Murphy, Jacqueline N <██████████████@morganstanley.com>; Kamboj, Josh <████████@morganstanley.com>; Smith, Eamonn P <██████████@morganstanley.com>; Malik, Amna <████████@morganstanley.com>; Mooradian, George A ██████████████@morganstanley.com>; project-horizon-core <project-horizon-core@morganstanley.com>
**Subject:** Thank you

*** *This e-mail originated outside of L. Catterton* ***

Scott / Avik / Adam and Phil -

Thank you for rewarding us with the incentive fee, and including us on the journey with the Honest company. We appreciate the partnership. Speak tomorrow!

The Morgan Stanley Team

Tilli Dias, Managing Director
Global Capital Markets
Morgan Stanley
C: ████████████

........................................................................................................

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

........................................................................................................

IMPORTANT INFORMATION: This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument. This information may be confidential and/or material non-public information and is being distributed solely to the intended recipient hereof. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Morgan Stanley and its affiliates disclaim any and all liability relating to this information, including without limitation, any express or implied

representations or warranties for statements contained in, or omissions from, this information. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice, and prospective investors should consult with their professional advisors. This communication is not a product of Morgan Stanley's Research Department. It is directed only to those persons who are eligible counterparties or professional clients. This communication is not intended to be provided to and may not be used by any person or entity in any jurisdiction where the provision or use thereof would be contrary to applicable laws, rules, or regulations and is not intended to be and must not be acted on or relied upon by retail clients (as defined in the FCA Handbook). This message is subject to the Morgan Stanley general disclaimers available at the following link http://www.morganstanley.com/disclaimers If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you acknowledge that you have read, understand and consent (where applicable) to the foregoing and the Morgan Stanley general disclaimers. You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge http://www.morganstanley.com/privacy-pledge for more information about your rights.

MS_HONEST_00000000-00060353