| | |
|---|---|
| 1 | MICHAEL C. TU (State Bar No. 186793) |
|   | *mctu@cooley.com* |
| 2 | ZANETA J. KIM (State Bar No. 317844) |
|   | *zkim@cooley.com* |
| 3 | COOLEY LLP |
|   | 355 South Grand Avenue, Suite 900 |
| 4 | Los Angeles, California, 90071 |
|   | Telephone:  (858) 550-6000 |
| 5 | Facsimile:   (858) 550-6420 |
| 6 | KOJI F. FUKUMURA (State Bar No. 189719) |
|   | *kfukumura@cooley.com* |
| 7 | COOLEY LLP |
|   | 4401 Eastgate Mall |
| 8 | San Diego, California 92121 |
|   | Telephone:  (858) 550-6000 |
| 9 | Facsimile:   (858) 550-6420 |
| 10 | *Attorneys for Defendants* |
|    | The Honest Company, Inc., Katie Bayne, Scott |
| 11 | Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, |
|    | Avik Pramanik, Nikolaos Vlahos, and Jessica |
| 12 | Warren |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-BFM |
|---|---|
| | **JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| | **[PROPOSED ORDER LODGED CONCURRENTLY]** |
| | Courtroom:  7C |
| | Judge:       Hon. Mark C. Scarsi |

# JOINT STIPULATION

This Joint Stipulation and [Proposed] Order (the "Stipulation") is respectfully submitted by Court-appointed Lead Plaintiff Kathie Ng and defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, and Jessica Warren (the "Honest Defendants"); defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. (the "Underwriter Defendants"); and defendants Catterton Management Company L.L.C., L Catterton VIII, L.P., L Catterton VIII Offshore, L.P., Catterton Managing Partner VIII, L.L.C., C8 Management, L.L.C., and THC Shared Abacus, LP (the "Catterton Defendants" and, together with the Honest Defendants and the Underwriter Defendants, the "Defendants" and collectively with Lead Plaintiff, the "Parties").

WHEREAS, on February 14, 2024, Lead Plaintiff filed a Second Amended Consolidated Class Action Complaint (the "SAC") (ECF No. 185) on behalf of a class of purchasers of The Honest Company's stock, alleging violations of the Securities Act of 1933 against the Defendants; and

WHEREAS, on February 28, 2024, the Catterton Defendants filed a Motion to Dismiss the SAC (the "Motion") (ECF No. 195); and

WHEREAS, on March 13, 2024, Lead Plaintiff filed an Opposition to the Catterton Defendants' Motion (ECF No. 204); and

WHEREAS, on March 21, 2024, the Catterton Defendants filed a Reply (ECF No. 213-2); and

WHEREAS, on April 22, 2024, the Court entered an Order (ECF No. 217) denying the Motion, and ordering Defendants to answer the SAC within seven (7) days, or until April 29, 2024; and

1      WHEREAS, the Parties agree that, given the number of Defendants and allegations in the SAC, it is reasonable and appropriate to grant additional time for Defendants to conduct an adequate factual investigation and prepare their answers to the SAC; and

     WHEREAS, the Parties agree that such grant of additional time will not delay the Parties' efforts to set a case schedule.

     IT IS HEREBY STIPULATED AND AGREED by the Parties, and the Parties hereby jointly request that the Court order as follows:

     1.     Defendants shall have until **May 29, 2024**—an additional thirty (30) days, in addition to the seven (7) days ordered by the Court—to file their answers to the SAC; and

     2.     The Parties shall file a joint request for a status conference to discuss a reasonable schedule for this case within twenty-one (21) days from the date this Court grants the Stipulation.

     IT IS SO STIPULATED.

Dated: April 25, 2024                 LABATON SUCHAROW LLP

                                        By:    */s/ Alfred L. Fatale III*
                                               Alfred L. Fatale III

                                        140 Broadway
                                        New York, NY 10005
                                        Telephone: (212) 907-0884
                                        afatale@labaton.com

                                        *Lead Counsel for Lead Plaintiff Kathie Ng and the Class*

|   |   |   |
|---|---|---|
| 1 |   | THE SCHALL LAW FIRM |
| 2 |   | Brian Schall (State Bar No. 290685) |
|   |   | 2049 Century Park East |
| 3 |   | Suite 2460 |
|   |   | Los Angeles, CA 90067 |
| 4 |   | Telephone: (310) 301-3335 |
|   |   | brian@schallfirm.com |

*Liaison Counsel for Lead Plaintiff Kathie Ng and the Class*

Dated: April 25, 2024        COOLEY LLP

By:   /s/ Michael C. Tu
          Michael C. Tu

*Counsel for Defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos and Jessica Warren*

Dated: April 25, 2024        SHEARMAN & STERLING LLP

By:   /s/ Daniel H.R. Laguardia
          Daniel H.R. Laguardia

*Counsel for Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, L.L.C., Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc.*

Dated: April 25, 2024        GREENBERG TRAURIG, LLP

By:   /s/ Daniel J. Tyukody
          Daniel J. Tyukody

*Counsel for Defendants Catterton Management Company L.L.C., L Catterton VIII, L.P., L Catterton VIII Offshore, L.P., Catterton Managing Partner VIII, L.L.C., C8 Management, L.L.C., and THC Shared Abacus, LP*

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4, I, Michael C. Tu, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

By: */s/ Michael C. Tu*
Michael C. Tu