**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-BFM <br><br> **ORDER ON STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER THE COMPLAINT (ECF No. 218)** |

## ORDER

Upon the *Joint Stipulation to Extend Defendants' Time to Answer the Second Amended Consolidated Class Action Complaint* submitted by the parties to the above-captioned action, and good cause appearing, the Court hereby ORDERS as follows:

1. Defendants shall have until **May 29, 2024** to file their answers to the SAC; and

2. The Parties shall file a joint request for a status conference to discuss a reasonable schedule for this case within twenty-one (21) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: April 30, 2024

By: _____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING TIME TO ANSWER
CASE NO. 2:21-CV-7405-MCS (PLA)