**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION, | CASE NO.: 2:21-cv-07405-MCS-PLA<br><br>**ORDER ON STIPULATION EXTENDING DISCOVERY CUT-OFF DATES (ECF No. 263)** |

# **ORDER**

Upon reviewing the Joint Stipulation to Extend Discovery Cut-Off Dates submitted by the parties to the above-captioned action, and good cause appearing, the Court hereby ORDERS as follows:

1.      The Non-Expert Discovery Cut-Off shall be extended from October 21, 2024, to November 4, 2024; and,

2.      The Initial Expert Disclosure shall be extended from November 4, 2024, to November 18, 2024, the Rebuttal Expert Disclosure shall be extended from November 18, 2024, to December 16, 2024, and the Expert Discovery Cut-Off shall be extended from January 6, 2025 to January 24, 2025.

IT IS SO ORDERED.

Dated: September 4, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DISCOVERY CUT-OFF DATES