CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CODY DIXON, et al., | | CASE NUMBER: |
| | Plaintiff(s) | 2:21-cv-07405-MCS-BFM |
| v. | | |
| THE HONEST COMPANY, INC., et al., | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☐ Hearing Required

                            ☐ In-Person Court Hearing

                            ☒ Video Conference

                            ☐ Telephonic

Magistrate Judge   Brianna Fuller Mircheff

Date/Time   Tuesday, October 8, 2024, at 10:00 a.m.

Courtroom:   via Zoom

          Zoom information can be found on the court's website under Judge Mircheff's Procedures and Schedules.

Dated:     October 2, 2024                    By:     Christianna Howard

                                                      Deputy Clerk