# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Cody Dixon, | | **CASE NUMBER:** |
| | Plaintiff(s) | CV21-07405-MCS (ASx) |
| v. | | |
| The Honest Company, Inc. et al | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
          ☐ In-Person Court Hearing
          ☐ Video Conference
          ☒ Telephonic

Magistrate Judge  Alka Sagar

Date/Time  October 8, 2024 at 9:00 a.m. PST

Courtroom:  A call-in number and password will be e-mailed to the parties.

Dated:  October 4, 2024

By:  Alma Felix
        Deputy Clerk