**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION, | CASE NO.: 2:21-cv-07405-MCS-AS<br><br>**ORDER EXTENDING DISCOVERY CUT-OFF DATE TO BRING DISCOVERY DISPUTES (ECF No. 295)** |

ORDER EXTENDING DISCOVERY CUT-OFF DATE TO BRING DISCOVERY DISPUTES

# ORDER

Upon reviewing the Joint Stipulation to Extend Discovery Cut-Off Date to Bring Discovery Disputes submitted by the parties to the above-captioned action, and good cause appearing, the Court hereby ORDERS as follows:

1.      The Non-Expert Discovery Cut-Off shall be extended from November 4, 2024, to December 4, 2024, limited to resolving discovery disputes previously brought before the Court. As to the Catterton Defendants, the Non-Expert Discovery Cut-Off shall be extended only as to disputes arising from the Catterton Defendants' October 21, 2024, privilege log production, if any. **No other proceedings related to non-expert discovery may take place after November 4.**

IT IS SO ORDERED.

Dated: November 6, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DISCOVERY CUT-OFF DATE TO BRING DISCOVERY DISPUTES