UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:21-cv-07405-MCS-AS** | Date | January 21, 2025 |
|---|---|---|---|

| Title | ***In re Honest Co., Inc. Sec. Litig.*** |
|---|---|

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: STIPULATED REQUEST TO STAY (ECF No. 298)**

The parties to this securities class action stipulate to stay the case pending approval of a putative classwide settlement. (Stip., ECF No. 298.) The Court approves the stipulation in material part. All case management dates and deadlines are vacated. Lead Plaintiff shall file a motion for preliminary approval of the settlement within 50 days.

**IT IS SO ORDERED.**