KOJI F. FUKUMURA (State Bar No. 189719)
*kfukumura@cooley.com*
RYAN E. BLAIR (State Bar No. 246724)
*rblair@cooley.com*
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

NICHOLAS R. ORR (State Bar No. 334142)
*norr@cooley.com*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California, 90071
Telephone:   (213) 561-3250
Facsimile:   (213) 561-3244

CAITLIN B. MUNLEY (*pro hac vice*)
*cmunley@cooley.com*
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:   (202) 776-2557
Facsimile:   (202) 842-7899

*Attorneys for Defendants*
The Honest Company, Inc., Katie Bayne, Scott
Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew,
Avik Pramanik, Nikolaos Vlahos, and Jessica
Warren

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION.

Case No. 2:21-cv-7405-MCS-AS

**DECLARATION OF RYAN E. BLAIR REGARDING COMPLIANCE WITH CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

Courtroom:   7C
Judge:       Hon. Mark C. Scarsi

COOLEY LLP
ATTORNEYS AT LAW

DEC. OF R. BLAIR RE: COMPLIANCE WITH CAFA
CASE NO. 2:21-CV-7405-MCS-AS

I, Ryan E. Blair, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner with the law firm of Cooley LLP, attorneys of record for Defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, and Jessica Warren.  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.    On March 24, 2025, I caused to be sent by FedEx or U.S. mail a notice letter to the Attorney General of the United States and the attorneys general of each state and territory informing them of the proposed settlement and Lead Plaintiff's unopposed motions for preliminary and final approval.  A true and correct copy of the notice letter is attached as Exhibit A.  Each notice letter contained a list of the electronic documents included as enclosures.

3.    I will immediately inform the Court and Lead Plaintiff should any attorney general voice concern regarding this settlement prior to the expiration of the deadline to appeal.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on March 24, 2025, in San Diego, California.

Respectfully submitted,

COOLEY LLP

By:   /s/ Ryan E. Blair
         Ryan E. Blair

Attorney for Defendants
THE HONEST COMPANY, INC., KATIE BAYNE, SCOTT DAHNKE, KELLY KENNEDY, ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK, NIKOLAOS VLAHOS, and JESSICA WARREN