KOJI F. FUKUMURA (State Bar No. 189719)
*kfukumura@cooley.com*
RYAN E. BLAIR (State Bar No. 246724)
*rblair@cooley.com*
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

NICHOLAS R. ORR (State Bar No. 334142)
*norr@cooley.com*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California, 90071
Telephone:  (213) 561-3250
Facsimile:  (213) 561-3244

CAITLIN B. MUNLEY (*pro hac vice*)
*cmunley@cooley.com*
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:  (202) 776-2557
Facsimile:  (202) 842-7899

*Attorneys for Defendants*
The Honest Company, Inc., Katie Bayne, Scott
Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew,
Avik Pramanik, Nikolaos Vlahos, and Jessica
Warren

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-7405-MCS-PLA<br><br>**HONEST DEFENDANTS' STATEMENT OF NON-OPPOSITION PURSUANT TO CIVIL L.R. 7-9**<br><br>Courtroom:  7C<br>Judge:      Hon. Mark C. Scarsi |

Defendants The Honest Company, Inc., Katie Bayne, Scott Dahnke, Kelly Kennedy, Eric Liaw, Jeremy Liew, Avik Pramanik, Nikolaos Vlahos, and Jessica Warren do not oppose Lead Plaintiff's Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Proposed Settlement (Dkt. No. 304) and, therefore, submit this written Statement of Non-Opposition pursuant to C.D. Cal. Civ. L.R. 7-9.

Dated:  March 24, 2025

Respectfully submitted,

COOLEY LLP

By:   _/s/ Ryan E. Blair_
        Ryan E. Blair

Attorney for Defendants
THE HONEST COMPANY, INC., KATIE BAYNE, SCOTT DAHNKE, KELLY KENNEDY, ERIC LIAW, JEREMY LIEW, AVIK PRAMANIK, NIKOLAOS VLAHOS, and JESSICA WARREN

COOLEY LLP
ATTORNEYS AT LAW

1

THE HONEST DEFS'
STATEMENT OF NON-OPPOSITION
CASE NO. 2:21-CV-7405-MCS