DANIEL J. TYUKODY (SBN 123323)
tyukodyd@gtlaw.com
ALEX LINHARDT (SBN 303669)
linhardta@gtlaw.com
JONATHAN WIDJAJA (SBN 345788)
jonathan.widjaja@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for Defendants
Catterton Management Company L.L.C., L Catterton VIII, L.P.,
L Catterton VIII Offshore, L.P., Catterton Managing Partner VIII,
L.L.C., C8 Management, L.L.C, and THC Shared Abacus, LP
(collectively, "Catterton")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION, | CASE NO.: 2:21-cv-07405-MCS (PLA)<br><br>**HON. MARK C. SCARSI**<br><br>**CATTERTON'S STATEMENT OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (DKT. NO. 304)**<br><br>Hearing Date:    April 14, 2025<br>Time:    9:00 a.m.<br>Courtroom:    7C |
|---|---|

1

CATTERTON'S STATEMENT OF NON-OPPOSITION

ACTIVE 704525490v21

Defendants Catterton Management Company L.L.C., L Catterton VIII, L.P., L Catterton VIII Offshore, L.P., Catterton Managing Partner VIII, L.L.C., C8 Management, L.L.C., and THC Shared Abacus, LP do not oppose Lead Plaintiff's Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (Dkt. No. 304), filed on March 12, 2025, and, therefore, submit this written Statement of Non-Opposition pursuant to Local Rule 7-9.

DATED:  March 24, 2025                      GREENBERG TRAURIG, LLP

                                   By */s/ Alex Linhardt*
                                      Daniel J. Tyukody
                                      Alex Linhardt
                                      Jonathan Widjaja
                                      *Attorneys for the Catterton Defendants*

ACTIVE 704525490v21