Daniel C. Lewis (admitted *pro hac vice*)
*daniel.lewis@aoshearman.com*
ALLEN OVERY SHEARMAN
STERLING US LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P.
MORGAN SECURITIES LLC,
JEFFERIES LLC, BOFA SECURITIES,
INC., CITIGROUP GLOBAL
MARKETS, INC., WILLIAM BLAIR &
COMPANY, LLC, GUGGENHEIM
SECURITIES, LLC, TELSEY
ADVISORY GROUP LLC, C.L. KING &
ASSOCIATES, INC., LOOP CAPITAL
MARKETS LLC, PENSERRA
SECURITIES LLC, and SAMUEL A.
RAMIREZ & COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-07405-MCS-AS<br><br>**UNDERWRITER DEFENDANTS' RECONFIRMATION OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (DKT. NO. 304)** |

Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, LLC, Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. submit this statement to re-confirm for the avoidance of doubt their statement in Paragraph QQ of the Stipulation and Agreement of Settlement (Dkt. No. 304-3), filed with the Court on March 12, 2025, that they do not oppose the Lead Plaintiff's Notice of Motion and Class Representative's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (Dkt. No. 304), filed on March 12, 2025.

Dated: March 25, 2025

ALLEN OVERY SHEARMAN STERLING US LLP

By: */s/* Daniel C. Lewis
Daniel C. Lewis (admitted *pro hac vice*)

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS, INC., WILLIAM BLAIR & COMPANY, LLC., GUGGENHEIM SECURITIES, LLC, TELSEY ADVISORY GROUP LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, PENSERRA SECURITIES LLC, and SAMUEL A. RAMIREZ & COMPANY, INC.