**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner*
Alfred L. Fatale III*
Joseph Cotilletta*
Beth C. Khinchuk*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
bkhinchuk@labaton.com

*admitted *pro hac vice*

*Class Counsel for Class Representative
Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Class
Representative Kathie Ng
and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-cv-07405-MCS-AS |
| | **CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES** |
| | Hearing Date: July 28, 2025<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

**TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that on July 28, 2025, at 9:00 a.m., Class Counsel, Labaton Keller Sucharow LLP, will move this Court on behalf of itself and Liaison Counsel The Schall Law Firm (together "Plaintiffs' Counsel"), for an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure: (i) awarding attorneys' fees in the amount of 30% of the Settlement Fund; (ii) awarding Litigation Expenses in the amount of $1,677,604.36, plus accrued interest; and (iii) approving Class Representative's request for reimbursement of $7,425.00 related to her representation of the Class, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), §15 U.S.C. § 77z-1(a)(4).

The Motion is supported by the accompanying Memorandum of Points and Authorities in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses and the accompanying Declaration of Alfred L. Fatale III in Support of (I) Class Representative's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated June 23, 2025 ("Fatale Declaration" or "Fatale Decl."), with annexed exhibits.

Pursuant to the Court's Order Re: Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order," ECF No. 311), any objections to the Fee and Expense Application must be filed with the Court by July 7, 2025. Although a proposed order is being submitted herewith pursuant to Local Civil Rule 7-20, an updated order may be submitted with Class Counsel's reply submission on or before July 21, 2025, after the deadline for objecting has passed.

### Local Rule 7-3

This motion is being filed pursuant to paragraph 19, on Page 17, of the Preliminary Approval Order. Following a conference of counsel pursuant to Local Rule 7-3, counsel for Defendants have stated they take no position on the relief

requested in this motion.

Dated: June 23, 2025

**LABATON KELLER SUCHAROW LLP**

By: _____/s/ Alfred L. Fatale III_____

Jonathan Gardner (*pro hac vice*)
Alfred L. Fatale III (pro hac vice)
Joseph N. Cotilletta (*pro hac vice*)
Beth C. Khinchuk (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
jgardner@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
bkhinchuk@labaton.com

*Attorneys for Class Representative Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Class Representative Kathie Ng and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List served via ECF on all registered participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2025

/s/ *Alfred L. Fatale III*
Alfred L. Fatale III

CERTIFICATE OF SERVICE
CASE NO. 21-CV-07405-MCS-AS

**Mailing Information for a Case 2:21-cv-07405-MCS-AS**

Cody Dixon v. The Honest Company, Inc. et al

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- Zeeshan A. Ahmedani
  zeeshan.ahmedani@aoshearman.com,managing-attorney-5081@ecf.pacerpro.com,courtalert@shearman.com,rcheatham@shearman.com,manattyoffice@shearman.com,an.ahmedani@aosherman.com

- Rachel A Berger
  rberger@labaton.com

- Ryan E Blair
  rblair@cooley.com,efilingnotice@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- Thilini Chandrasekera
  tchandrasekera@cooley.com,eFilingNotice@cooley.com,smartinez@cooley.com,efiling-notice@ecf.pacerpro.com

- Joseph Cotilletta
  jcotilletta@labaton.com,6904786420@filings.docketbird.com

- Xiaoyu Ding
  christine.ding@aoshearman.com

- Alfred L. Fatale , III
  afatale@labaton.com,8305947420@filings.docketbird.com,cfrasca@labaton.com,electroniccasefiling@labaton.com

- Koji F Fukumura
  kfukumura@cooley.com,efilingnotice@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- Jonathan Gardner
  jgardner@labaton.com,lpina@labaton.com,afatale@labaton.com,4027988420@filings.docketbird.com,cfrasca@labaton.com,electroniccasefiling@labaton.com

- Patrick T. Hein
  patrick.hein@aoshearman.com,managing-attorney-5081@ecf.pacerpro.com,courtalert@shearman.com,rcheatham@shearman.com,manattyoffice@shearman.com

- Robert A Horowitz
  horowitzr@gtlaw.com,gtcourtalert@gtlaw.com

- Beth C. Khinchuk
  bkhinchuk@labaton.com

- Daniel H R Laguardia
  daniel.laguardia@aoshearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,Ron.Cheatham@aoshearman.com,manattyoffice@shearman.com

- Grace J Lee
  grace.lee@aoshearman.com

- Daniel Craig Lewis
  daniel.lewis@aoshearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,rcheatham@shearman.com,manattyoffice@shearman.com

- Charles Henry Linehan
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- Alexander L Linhardt
  linhardta@gtlaw.com,alexander-linhardt-0600@ecf.pacerpro.com,gutierrezd@gtlaw.com

- Wesley A. Mann
  wmann@labaton.com,1422309420@filings.docketbird.com,ElectronicCaseFiling@labaton.com

- Francis P. McConville
  fmcconville@labaton.com,HChang@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- Caitlin Bridget Munley
  cmunley@cooley.com,efiling-notice@ecf.pacerpro.com,hector-gonzalez-3380@ecf.pacerpro.com

- Nicholas Reddick Orr
  norr@cooley.com,efilingnotice@cooley.com,efiling-notice@ecf.pacerpro.com,jerry.gonzalez@cooley.com

- Jennifer Pafiti
  jpafiti@pomlaw.com,ahood@pomlaw.com,tsayre@pomlaw.com,egoodman@pomlaw.com,tprzybylowski@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,mtjohnston@pomlaw.com,jalieberman@pomlaw.com,abarbosa@pomlaw.com

- Robert Vincent Prongay
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- Pavithra Rajesh
  prajesh@glancylaw.com,info@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- Laurence M. Rosen
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- Robert S. Rowley
  rrowley@labaton.com

- Brian J. Schall
  brian@schallfirm.com,rina@schallfirm.com

- David J. Schwartz
  dschwartz@labaton.com

- Elizabeth J Stewart
  elizabeth.stewart@shearman.com

- Lisa Marie Strejlau
  lstrejlau@labaton.com,2852082420@filings.docketbird.com,electroniccasefiling@labaton.com

- Daniel J Tyukody , Jr
  tyukodyd@gtlaw.com,daniel-tyukody-2461@ecf.pacerpro.com,phieferd@gtlaw.com

- Elizabeth L Walk
  lwalk@cooley.com

- Jonathan Widjaja
  jonathan.widjaja@gtlaw.com,jonathan-widjaja-8912@ecf.pacerpro.com,jackie.wernick@gtlaw.com

- Charles Wood
  cwood@labaton.com,7807213420@filings.docketbird.com

- Elizabeth M. Wright
  ewright@cooley.com

- Nicole M Zeiss
  NZeiss@labaton.com,5854006420@filings.docketbird.com,ElectronicCaseFiling@labaton.com,Settlementquestions@labaton.com,cboria@labaton.com,ERosenberg@labaton.com

CERTIFICATE OF SERVICE
CASE NO. 21-CV-07405-MCS-AS