# Exhibit 3

**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner*
Alfred L. Fatale III*
Joseph Cotilletta*
Beth C. Khinchuk*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
bkhinchuk@labaton.com

*admitted *pro hac vice*

*Class Counsel for Class Representative*
*Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Class*
*Representative Kathie Ng*
*and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION

Case No. 21-cv-07405-MCS-AS

**DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

Hearing Date: July 28, 2025
Time: 9:00 a.m.
Courtroom: 7C
Judge: Hon. Mark C. Scarsi

I, Alfred L. Fatale III, declare as follows, pursuant to 28 U.S.C. §1746:

1.     I am a member of the law firm of Labaton Keller Sucharow LLP ("Labaton").  I submit this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-

captioned action (the "Action") from the commencement of the matter through June 12, 2025 (the "Time Period").

2.     My firm, which serves as Class Counsel for the certified Class, has had oversight of, and been involved in, all aspects of the litigation, which are described in the accompanying Declaration of Alfred L. Fatale III in Support of (I) Class Representative's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, filed herewith.  My firm also worked with The Schall Law Firm, which has been Liaison Counsel in the Action and will be compensated by Labaton and is not filing its own declaration.

3.     The information in this declaration regarding Labaton's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course of business. These records (and backup documentation where necessary) were reviewed by me and others at my firm, under my direction, to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time and expenses committed to the Action.  As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Action.  In addition, I believe that the expenses are all of a type that would normally be paid by a fee-paying client in the private legal marketplace.

4.     After this review, the number of hours spent on the litigation by my firm is 18,379.9.  The lodestar amount for this time is $10,173,968.50, based on the firm's current hourly rates, and $9,390,860.00, based on the firm's historical rates during the Time Period.  A summary of this lodestar is provided in Exhibit A. Pursuant to the Court's Initial Standing Order for Civil Cases, breakdowns of the work associated with

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP
IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES
CASE NO. 21-cv-07405-MCS-AS

2

the firm's lodestar, by task category, are provided in Exhibits B and C.[1]  Exhibit D is my firm's standard task category table.  The schedules were prepared from daily time records regularly prepared and maintained by my firm. Time expended in preparing this application for fees and payment of expenses has not been included.

5.     The hourly rates shown in Exhibits A through D are consistent with the hourly rates submitted by the firm in other contingent securities class action litigation. The firm's rates are set based on periodic analyses of rates used by firms performing comparable work both on the plaintiff and defense side.  Different timekeepers with the same position may have different rates based on a variety of factors, such as years of experience, time at the firm, time in the current position, and expertise.  For personnel who are no longer employed by the firm, the "current rate" used for the lodestar calculation is the rate for that person in his or her final year of employment with the firm.

6.     As detailed in Exhibit E, my firm has incurred a total of $1,677,604.36 in litigation expenses in connection with the prosecution of the Action.  The expenses are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

7.     The following is additional information regarding certain of the expenses:

(a)     **Court, Witness & Service Fees**: $12,171.61.  These expenses have been paid to attorney service firms or courts in connection with attorney admissions, court filings, service of process, and courtesy copies.

(b)     **Online Legal & Factual Research**: $30,817.78.  These expenses relate to the usage of electronic databases, such as PACER, Westlaw, LexisNexis Risk Solutions and LexisNexis.  These databases were used to obtain access to financial

---

[1] Pursuant to the Court's Standing Civil Order, copies of Exhibits A through E will be emailed to the Court in Excel format.

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP
IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES
CASE NO. 21-cv-07405-MCS-AS

3

data, factual information, and legal research. The usage of the databases is tracked by entry of the client-matter number for this case.

(c) **Experts**: $1,214,460.00. These are the fees and expenses of Class Representative's five experts in the case, who were key to the development of the claims and rebuttal of Defendants' defenses. Each prepared expert reports and analyses. Class Representatives' testifying causation and damages expert also developed the proposed Plan of Allocation for the proceeds of the Settlement.

(i) Damages/Causation/Plan of Allocation: $160,708.75

(ii) COVID-19 Impacts: $362,926.25

(iii) Corporate Control: $259,800.00

(iv) Due Diligence: $238,225.00

(v) Asset Tracing: $192,800.00

(d) **Counsel for Confidential Witness**: $6,835.00. In connection with its investigation of the claims, Class Counsel interviewed several witnesses on a confidential basis. Class Counsel obtained counsel for one of the witnesses in connection with their deposition by Defendants.

(e) **Litigation Support**: $178,160.62. These are the fees and costs of an e-discovery vendor retained to host and manage the electronic documents produced in the Action. This figure also includes two months of "cold storage" costs of $1,500 per month for the months of July and August, 2025.

(f) **Mediation Fees**: $73,560.00. This is Class Representative's share of the fees of David M. Murphy, Esq., a well-respected and highly experienced mediator from Phillips ADR. Mr. Murphy oversaw the Parties' formal mediation sessions and facilitated their ongoing discussions over the course of more than a year, which ultimately culminated in the proposed Settlement.

(g) **Deposition Reporting and Court Transcripts**: $114,199.00. These are Class Representative's share of the fees of videographers and court reporters

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

4

in connection with the 21 depositions taken and defended by Class Counsel.  Class Counsel also paid for several transcripts of court proceedings.

(h)    **Work-Related Transportation, Hotels & Meals**: $22,368.78.  In connection with the prosecution of this case, the firm has paid for work-related transportation expenses, meals, and travel expenses related to, among other things, attending the numerous depositions in the case, appearing at court hearings, the mediation process, and working late hours. (Any first-class airfare has been reduced to be comparable to economy rates.)

8.    With respect to the standing of my firm, attached hereto as Exhibit F is a brief biography of my firm as well as biographies of the firm's partners and of counsels.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of June, 2025.

ALFRED L. FATALE III

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

5

# Exhibit A

*Honest Securities Litigation*

## EXHIBIT A

## <u>LODESTAR REPORT</u>

FIRM: LABATON KELLER SUCHAROW LLP
REPORTING PERIOD:  INCEPTION THROUGH JUNE 12, 2025

| PROFESSIONAL | POSITION | CURRENT RATE | HOURS | LODESTAR HISTORICAL RATE | LODESTAR CURRENT RATE |
|---|---|---|---|---|---|
| Gardner, J. | (P) | $1,375 | 60.4 | $76,830.00 | $83,050.00 |
| Zeiss, N. | (P) | $1,125 | 130.5 | $145,147.50 | $146,812.50 |
| Fatale, A. | (P) | $1,100 | 993.0 | $965,400.00 | $1,092,300.00 |
| McConville, F. | (P) | $1,050 | 18.3 | $14,640.00 | $19,215.00 |
| Cotilletta, J. | (P) | $825 | 1312.6 | $937,675.00 | $1,082,895.00 |
| Rosenberg, E. | (OC) | $975 | 154.1 | $148,147.50 | $150,247.50 |
| Cividini, D. | (OC) | $850 | 112.3 | $84,220.00 | $95,455.00 |
| Khinchuk, B. | (A) | $600 | 1,142.1 | $631,130.00 | $685,260.00 |
| Strejlau, L. | (A) | $600 | 835.5 | $417,405.00 | $501,300.00 |
| Wood, C. | (A) | $600 | 677.2 | $360,122.50 | $406,320.00 |
| Berger, R. | (A) | $575 | 192.3 | $102,547.50 | $110,572.50 |
| Rowley, R. | (A) | $500 | 1960.4 | $961,402.50 | $980,200.00 |
| Mann, W. | (A) | $350 | 525.4 | $157,505.00 | $183,890.00 |
| Kim, J. | (SA) | $455 | 4,144.5 | $1,792,785.00 | $1,885,747.50 |
| Drapkin, A. | (SA) | $455 | 3,091.7 | $1,320,040.50 | $1,406,723.50 |
| Wostl, K. | (SA) | $455 | 1,536.8 | $660,824.00 | $699,244.00 |
| McDermott, R. | (SA) | $450 | 424.5 | $191,025.00 | $191,025.00 |
| Greenbaum, A. | (I) | $650 | 57.6 | $34,465.00 | $37,440.00 |
| Frenkel, G. | (I) | $500 | 74.9 | $30,967.50 | $37,450.00 |
| Frasca, C. | (PL) | $415 | 730.8 | $284,754.00 | $303,282.00 |
| Boria, C. | (PL) | $415 | 62.6 | $25,152.50 | $25,979.00 |
| Pina, E. | (PL) | $375 | 92.5 | $34,441.50 | $34,687.50 |
| Mundo, S. | (PL) | $375 | 24.3 | $9,112.50 | $9,112.50 |
| Richardson, A. | (PL) | $225 | 25.6 | $5,120.00 | $5,760.00 |
| **TOTALS** | | | **18,379.9** | **$9,390,860.00** | **$10,173,968.50** |

| | | | |
|---|---|---|---|
| Partner | (P) | Staff Attorney | (SA) |
| Of Counsel | (OC) | Investigator | (I) |
| Associate | (A) | Paralegal | (PL) |

# Exhibit B

*Honest Securities Litigation*

## EXHIBIT B

## STANDING ORDER TABLE 1

FIRM: LABATON KELLER SUCHAROW LLP
REPORTING PERIOD:  INCEPTION THROUGH JUNE 12, 2025

| Task 1: Initial Research and Factual Development | | | |
|---|---|---|---|
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Jonathan Gardner (Partner) (2021) | $1,100 | 0.70 | $770.00 |
| Jonathan Gardner (Partner) (2022) | $1,250 | 1.80 | $2,250.00 |
| Alfred Fatale (Partner) (2021) | $825 | 2.30 | $1,897.50 |
| Alfred Fatale (Partner) (2022) | $925 | 0.90 | $832.50 |
| Joseph Cotilletta (Associate) (2023) | $625 | 0.80 | $500.00 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 0.20 | $150.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 0.50 | $275.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 37.70 | $18,850.00 |
| Charles Wood (Associate) (2023) | $525 | 3.90 | $2,047.50 |
| Robert Rowley (Associate) (2023) | $475 | 15.30 | $7,267.50 |
| Robert Rowley (Associate) (2024) | $500 | 15.00 | $7,500.00 |
| Wesley Mann (Associate) (2023) | $300 | 4.80 | $1,440.00 |
| Kendall Wostl (Staff Attorney) (2023) | $430 | 1.60 | $688.00 |
| Amy Greenbaum (Investigator) (2021) | $550 | 1.00 | $550.00 |
| Amy Greenbaum (Investigator) (2022) | $575 | 29.20 | $16,790.00 |
| Amy Greenbaum (Investigator) (2023) | $625 | 0.90 | $562.50 |
| Gabrielle Frenkel (Investigator) (2021) | $400 | 38.00 | $15,200.00 |
| Gabrielle Frenkel (Investigator) (2022) | $425 | 35.20 | $14,960.00 |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

ii

| Gabrielle Frenkel (Investigator) (2023) | $475 | 0.90 | $427.50 |
|---|---|---|---|
| Gabrielle Frenkel (Investigator) (2024) | $475 | 0.80 | $380.00 |
| Christopher Frasca (Paralegal) (2021) | $375 | 1.50 | $562.50 |
| Christopher Frasca (Paralegal) (2022) | $390 | 2.00 | $780.00 |
| **Totals for Task 1:** | | **195.00** | **$94,680.50** |
| | | | |
| **Task 2: Drafting Initial/Amended Complaints** | | | |
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Alfred Fatale (Partner) (2022) | $925 | 57.20 | $52,910.00 |
| Alfred Fatale (Partner) (2023) | $950 | 3.70 | $3,515.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 22.00 | $22,000.00 |
| Alfred Fatale (Partner) (2025) | $1,100 | 1.90 | $2,090.00 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 0.80 | $600.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 4.30 | $2,365.00 |
| Lisa Strejlau (Associate) (2021) | $450 | 3.40 | $1,530.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 151.30 | $75,650.00 |
| Charles Wood (Associate) (2022) | $500 | 3.70 | $1,850.00 |
| Charles Wood (Associate) (2023) | $525 | 22.00 | $11,550.00 |
| Charles Wood (Associate) (2024) | $550 | 8.30 | $4,565.00 |
| Robert Rowley (Associate) (2023) | $475 | 10.40 | $4,940.00 |
| Robert Rowley (Associate) (2024) | $500 | 101.80 | $50,900.00 |
| Wesley Mann (Associate) (2024) | $300 | 3.80 | $1,140.00 |
| Christopher Frasca (Paralegal) (2022-2024) | $390 | 34.70 | $13,533.00 |
| Euterpe Lourdes Pina (Paralegal) (2022-2023) | $375 | 13.80 | $5,175.00 |

| Shella Mundo (Paralegal) (2022) | $375 | 24.30 | $9,112.50 |
|---|---|---|---|
| Anaika Richardson (Paralegal) (2024) | $200 | 7.00 | $1,400.00 |
| **Totals for Task 2:** | | **474.40** | **$264,825.50** |

| Task 3: Discovery from Defendants/3rd Parties | | | |
|---|---|---|---|
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Alfred Fatale (Partner) (2022) | $925 | 32.30 | $29,877.50 |
| Alfred Fatale (Partner) (2023) | $950 | 33.10 | $31,445.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 29.30 | $29,300.00 |
| Joseph Cotilletta (Associate) (2022) | $600 | 22.20 | $13,320.00 |
| Joseph Cotilletta (Associate) (2023) | $625 | 64.70 | $40,437.50 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 187.00 | $140,250.00 |
| Derick Cividini (Of Counsel) (2022) | $725 | 23.90 | $17,327.50 |
| Derick Cividini (Of Counsel) (2023) | $750 | 59.40 | $44,550.00 |
| Derick Cividini (Of Counsel) (2024) | $800 | 9.50 | $7,600.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 571.00 | $314,050.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 190.00 | $95,000.00 |
| Lisa Strejlau (Associate) (2023) | $525 | 2.40 | $1,260.00 |
| Charles Wood (Associate) (2023) | $525 | 130.70 | $68,617.50 |
| Charles Wood (Associate) (2024) | $550 | 1.90 | $1,045.00 |
| Rachel Berger (Associate) (2024) | $525 | 8.90 | $4,672.50 |
| Robert Rowley (Associate) (2023) | $475 | 327.40 | $155,515.00 |
| Robert Rowley (Associate) (2024) | $500 | 724.90 | $362,450.00 |
| Wesley Mann (Associate) (2023-2024) | $300 | 151.40 | $45,420.00 |
| Julia Kim (Staff Attorney) (2023-2024) | $430 | 2,699.00 | $1,160,570.00 |

| Professional | Hourly Rate | Hours | Historic Lodestar |
|---|---|---|---|
| Julia Kim (Staff Attorney) (2025) | $455 | 426.00 | $193,830.00 |
| Adam Drapkin (Staff Attorney) (2023) | $420 | 1,340.70 | $563,094.00 |
| Adam Drapkin (Staff Attorney) (2024) | $430 | 759.20 | $326,456.00 |
| Adam Drapkin (Staff Attorney) (2025) | $455 | 162.70 | $74,028.50 |
| Kendall Wostl (Staff Attorney) (2023-2024) | $430 | 974.70 | $419,121.00 |
| Robert McDermott (Staff Attorney) (2023) | $450 | 414.50 | $186,525.00 |
| Amy Greenbaum (Investigator) (2023-2024) | $625 | 8.10 | $5,062.50 |
| Christopher Frasca (Paralegal) (2022-2023) | $390 | 22.30 | $8,697.00 |
| **Totals for Task 3:** | | **9,377.20** | **$4,339,521.50** |
| | | | |
| **Task 4: Discovery from Lead Plaintiff** | | | |
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Alfred Fatale (Partner) (2021) | $825 | 0.50 | $412.50 |
| Alfred Fatale (Partner) (2022) | $925 | 24.50 | $22,662.50 |
| Alfred Fatale (Partner) (2023) | $950 | 20.30 | $19,285.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 1.70 | $1,700.00 |
| Joseph Cotilletta (Associate) (2022) | $600 | 3.80 | $2,280.00 |
| Joseph Cotilletta (Associate) (2023) | $625 | 6.30 | $3,937.50 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 2.00 | $1,500.00 |
| Derick Cividini (Of Counsel) (2022) | $725 | 4.50 | $3,262.50 |
| Derick Cividini (Of Counsel) (2023) | $750 | 0.80 | $600.00 |
| Derick Cividini (Of Counsel) (2024) | $800 | 1.80 | $1,440.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 113.10 | $62,205.00 |
| Lisa Strejlau (Associate) (2021) | $450 | 1.20 | $540.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 59.50 | $29,750.00 |

| Charles Wood (Associate) (2023) | $525 | 12.60 | $6,615.00 |
|---|---|---|---|
| Robert Rowley (Associate) (2023) | $475 | 30.40 | $14,440.00 |
| Robert Rowley (Associate) (2024) | $500 | 6.00 | $3,000.00 |
| Wesley Mann (Associate) (2024) | $300 | 7.50 | $2,250.00 |
| Robert McDermott (Staff Attorney) (2023) | $450 | 10.00 | $4,500.00 |
| Amy Greenbaum (Investigator) (2023-2024) | $625 | 14.60 | $9,125.00 |
| Christopher Frasca (Paralegal) (2022-2023) | $390 | 10.20 | $3,978.00 |
| Anaika Richardson (Paralegal) (2024) | $200 | 2.00 | $400.00 |
| **Totals for Task 4:** | | **333.30** | **$193,883.00** |
| | | | |
| **Task 5: Pretrial Motions and Legal Research** | | | |
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Alfred Fatale (Partner) (2021) | $825 | 0.20 | $165.00 |
| Alfred Fatale (Partner) (2022) | $925 | 52.80 | $48,840.00 |
| Alfred Fatale (Partner) (2023) | $950 | 7.10 | $6,745.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 7.10 | $7,100.00 |
| Joseph Cotilletta (Associate) (2022) | $600 | 15.20 | $9,120.00 |
| Joseph Cotilletta (Associate) (2023) | $625 | 31.00 | $19,375.00 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 56.20 | $42,150.00 |
| Francis McConville (Partner) (2021) | $800 | 18.30 | $14,640.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 40.80 | $22,440.00 |
| Lisa Strejlau (Associate) (2021) | $450 | 2.80 | $1,260.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 225.30 | $112,650.00 |
| Charles Wood (Associate) (2021) | $450 | 21.30 | $9,585.00 |
| Charles Wood (Associate) (2022) | $500 | 11.00 | $5,500.00 |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

vi

| Professional | Hourly Rate | Hours | Historic Lodestar |
|---|---|---|---|
| Charles Wood (Associate) (2023) | $525 | 20.80 | $10,920.00 |
| Robert Rowley (Associate) (2023) | $475 | 102.50 | $48,687.50 |
| Robert Rowley (Associate) (2024) | $500 | 29.30 | $14,650.00 |
| Wesley Mann (Associate) (2022) | $275 | 5.00 | $1,375.00 |
| Wesley Mann (Associate) (2023-2024) | $300 | 14.90 | $4,470.00 |
| Christopher Frasca (Paralegal) (2021) | $375 | 10.40 | $3,900.00 |
| Christopher Frasca (Paralegal) (2022-2024) | $390 | 49.50 | $19,305.00 |
| Cheryl Boria (Paralegal) (2022-2023) | $375 | 0.50 | $187.50 |
| Euterpe Lourdes Pina (Paralegal) (2021) | $360 | 16.40 | $5,904.00 |
| Euterpe Lourdes Pina (Paralegal) (2022-2023) | $375 | 46.30 | $17,362.50 |
| Anaika Richardson (Paralegal) (2023) | $200 | 6.30 | $1,260.00 |
| **Totals for Task 5:** | | **791.00** | **$427,591.50** |

| Task 6: Court Appearances and Preparation | | | |
|---|---|---|---|
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Alfred Fatale (Partner) (2022) | $925 | 16.20 | $14,985.00 |
| Alfred Fatale (Partner) (2023) | $950 | 40.40 | $38,380.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 42.00 | $42,000.00 |
| Alfred Fatale (Partner) (2025) | $1,100 | 18.20 | $20,020.00 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 1.50 | $1,125.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 0.60 | $300.00 |
| Charles Wood (Associate) (2023) | $525 | 0.30 | $157.50 |
| Christopher Frasca (Paralegal) (2023) | $390 | 1.00 | $390.00 |
| **Totals for Task 6:** | | **120.20** | **$117,357.50** |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

vii

| Task 7: Experts/Consultants | | | |
|---|---|---|---|
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Alfred Fatale (Partner) (2022) | $925 | 1.30 | $1,202.50 |
| Alfred Fatale (Partner) (2023) | $950 | 0.30 | $285.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 67.20 | $67,200.00 |
| Alfred Fatale (Partner) (2025) | $1,100 | 13.60 | $14,960.00 |
| Joseph Cotilletta (Associate) (2022) | $600 | 1.10 | $660.00 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 176.20 | $132,150.00 |
| Joseph Cotilletta (Partner) (2025) | $825 | 9.90 | $8,167.50 |
| Beth Khinchuk (Associate) (2024) | $550 | 163.40 | $89,870.00 |
| Beth Khinchuk (Associate) (2025) | $600 | 13.20 | $7,920.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 0.90 | $450.00 |
| Charles Wood (Associate) (2023) | $525 | 0.30 | $157.50 |
| Charles Wood (Associate) (2024) | $550 | 0.50 | $275.00 |
| Rachel Berger (Associate) (2024) | $525 | 3.40 | $1,785.00 |
| Rachel Berger (Associate) (2025) | $575 | 31.20 | $17,940.00 |
| Robert Rowley (Associate) (2024) | $500 | 32.00 | $16,000.00 |
| Wesley Mann (Associate) (2024) | $300 | 95.30 | $28,590.00 |
| Wesley Mann (Associate) (2025) | $350 | 0.20 | $70.00 |
| Julia Kim (Staff Attorney) (2024) | $430 | 96.00 | $41,280.00 |
| Adam Drapkin (Staff Attorney) (2024) | $430 | 278.10 | $119,583.00 |
| Adam Drapkin (Staff Attorney) (2025) | $455 | 13.30 | $6,051.50 |
| Christopher Frasca (Paralegal) (2024) | $390 | 83.10 | $32,409.00 |
| Cheryl Boria (Paralegal) (2024) | $390 | 13.50 | $5,265.00 |
| **Totals for Task 7:** | | **1,094.00** | **$592,271.00** |

| Task 8: Mediation | | | |
|---|---|---|---|
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Jonathan Gardner (Partner) (2023-2024) | $1,275 | 42.80 | $54,570.00 |
| Jonathan Gardner (Partner) (2025) | $1,375 | 0.70 | $962.50 |
| Alfred Fatale (Partner) (2023) | $950 | 64.90 | $61,655.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 45.30 | $45,300.00 |
| Alfred Fatale (Partner) (2025) | $1,100 | 0.20 | $220.00 |
| Joseph Cotilletta (Associate) (2023) | $625 | 7.10 | $4,437.50 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 49.60 | $37,200.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 109.90 | $60,445.00 |
| Charles Wood (Associate) (2023) | $525 | 151.10 | $79,327.50 |
| Rachel Berger (Associate) (2024) | $525 | 14.00 | $7,350.00 |
| Robert Rowley (Associate) (2023) | $475 | 1.00 | $475.00 |
| Wesley Mann (Associate) (2024) | $300 | 15.70 | $4,710.00 |
| Julia Kim (Staff Attorney) (2024) | $430 | 25.00 | $10,750.00 |
| Adam Drapkin (Staff Attorney) (2023) | $420 | 18.20 | $7,644.00 |
| Adam Drapkin (Staff Attorney) (2024) | $430 | 10.70 | $4,601.00 |
| Christopher Frasca (Paralegal) (2023-2024) | $390 | 26.70 | $10,413.00 |
| Cheryl Boria (Paralegal) (2024) | $390 | 14.00 | $5,460.00 |
| Euterpe Lourdes Pina (Paralegal) (2023) | $375 | 0.50 | $187.50 |
| **Totals for Task 8:** | | **597.40** | **$395,708.00** |

| Task 9: Settlement | | | |
|---|---|---|---|
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Jonathan Gardner (Partner) (2025) | $1,375 | 0.30 | $412.50 |
| Nicole Zeiss (Partner) (2023-2024) | $1,075 | 12.90 | $13,867.50 |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

ix

| Professional | Hourly Rate | Hours | Historic Lodestar |
|---|---|---|---|
| Nicole Zeiss (Partner) (2025) | $1,125 | 96.70 | $108,787.50 |
| Alfred Fatale (Partner) (2024) | $1,000 | 2.20 | $2,200.00 |
| Alfred Fatale (Partner) (2025) | $1,100 | 56.00 | $61,600.00 |
| Elizabeth Rosenberg (Of Counsel) (2023) | $875 | 21.00 | $18,375.00 |
| Elizabeth Rosenberg (Of Counsel) (2025) | $975 | 133.10 | $129,772.50 |
| Derick Cividini (Of Counsel) (2025) | $850 | 0.80 | $680.00 |
| Beth Khinchuk (Associate) (2025) | $600 | 44.30 | $26,580.00 |
| Charles Wood (Associate) (2025) | $600 | 0.40 | $240.00 |
| Rachel Berger (Associate) (2025) | $575 | 0.30 | $172.50 |
| Adam Drapkin (Staff Attorney) (2024) | $430 | 31.60 | $13,588.00 |
| Adam Drapkin (Staff Attorney) (2025) | $455 | 14.50 | $6,597.50 |
| Christopher Frasca (Paralegal) (2024) | $390 | 0.90 | $351.00 |
| Cheryl Boria (Paralegal) (2025) | $415 | 30.00 | $12,450.00 |
| **Totals for Task 9:** | | **445.00** | **$395,674.00** |
| | | | |
| **Task 10: Class Certification** | | | |
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Nicole Zeiss (Partner) (2023-2024) | $1,075 | 20.40 | $21,930.00 |
| Alfred Fatale (Partner) (2022) | $925 | 3.30 | $3,052.50 |
| Alfred Fatale (Partner) (2023) | $950 | 100.90 | $95,855.00 |
| Alfred Fatale (Partner) (2025) | $1,100 | 0.30 | $330.00 |
| Joseph Cotilletta (Associate) (2023) | $625 | 13.60 | $8,500.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 3.30 | $1,650.00 |
| Charles Wood (Associate) (2023) | $525 | 0.30 | $157.50 |
| Robert Rowley (Associate) (2023) | $475 | 109.30 | $51,917.50 |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES
CASE NO. 21-CV-07405-MCS-AS

x

| Amy Greenbaum (Investigator) (2023) | $625 | 1.00 | $625.00 |
|---|---|---|---|
| Christopher Frasca (Paralegal) (2023) | $390 | 27.60 | $10,764.00 |
| Euterpe Lourdes Pina (Paralegal) (2023) | $375 | 9.20 | $3,450.00 |
| **Totals for Task 10:** | | **289.20** | **$198,231.50** |
| | | | |
| **Task 11: Motions to Dismiss and Legal Research** | | | |
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Jonathan Gardner (Partner) (2023) | $1,275 | 1.80 | $2,295.00 |
| Alfred Fatale (Partner) (2022) | $925 | 23.80 | $22,015.00 |
| Alfred Fatale (Partner) (2023) | $950 | 33.50 | $31,825.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 28.40 | $28,400.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 109.50 | $54,750.00 |
| Charles Wood (Associate) (2022) | $500 | 2.50 | $1,250.00 |
| Charles Wood (Associate) (2023) | $525 | 3.10 | $1,627.50 |
| Robert Rowley (Associate) (2023) | $475 | 73.00 | $34,675.00 |
| Robert Rowley (Associate) (2024) | $500 | 156.50 | $78,250.00 |
| Christopher Frasca (Paralegal) (2022-2024) | $390 | 81.00 | $31,590.00 |
| Euterpe Lourdes Pina (Paralegal) (2022-2023) | $375 | 5.80 | $2,175.00 |
| Anaika Richardson (Paralegal) (2024) | $200 | 10.30 | $2,060.00 |
| **Totals for Task 11:** | | **529.20** | **$290,912.50** |
| | | | |
| **Task 12: Depositions and Preparation** | | | |
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Alfred Fatale (Partner) (2023) | $950 | 19.30 | $18,335.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 47.70 | $47,700.00 |
| Joseph Cotilletta (Associate) (2023) | $625 | 12.10 | $7,562.50 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 269.80 | $202,350.00 |

| Professional | Hourly Rate | Hours | Historic Lodestar |
|---|---|---|---|
| Derick Cividini (Of Counsel) (2023) | $750 | 4.10 | $3,075.00 |
| Derick Cividini (Of Counsel) (2024) | $800 | 1.20 | $960.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 39.20 | $21,560.00 |
| Charles Wood (Associate) (2023) | $525 | 0.20 | $105.00 |
| Charles Wood (Associate) (2024) | $550 | 254.90 | $140,195.00 |
| Charles Wood (Associate) (2025) | $600 | 0.50 | $300.00 |
| Rachel Berger (Associate) (2024) | $525 | 133.40 | $70,035.00 |
| Robert Rowley (Associate) (2023) | $475 | 68.60 | $32,585.00 |
| Robert Rowley (Associate) (2024) | $500 | 139.40 | $69,700.00 |
| Wesley Mann (Associate) (2024) | $300 | 221.90 | $66,570.00 |
| Julia Kim (Staff Attorney) (2023-2024) | $430 | 898.50 | $386,355.00 |
| Adam Drapkin (Staff Attorney) (2023) | $420 | 56.40 | $23,688.00 |
| Adam Drapkin (Staff Attorney) (2024) | $430 | 406.30 | $174,709.00 |
| Kendall Wostl (Staff Attorney) (2023-2024) | $430 | 559.80 | $240,714.00 |
| Amy Greenbaum (Investigator) (2023-2024) | $625 | 2.80 | $1,750.00 |
| **Totals for Task 12:** | | **3,136.10** | **$1,508,248.50** |
| | | | |
| **Task 13: Litigation Strategy/Analysis** | | | |
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Jonathan Gardner (Partner) (2022) | $1,250 | 4.20 | $5,250.00 |
| Jonathan Gardner (Partner) (2023-2024) | $1,275 | 7.50 | $9,562.50 |
| Alfred Fatale (Partner) (2021) | $825 | 4.90 | $4,042.50 |
| Alfred Fatale (Partner) (2022) | $925 | 12.60 | $11,655.00 |
| Alfred Fatale (Partner) (2023) | $950 | 15.70 | $14,915.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 5.90 | $5,900.00 |

| Professional | Hourly Rate | Hours | Historic Lodestar |
|---|---|---|---|
| Joseph Cotilletta (Associate) (2022) | $600 | 49.10 | $29,460.00 |
| Joseph Cotilletta (Associate) (2023) | $625 | 120.40 | $75,250.00 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 183.80 | $137,850.00 |
| Derick Cividini (Of Counsel) (2023) | $750 | 6.30 | $4,725.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 20.00 | $11,000.00 |
| Beth Khinchuk (Associate) (2025) | $600 | 1.80 | $1,080.00 |
| Lisa Strejlau (Associate) (2021) | $450 | 0.80 | $360.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 43.40 | $21,700.00 |
| Lisa Strejlau (Associate) (2023) | $525 | 1.00 | $525.00 |
| Charles Wood (Associate) (2023) | $525 | 19.70 | $10,342.50 |
| Rachel Berger (Associate) (2025) | $575 | 0.10 | $57.50 |
| Robert Rowley (Associate) (2023) | $475 | 8.00 | $3,800.00 |
| Robert Rowley (Associate) (2024) | $500 | 2.60 | $1,300.00 |
| **Totals for Task 13:** | | **507.80** | **$348,775.00** |
| | | | |
| **Task 14: Case Management** | | | |
| **Professional** | **Hourly Rate** | **Hours** | **Historic Lodestar** |
| Jonathan Gardner (Partner) (2022) | $1,250 | 0.30 | $375.00 |
| Jonathan Gardner (Partner) (2023) | $1,275 | 0.30 | $382.50 |
| Nicole Zeiss (Partner) (2025) | $1,125 | 0.50 | $562.50 |
| Alfred Fatale (Partner) (2021) | $825 | 3.00 | $2,475.00 |
| Alfred Fatale (Partner) (2022) | $925 | 3.00 | $2,775.00 |
| Alfred Fatale (Partner) (2023) | $950 | 13.20 | $12,540.00 |
| Alfred Fatale (Partner) (2024) | $1,000 | 12.80 | $12,800.00 |
| Joseph Cotilletta (Associate) (2022) | $600 | 9.90 | $5,940.00 |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP
IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES
CASE NO. 21-CV-07405-MCS-AS

xiii

| | | | |
|---|---|---|---|
| Joseph Cotilletta (Associate) (2023) | $625 | 3.30 | $2,062.50 |
| Joseph Cotilletta (Of Counsel) (2024) | $750 | 13.80 | $10,350.00 |
| Joseph Cotilletta (Partner) (2025) | $825 | 1.20 | $990.00 |
| Beth Khinchuk (Associate) (2024) | $550 | 20.40 | $11,220.00 |
| Beth Khinchuk (Associate) (2025) | $600 | 0.20 | $120.00 |
| Lisa Strejlau (Associate) (2021) | $450 | 0.40 | $180.00 |
| Lisa Strejlau (Associate) (2022) | $500 | 2.00 | $1,000.00 |
| Charles Wood (Associate) (2021) | $450 | 0.70 | $315.00 |
| Charles Wood (Associate) (2022) | $500 | 1.40 | $700.00 |
| Charles Wood (Associate) (2023) | $525 | 5.10 | $2,677.50 |
| Rachel Berger (Associate) (2024) | $525 | 0.80 | $420.00 |
| Rachel Berger (Associate) (2025) | $575 | 0.20 | $115.00 |
| Robert Rowley (Associate) (2023) | $475 | 6.00 | $2,850.00 |
| Robert Rowley (Associate) (2024) | $500 | 1.00 | $500.00 |
| Wesley Mann (Associate) (2023-2024) | $300 | 4.90 | $1,470.00 |
| Kendall Wostl (Staff Attorney) (2023) | $430 | 0.70 | $301.00 |
| Christopher Frasca (Paralegal) (2021-2024) | $375 | 5.30 | $1,987.50 |
| Christopher Frasca (Paralegal) (2022-2024) | $390 | 374.60 | $146,094.00 |
| Cheryl Boria (Paralegal) (2023) | $375 | 1.60 | $600.00 |
| Cheryl Boria (Paralegal) (2024) | $390 | 2.20 | $858.00 |
| Cheryl Boria (Paralegal) (2025) | $415 | 0.80 | $332.00 |
| Euterpe Lourdes Pina (Paralegal) (2022) | $375 | 0.50 | $187.50 |
| **Totals for Task 14:** | | **490.10** | **$223,180.00** |
| **Grand Total:** | | **18,379.90** | **$9,390,860.00** |

# Exhibit C

# *Honest Securities Litigation*

## EXHIBIT C

## STANDING ORDER TABLE 2

FIRM: LABATON KELLER SUCHAROW LLP
REPORTING PERIOD:  INCEPTION THROUGH JUNE 12, 2025

| Professional | Hourly Rate | Hours by Task | | Totals |
|---|---|---|---|---|
| Jonathan Gardner (Partner) | $1,100 (2021) $1,250 (2022) $1,275 (2023-24) $1,375 (2025) | **Task** | **Hours on Task** | **Hours: 60.40** **Hist. Lodestar: $76,830.00** |
| | | Initial Research and Factual Development | 2.50 | |
| | | Mediation | 43.50 | |
| | | Settlement | 0.30 | |
| | | Motions to Dismiss and Legal Research | 1.80 | |
| | | Litigation Strategy/Analysis | 11.70 | |
| | | Case Management | 0.60 | |
| Nicole Zeiss (Partner) | $1,075 (2023-24) $1,125 (2025) | **Task** | **Hours on Task** | **Hours: 130.50** **Hist. Lodestar: $145,147.50** |
| | | Settlement | 109.60 | |
| | | Class Certification | 20.40 | |
| | | Case Management | 0.50 | |
| Alfred Fatale (Partner) | $825 (2021) $925 (2022) $950 (2023) $1,000 (2024) $1,100 (2025) | **Task** | **Hours on Task** | **Hours: 993.00** **Hist. Lodestar: $965,400.00** |
| | | Initial Research and Factual Development | 3.20 | |
| | | Drafting Initial/Amended Complaints | 84.80 | |
| | | Discovery from Defendants/3rd Parties | 94.70 | |
| | | Discovery from Lead Plaintiff | 47.00 | |
| | | Pretrial Motions and Legal Research | 67.20 | |
| | | Court Appearances and Preparation | 116.80 | |
| | | Experts/Consultants | 82.40 | |
| | | Mediation | 110.40 | |
| | | Settlement | 58.20 | |
| | | Class Certification | 104.50 | |

| Professional | Hourly Rate | Hours by Task | | Totals |
|---|---|---|---|---|
| | | Motions to Dismiss and Legal Research | 85.70 | |
| | | Depositions and Preparation | 67.00 | |
| | | Litigation Strategy/Analysis | 39.10 | |
| | | Case Management | 32.00 | |
| Francis McConville (Partner) | $800 (2021) | **Task** | **Hours on Task** | **Hours: 18.30**<br><br>**Hist. Lodestar: $14,640.00** |
| | | Pretrial Motions and Legal Research | 18.30 | |
| Joseph Cotilletta (Partner) | $600 (2022)<br>$625 (2023)<br>$750 (2024)<br>$825 (2025) | **Task** | **Hours on Task** | **Hours: 1,312.60**<br>**Hist. Lodestar: $937,675.00** |
| | | Initial Research and Factual Development | 1.00 | |
| | | Drafting Initial/Amended Complaints | 0.80 | |
| | | Discovery from Defendants/3rd Parties | 273.90 | |
| | | Discovery from Lead Plaintiff | 12.10 | |
| | | Pretrial Motions and Legal Research | 102.40 | |
| | | Court Appearances and Preparation | 1.50 | |
| | | Experts/Consultants | 187.20 | |
| | | Mediation | 56.70 | |
| | | Class Certification | 13.60 | |
| | | Depositions and Preparation | 281.90 | |
| | | Litigation Strategy/Analysis | 353.30 | |
| | | Case Management | 28.20 | |
| Elizabeth Rosenberg (Of Counsel) | $875 (2023)<br>$975 (2025) | **Task** | **Hours on Task** | **Hours: 154.10**<br><br>**Hist. Lodestar: $148,147.50** |
| | | Settlement | 154.10 | |
| Derick Cividini (Of Counsel) | $725 (2022)<br>$750 (2023)<br>$800 (2024)<br>$850 (2025) | **Task** | **Hours on Task** | **Hours: 112.30**<br>**Hist. Lodestar: $84,220.00** |
| | | Discovery from Defendants/3rd Parties | 92.80 | |
| | | Discovery from Lead Plaintiff | 7.10 | |
| | | Settlement | 0.80 | |
| | | Depositions and Preparation | 5.30 | |
| | | Litigation Strategy/Analysis | 6.30 | |
| Beth Khinchuk | $550 (2024) | **Task** | **Hours on Task** | **Hours: 1,142.10** |

| Professional | Hourly Rate | Hours by Task | | Totals |
|---|---|---|---|---|
| (Associate) | $600 (2025) | | | **Hist. Lodestar: $631,130.00** |
| | | Initial Research and Factual Development | 0.50 | |
| | | Drafting Initial/Amended Complaints | 4.30 | |
| | | Discovery from Defendants/3rd Parties | 571.00 | |
| | | Discovery from Lead Plaintiff | 113.10 | |
| | | Pretrial Motions and Legal Research | 40.80 | |
| | | Experts/Consultants | 176.60 | |
| | | Mediation | 109.90 | |
| | | Settlement | 44.30 | |
| | | Depositions and Preparation | 39.20 | |
| | | Litigation Strategy/Analysis | 21.80 | |
| | | Case Management | 20.60 | |
| Lisa Strejlau (Associate) | $450 (2021) $500 (2022) $525 (2023) | **Task** | **Hours on Task** | **Hours: 835.50** **Hist. Lodestar: $417,405.00** |
| | | Initial Research and Factual Development | 37.70 | |
| | | Drafting Initial/Amended Complaints | 154.70 | |
| | | Discovery from Defendants/3rd Parties | 192.40 | |
| | | Discovery from Lead Plaintiff | 60.70 | |
| | | Pretrial Motions and Legal Research | 228.10 | |
| | | Court Appearances and Preparation | 0.60 | |
| | | Experts/Consultants | 0.90 | |
| | | Class Certification | 3.30 | |
| | | Motions to Dismiss and Legal Research | 109.50 | |
| | | Litigation Strategy/Analysis | 45.20 | |
| | | Case Management | 2.40 | |
| Charles Wood (Associate) | $450 (2021) $500 (2022) $525 (2023) $550 (2024) $600 (2025) | **Task** | **Hours on Task** | **Hours: 677.20** **Hist. Lodestar: $360,122.50** |
| | | Initial Research and Factual Development | 3.90 | |
| | | Drafting Initial/Amended Complaints | 34.00 | |
| | | Discovery from Defendants/3rd Parties | 132.60 | |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS    xvii

| Professional | Hourly Rate | Hours by Task | | Totals |
|---|---|---|---|---|
| | | Discovery from Lead Plaintiff | 12.60 | |
| | | Pretrial Motions and Legal Research | 53.10 | |
| | | Court Appearances and Preparation | 0.30 | |
| | | Experts/Consultants | 0.80 | |
| | | Mediation | 151.10 | |
| | | Settlement | 0.40 | |
| | | Class Certification | 0.30 | |
| | | Motions to Dismiss and Legal Research | 5.60 | |
| | | Depositions and Preparation | 255.60 | |
| | | Litigation Strategy/Analysis | 19.70 | |
| | | Case Management | 7.20 | |
| Rachel Berger (Associate) | $525 (2024) $575 (2025) | **Task** | **Hours on Task** | **Hours: 192.30** **Hist. Lodestar: $102,547.50** |
| | | Discovery from Defendants/3rd Parties | 8.90 | |
| | | Experts/Consultants | 34.60 | |
| | | Mediation | 14.00 | |
| | | Settlement | 0.30 | |
| | | Depositions and Preparation | 133.40 | |
| | | Litigation Strategy/Analysis | 0.10 | |
| | | Case Management | 1.00 | |
| Robert Rowley (Associate) | $475 (2023) $500 (2024) | **Task** | **Hours on Task** | **Hours: 1,960.40** **Hist. Lodestar: $961,402.50** |
| | | Initial Research and Factual Development | 30.30 | |
| | | Drafting Initial/Amended Complaints | 112.20 | |
| | | Discovery from Defendants/3rd Parties | 1052.30 | |
| | | Discovery from Lead Plaintiff | 36.40 | |
| | | Pretrial Motions and Legal Research | 131.80 | |
| | | Experts/Consultants | 32.00 | |
| | | Mediation | 1.00 | |
| | | Class Certification | 109.30 | |
| | | Motions to Dismiss and Legal Research | 229.50 | |
| | | Depositions and Preparation | 208.00 | |
| | | Litigation Strategy/Analysis | 10.60 | |
| | | Case Management | 7.00 | |
| Wesley Mann (Associate) | $275 (2022) $300 (2023-24) | **Task** | **Hours on Task** | **Hours: 525.40** **Hist. Lodestar: $157,505.00** |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

xviii

| Professional | Hourly Rate | Hours by Task | | Totals |
|---|---|---|---|---|
| | $350 (2025) | | | |
| | | Initial Research and Factual Development | 4.80 | |
| | | Drafting Initial/Amended Complaints | 3.80 | |
| | | Discovery from Defendants/3rd Parties | 151.40 | |
| | | Discovery from Lead Plaintiff | 7.50 | |
| | | Pretrial Motions and Legal Research | 19.90 | |
| | | Experts/Consultants | 95.50 | |
| | | Mediation | 15.70 | |
| | | Depositions and Preparation | 221.90 | |
| | | Case Management | 4.90 | |
| Julia Kim (Staff Attorney) | $430 (2023-24) $455 (2025) | **Task** | **Hours on Task** | **Hours: 4,144.50** **Hist. Lodestar: $1,792,785.00** |
| | | Discovery from Defendants/3rd Parties | 3125.00 | |
| | | Experts/Consultants | 96.00 | |
| | | Mediation | 25.00 | |
| | | Depositions and Preparation | 898.50 | |
| Adam Drapkin (Staff Attorney) | $420 (2023) $430 (2024) $455 (2025) | **Task** | **Hours on Task** | **Hours: 3,091.70** **Hist. Lodestar: $1,320,040.50** |
| | | Discovery from Defendants/3rd Parties | 2262.60 | |
| | | Experts/Consultants | 291.40 | |
| | | Mediation | 28.90 | |
| | | Settlement | 46.10 | |
| | | Depositions and Preparation | 462.70 | |
| Kendall Wostl (Staff Attorney) | $430 (2023-24) | **Task** | **Hours on Task** | **Hours: 1,536.80** **Hist. Lodestar: $660,824.00** |
| | | Initial Research and Factual Development | 1.60 | |
| | | Discovery from Defendants/3rd Parties | 974.70 | |
| | | Depositions and Preparation | 559.80 | |
| | | Case Management | 0.70 | |
| Robert McDermott (Staff Attorney) | $450 (2023) | **Task** | **Hours on Task** | **Hours: 424.50** **Hist. Lodestar: $191,025.00** |
| | | Discovery from Defendants/3rd Parties | 414.50 | |
| | | Discovery from Lead Plaintiff | 10.00 | |
| Amy Greenbaum | $550 (2021) | **Task** | **Hours on Task** | **Hours: 57.60** |

| Professional | Hourly Rate | Hours by Task | | Totals |
|---|---|---|---|---|
| (Investigator) | $575 (2022) $625 (2023-24) | | | **Hist. Lodestar: $34,465.00** |
| | | Initial Research and Factual Development | 31.10 | |
| | | Discovery from Defendants/3rd Parties | 8.10 | |
| | | Discovery from Lead Plaintiff | 14.60 | |
| | | Class Certification | 1.00 | |
| | | Depositions and Preparation | 2.80 | |
| Gabrielle Frenkel (Investigator) | $400 (2021) $425 (2022) $475 (2023-24) | **Task** | **Hours on Task** | **Hours: 74.90** **Hist. Lodestar: $30,967.50** |
| | | Initial Research and Factual Development | 74.90 | |
| Christopher Frasca (Paralegal) | $375 (2021) $390 (2022-24) | **Task** | **Hours on Task** | **Hours: 730.80** **Hist. Lodestar: $284,754.00** |
| | | Initial Research and Factual Development | 3.50 | |
| | | Drafting Initial/Amended Complaints | 34.70 | |
| | | Discovery from Defendants/3rd Parties | 22.30 | |
| | | Discovery from Lead Plaintiff | 10.20 | |
| | | Pretrial Motions and Legal Research | 59.90 | |
| | | Court Appearances and Preparation | 1.00 | |
| | | Experts/Consultants | 83.10 | |
| | | Mediation | 26.70 | |
| | | Settlement | 0.90 | |
| | | Class Certification | 27.60 | |
| | | Motions to Dismiss and Legal Research | 81.00 | |
| | | Case Management | 379.9 | |
| Cheryl Boria (Paralegal) | $375 (2023) $390 (2024) $415 (2025) | **Task** | **Hours on Task** | **Hours: 62.60** **Hist. Lodestar: $25,152.50** |
| | | Pretrial Motions and Legal Research | 0.50 | |
| | | Experts/Consultants | 13.50 | |
| | | Mediation | 14.00 | |
| | | Settlement | 30.00 | |
| | | Case Management | 4.60 | |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

xx

| Professional | Hourly Rate | Hours by Task | | Totals |
|---|---|---|---|---|
| Euterpe Lourdes Pina (Paralegal) | $360 (2021) $375 (2022-23) | **Task** | **Hours on Task** | **Hours: 92.50** **Hist. Lodestar: $34,441.50** |
| | | Drafting Initial/Amended Complaints | 13.80 | |
| | | Pretrial Motions and Legal Research | 62.70 | |
| | | Mediation | 0.50 | |
| | | Class Certification | 9.20 | |
| | | Motions to Dismiss and Legal Research | 5.80 | |
| | | Case Management | 0.50 | |
| Shella Mundo (Paralegal) | $375 (2022) | **Task** | **Hours on Task** | **Hours: 24.30** **Hist. Lodestar: $9,112.50** |
| | | Drafting Initial/Amended Complaints | 24.30 | |
| Richardson, Anaika (Paralegal) | $200 (2024) | **Task** | **Hours on Task** | **Hours: 25.60** **Hist. Lodestar: $5,120.00** |
| | | Drafting Initial/Amended Complaints | 7.00 | |
| | | Discovery from Lead Plaintiff | 2.00 | |
| | | Pretrial Motions and Legal Research | 6.30 | |
| | | Motions to Dismiss and Legal Research | 10.30 | |

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

xxi

# Exhibit D

*Nuvax Securities Litigation*

**EXHIBIT D**
**LABATON TIME BY TASK**

Categories:

(1) Initial Research and Factual Development
(2) Drafting Initial/Amended Complaint
(3) Discovery from Defendants/3rd Parties
(4) Discovery from Lead Plaintiff
(5) Pretrial Motions and Legal Research

(6) Court Appearances and Preparation
(7) Experts/Consultants
(8) Mediation
(9) Settlement
(10) Class Certification

(11) Motions to Dismiss and Legal Research
(12) Depositions and Preparation
(13) Litigation Strategy/Analysis
(14) Case Management

| Name | Position | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Total Hours | Historical Rate | Current Rate | Historical Lodestar | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gardner, Jonathan | (P) | 2.50 | - | - | - | - | - | - | 43.50 | 0.30 | - | 1.80 | - | 11.70 | 0.60 | 60.40 | $1,100 - $1,375 | $1,375 | $76,830.00 | $83,050.00 |
| Zinn, Nicole | (P) | - | - | - | - | - | - | - | 109.60 | - | 20.40 | - | - | - | 0.50 | 130.50 | $1,075 - $1,125 | $1,125 | $145,147.50 | $146,812.50 |
| Fatale, Alfred | (P) | 3.20 | 84.80 | 94.70 | 47.00 | 67.20 | 116.80 | 82.40 | 110.40 | 58.20 | 104.50 | 85.70 | 67.00 | 39.10 | 32.00 | 993.00 | $825 - $1,100 | $1,100 | $965,400.00 | $1,092,300.00 |
| McConville, Francis | (P) | - | - | - | - | 18.30 | - | - | - | - | - | - | - | - | - | 18.30 | $800 | $1,050 | $14,640.00 | $19,215.00 |
| Cotilleta, Joseph | (P) | 1.00 | 0.80 | 273.90 | 12.10 | 102.40 | 1.50 | 187.20 | 56.70 | - | 13.60 | - | 281.90 | 333.30 | 28.20 | 1,312.60 | $600 - $825 | $825 | $937,675.00 | $1,082,895.00 |
| Rosenberg, Elizabeth | (OC) | - | - | 92.80 | 7.10 | - | - | - | - | 154.10 | - | - | - | - | - | 154.10 | $875 - $975 | $975 | $148,147.50 | $150,247.50 |
| Cividini, Derick | (OC) | - | - | - | - | - | - | - | - | 0.80 | - | - | 5.30 | 6.30 | - | 112.30 | $725 - $850 | $850 | $84,320.00 | $95,455.00 |
| Khincnik, Beth | (A) | 0.50 | 4.30 | 571.00 | 113.10 | 40.80 | - | 176.60 | 109.90 | 44.30 | - | - | 39.20 | 21.80 | 20.60 | 1,142.10 | $550 - $600 | $600 | $631,130.00 | $685,260.00 |
| Savplanu, Liza | (A) | 37.70 | 154.70 | 192.40 | 60.70 | 228.10 | 0.60 | 0.90 | - | - | 3.30 | 109.50 | - | 45.30 | 2.40 | 835.50 | $450 - $525 | $600 | $417,405.00 | $501,300.00 |
| Wood, Charles | (A) | 3.90 | 34.00 | 132.60 | 12.60 | 53.10 | 0.30 | 0.80 | 151.10 | 0.40 | 0.30 | 5.60 | 255.60 | 19.70 | 7.20 | 677.20 | $450 - $600 | $600 | $360,122.50 | $406,320.00 |
| Barrer, Rachel | (A) | - | - | 8.90 | - | - | - | 34.60 | 14.00 | 0.30 | - | - | 133.40 | 0.10 | 1.00 | 192.30 | $525 - $575 | $575 | $102,547.50 | $110,372.50 |
| Romiey, Robert | (A) | 30.30 | 112.20 | 1,092.30 | 36.40 | 131.80 | - | 32.00 | 1.00 | - | 109.30 | 229.50 | 208.00 | 10.60 | 7.00 | 1,960.40 | $475 - $500 | $500 | $961,402.50 | $980,200.00 |
| Maun, Wesley | (A) | 4.80 | 3.80 | 151.40 | 7.30 | 19.90 | - | 95.50 | 15.70 | - | - | - | 221.90 | - | 4.90 | 525.40 | $275 - $350 | $350 | $157,505.00 | $183,890.00 |
| Kim, Yulii | (SA) | - | - | 3,125.00 | - | - | - | 96.00 | 25.00 | - | - | - | 898.50 | - | - | 4,144.50 | $430 - $455 | $455 | $1,792,785.00 | $1,885,747.50 |
| Draplin, Adam | (SA) | - | - | 2,262.60 | - | - | - | 291.40 | 28.90 | 46.10 | - | - | 462.70 | - | - | 3,091.70 | $420 - $455 | $455 | $1,320,040.50 | $1,406,723.50 |
| Wottl, Kendall | (SA) | 1.60 | - | 974.70 | - | - | - | - | - | - | - | - | 559.80 | - | 0.70 | 1,536.80 | $430 | $455 | $660,824.00 | $699,244.00 |
| McDermott, Robert | (SA) | - | - | 414.50 | 10.00 | - | - | - | - | - | - | - | - | - | - | 424.50 | $450 | $450 | $191,025.00 | $191,025.00 |
| Greenbaum, Amy | (I) | 31.10 | - | 8.10 | 14.60 | - | - | - | - | - | 1.00 | - | 2.80 | - | - | 57.60 | $550 - $625 | $650 | $34,465.00 | $37,440.00 |
| Frankel, Gabrielle | (I) | 74.90 | - | - | - | - | - | - | - | - | - | - | - | - | - | 74.90 | $400 - $475 | $500 | $30,967.50 | $37,450.00 |
| Franca, Christopher | (PL) | 3.50 | 34.70 | 22.30 | 10.20 | 59.90 | 1.00 | 83.10 | 26.70 | 0.90 | 27.60 | 81.00 | - | - | 379.90 | 730.80 | $375 - $390 | $415 | $284,754.00 | $303,282.00 |
| Boria, Cheryl | (PL) | - | - | - | - | 0.50 | - | 13.50 | 14.00 | 30.00 | - | - | - | - | 4.60 | 62.60 | $375 - $415 | $415 | $25,152.50 | $25,979.00 |
| Pen, Emaye Lourdes | (PL) | - | 13.80 | - | - | 62.70 | - | - | 0.50 | - | 9.20 | 5.80 | - | - | 0.50 | 92.50 | $360 - $375 | $375 | $34,441.50 | $34,687.50 |
| Mundo, Sheila | (PL) | - | 24.30 | - | - | - | - | - | - | - | - | - | - | - | - | 24.30 | $375 | $375 | $9,112.50 | $9,112.50 |
| Richardson, Amelia | (PL) | - | 7.00 | 2.00 | - | 6.30 | - | - | - | - | - | 10.30 | - | - | - | 25.60 | $200 | $225 | $5,120.00 | $5,760.00 |
| **TOTALS:** | | 195.00 | 474.40 | 9,377.20 | 333.30 | 791.00 | 120.20 | 1,094.00 | 597.40 | 445.00 | 289.20 | 529.20 | 3,136.10 | 507.80 | 490.10 | 18,379.90 | | | $9,390,860.00 | $10,173,968.50 |

(P) Partner
(OC) Of Counsel
(A) Associate

(I) Investigator
(PL) Paralegal
(SA) Staff Attorney

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP
IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES
CASE NO. 21-CV-07405-MCS-AS

xxii

# Exhibit E

*Honest Securities Litigation*

## EXHIBIT E

## <u>EXPENSE REPORT</u>

FIRM: LABATON KELLER SUCHAROW LLP
REPORTING PERIOD:  INCEPTION THROUGH JUNE 12, 2025

| CATEGORY | | TOTAL AMOUNT |
|---|---|---|
| Court / Witness / Service Fees | | $12,171.61 |
| Long Distance / Wi-Fi Access | | $123.90 |
| Postage / Overnight Delivery Services | | $526.70 |
| Online Legal & Factual Research | | $30,817.78 |
| Experts | | $1,214,460.00 |
| Damages/Causation/Plan of Allocation | $160,708.75 | |
| COVID-19 Impacts | $362,926.25 | |
| Corporate Control | $259,800.00 | |
| Due Diligence | $238,225.00 | |
| Asset Tracing | $192,800.00 | |
| Counsel for Confidential Witness | | $6,835.00 |
| Litigation Support | | $178,160.62 |
| Mediation Fees | | $73,560.00 |
| Deposition Reporting and Court Transcripts | | $114,199.00 |
| Work-Related Transportation / Hotels / Meals | | $22,368.78* |
| Duplicating | | $23,880.97 |
| In-House Color: (26,697 pages at $0.40 per page) | $10,678.80 | |

| | | |
|---|---|---|
| In-House BW: (16,183 pages at $0.20 per page) | $3,236.60 | |
| Outside Copying | $9,965.57 | |
| Outside Messengers | | $500.00 |
| **TOTAL** | | **$1,677,604.36** |

* The total for Work-Related Transportation/Hotels/Meals includes $6,000 in estimated travel costs in connection with attending the final Settlement Hearing. If less than this estimate is incurred, the Settlement Fund will be refunded. If more is incurred, $6,000 will be the cap.

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP
IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES
CASE NO. 21-CV-07405-MCS-AS

xxiv

# EXHIBIT F

*Honest Securities Litigation*


**EXHIBIT F**


**FIRM RESUME**

DECLARATION OF ALFRED L. FATALE III ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES CASE NO. 21-CV-07405-MCS-AS

xxv



## 2025

# Labaton Keller Sucharow Credentials

New York  |  Delaware  |  London  |  Washington, D.C.



# Table of Contents

About the Firm....................................................................................................................................2

Securities Class Action Litigation...........................................................................................4

Awards and Accolades ..........................................................................................................15

Professional Profiles...............................................................................................................16



# About the Firm

***Labaton Keller Sucharow has recovered billions of dollars for investors, businesses, and consumers***

Founded in 1963, Labaton Keller Sucharow LLP has earned a reputation as one of the leading plaintiffs' firms in the United States.  For more than 60 years, Labaton Keller Sucharow has successfully exposed corporate misconduct and recovered billions of dollars in the United States and around the globe on behalf of investors and consumers.  Our mission is to continue this legacy and to continue to advance market fairness and transparency in the areas of securities, corporate governance and shareholder rights, and data privacy and cybersecurity litigation, as well as whistleblower representation.  Our Firm has recovered significant losses for investors and secured corporate governance reforms on behalf of the nation's largest institutional investors, including public pension, Taft-Hartley, and hedge funds, investment banks, and other financial institutions.

Along with securing newsworthy recoveries, the Firm has a track record for successfully prosecuting complex cases from discovery to trial to verdict.  As *Chambers and Partners* has noted, the Firm is ***"considered one of the greatest plaintiffs' firms,"*** and *The National Law Journal* "Elite Trial Lawyers" recently recognized our attorneys for their ***"cutting-edge work on behalf of plaintiffs."*** Our appellate experience includes winning appeals that increased settlement values for clients and securing a landmark U.S. Supreme Court victory in 2013 that benefited all investors by reducing barriers to the certification of securities class action cases.

Our Firm provides global securities portfolio monitoring and advisory services to more than 300 institutional investors, including public pension funds, asset managers, hedge funds, mutual funds, banks, sovereign wealth funds, and multi-employer plans—with collective assets under management (AUM) in excess of $4.5 trillion.  We are equipped to deliver results due to our robust infrastructure of more than 90 full-time attorneys, a dynamic professional staff, and innovative technological resources. Labaton Keller Sucharow attorneys are skilled in every stage of business litigation and have challenged corporations from every sector of the financial market.  Our professional staff includes financial analysts, paralegals, e-discovery specialists, certified public accountants, certified fraud examiners, and a forensic accountant.  We have one of the largest in-house investigative teams in the securities bar.



**Securities Litigation:**  As a leader in the securities litigation field, the Firm is a trusted advisor to more than 300 institutional investors with collective assets under management in excess of $4.5 trillion.  Our practice focuses on portfolio monitoring and domestic and international securities litigation for sophisticated institutional investors.  Since the passage of the Private Securities Litigation Reform Act of 1995, we have recovered more than $27 billion in the aggregate.  Our success is driven by the Firm's robust infrastructure, which includes one of the largest in-house investigative teams in the plaintiffs' bar.

**Corporate Governance and Shareholder Rights Litigation:**  Our breadth of experience in shareholder advocacy has also taken us to Delaware, where we press for corporate reform through our Wilmington office.  These efforts have already earned us a string of enviable successes, including the historic $1 billion cash settlement three weeks before trial *in In re Dell Technologies Inc. Class V Stockholders Litigation*, the largest shareholder settlement ever in any state court in America and the 17th largest shareholder settlement of all time in federal and state court, and a $153.75 million settlement on behalf of shareholders *in In re Freeport-McMoRan Copper & Gold Inc. Derivative Litigation*, one of the largest derivative settlements ever achieved in the Court of Chancery.

**Consumer Protection and Data Privacy Litigation:**  Labaton Keller Sucharow is dedicated to putting our expertise to work on behalf of consumers who have been wronged by fraud in the marketplace.  Built on our world-class litigation skills, deep understanding of federal and state rules and regulations, and an unwavering commitment to fairness, our Consumer Protection and Data Privacy Litigation focuses on protecting consumers and improving the standards of business conduct through litigation and reform.  Our team achieved a historic $650 million settlement in *the In re Facebook Biometric Information Privacy Litigation* matter—the largest consumer data privacy settlement ever, and one of the first cases asserting biometric privacy rights of consumers under Illinois' Biometric Information Privacy Act (BIPA).

*"Labaton Keller Sucharow is 'superb' and 'at the top of its game.'  The Firm's team of 'hard-working lawyers…push themselves to thoroughly investigate the facts' and conduct 'very diligent research.'"*

*– The Legal 500*

Labaton Keller Sucharow LLP

3



# Securities Class Action Litigation Practice

Labaton Keller Sucharow has been an advocate and trusted partner on behalf of institutional investors for more than 60 years.  As a result of the significant victories the Firm has obtained for clients, Labaton Keller Sucharow has earned a reputation as a leading law firm for pension funds, asset managers, and other large institutional investors across the world.

Since the passage of the Private Securities Litigation Reform Act of 1995 (PSLRA), the Firm has recovered more than **$27 billion** for injured investors through securities class actions prosecuted throughout the United States against numerous public corporations and other corporate wrongdoers.

We have earned the trust of our clients and the courts, serving as lead counsel in some of the most intricate and high-profile securities fraud cases in history.  These notable recoveries would not be possible without our exhaustive case evaluation process, which allows our securities litigators to focus solely on cases with strong merits.  The benefits of our selective approach are reflected in the low dismissal rate of the securities cases we pursue, a rate well below the industry average.

Our attorneys are skilled in every stage of business litigation and have challenged corporations from every sector of the financial markets.  More than half of the Firm's partners have trial experience.  In many instances, this broad experience with every stage of litigation is supplemented by knowledge and expertise gained from prior professional experience.  For example, seven of the Firm's partners have worked in government, including the Department of Justice (DOJ).

From investigation to the litigation of claims, we work closely with our clients to provide the information and analysis necessary to fully protect their investments.  Labaton Keller Sucharow is one of the first firms in the country to have a dedicated, in-house investigations department.  ***The Firm stands out in the securities class action bar in that our monitoring, investigation, and litigation services are all performed in-house.***

The Firm's success is reflected in the results Labaton Keller Sucharow achieves for its clients.  Our world-class case evaluation and development services are informed by our experience serving as lead/co-lead counsel in more than 275 U.S. federal securities class actions.

## Representative Experience

Labaton Keller Sucharow has achieved notable successes in financial and securities class actions on behalf of investors, including the following:



### In re American International Group, Inc. Securities Litigation

In one of the most complex and challenging securities cases in history, Labaton Keller Sucharow secured more than **$1 billion** in recoveries on behalf of co-lead plaintiffs Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Ohio Police and Fire Pension Fund in a case arising from allegations of bid rigging and accounting fraud.  To achieve this remarkable recovery, the Firm took over 100 depositions and briefed 22 motions to dismiss.  The full settlement entailed a $725 million settlement with American International Group (AIG), a $97.5 million settlement with AIG's auditors, a $115 million settlement with former AIG officers and related defendants, and an additional $72 million settlement with General Reinsurance Corporation.

### In re Countrywide Financial Corp. Securities Litigation

Labaton Keller Sucharow, as lead counsel for the New York State Common Retirement Fund and the five New York City public pension funds, secured a $624 million settlement on behalf of investors in one of the nation's largest issuers of mortgage loans.  The Firm's focused investigation and discovery efforts uncovered incriminating evidence of credit risk misrepresentations.  The settlement is one of the top 20 securities class action settlements in the history of the PSLRA.

### In re Apple Inc. Securities Litigation

Labaton Keller Sucharow secured a $490 million settlement of behalf of our client the Employees' Retirement System of the State of Rhode Island.  The case involves Apple's January 2017 software update that allegedly secretly slowed the performance of certain iPhones with battery-related issues, leading consumers to prematurely believe their devices had become obsolete and upgrade their iPhones at a fast rate.  Apple revealed it had been intentionally slowing down certain iPhones, also disclosing that the problem was battery-related, as opposed to device-related, and offered discounted replacement batteries throughout 2018 in light of public outrage.  The deliberate materially false and misleading statements also disregarded the U.S.-China trade war, declining Chinese economy, and the strength of the U.S. dollar had negatively impacted demand for iPhones in Greater China, Apple's third-largest marketing and most important growth market.

### In re HealthSouth Corp. Securities Litigation

Labaton Keller Sucharow served as co-lead counsel to New Mexico State Investment Council in a case stemming from one of the largest frauds ever perpetrated in the healthcare industry.  The $671 million settlement recovered for the class is one of the top 15 securities class action settlements of all time.  In early 2006, lead plaintiffs negotiated a settlement of $445 million with defendant HealthSouth.  In 2009, the court also granted final approval to a $109 million settlement with defendant Ernst & Young LLP.  In addition, in 2010, the court granted final approval to a $117 million settlement with the remaining principal defendants in the case—UBS AG, UBS Warburg LLC, Howard Capek, Benjamin Lorello, and William McGahan.



### *In re Schering-Plough/ENHANCE Securities Litigation*

As co-lead counsel, Labaton Keller Sucharow secured a $473 million settlement on behalf of co-lead plaintiff Massachusetts Pension Reserves Investment Management Board.  The settlement was approved after five years of litigation and just three weeks before trial.  This recovery is one of the largest securities fraud class action settlements against a pharmaceutical company.  The Special Masters' Report noted, "The outstanding result achieved for the class is the direct product of outstanding skill and perseverance by Co-Lead Counsel . . . no one else . . . could have produced the result here—no government agency or corporate litigant to lead the charge and the Settlement Fund is the product solely of the efforts of Plaintiffs' Counsel."

### *In re Waste Management, Inc. Securities Litigation*

Labaton Keller Sucharow achieved an extraordinary settlement that provided for the recovery of $457 million in cash, plus an array of far-reaching corporate governance measures.  Labaton Keller Sucharow represented lead plaintiff Connecticut Retirement Plans and Trust Funds.  At the time of the settlement, it was the largest common fund settlement of a securities action achieved in any court within the Fifth Circuit and the third largest achieved in any federal court in the nation.

### *In re General Motors Corp. Securities Litigation*

Labaton Keller Sucharow secured a settlement of $303 million as co-lead counsel in a case against automotive giant General Motors (GM) and its auditor Deloitte & Touche LLP (Deloitte).  The final settlement is one of the largest settlements ever secured in the early stages of a securities fraud case, which consisted of a cash payment of $277 million by GM and $26 million in cash from Deloitte.  Lead plaintiff Deka Investment GmbH alleged that GM, its officers, and its outside auditor overstated GM's income by billions of dollars and GM's operating cash flows by tens of billions of dollars, through a series of accounting manipulations.

### *Wyatt v. El Paso Corp.*

Labaton Keller Sucharow secured a $285 million class action settlement against the El Paso Corporation on behalf of the co-lead plaintiff, an individual.  The case involved a securities fraud stemming from the company's inflated earnings statements, which cost shareholders hundreds of millions of dollars during a four-year span.  Upon approving the settlement, the court commended the efficiency with which the case had been prosecuted, particularly in light of the complexity of the allegations and the legal issues.

### *In re Bear Stearns Cos., Inc. Securities, Derivative & ERISA Litigation*

Labaton Keller Sucharow served as co-lead counsel, securing a $294.9 million settlement on behalf of lead plaintiff State of Michigan Retirement Systems and the class.  The action alleged that Bear Stearns and certain officers and directors made misstatements and omissions in connection with Bear Stearns' financial condition, including losses in the value of its mortgage-backed assets and Bear Stearns' risk profile and liquidity.  The action further claimed that Bear Stearns' outside auditor, Deloitte, made misstatements and omissions in connection with its audits of Bear Stearns' financial statements for



fiscal years 2006 and 2007.  Our prosecution of this action required us to develop a detailed understanding of the arcane world of packaging and selling subprime mortgages.  Our complaint was called a "tutorial" for plaintiffs and defendants alike in this fast-evolving area.  After surviving motions to dismiss, the court granted final approval to settlements with the defendant Bear Stearns for $275 million and with Deloitte for $19.9 million.

### In re Massey Energy Co. Securities Litigation

Labaton Keller Sucharow secured a $265 million all-cash settlement as co-lead counsel representing the Commonwealth of Massachusetts Pension Reserves Investment Trust in a case arising from one of the most notorious mining disasters in U.S. history.  The settlement was reached with Alpha Natural Resources, Massey's parent company.  Investors alleged that Massey falsely told investors it had embarked on safety improvement initiatives and presented a new corporate image following a deadly fire at one of its coalmines in 2006.  After another devastating explosion, which killed 29 miners in 2010, Massey's market capitalization dropped by more than $3 billion.

### Boston Retirement System v. Uber Technologies, Inc.

Labaton Keller Sucharow achieved a $200 million settlement serving as lead counsel representing Boston Retirement System in an action against Uber Technologies Inc.  The case alleges that offering documents for Uber's May 2019 IPO misleadingly heralded a "new day at Uber" and that Uber had left its checkered history in the past, while failing to disclose material facts concerning Uber's global playbook for illegally launching and operating its ridesharing business, illegal misclassification of Uber drivers as independent contractors rather than employees, deficient safety policies and practices that led to sexual assaults and other abuses, slowing growth, and massive restructuring and layoffs planned for the weeks and months after the IPO.  The Firm overcame several hurdles to reach a settlement, including defeating Defendants' motion to appeal class certification in the U.S. Court of Appeals for the Ninth Circuit and overcoming Defendants' request to block the depositions of 16 high-level Uber executives and members of the board of directors.

### Eastwood Enterprises, LLC v. Farha (WellCare Securities Litigation)

Labaton Keller Sucharow served as co-lead counsel and secured a $200 million settlement on behalf of the New Mexico State Investment Council and the Public Employees Retirement Association of New Mexico over allegations that WellCare Health Plans, Inc., a Florida-based healthcare service provider, disguised its profitability by overcharging state Medicaid programs.  Further, under the terms of the settlement approved by the court, WellCare agreed to pay an additional $25 million in cash if, at any time in the next three years, WellCare was acquired or otherwise experienced a change in control at a share price of $30 or more after adjustments for dilution or stock splits.

### In re SCANA Corporation Securities Litigation

Labaton Keller Sucharow served as co-lead counsel and secured a $192.5 million settlement on behalf of the class and co-lead plaintiff West Virginia Investment Management Board in this matter against a

Labaton Keller Sucharow LLP



regulated electric and natural gas public utility.  When the case settled in 2019, it represented the largest securities fraud settlement in the history of the District of South Carolina.  The action alleged that for a period of two years, the company and certain of its executives made a series of misstatements and omissions regarding the progress, schedule, costs, and oversight of a key nuclear reactor project in South Carolina.  Labaton Keller Sucharow conducted an extensive investigation into the alleged fraud, including by interviewing 69 former SCANA employees and other individuals who worked on the nuclear project.  In addition, Labaton Keller Sucharow obtained more than 1,500 documents from South Carolina regulatory agencies, SCANA's state-owned junior partner on the nuclear project, and a South Carolina newspaper, among others, pursuant to the South Carolina Freedom of Information Act (FOIA).  This information ultimately provided the foundation for our amended complaint and was relied upon by the court extensively in its opinion denying defendants' motion dismiss.

### In re Bristol-Myers Squibb Securities Litigation

Labaton Keller Sucharow served as lead counsel representing the lead plaintiff, union-owned LongView Collective Investment Fund of the Amalgamated Bank (LongView), against drug company Bristol-Myers Squibb (BMS).  LongView claimed that the company's press release touting its new blood pressure medication, Vanlev, left out critical information— that undisclosed results from the clinical trials indicated that Vanlev appeared to have life-threatening side effects.  The Food and Drug Administration (FDA) expressed serious concerns about these side effects and BMS released a statement that it was withdrawing the drug's FDA application, resulting in the company's stock price falling and losing nearly 30 percent of its value in a single day.  After a five-year battle, we won relief on two critical fronts.  First, we secured a $185 million recovery for shareholders, and second, we negotiated major reforms to the company's drug development process that will have a significant impact on consumers and medical professionals across the globe.  Due to our advocacy, BMS must now disclose the results of clinical studies on all of its drugs marketed in any country.

### In re Fannie Mae 2008 Securities Litigation

Labaton Keller Sucharow secured a $170 million settlement as co-lead counsel on behalf of co-lead plaintiff Boston Retirement System.  The lead plaintiffs alleged that Fannie Mae and certain of its current and former senior officers violated federal securities laws, by making false and misleading statements concerning the company's internal controls and risk management with respect to Alt-A and subprime mortgages.  The lead plaintiffs also alleged that defendants made misstatements with respect to Fannie Mae's core capital, deferred tax assets, other-than-temporary losses, and loss reserves.  Labaton Keller Sucharow successfully argued that investors' losses were caused by Fannie Mae's misrepresentations and poor risk management, rather than by the financial crisis.  This settlement is a significant feat, particularly following the unfavorable result in a similar case involving investors in Fannie Mae's sibling company, Freddie Mac.



### In re Broadcom Corp. Class Action Litigation

Labaton Keller Sucharow served as lead counsel on behalf of lead plaintiff New Mexico State Investment Council in a case stemming from Broadcom Corp.'s $2.2 billion restatement of its historic financial statements for 1998-2005.  In 2010, the Firm achieved a $160.5 million settlement with Broadcom and two individual defendants to resolve this matter, representing the second largest up-front cash settlement ever recovered from a company accused of options backdating.  Following a Ninth Circuit ruling confirming that outside auditors are subject to the same pleading standards as all other defendants, the district court denied the motion by Broadcom's auditor, Ernst & Young, to dismiss on the ground of loss causation.  This ruling is a major victory for the class and a landmark decision by the court—the first of its kind in a case arising from stock-options backdating.  In 2012, the court approved a $13 million settlement with Ernst & Young.

### In re Satyam Computer Services Ltd. Securities Litigation

Satyam Computer Services Ltd. (Satyam), referred to as "India's Enron," engaged in one of the most egregious frauds on record.  In a case that rivals the Enron and Bernie Madoff scandals, Labaton Keller Sucharow represented lead plaintiff, UK-based Mineworkers' Pension Scheme, which alleged that Satyam, related entities, Satyam's auditors, and certain directors and officers made materially false and misleading statements to the investing public about the company's earnings and assets, artificially inflating the price of Satyam securities.  Labaton Keller Sucharow achieved a $125 million settlement with Satyam and a $25.5 million settlement with the company's auditor, PricewaterhouseCoopers. .

### Boston Retirement System v. Alexion Pharmaceuticals Inc

Serving as co-lead counsel representing Public Employee Retirement System of Idaho, Labaton Keller Sucharow achieved a $125 million settlement in a securities fraud case against Alexion Pharmaceuticals, Inc. and certain of its executives.  The suit alleges that Alexion, a pharmaceutical drug company that generated nearly all of its revenue from selling the Company's flagship drug, Soliris, made materially false and misleading statements and omissions principally connected to Alexion's sales practices in connection with the marketing of Soliris.

### In re Mercury Interactive Corp. Securities Litigation

Labaton Keller Sucharow served as co-lead counsel and secured a $117.5 million settlement on behalf of co-lead plaintiff Steamship Trade Association/International Longshoremen's Association Pension Fund.  The plaintiffs alleged that Mercury Interactive Corp. (Mercury) backdated option grants used to compensate employees and officers of the company.  Mercury's former CEO, CFO, and General Counsel actively participated in and benefited from the options backdating scheme, which came at the expense of the company's shareholders and the investing public.

### In re CannTrust Holdings Inc. Securities Litigation

Labaton Keller Sucharow served as U.S. lead counsel on behalf of lead plaintiffs Granite Point Master Fund, LP; Granite Point Capital; and Scorpion Focused Ideas Fund in this action against CannTrust



Holdings Inc., a cannabis company primarily traded on the Toronto Stock Exchange and the New York Stock Exchange, resulting in landmark settlements totaling CA$129.5 million. Class actions against the company commenced in both the U.S. and Canada, with the U.S. class action asserting that CannTrust made materially false and misleading statements and omissions concerning its compliance with relevant cannabis regulations and an alleged scheme to increase its cannabis production.

### *In re Oppenheimer Champion Fund Securities Fraud Class Actions* and *In re Core Bond Fund*

Labaton Keller Sucharow served as lead counsel and represented individuals and the proposed class in two related securities class actions brought against Oppenheimer Funds, Inc., among others, and certain officers and trustees of two funds—Oppenheimer Core Bond Fund and Oppenheimer Champion Income Fund. The Firm achieved settlements amounting to $100 million: $52.5 million in *In re Oppenheimer Champion Fund Securities Fraud Class Actions* and a $47.5 million settlement in *In re Core Bond Fund*. The lawsuits alleged that the investment policies followed by the funds resulted in investor losses when the funds suffered drops in net asset value despite being presented as safe and conservative investments to consumers.

### *In re Computer Sciences Corporation Securities Litigation*

As lead counsel representing Ontario Teachers' Pension Plan Board, Labaton Keller Sucharow secured a $97.5 million settlement in this "rocket docket" case involving accounting fraud. The settlement was the third largest all-cash recovery in a securities class action in the Fourth Circuit and the second largest all-cash recovery in such a case in the Eastern District of Virginia. The plaintiffs alleged that IT consulting and outsourcing company, Computer Sciences Corporation (CSC), fraudulently inflated its stock price by misrepresenting and omitting the truth about the state of its most visible contract and its internal controls. In particular, the plaintiffs alleged that CSC assured the market that it was performing on a $5.4 billion contract with the UK National Health Service when CSC internally knew that it could not deliver on the contract, departed from the terms of the contract, and as a result, was not properly accounting for the contract.

### *In re Allstate Corporation Securities Litigation*

Labaton Keller Sucharow achieved a $90 million settlement as lead counsel representing the Carpenters Pension Trust Fund for Northern California, the Carpenters Annuity Trust Fund for Northern California, and the City of Providence Employee Retirement System in a securities case against The Allstate Corporation and certain current and former executives. The suit alleged that Allstate implemented an aggressive growth strategy, including lowering the company's underwriting standards, in an effort to grow its auto insurance business. Defendants are accused of concealing the resulting increase in the number of claims filed by the company's auto insurance customers for several months, while the company's CEO sold $33 million in Allstate stock. The Firm vigorously litigated the case for more than five years, overcoming Allstate's motion to dismiss and winning class certification two times, following remand to the District Court by the Seventh Circuit Court of Appeals.



### *In re Nielsen Holdings PLC Securities Litigation*

Labaton Keller Sucharow served as lead counsel representing Public Employees' Retirement System of Mississippi and secured a $73 million settlement in a securities class action against the data analytics company Nielsen Holdings PLC over allegations the company misrepresented the strength and resiliency of its business and the impact of the European Union's General Data Protection Regulation, commonly known as the GDPR.

### *City of Miami Fire Fighters and Police Officers Retirement Trust v. Okta, Inc.*

Labaton Keller Sucharow achieved a $60 million settlement serving as lead counsel to Nebraska Investment Council and North Carolina Retirement Systems in a securities fraud case against Okta, Inc., the company's CEO Todd McKinnon, CFO and Executive Vice Chairman Brett Tighe, and COO and Co-Founder Frederic Kerrest.  The case arises from Okta's acquisition of Auth0 in 2021 alleging Okta misled investors about the success of the post-acquisition integration with Auth0 by touting the benefits of the Auth0 integration for the Company; concealing the attrition of key senior Auth0 employees, along with key Okta employees, which caused severe problems for the integration; and concealing issues in the sales organization, such as Okta's difficulties selling products in Auth0's portfolio and vice versa.

### *Allison v. Oak Street Health Inc.*

Labaton Keller Sucharow achieved a $60 million settlement serving as co-lead counsel to Boston Retirement Systems against Oak Street founder and CEO Michael Pykosz, Oak Street CFO Timothy Cook, two private equity firms and the subsidiaries in which they hold Oak Street stock, certain members of Oak Street's board of directors, and the underwriters for Oak Street's August 2020 IPO, December 2020 Secondary Public Offering (SPO), February 2021 SPO, and May 2021 SPO.  The suit alleges that Oak Street Health, which focuses exclusively on patients that are Medicare eligible, failed to disclose that it used two forms of prohibited marketing tactics to attract new patients to sign up at its primary care centers.

### *In re Resideo Technologies Inc. Securities Litigation*

Labaton Keller Sucharow served as co-lead counsel and secured a $55 million settlement on behalf of Naya Capital Management in an action alleging Resideo failed to disclose the negative effects of a spin-off on the company's product sales, supply chain, and gross margins, and misrepresented the strength of its financial forecasts.

### *Public Employees' Retirement System of Mississippi v. Endo Int'l plc*

Labaton Keller Sucharow served as lead counsel in a securities class action against Endo Pharmaceuticals.  The case settled for $50 million, the largest class settlement in connection with a secondary public offering obtained in any court pursuant to the Securities Act of 1933.  The action alleged that Endo failed to disclose adverse trends facing its generic drugs division in advance of a secondary public offering that raised $2 billion to finance the acquisition of Par Pharmaceuticals in 2015. The Firm overcame several procedural hurdles to reach this historic settlement, including successfully



opposing defendants' attempts to remove the case to federal court and to dismiss the class complaint in state court.

### Sinnathurai v. Novavax, Inc.

Labaton Keller Sucharow achieved a $47 million settlement serving as co-lead counsel in a securities class action against Novavax, Inc., a biotechnology company that focuses on the discovery, development, and commercialization of vaccines to prevent serious infectious diseases and address health needs, representing an individual.  The company's product candidates include NVX-CoV2373, which was in development as a vaccine for COVID-19.  Prior to the start of the Class Period, Novavax announced that it planned to complete Emergency Use Authorization (EUA) submissions for NVX-CoV2373 with the FDA in the second quarter of 2021.  The suit alleges Novavax made false and/or misleading statements and/or failed to disclose that it overstated its manufacturing capabilities and downplayed manufacturing issues that would impact its approval timeline for NVX-CoV2373; as a result, Novavax was unlikely to meet its anticipated EUA regulatory timelines.

### In re JELD-WEN Holding, Inc. Securities Litigation

Labaton Keller Sucharow was court-appointed co-lead counsel and represented Public Employees' Retirement System of Mississippi in a securities class action lawsuit against JELD-WEN Holding, Inc. and certain of its executives.  The parties reached an agreement to settle the action for $40 million. The case is related to allegedly false and misleading statements and omissions concerning JELD-WEN's allegedly anticompetitive conduct and financial results in the doorskins and interior molded door markets and the merit of a lawsuit filed against JELD-WEN by an interior door manufacturer.

### City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc.

Labaton Keller Sucharow served as court-appointed lead counsel in a securities class action against World Wrestling Entertainment, Inc. (WWE), securing a $39 million settlement on behalf of lead plaintiff Firefighters Pension System of the City of Kansas City Missouri Trust.  The action alleged WWE defrauded investors by making false and misleading statements in connection with certain of its key overseas businesses in the Middle East North Africa region.  The lead plaintiff further alleged that the price of WWE publicly traded common stock was artificially inflated as a result of the company's allegedly false and misleading statements and omissions and that the price declined when the truth was allegedly revealed through a series of partial revelations.

### In re Uniti Group Inc. Securities Litigation

Labaton Keller Sucharow served as co-lead counsel in a securities class action against Uniti Group Inc. and recovered $38.875 million.  The action alleged misstatements and omissions concerning the validity and propriety of the April 24, 2015, REIT spin-off through which Uniti was formed and the master lease agreement Uniti entered into with Windstream Services with respect to telecommunications equipment.  The court issued an order denying defendants' motion to dismiss in its entirety and denied

Labaton Keller Sucharow LLP



defendants' motion for reconsideration of that ruling.  In discovery, the Firm participated in dozens of depositions and reviewed millions of pages of documents.

### In re Conduent Sec. Litigation

Labaton Keller Sucharow achieved a $32 million settlement in a securities class action against Conduent Inc., a company that specializes in providing infrastructure technology for its clients across multiple sectors, including E-ZPass Group.  As part of the company's toll-collecting operations, Conduent offered a system that eliminated toll booths altogether, called all-electronic tolling or cashless tolling.  The suit alleges that Conduent and its former CEO and former CFO falsely represented to investors that the company had addressed legacy IT issues it faced after its spin-off from Xerox.  After extensive delays, Conduent finally started to migrate and consolidate its data centers without the necessary IT mapping resulting in severe network outages and service issues for multiple cashless tolling clients from several states including New York, Maryland, New Jersey, and Texas, which withheld revenue from or fined Conduent for its failure to meet its service requirements under its tolling contracts with those agencies.

### Pension Trust Fund for Operating Engineers v. DeVry Education Group, Inc.

In a case that underscores the skill of our in-house investigative team, Labaton Keller Sucharow secured a $27.5 million recovery in an action alleging that DeVry Education Group, Inc. issued false statements to investors about employment and salary statistics for DeVry University graduates.  The Firm took over as lead counsel after a consolidated class action complaint and an amended complaint were both dismissed.  Labaton Keller Sucharow filed a third amended complaint, which included additional allegations based on internal documents obtained from government entities through FOIA and allegations from 13 new confidential witnesses who worked for DeVry.  In denying defendants' motion to dismiss, the court concluded that the "additional allegations . . . alter[ed] the alleged picture with respect to scienter" and showed "with a degree of particularity . . . that the problems with DeVry's [representations] . . . were broad in scope and magnitude."

### ODS Capital LLC v. JA Solar Holdings Co. Ltd.

In a hard-won victory for investors, Labaton Keller Sucharow secured a $21 million settlement in a securities class action against JA Solar Holdings Co. Ltd and certain of its executives on behalf of ODS Capital LLC.  The litigation involved allegations that defendants made misstatements or omissions that artificially depressed the price of JA Solar securities in order to avoid paying a fair price during the company's take-private transaction.  As court-appointed co-lead counsel, Labaton Keller Sucharow revived the suit in an August 2022 Second Circuit ruling, after a lower court initially granted JA Solar's dismissal bid.

### Vancouver Alumni Asset Holdings Inc. v. Daimler A.G.

Labaton Keller Sucharow served as lead counsel on behalf of Public School Retirement System of Kansas City, Missouri, and secured a $19 million settlement in a class action against automaker Daimler



AG.  The action arose out of Daimler's alleged misstatements and omissions touting its Mercedes-Benz diesel vehicles as "green" when independent tests showed that under normal driving conditions, the vehicles exceeded the nitrous oxide emissions levels set by U.S. and E.U. regulators.  Defendants lodged two motions to dismiss the case.  However, the Firm was able to overcome both challenges.  The court then stayed the action after the U.S. DOJ intervened.  The Firm worked with the DOJ and defendants to partially lift the stay in order to allow lead plaintiffs to seek limited discovery.

### Avila v. LifeLock, Inc.

Labaton Keller Sucharow served as co-lead counsel and secured a $20 million settlement on behalf of Oklahoma Police Pension and Retirement System and Oklahoma Firefighters Pension and Retirement System in a securities class action against LifeLock.  The action alleged that LifeLock misrepresented the capabilities of its identity theft alerts to investors.  While LifeLock repeatedly touted the "proactive," "near real-time" nature of its alerts, the actual timeliness of such alerts to customers did not resemble a near real-time basis.  After being dismissed by the Arizona District Court twice, the Firm was able to successfully appeal the case to the Ninth Circuit and secured a reversal of the District Court's dismissals.  The case settled shortly after being remanded to the District Court.

### In re Prothena Corporation PLC Securities Litigation

Labaton Keller Sucharow, as co-lead counsel, secured a $15.75 million recovery in a securities class action against development-stage biotechnology company, Prothena Corp.  The action alleged that Prothena and certain of its senior executives misleadingly cited the results of an ongoing clinical study of NEOD001—a drug designed to treat amyloid light chain amyloidosis and one of Prothena's principal assets.  Despite telling investors that early phases of testing were successful, defendants later revealed that the drug was "substantially less effective than a placebo."  Upon this news, Prothena's stock price dropped nearly 70 percent.

### In re Acuity Brands, Inc. Securities Litigation

Labaton Keller Sucharow secured a $15.75 million settlement as co-lead counsel representing Public Employees' Retirement System of Mississippi in a securities class action lawsuit against Acuity Brands, Inc., a leading provider of lighting solutions for commercial, institutional industrial, infrastructure, and residential applications throughout North America and select international markets.  The suit alleged that Acuity misled investors about the impact of increased competition on its business, including its relationship with its largest retail customer, Home Depot.  Despite defendants' efforts, the court denied their motion to dismiss in significant part and granted class certification, rejecting their arguments in full.  Defendants appealed the class certification order to the Eleventh Circuit Court of Appeals, which the Firm vigorously opposed.  Subsequently, the parties mediated and agreed on a settlement-in-principle, and the Eleventh Circuit stayed the appeal and removed the case from the docket.



# Awards and Accolades

## Consistently Ranked as a Leading Firm:



Labaton Keller Sucharow was named a **2024 Securities Group of the Year** by *Law360*. This annual list highlights the practice groups behind the major litigation wins that have shaped the legal landscape.



*Benchmark Litigation* recognized Labaton Keller Sucharow both nationally and regionally, in **New York** and **Delaware**, in its 2025 edition and named 8 Partners as **Litigation Stars** and **Future Stars** across the U.S.  The Firm received top rankings in the **Securities** and **Dispute Resolution** categories.  The publication also named the Firm a **"Top Plaintiffs Firm"** in the nation.



Labaton Keller Sucharow is recognized by *Chambers USA 2024* among the leading plaintiffs' firms in the nation, receiving a total of three practice group rankings and seven partners ranked or recognized.  *Chambers* notes that the Firm is **"top flight all-round,"** a **"very high-quality practice,"** with **"good, sensible lawyers."**



Labaton Keller Sucharow has been recognized as one of the **Nation's Best Plaintiffs' Firms** by *The Legal 500*.  In 2025, the Firm earned a **Tier 1 ranking in Securities Litigation** and ranked for its excellence in **M&A Litigation**.  4 Labaton Keller Sucharow attorneys were ranked or recommended in the guide noting the Firm as a **"very sophisticated high-end plaintiff's firm"** with **"skilled and dedicated," "extremely thoughtful,"** and **"attentive, professional, and responsive"** attorneys.



*The National Law Journal* "Elite Trial Lawyers" recognized Labaton Keller Sucharow as the **2023 Securities Litigation and Shareholder Rights Firm of the Year** and **Diversity Initiative Firm of the Year**.  The awards recognize U.S. based law firms that have performed exemplary and cutting-edge work on behalf of plaintiffs.



*Lawdragon* recognized 18  Labaton Keller Sucharow attorneys among the **500 Leading Plaintiff Financial Lawyers** in the country in their 2025 guide.  The guide recognizes attorneys that are "the best in the nation – many would say the world – at representing plaintiffs."



Six Labaton Keller Sucharow attorneys have been recognized by *The Best Lawyers in America*® 2025 Edition across six different categories.  Labaton Keller Sucharow's attorneys received the recognition in the **Litigation – Securities**, **Corporate Governance Law**, **Mass Tort Litigation / Class Actions: Plaintiffs**, and **Mergers & Acquisitions Law** categories.



# Professional Profiles



# Eric J. Belfi
## Chairman



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0878**
**ebelfi@labaton.com**

### Practice Areas:

- ⚹ Securities Litigation
- ⚹ Corporate Governance and Shareholder Rights Litigation
- ⚹ Non-U.S. Securities Litigation

### Bar Admissions:

- ⚹ New York

Eric J. Belfi is Chairman of Labaton Keller Sucharow LLP, one of the leading plaintiffs' firms in the world. As Chairman and Head of the Firm's Executive Committee, Eric is responsible for establishing the Firm's strategic direction and driving business innovation, growth, and a culture of performance and collaboration.  His commitment to these priorities has helped the Firm deepen its practice area expertise, expand its global reach, and earn industry recognition for its workplace culture.

An accomplished litigator and former prosecutor, Eric represents many of the largest and most influential institutional investors across the world. His practice is focused on complex securities and shareholder rights litigation, both in the United States and abroad.  In addition to his litigation practice, Eric chairs the Firm's Client Development Group and plays a central role in the Case Evaluation Group, helping to identify and develop impactful matters on behalf of institutional investor clients.

Highly regarded by industry observers for his professional achievements, Eric has been recognized by *Chambers & Partners USA* as a "notable practitioner" and is recommended by *The Legal 500* for excellence in the field of securities litigation.  He has also been named a leading global lawyer by *Lawdragon*.

A respected voice on legal and regulatory issues, Eric has been featured in *The Wall Street Journal*, *Financial Times*, *Law360*, and the *National Law Journal*, among others.

Prior to joining Labaton Keller Sucharow, Eric served as an Assistant Attorney General for the State of New York, where he led complex white-collar investigations with a focus on securities law violations.

Labaton Keller Sucharow LLP


LKS

He also served as an Assistant District Attorney in Westchester County, prosecuting economic and environmental crimes.

Eric is an active member of several industry organizations, including the National Association of Public Pension Attorneys (NAPPA), the National Conference on Public Employee Retirement Systems (NCPERS), and the International Foundation of Employee Benefit Plans (IFEBP).  He serves on the Corporate Advisory Board of Cold Spring Harbor Laboratory and is a leading advocate for the North Shore Land Alliance.  Eric remains deeply engaged with St. John's University and plays a leading role in the Christopher J. Keller Memorial Scholarship Fund.

Eric earned his Juris Doctor from St. John's University School of Law and received his Bachelor of Arts from Georgetown University.



# Jonathan Gardner

## Managing Partner and Head of Litigation



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0839**
**jgardner@labaton.com**

### Practice Areas:

- ⚒ Securities Litigation
- ⚒ Alternative Dispute Resolution

### Bar Admissions:

- ⚒ New York

Jonathan Gardner serves as the Managing Partner of Labaton Keller Sucharow LLP and as a member of its Executive Committee.  He is based in the Firm's New York office.

With more than 30 years of experience, Jonathan serves as the Firm's Head of Litigation, overseeing all litigation matters, including the prosecution of complex securities fraud cases on behalf of institutional investors.  He has played a pivotal role in developing the Firm's groundbreaking Alternative Dispute Resolution (ADR) Practice in response to the increasing use of mandatory arbitration clauses in consumer contracts.

Recognized as a "Star" by *Benchmark Litigation* and praised by peers as "engaged and strategic," Jonathan has also been named an "MVP" by *Law360* for securing significant successes in high-stakes litigation and complex global matters.  Ranked by *Chambers & Partners USA* for Securities Litigation, he is described as "an outstanding lawyer who knows how to get results," while *The Legal 500* highlights his ability to "understand the unique nature of complex securities litigation and strive for practical, results-driven outcomes."  *Crain's New York Business* named Jonathan a "Notable Leader in Law," and *Lawdragon* highlighted him as one of the "Managing Partners You Need to Know."  He is also recognized by *Lawdragon* among the top "Global Plaintiff Lawyers," "Leading Lawyers," "Leading Litigators in America," and "Leading Plaintiff Financial Lawyers."

 Jonathan has played an integral role in securing some of the largest class action recoveries against corporate offenders since the global financial crisis.  He oversaw the Firm's team in the investigation and prosecution of *Boston Retirement System v. Uber Technologies, Inc.*, which resulted in a $200 million recovery, and *In re Barrick Gold Securities Litigation*, which resulted in a $140 million recovery, among other cases.  He has also served as the lead attorney in numerous cases resulting in significant

Labaton Keller Sucharow LLP

19



recoveries for injured class members, including *In re Hewlett-Packard Company Securities Litigation* ($57 million recovery); *Public Employees' Retirement System of Mississippi v. Endo International PLC (*$50 million recovery); *Medoff v. CVS Caremark Corporation* ($48 million recovery); *In re Nu Skin Enterprises, Inc., Securities Litigation*, ($47 million recovery); *In re Intuitive Surgical Securities Litigation* ($42.5 million recovery); *In re Carter's Inc. Securities Litigation* ($23.3 million recovery against Carter's and certain officers, as well as its auditing firm PricewaterhouseCoopers); and *In re Aeropostale Inc. Securities Litigation* ($15 million recovery).

Jonathan has led the Firm's representation of investors in many high-profile cases including *Rubin v. MF Global Ltd.*, which involved allegations of material misstatements and omissions in a Registration Statement and Prospectus issued in connection with MF Global's IPO.  The case resulted in a recovery of $90 million for investors.  Jonathan also represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in *In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements exceeding $600 million against Lehman Brothers' former officers and directors, Lehman's former public accounting firm, as well as the banks that underwrote Lehman Brothers' offerings.  In representing lead plaintiff Massachusetts Bricklayers and Masons Trust Funds in an action against Deutsche Bank, Jonathan secured a $32.5 million recovery for a class of investors injured by the bank's conduct in connection with certain residential mortgage-backed securities.

Jonathan has also been responsible for prosecuting several of the Firm's options backdating cases, including *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement); *In re SafeNet, Inc. Securities Litigation* ($25 million settlement); *In re Semtech Securities Litigation* ($20 million settlement); and *In re MRV Communications, Inc. Securities Litigation* ($10 million settlement).  He also was instrumental in *In re Mercury Interactive Corp. Securities Litigation*, which settled for $117.5 million, one of the largest settlements or judgments in a securities fraud litigation based on options backdating. Jonathan also represented the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in actions against the fund's former independent auditor and a member of the fund's general partner as well as numerous former limited partners who received excess distributions.  He successfully recovered over $5.2 million for the Successor Liquidating Trustee from the limited partners and $29.9 million from the former auditor.

Jonathan is a member of the Federal Bar Council, New York State Bar Association, and Association of the Bar of the City of New York.

Jonathan earned his Juris Doctor from St. John's University School of Law.  He received his bachelor's degree from American University.



# Jake Bissell-Linsk
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0731**
**jbissell-linsk@labaton.com**

### Practice Areas:

- ※ Securities Litigation

- ※ Consumer Protection and Data Privacy Litigation

### Bar Admissions:

- ※ New York

Jake Bissell-Linsk is a Partner in the New York office of Labaton Keller Sucharow LLP.  Jake focuses his practice on representing large institutional investors in securities fraud class actions.

Jake has been recognized as a "Leading Plaintiff Financial Lawyer" by *Lawdragon*, and *Benchmark Litigation* named him to their "40 & Under List." Earlier in his career he was recognized as a "Rising Star" by *The National Law Journal's* Elite Trial Lawyers and *New York Law Journal*, as well as a "Next Generation Lawyer" by *Lawdragon*.  The *Best Lawyers in America*® listed him as one of the "Best Lawyers in America: Ones to Watch" in the Mass Tort Litigation / Class Actions: Plaintiffs category.

Jake has litigated federal securities class actions in jurisdictions across the country at both the District Court and Appellate Court level.  He is currently litigating cases against General Motors and Cruise alleging executives misrepresented the safety and capabilities of their autonomous driving technologies; against Boeing alleging the company misstated its safety practices; against Cronos for alleged accounting fraud related to cannabis sales; and against Shanda concerning misstatements and omissions prior to a management buyout.

Jake has played a pivotal role in securing favorable settlements for investors in a variety of securities actions, including recent matters against Nielsen ($73 million settlement), a case that involved allegations of inflated goodwill and the effect of the EU's GDPR on the company; Oak Street Health ($60 million settlement), a case involving allegations that it used two forms of prohibited marketing tactics to attract Medicare-eligible patients to sign up at its primary care centers; Qihoo ($29.75 million settlement) and JA Solar ($21 million settlement), cases alleging misrepresentations about projections and post-merger plans included in proxies prior to a management buyout; and Mindbody ($9.75 million settlement), a case alleging false guidance and inadequate disclosures prior to a private equity buyout.

Labaton Keller Sucharow LLP



Beyond securities cases, Jake is currently litigating a class action alleging that Flo Health improperly shared app users' health data and that Meta, Google and Flurry improperly intercepted confidential user data.  Jake also regularly provides pro bono assistance to pro se parties through the Federal Pro Se Legal Assistance Project.

Jake was previously a Litigation Associate at Davis Polk & Wardwell LLP, where he worked on complex commercial litigation including contract disputes, bankruptcies, derivative suits, and securities claims.  He also assisted defendants in government investigations and provided litigation advice on M&A transactions and during restructurings.

Jake earned his Juris Doctor, *magna cum laude*, from the University of Pennsylvania Law School.  He served as Senior Editor of the *University of Pennsylvania Law Review* and Associate Editor of the *East Asia Law Review*.  While in law school, Jake interned for Judge Melvin L. Schweitzer at the New York Supreme Court (Commercial Division).  He received his bachelor's degree, *magna cum laude*, from Hamline University.



# Guillaume Buell
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0873**
**gbuell@labaton.com**

### Practice Areas:

- ⚹ Securities Litigation
- ⚹ Non-U.S. Securities Litigation
- ⚹ Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

- ⚹ Massachusetts
- ⚹ New York
- ⚹ Texas
- ⚹ Supreme Court of the United States

Guillaume Buell is a Partner in the New York and London offices at Labaton Keller Sucharow LLP. He is an experienced and trusted advisor to a wide range of institutional investors in the United States, the United Kingdom, Canada, and Europe regarding global securities litigation, corporate governance matters, and shareholder rights. His clients include a wide range of pension funds, asset managers, insurance companies, and other sophisticated investors. As part of the Firm's Non-U.S. Securities Litigation Practice, which is one of the first of its kind, Guillaume serves as liaison counsel to institutional investors in select overseas matters. He also advises clients in connection with complex consumer matters.

Guillaume has been recognized by *Lawdragon* among the top "500 Global Plaintiff Lawyers" and as a "Next Generation Lawyer." *Benchmark Litigation* also named him to their "40 & Under List."

Guillaume has played an important role in cases against CVS Caremark, Uniti Group, Nu Skin Enterprises, Conduent, Stamps.com, Genworth Financial, Rent-A-Center, and Castlight Health, among others.

Prior to joining Labaton Keller Sucharow, Guillaume was an attorney with Cahill Gordon & Reindel LLP in New York and Hicks Davis Wynn, P.C. in Houston, where he provided legal counsel to a wide range of Fortune 500 and other corporate clients in the aviation, construction, energy, financial, consumer, pharmaceutical, and insurance sectors in state and federal litigations, government investigations, and internal investigations.

Guillaume is an active member of the National Association of Public Pension Attorneys (NAPPA), where he serves as an appointed member of its Securities Litigation Committee, Fiduciary & Governance

Labaton Keller Sucharow LLP

23



Committee, and the New Member Education Committee.  In addition, he is actively involved with the National Conference on Public Employee Retirement Systems (NCPERS), the Association of Canadian Pension Management (ACPM), the Michigan Association of Public Employee Retirement Systems (MAPERS), the National Association of Shareholder and Consumer Attorneys (NASCAT), and the International Foundation of Employee Benefit Plans (IFEBP).

Guillaume received his Juris Doctor from Boston College Law School, where he was the recipient of the Boston College Law School award for outstanding contributions to the law school community.  He was also a member of the National Environmental Law Moot Court Team, which advanced to the national quarterfinals and received recognition for best oralists.  While in law school, Guillaume was a Judicial Intern with the Honorable Loretta A. Preska, United States District Court for the Southern District of New York, and an Intern with the Government Bureau of the Attorney General of Massachusetts.  He received his Bachelor of Arts, *cum laude* with departmental honors, from Brandeis University.

Guillaume is fluent in French and conversant in German.  He is an Eagle Scout and actively involved in his hometown's local civic organizations.





# Michael P. Canty
## Partner and General Counsel

**140 Broadway**
**New York, NY 10005**
**+1 212.907.0863**
**mcanty@labaton.com**

### Practice Areas:

- ※ Securities Litigation
- ※ Consumer Protection and Data Privacy Litigation

### Bar Admissions:

- ※ New York

Michael P. Canty is a Partner in the New York office of Labaton Keller Sucharow LLP, where he serves on the Firm's Executive Committee and as its General Counsel. In addition, he leads two of the Firm's Litigation teams and serves as Chair of the Firm's Consumer Protection and Data Privacy Litigation Practice.

Highly regarded as one of the country's elite litigators, Michael has been recommended by *The Legal 500* and recognized as a "Litigation Star" by *Benchmark Litigation*. In addition, he has been named a "Plaintiffs' Trailblazer," "Class Action / Mass Tort Litigation Trailblazer," and a "NY Trailblazer" by *The National Law Journal* and the *New York Law Journal*, respectively, for his impact on the practice and business of law. *Lawdragon* has recognized him as one of the country's "Leading Litigators," "Leading Plaintiff Financial Lawyers," and "Leading Plaintiff Consumer Lawyers." The *New York Law Journal* also shortlisted Michael for the 2024 "Attorney of the Year." *Crain's New York Business* selected him to its list of "Notable Litigators and Trial Attorneys."

Michael has successfully prosecuted a number of high-profile securities matters on behalf of institutional investors, including *Boston Retirement System v. Alexion Pharmaceuticals Inc.* ($125 million settlement), *In re The Allstate Corporation Securities Litigation* ($90 million settlement), *In re Okta, Inc. Securities Litigation* ($60 million settlement), and *Sinnathurai v. Novavax, Inc.* ($47 million settlement) as well as matters involving Advanced Micro Devices, Camping World Holdings, and Credit Acceptance Corp, among others. Michael is actively leading the litigation of prominent cases against Fidelity National Information Services, Estée Lauder, ZoomInfo, StoneCo, Opendoor, and PG&E.

In addition to his securities practice, Michael has extensive experience representing consumers in high-profile data privacy litigation. Most notably, one of Michael's most recent successes was the historic



$650 million settlement in the *In re Facebook Biometric Information Privacy Litigation* matter—one of the largest consumer data privacy settlements ever and one of the first cases asserting consumers' biometric privacy rights under Illinois' Biometric Information Privacy Act (BIPA).  Michael currently serves as co-lead counsel in *Garner v. Amazon.com, Inc.* alleging Amazon's illegal wiretapping and surreptitious recording through its Alexa-enabled devices.

Prior to joining Labaton Keller Sucharow, Michael served as an Assistant U.S. Attorney in the U.S. Attorney's Office for the Eastern District of New York, where he was the Deputy Chief of the Office's General Crimes Section.  During his time as a federal prosecutor, Michael also served in the Office's National Security and Cybercrimes Section.  Prior to this, he served as an Assistant District Attorney for the Nassau County District Attorney's Office, where he handled complex state criminal offenses and served in the Office's Homicide Unit.

Michael has extensive trial experience both from his days as a prosecutor in New York City for the U.S. Department of Justice and as a Nassau County Assistant District Attorney.  Michael served as trial counsel in more than 35 matters, many of which related to violent crime, white-collar, and terrorism-related offenses.  He played a pivotal role in *United States v. Abid Naseer*, where he prosecuted and convicted an al-Qaeda operative who conspired to carry out attacks in the United States and Europe.  Michael also led the investigation in *United States v. Marcos Alonso Zea*, a case in which he successfully prosecuted a citizen for attempting to join a terrorist organization in the Arabian Peninsula and for providing material support for planned attacks.

Before becoming a prosecutor, Michael worked as a Congressional Staff Member for the U.S. House of Representatives.  He primarily served as a liaison between the Majority Leader's Office and the Government Reform and Oversight Committee.  During his time with the House of Representatives, Michael managed congressional oversight of the United States Postal Service and reviewed and analyzed counter-narcotics legislation as it related to national security matters.

Michael is a frequent commentator on legal issues and has been featured in *The Washington Post*, *Law360*, and *The National Law Journal*, among others, and has appeared on CBS and NPR.

He is a member of the Federal Bar Council American Inn of Court, which endeavors to create a community of lawyers and jurists and promotes the ideals of professionalism, mentoring, ethics, and legal skills.  He is also a member of the National Association of Public Pension Attorneys (NAPPA) and Michigan Association of Public Employee Retirement Systems (MAPERS).

Michael earned his Juris Doctor, cum laude, from St. John's University's School of Law.  He received his Bachelor of Arts, *cum laude*, from Mary Washington College.



# James T. Christie
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0781**
**jchristie@labaton.com**

### Practice Areas:

⌗ Securities Litigation

### Bar Admissions:

⌗ New York

James T. Christie is a Partner in the New York office of Labaton Keller Sucharow LLP. James focuses on prosecuting complex securities fraud cases on behalf of institutional investors. He is currently involved in litigating cases against major U.S. and non-U.S. corporations, such as Array, Estee Lauder, Fidelity National Information Services (FIS), Nikola, Opendoor, and StoneCo.

James is a member of the Firm's Executive Committee and also serves as Assistant General Counsel and Co-Chair of the Technology Committee.

Seen as a rising star in securities litigation, James is recommended by *The Legal 500* and has been named to *Benchmark Litigation's* "40 & Under Hot List." He has been recognized as a "Rising Star of the Plaintiffs Bar" by *The National Law Journal*, a "Next Generation Lawyer" and "Leading Plaintiff Financial Lawyer" by *Lawdragon*, and a "Securities Rising Star" by *Law360*, which noted his leadership in several high-profile matters. In addition, *The Best Lawyers in America*® listed him as one of the "Best Lawyers in America: Ones to Watch" in the Litigation: Securities category.

James was an integral part of the Firm's team that helped recover $192.5 million for investors in a settlement for *In re SCANA Corporation Securities Litigation*. James served in a critical role in recovering a $125 million settlement on behalf of investors in *Boston Retirement System v. Alexion Pharmaceuticals, Inc.* James was a crucial part of a cross-border effort in *In re Canntrust Holdings Securities Litigation* that was able obtain a landmark CA$129.5 million settlement against a Canadian cannabis producer and its executive officers. James was actively involved in litigating *In re Okta, Inc. Securities Litigation*, which resulted in a $60 million settlement. James helped lead an effort in fast paced case litigated in the Eastern District of Virginia, *In re Jeld-Wen Holding, Inc. Securities*

Labaton Keller Sucharow LLP



Litigation, where the Firm recovered $40 million for injured investors.  In addition, James was a key contributor to the Firm's efforts in recovering $47 million for investors in a case against a vaccine manufacturer in *Sinnathurai v. Novavax, Inc*.  James also assisted in recovering $20 million on behalf of investors in *Avila v. LifeLock, Inc*., where he played a significant role in obtaining a key appellate victory in the Ninth Circuit Court of Appeals reversing the district court's order dismissing the case with prejudice.  In addition, James assisted in the $14.75 million recovery secured for investors against PTC Therapeutics Inc., a pharmaceutical manufacturer of orphan drugs, in *In re PTC Therapeutics, Inc. Securities Litigation*.

James previously served as a Judicial Intern in the U.S. District Court for the Eastern District of New York under the Honorable Sandra J. Feuerstein.

He is an active member of the American Bar Association, the Federal Bar Council, and the Georgia Association of Public Pension Trustees (GAPPT), where he serves on the Rules Committee.

James earned his Juris Doctor from St. John's University School of Law, where he was the Senior Articles Editor of the *St. John's Law Review*, and his Bachelor of Science, *cum laude*, from St. John's University Tobin College of Business.

Labaton Keller Sucharow LLP

28



# Joseph N. Cotilletta
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0631**
**jcotilletta@labaton.com**

### Practice Areas:

- ❊ Corporate Governance and Shareholder Rights
- ❊ Securities Litigation

### Bar Admissions:

- ❊ New York
- ❊ New Jersey

Joseph Cotilletta is a Partner in the New York office of Labaton Keller Sucharow LLP, where he prosecutes complex securities fraud cases on behalf of institutional and individual investors.  He also represents investors in corporate governance and transactional matters, including class action and derivative litigation

Joe has repeatedly been recognized as a "Top 40 Under 40" civil trial lawyer by *The National Trial Lawyers.*  He has also been recognized as a "Rising Star of the Plaintiffs Bar" by *The National Law Journal* "Elite Trial Lawyers" and as a "Next Generation Lawyer" by *Lawdragon*.

In recent years, Joe has achieved extraordinary results for investors.  He was a senior member of the litigation team that achieved a $200 million recovery in *Boston Retirement Systems v. Uber Technologies, Inc.*— a case that alleged Uber's $8.1 billion IPO offering documents misrepresented the company's business model, growth strategy, passenger safety efforts, and financial condition.  The settlement was the fourth largest securities class action settlement in 2024.

Additionally, Joe was part of the team that secured a $1 billion settlement in *In re Dell Technologies Inc. Class V Stockholders Litigation*.  The settlement currently stands as the largest shareholder settlement ever in any state court in America and the 17th largest shareholder settlement of all time in federal and state court.

Before joining Labaton Keller Sucharow, Joe was a senior associate at a prominent national law firm, where he gained substantial trial and litigation experience pursuing high-value cases in various jurisdictions throughout the United States.  Joe helped obtain multi-million-dollar recoveries from some of the largest companies in the world and set legal precedent in multiple areas of the law.  Since the start of his legal career, Joe has dedicated himself to becoming a skilled advocate, sharpening his



litigation expertise while trying numerous cases as first or second chair and taking and defending hundreds of depositions.

Joe is a member of the Commercial and Federal Litigation Section as well as the Securities Litigation Committee of the New York State Bar Association.

Joe earned his Juris Doctor from Penn State Law, where he was selected to join the Order of Barristers and served as an Articles Editor for the *Penn State International Law Review* and as an extern for the Honorable Kim R. Gibson of the Western District of Pennsylvania.  He was selected for publication and served on the executive board for the school's Moot Court.  Joe received his Bachelor of Science in Business Administration from Bryant University, where he was captain of the Men's Lacrosse team that advanced to the program's first semi-finals playoff appearance.

He is conversant in Italian.



# Thomas A. Dubbs
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0871**
**tdubbs@labaton.com**

**Practice Areas:**

⛘ Securities Litigation

**Bar Admissions:**

⛘ New York

⛘ U.S. Supreme Court

Thomas A. Dubbs is a Partner in the New York office of Labaton Keller Sucharow LLP.  Tom focuses on the representation of institutional investors in domestic and multinational securities cases.  Tom serves and has served as lead or co-lead counsel in some of the most important federal securities class actions in recent years, including those against American International Group, the Bear Stearns Companies, Facebook, Fannie Mae, Broadcom, and WellCare.

Tom is highly-regarded in his practice.  He has been named a top litigator by *Chambers & Partners USA* for more than 11 consecutive years and has been consistently ranked as a "Leading Lawyer in Securities Litigation" by *The Legal 500*. *Law360* named him an "MVP of the Year" for distinction in class action litigation, and he has been recognized by *The National Law Journal* and *Benchmark Litigation* for excellence in securities litigation.  *Lawdragon* has recognized Tom as a "Global Plaintiff Lawyer" and one of the country's "Leading Plaintiff Financial Lawyers," in addition to naming him to their Hall of Fame.  Tom has also received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.  Furthermore, *The Legal 500* has inducted Tom into its Hall of Fame—an honor presented only to the four plaintiffs' securities litigators "who have received constant praise by their clients for continued excellence."

Tom has played an integral role in securing significant settlements in numerous high-profile cases, including *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion); *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor); *In re HealthSouth Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al.* (WellCare Securities Litigation) (over $200 million settlement); *In re Fannie Mae 2008 Securities Litigation* ($170 million settlement); *In re Broadcom Corp. Securities Litigation* ($160.5 million

Labaton Keller Sucharow LLP

31



settlement with Broadcom, plus $13 million settlement with Ernst & Young LLP, Broadcom's outside auditor); *In re St. Paul Travelers Securities Litigation* ($144.5 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement); and *In re Vesta Insurance Group, Inc. Securities Litigation* ($78 million settlement).

Representing an affiliate of the Amalgamated Bank, Tom successfully led a team that litigated a class action against Bristol-Myers Squibb, which resulted in a settlement of $185 million as well as major corporate governance reforms.  He has argued before the U.S. Supreme Court and has argued 10 appeals dealing with securities or commodities issues before the U.S. Courts of Appeals.

Due to his reputation in securities law, Tom frequently lectures to institutional investors and other groups, such as the Government Finance Officers Association, the National Conference on Public Employee Retirement Systems, and the Council of Institutional Investors.  He is a prolific author of articles related to his field, including "Textualism and Transnational Securities Law: A Reappraisal of Justice Scalia's Analysis in *Morrison v. National Australia Bank*," which he penned for the *Southwestern Journal of International Law*.  He has also written several columns in U.K. publications regarding securities class actions and corporate governance.

Prior to joining Labaton Keller Sucharow, Tom was Senior Vice President & Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated, where he represented the company in many class actions, including the *First Executive* and *Orange County* litigation and was first chair in many securities trials. Before joining Kidder, Tom was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in many matters, including the *Petro Lewis* and *Baldwin-United* class actions.

Tom serves as a FINRA Arbitrator and is an Advisory Board Member for the Institute for Transnational Arbitration.  He is a member of the New York State Bar Association and the Association of the Bar of the City of New York, as well as a patron of the American Society of International Law.  Tom is an active member of the American Law Institute and is currently an adviser on the proposed Restatement of the Law Third, Conflict of Laws; he was also a member of the Consultative Groups for the Restatement of the Law Fourth, U.S. Foreign Relations Law, and the Principles of Law, Aggregate Litigation.  Tom also serves on the Board of Directors for The Sidney Hillman Foundation.

Tom earned his Juris Doctor and his bachelor's degree from the University of Wisconsin-Madison.  He received his master's degree from the Fletcher School of Law and Diplomacy, Tufts University.



# Alfred L. Fatale III
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0884**
**afatale@labaton.com**

**Practice Areas:**

⁂ Securities Litigation

**Bar Admissions:**

⁂ New York

Alfred L. Fatale III is a Partner in the New York office of Labaton Keller Sucharow LLP.  Leading one of the Firm's Securities Litigation teams, he is actively overseeing litigation against PACS Group, Inc., Concho Resources, Norfolk Southern Corporation, Rent the Runway, The Honest Company, Inc., and PDD Holdings, Inc. among others.

Alfred's success in moving the needle in the legal industry has earned him recognition from *Chambers & Partners USA* as a top Securities Litigator, as well as *The National Law Journal* as a "Plaintiffs' Lawyer Trailblazer" and *The American Lawyer* as a "Northeast Trailblazer."  *Business Today* named Alfred one of the "Top 10 Most Influential Securities Litigation Lawyer in New York."  *Lawdragon* has recognized him as one of the country's "Leading Plaintiff Financial Lawyers," "Leading Litigators," and "Next Generation Lawyers."  *Benchmark Litigation* also recognized him as a "Future Star" and named him to their "40 & Under List," and *The Best Lawyers in America*® listed him as one of the "Best Lawyers in America: Ones to Watch" in the Litigation: Securities category.

Alfred led the team that secured a $200 million recovery in *Boston Retirement System v. Uber Technologies, Inc.,* a case that alleged Uber's $8.1 billion IPO offering documents misrepresented the company's business model, growth strategy, passenger safety efforts, and financial condition.

In addition, Alfred represents individual and institutional investors in cases related to the protection of the financial markets and public securities offerings in trial and appellate courts throughout the country.  In particular, he is leading the Firm's efforts to litigate securities claims in state courts following the U.S. Supreme Court's decision in *Cyan, Inc. v. Beaver County Employees Retirement Fund* while also overseeing litigation of several cases in federal courts.



Since joining the Firm in 2016, Alfred has lead the investigation and prosecution of successful cases such as *In re ADT Inc. Securities Litigation*, resulting in a $30 million recovery; *In re BrightView Holdings, Inc. Securities Litigation*, resulting in a $11.5 million recovery; *John Ford, Trustee of the John Ford Trust v. UGI Corporation*, resulting in a $10.25 million recovery; *Plymouth County Retirement Association v. Spectrum Brands Holdings Inc.*, resulting in a $9 million recovery; *In re SciPlay Corp. Securities Litigation*, resulting in an $8.275 million recovery; and *In re Livent Corp. Securities Litigation*, resulting in a $7.4 million recovery.

Prior to joining Labaton Keller Sucharow, Alfred was an Associate at Fried, Frank, Harris, Shriver & Jacobson LLP, where he advised and represented financial institutions, investors, officers, and directors in a broad range of complex disputes and litigations including cases involving violations of federal securities law and business torts.

Alfred is an active member of the American Bar Association and the New York City Bar Association.

Alfred earned his Juris Doctor from Cornell Law School, where he was a member of the *Cornell Law Review* as well as the Moot Court Board.  He also served as a Judicial Extern under the Honorable Robert C. Mulvey.  He received his bachelor's degree, *summa cum laude*, from Montclair State University.



# Christine M. Fox
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0784**
**cfox@labaton.com**

### Practice Areas:

※ Securities Litigation

### Bar Admissions:

※ New York

Christine M. Fox is a Partner in the New York office of Labaton Keller Sucharow LLP.  With more than 25 years of securities litigation experience, Christine prosecutes complex securities fraud cases on behalf of institutional investors.  In addition to her litigation responsibilities, Christine serves as the Chair of the Firm's Diversity Committee and Pro Bono Committee and is a member of the Firm's Investigations Committee.

*The National Law Journal's* "Elite Trial Lawyers" has selected Christine to its class of Elite Women of the Plaintiffs Bar, and *Lawdragon* has repeatedly recognized her as one of the "Leading Plaintiff Financial Lawyers in America."

Christine is actively involved in litigating matters against Boeing, Catalent, F45 Training, and Unity Software.  She has played a pivotal role in securing favorable settlements for investors in class actions against Barrick Gold Corporation, one of the largest gold mining companies in the world ($140 million recovery); Nielsen, a data analytics company that provides clients with information about consumer preferences ($73 million recovery); Oak Street Health, a primary care center operator that focus exclusively on Medicare-eligible patients ($60 million recovery, pending final court approval); CVS Caremark, the nation's largest pharmacy retail chain ($48 million recovery); Nu Skin Enterprises, a multilevel marketing company ($47 million recovery); Intuitive Surgical, a manufacturer of robotic-assisted technologies for surgery ($42.5 million recovery); and World Wrestling Entertainment, a media and entertainment company ($39 million recovery).

Christine is actively involved in several pro bono immigration cases at the Firm.

Prior to joining the Firm, Christine worked at a national litigation firm focusing on securities, antitrust, and consumer litigation in state and federal courts.  She played a significant role in securing class action



recoveries in a number of high-profile securities cases, including *In re Merrill Lynch Co., Inc. Research Reports Securities Litigation* ($475 million recovery); *In re Informix Corp. Securities Litigation* ($136.5 million recovery); *In re Alcatel Alsthom Securities Litigation* ($75 million recovery); and *In re Ambac Financial Group, Inc. Securities Litigation* ($33 million recovery).

She is a member of the American Bar Association, New York State Bar Association, and Puerto Rican Bar Association.

Christine earned her Juris Doctor from the University of Michigan Law School and received her bachelor's degree from Cornell University.

Christine is conversant in Spanish.



# Jamie E. Hanley
## Partner-in-Charge London



**1 King William Street, London,
EC4N 7AF  United Kingdom
+44 20 3582 0981
jhanley@labaton.com**

### Practice Areas:

- Securities Litigation
- Non-U.S. Securities Litigation

### Bar Admissions:

- England & Wales - Solicitor

Jamie E. Hanley is the Partner-in-Charge of the London office of Labaton Keller Sucharow LLP and a member of the Firm's Client Development and Case Evaluation Groups. An accomplished litigator with more than 25 years of experience in the UK, Jamie has represented thousands of individual and institutional investors. His practice focuses on international securities and shareholder rights litigation, as well as advancing corporate governance reforms.

Jamie has a particular interest in ESG issues, and throughout his career he has stood on the side of workers and individuals who have been harmed by corporate negligence and malfeasance.

Jamie is recognized as a "Leading Global Litigator" by *Lawdragon.*

Prior to joining Labaton Keller Sucharow LLP, Jamie served at the Management Board level at two leading UK law firms for 17 years and then as General Counsel at the GMB Trade Union, where he retains an interest.

Outside of work, Jamie is heavily engaged in civic and political issues.  He is an experienced chairman, having led boards across the legal, political, and educational sectors.  He is currently non-executive Chair of a major more than £60 million UK anchor institution.  Jamie has twice stood for election to the UK Parliament, and as a policy maker and campaigner, he has worked alongside two UK Prime Ministers and a U.S. President.

Jamie is an active member of Pensions and Lifetime Savings Association (PLSA) and Pensions for Purpose.



Jamie graduated with Honours in Law from The University of Hull, subsequently graduating from The College of Law with Commendation.  Jamie is also a graduate of the Oxford University Executive Leadership Programme.  Jamie is a practicing solicitor and is qualified to practice in England and Wales.



# Thomas G. Hoffman, Jr
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0744**
**thoffman@labaton.com**

**Practice Areas:**

✳ Securities Litigation

**Bar Admissions:**

✳ New York

Thomas G. Hoffman, Jr. is a Partner in the New York office of Labaton Keller Sucharow LLP.  Thomas focuses on representing institutional investors in complex securities actions.

Tom was instrumental in securing a $1 billion recovery in the eight-year litigation against AIG and related defendants in *In re American International Group, Inc. Securities Litigation*.  He also was a key member of the Labaton Keller Sucharow teams that secured significant recoveries for investors in numerous other securities actions, including *In re 2008 Fannie Mae Securities Litigation* ($170 million settlement) and *In re The Allstate Corporation Securities Litigation* ($90 million settlement).

Thomas earned his Juris Doctor from UCLA School of Law, where he was Editor-in-Chief of the *UCLA Entertainment Law Review* and served as a Moot Court Executive Board Member.  In addition, he served as a judicial extern to the Honorable William J. Rea, United States District Court for the Central District of California.  Thomas received his bachelor's degree, with honors, from New York University.

Labaton Keller Sucharow LLP



# Francis P. McConville
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0650**
**fmcconville@labaton.com**

### Practice Areas:

�֍ Securities Litigation

### Bar Admissions:

✖ New York

Francis P. McConville is a Partner in the New York office of Labaton Keller Sucharow LLP and a member of the Firm's Executive Committee.  He focuses on prosecuting complex securities fraud cases on behalf of institutional investor clients.  As Chair of the Firm's Case Evaluation Group, Francis leads the identification, investigation, and development of potential actions to recover investment losses caused by violations of the federal securities laws and to vindicate shareholder rights in response to corporate and fiduciary misconduct.

Francis has been named a "Rising Star" of securities litigation in *Law360*'s list of attorneys under 40 whose legal accomplishments transcend their age. *The Best Lawyers in America*® named him among the "Ones to Watch" in the Securities Litigation category and *Lawdragon* has recognized him as one of the country's "Leading Plaintiff Financial Lawyers" and "Next Generation Lawyers."  *Benchmark Litigation* also recognized him as a "Future Star" and named him to their "40 & Under List."

Francis has played a key role in filing several matters on behalf of the Firm, including *Boston Retirement System v. Uber Technologies, Inc.* ($200 million settlement); *In re SCANA Securities Litigation* ($192.5 million settlement); *Boston Retirement System v. Alexion Pharmaceuticals, Inc.* ($125 million settlement);  *In re Nielsen Holdings PLC Securities Litigation* ($73 million settlement); *In re The Boeing Company Securities Litigation; In re PG&E Corporation Securities Litigation*; *In re The Estée Lauder Companies, Inc. Securities Litigation; Ohio Carpenters Pension Fund v. Norfolk Southern Corporation;* and *In re Fidelity National Information Services, Inc. Securities Litigation*, among others.

Prior to joining Labaton Keller Sucharow, Francis was a Litigation Associate at a national law firm primarily focused on securities and consumer class action litigation.  Francis has represented institutional and individual clients in federal and state courts across the country in class action securities

Labaton Keller Sucharow LLP



litigation and shareholder disputes, along with a variety of commercial litigation matters.  He assisted in the prosecution of several matters, including *Kiken v. Lumber Liquidators Holdings, Inc.* ($42 million recovery); *Hayes v. MagnaChip Semiconductor Corp.* ($23.5 million recovery); and *In re Galena Biopharma, Inc. Securities Litigation* ($20 million recovery).

Francis is an active member of the National Association of Public Pension Attorneys (NAPPA).  He has served on *Law360*'s Securities Editorial Advisory Board.

Francis received his Juris Doctor, *magna cum laude*, from New York Law School where he was named a John Marshall Harlan Scholar and received a Public Service Certificate.  Francis served as Associate Managing Editor of the *New York Law School Law Review* and worked in the Urban Law Clinic.  He earned his Bachelor of Arts degree from the University of Notre Dame.

Labaton Keller Sucharow LLP

41



# Domenico Minerva
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.908.0887**
**dminerva@labaton.com**

### Practice Areas:

- ⚒ Securities Litigation
- ⚒ Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

- ⚒ New York
- ⚒ Delaware

Domenico "Nico" Minerva is a Partner in the New York office of Labaton Keller Sucharow LLP.  A former financial advisor, his work focuses on securities and shareholder derivative litigation, representing Taft-Hartley, public pension funds, hedge funds, asset managers, insurance companies, and banks across the world.  Nico advises leading pension funds and other institutional investors on issues related to corporate fraud in the U.S. securities markets.

Nico is described by clients as "always there for us" and known to provide "an honest answer and describe all the parameters and/or pitfalls of each and every case."  As a result of his work, the Firm has received a Tier 1 ranking in Class Actions from *The Legal 500*.  *Lawdragon* has recognized Nico as one of the country's "Leading Plaintiff Financial Lawyers" and "Leading Global Litigators."

Nico's extensive securities litigation experience includes the case against global security systems company Tyco and co-defendant PricewaterhouseCoopers (*In re Tyco International Ltd., Securities Litigation*), which resulted in a $3.2 billion settlement—the largest single-defendant settlement in post-PSLRA history.

He also has counseled companies and institutional investors on corporate governance reform.  Nico played an important role in the $1 billion recovery in *In re Dell Technologies Inc. Class V Stockholders Litigation*, which currently stands as the largest shareholder settlement ever in any state court in America and the 17th largest shareholder settlement of all time in federal and state court.

On behalf of consumers, Nico represented a plaintiff in *In re ConAgra Foods Inc.,* over misleading claims that Wesson-brand vegetable oils are 100% natural.

Labaton Keller Sucharow LLP

42

 **LKS**

An accomplished speaker, Nico has given numerous presentations to investors on topics related to corporate fraud, wrongdoing, and waste.

He is an active member of the National Association of Public Pension Plan Attorneys (NAPPA) and the International Foundation of Employee Benefit Plans (IFEBP).

Nico earned his Juris Doctor from Tulane University Law School, where he completed a two-year externship with the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana.  He received his bachelor's degree from the University of Florida.

Labaton Keller Sucharow LLP

43



# Lauren A. Ormsbee
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0864**
**lormsbee@labaton.com**

**Practice Areas:**

�֎ Securities Litigation

**Bar Admissions:**

✖ New York

✖ Supreme Court of the United States

Lauren A. Ormsbee is a Partner in the New York office of Labaton Keller Sucharow LLP.  Leading one of the Firm's Securities Litigation teams, her practice focuses on prosecuting complex securities fraud cases on behalf of institutional investors.  She is actively overseeing cases against Olaplex, New York Community Bancorp, Extreme Networks, Zeta Global Holdings, and QuidelOrtho Corporation.

Lauren has been recognized as one of "The Top 50 Attorneys of New York" by *Attorney Intel* and as a "Leading Plaintiff Financial Lawyer" by *Lawdragon*. *Crain's New York Business* selected her to its list of "Notable Litigators and Trial Attorneys."

Lauren has obtained hundreds of millions of dollars in recoveries representing institutional investors and individuals in a variety of class and direct actions, including *In re HealthSouth Bondholder Litigation*, resulting in a $230 million recovery; *In re Wilmington Trust Securities Litigation*, resulting in a $210 million recovery; and *In re SCANA Corporation Securities Litigation*, resulting in a $192.5 million recovery, among others.

Prior to joining the Firm, Lauren was a Partner at Bernstein Litowitz Berger & Grossmann LLP. Previously, Lauren was an Associate at Paul Weiss Rifkind Wharton & Garrison LLP and served as a law clerk to the Honorable Colleen McMahon in the Southern District of New York.

Lauren is an active member of the New York City Bar Association, currently serving as co-Chair of the NYC Bar's Securities Litigation Committee, and the National Association of Public Pension Attorneys. Lauren also serves on *Law360*'s Securities Editorial Advisory Board.

Lauren earned her Juris Doctor, *cum laude*, from the University of Pennsylvania Law School.  Lauren received her Bachelor of Arts from Duke University.



# Mark D. Richardson
## Partner



**222 Delaware Ave, Suite 1510**
**Wilmington, DE 19801**
**+1 302.573.6939**
**mrichardson@labaton.com**

### Practice Areas:

※ Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

※ Delaware

※ New York

※ Pennsylvania

Mark D. Richardson is a Partner in the Delaware office of Labaton Keller Sucharow LLP. Mark focuses on representing shareholders in corporate governance and transactional matters, including class action and derivative litigation.

Mark has been named to *Benchmark Litigation*'s "40 & Under List," and is recommended by *The Legal 500* for his work in the Delaware Court of Chancery. Clients highlighted his team's ability to "generate strong cases and take creative and innovative positions." *Lawdragon* has recognized him as one of the country's "Leading Plaintiff Financial Lawyers" and "Next Generation Lawyers." *The Best Lawyers in America*® named him among the "Ones to Watch" in the Corporate Governance and Compliance Law, Mergers and Acquisitions Law, and Securities Litigation categories.

Mark has litigated numerous matters through trial, including in the Delaware Court of Chancery, FINRA and AAA arbitrations, and a five-month jury trial in New Jersey state court. Mark served as co-lead counsel in the following matters that recently were tried or settled: *In re Dell Technologies Inc. Class V Stockholders Litigation* ($1 billion settlement*); Ontario Provincial Council of Carpenters' Pension Trust Fund, et al. v. Walton, et al.* ($123 million settlement plus corporate governance reforms); *In re Pattern Energy Group Inc. Stockholders Litigation* ($100 million class settlement—largest settlement of *Revlon* claims in Delaware history); *In re Columbia Pipeline Group, Inc*. ($79 million pre-trial partial settlement and $199 million post-trial ruling); *In re Coty Inc. Stockholder Litigation* ($35 million settlement); *In re Straight Path Communications Inc. Consolidated Stockholder Litigation* ($12.5 million partial settlement); *In re Amtrust Financial Services Stockholder Litigation* ($40 million settlement*); In re AGNC Investment Corp*. ($35.5 million settlement); *In re Stamps.com* ($30 million settlement); *In re Homefed Corp*. ($15 million settlement); and *In re CytoDyn Corp*. (rescission of over $50 million in director and officer stock awards).

Labaton Keller Sucharow LLP



Prior to joining Labaton Keller Sucharow, Mark was an Associate at Schulte Roth & Zabel LLP where he gained substantial experience in complex commercial litigation within the financial services industry and advised and represented clients in class action litigation, expedited bankruptcy proceedings and arbitrations, fraudulent transfer actions, proxy fights, internal investigations, employment disputes, breaches of contract, enforcement of non-competes, data theft, and misappropriation of trade secrets.

In addition to his active caseload, Mark has contributed to numerous publications and is the recipient of The Burton Awards Distinguished Legal Writing Award for his article published in the *New York Law Journal*, "Options When a Competitor Raids the Company." His notable publications include the article "'Zapata Drift': A Proposal for Improving Trust in the Special Litigation Committee Process" published in the *Delaware Journal of Corporate Law*. Mark also serves on *Law360*'s Delaware Editorial Advisory Board.

Mark earned his Juris Doctor from Emory University School of Law, where he served as the President of the Student Bar Association.   He received his Bachelor of Science from Cornell University.



# Michael H. Rogers
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0814**
**mrogers@labaton.com**

**Practice Areas:**

⁜  Securities Litigation

**Bar Admissions:**

⁜  New York

Michael H. Rogers is a Partner in the New York office of Labaton Keller Sucharow LLP.  An experienced litigator, Mike focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

Mike is recommended by *The Legal 500* in the area of Securities Litigation*.*

Mike has been a member of the lead counsel teams in many successful class actions, including those against Countrywide Financial ($624 million settlement), HealthSouth ($671 million settlement), State Street ($300 million settlement), SCANA ($192.5 million settlement), CannTrust (CA $129.5 million settlement), Alexion Pharmaceuticals ($125 million settlement), Mercury Interactive ($117.5 million settlement), Computer Sciences Corp. ($97.5 million settlement), Novavax ($47 million settlement), Jeld-Weld Holding ($40 million recovery), Virtus Investment Partners ($20 million settlement), and Acuity Brands ($15.75 million settlement).

Prior to joining Labaton Keller Sucharow, Mike was an attorney at Kasowitz, Benson, Torres & Friedman LLP, where he practiced securities and antitrust litigation, representing international banking institutions bringing federal securities and other claims against major banks, auditing firms, ratings agencies and individuals in complex multidistrict litigation.  He also represented an international chemical shipping firm in arbitration of antitrust and other claims against conspirator ship owners.  Mike began his career as an attorney at Sullivan & Cromwell, where he was part of Microsoft's defense team in the remedies phase of the Department of Justice antitrust action against the company.

Mike earned his Juris Doctor, *magna cum laude*, from the Benjamin N. Cardozo School of Law, Yeshiva University, where he was a member of the *Cardozo Law Review*.  He received his bachelor's degree, *magna cum laude*, from Columbia University.

Labaton Keller Sucharow LLP



# Brendan W. Sullivan
## Partner



**222 Delaware Ave, Suite 1510**
**Wilmington, DE 19801**
**+1 302.573.5820**
**bsullivan@labaton.com**

### Practice Areas:

※ Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

※ Delaware

Brendan W. Sullivan is a Partner in the Delaware office of Labaton Keller Sucharow LLP.  He focuses on representing investors in corporate governance and transactional matters, including class action litigation.

Brendan helped secure a $100 million settlement, currently the largest settlement of *Revlon* claims in Delaware history, in *In re Pattern Energy Group Inc. Stockholders Litigation* and a $79 million pre-trial partial settlement with trial judgment in excess of $200 million in *In re Columbia Pipeline Group, Inc. Merger Litigation*.

Brendan is recommended by *The Legal 500* for the excellence of his work in the Delaware Court of Chancery and Dispute Resolution and is recognized as a "Next Generation Lawyer" by *Lawdragon*. *Law360* named him a "Securities Rising Star" and *Benchmark Litigation* also named him to their "40 & Under List."

Prior to joining Labaton Keller Sucharow, Brendan was an Associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP where he gained substantial experience in class and derivative matters relating to mergers and acquisitions and corporate governance.  During law school, he was a Law Clerk for Honorable Judge Leonard P. Stark, U.S. District Court for the District of Delaware.

Brendan's pro bono experience includes representing a Delaware charter school in a mediation concerning a malpractice claim against its former auditor.

Brendan earned his Juris Doctor from Georgetown University Law Center where he was the Notes Editor on the *Georgetown Law Journal* and his Bachelor of Arts from the University of Delaware.



# Irina Vasilchenko
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0879**
**ivasilchenko@labaton.com**

### Practice Areas:

⚜ Securities Litigation

### Bar Admissions:

⚜ Massachusetts

⚜ New York

⚜ U.S. Supreme Court

Irina Vasilchenko is a Partner in the New York office of Labaton Keller Sucharow LLP and head of the Firm's Associate Training Program.  Irina focuses on prosecuting complex securities fraud cases on behalf of institutional investors and has over a decade of experience in such litigation.

Irina is recognized as an up-and-coming litigator whose legal accomplishments transcend her age.  She has been named repeatedly to *Benchmark Litigation's* "40 & Under List" and has also been recognized as a "Future Star" by *Benchmark Litigation,* as well as a "Rising Star" by *Law360*.  Additionally, *Lawdragon* has named her one of the "Leading Plaintiff Financial Lawyers in America."

Irina is involved in actively prosecuting the high-profile cases including *Weston v. DocuSign, Inc.* and *Lilien v. Olaplex Holdings, Inc.*, among others.

Irina also played a pivotal role in securing a historic $192.5 million settlement for investors in energy company SCANA Corp. over a failed nuclear reactor project in South Carolina, as well as a $19 million settlement in a shareholders' suit against Daimler AG over its Mercedes Benz diesel emissions scandal. Since joining Labaton Keller Sucharow, she also has been a key member of the Firm's teams that have obtained favorable settlements for investors in numerous securities cases, including *In re Massey Energy Co. Securities Litigation* ($265 million settlement); *In re Fannie Mae 2008 Securities Litigation* ($170 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement); *In re Hewlett-Packard Company Securities Litigation* ($57 million settlement); *Vancouver Alumni Asset Holdings Inc. v. Daimler A.G.* ($19 million settlement); *Perrelouis v. Gogo Inc.* ($17.3 million); *In re Acuity Brands, Inc. Securities Litigation* ($15.75 million settlement); and *In re Extreme Networks, Inc. Securities Litigation* ($7 million settlement).



Irina maintains a commitment to pro bono legal service, including representing an indigent defendant in a criminal appeal case before the New York First Appellate Division, in association with the Office of the Appellate Defender.  As part of this representation, she argued the appeal before the First Department panel.  Prior to joining Labaton Keller Sucharow, Irina was an Associate in the general litigation practice group at Ropes & Gray LLP, where she focused on securities litigation.

She is a member of the New York State Bar Association and New York City Bar Association.

Irina received her Juris Doctor, *magna cum laude*, from Boston University School of Law where she was an editor of the *Boston University Law Review* and was the G. Joseph Tauro Distinguished Scholar, the Paul L. Liacos Distinguished Scholar, and the Edward F. Hennessey Scholar.  Irina earned a Bachelor of Arts in Comparative Literature, *summa cum laude* and *Phi Beta Kappa*, from Yale University.

Irina is fluent in Russian and proficient in Spanish.



# John Vielandi
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0829**
**jvielandi@labaton.com**

### Practice Areas:

�֎ Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

✖ New York

John Vielandi is a Partner in the New York office of Labaton Keller Sucharow LLP.  John focuses on representing investors in corporate governance and fiduciary duty matters, including shareholder class and derivative litigation.

John has been recognized as a "Leading Plaintiff Financial Lawyer" by *Lawdragon*.

Notable matters where John served as lead or co-lead counsel include *In re Warner Bros. Discovery, Inc. Stockholders Litigation* ($125 million class settlement); *Ontario Provincial Council of Carpenters Pension Trust Fund v Walton et al.* ($123 million derivative settlement and robust governance reforms); *In re Pattern Energy Group Inc. Stockholders Litigation* ($100 million class settlement);  *Nantahala Capital Partners II Limited Partnership v. QAD Inc.* ($65 million class settlement)*; In re Coty Inc. Stockholder Litigation* ($35 million class and derivative settlement and additional governance reforms); *Employees' Retirement System of Rhode Island v Marciano et al*. ($30 million derivative settlement and substantial governance reforms); *Macomb County Employees' Retirement System v. McBride et al.*, ($30 million derivative settlement); *In re Golden Nugget Online Gaming, Inc. Stockholders Litigation* ($22 million class settlement); *In re HomeFed Corp. Stockholder Litigation* ($15 million settlement); *In re Hemisphere Media Group, Inc. Stockholders' Litigation* ($15 million class settlement); and *John Makris, et al. v. Ionis Pharmaceuticals, Inc., et al*. ($12.5 million settlement).

John joined the Firm from Bernstein Litowitz Berger & Grossmann, where he was a key member of the teams that litigated numerous high-profile actions, including *City of Monroe Employees' Retirement System v. Rupert Murdoch et al.* and *In re Vaalco Energy, Inc. Consolidated Stockholder Litigation*.  While in law school, John was a Legal Intern at the New York City Office of Administrative

Labaton Keller Sucharow LLP



Trials and Hearings and a Judicial Intern for the Honorable Carolyn E. Demarest of the New York State Supreme Court.

John earned his Juris Doctor from Brooklyn Law School, where he was the Notes and Comments Editor for the *Journal of Corporate, Financial and Commercial Law*, and was awarded the CALI Excellence for the Future Award.  He received his bachelor's degree from Georgetown University.

Labaton Keller Sucharow LLP



# Carol C. Villegas
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0824**
**cvillegas@labaton.com**

### Practice Areas:

- Securities Litigation
- Consumer Protection and Data Privacy Litigation

### Bar Admissions:

- New York

Carol C. Villegas is a Partner in the New York office of Labaton Keller Sucharow LLP.  Carol focuses on prosecuting complex securities fraud and consumer cases on behalf of institutional investors and individuals.  Leading one of the Firm's Securities Litigation teams, she is actively overseeing litigation against Boeing, PayPal, Olaplex, DocuSign, Catalent, Flo Health, Amazon, and Hain, among others.  In addition to her flourishing domestic practice, Carol holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee, Chair of the Firm's Women's Initiative, and as Chief of Compliance.

Carol's development of innovative case theories in complex cases, her skillful handling of discovery work, and her adept ability during oral arguments has earned her accolades as one of the "top Securities Litigators" in the country from *Chambers & Partners USA* and *The Legal 500*, which hails her as "attentive, professional, and responsive" and highlights clients praise for helping them "better understand the process and how to value a case."  She has also been recognized by *Law360* as a "Class Action MVP," *The National Law Journal* as a "Plaintiffs' Trailblazer," and the *New York Law Journal* as a "Top Woman in Law," "New York Trailblazer," and "Distinguished Leader."  *Business Today* named Carol one of the "Top 10 Most Influential Securities Litigation Lawyers in New York."  *The National Law Journal*'s "Elite Trial Lawyers" has repeatedly recognized her superb ability to excel in high stakes matters on behalf of plaintiffs and selected her to its class of "Elite Women of the Plaintiffs Bar" and as a finalist for "Plaintiff Attorney of the Year."  *Benchmark Litigation* has recognized her as a "Litigation Star" and among the "Top 250 Women in Litigation" and has shortlisted her for "Plaintiff Litigator of the Year*." Lawdragon* has named her one of the country's "Leading Lawyers," "Leading Litigators," "Leading Plaintiff Financial Lawyers," and "Leading Plaintiff Consumer Lawyers."  Additionally, *Crain's New York Business* selected Carol to its lists of "Notable Women in Law" and "Notable Litigators and



Trial Attorneys."  The *Women in Business Law Awards* has named Carol "Securities Litigator of the Year" and "Thought Leader of the Year" and has been shortlisted for "Privacy and Data Protection Lawyer of the Year."  *Chambers & Partners USA* selected Carol as a finalist for "Diversity & Inclusion: Outstanding Contribution" and *New York Law Journal*'s New York Legal Awards selected her as a "Lawyer of the Year" finalist.

Notable recent successes include *In re Nielsen Holdings PLC Securities Litigation* ($73 million settlement), *Allison v. Oak Street Health Inc.* ($60 million settlement), and *City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc.* ($39 million settlement).  Carol has also played a pivotal role in securing favorable settlements for investors, including in cases against DeVry, a for-profit university; AMD, a multi-national semiconductor company; Liquidity Services, an online auction marketplace; Aeropostale, a leader in the international retail apparel industry; Vocera, a healthcare communications provider; and Prothena, a biopharmaceutical company, among others.  Carol has also helped revive a securities class action against LifeLock after arguing an appeal before the Ninth Circuit.  The case settled shortly thereafter.

Prior to joining Labaton Keller Sucharow, Carol served as the Assistant District Attorney in the Supreme Court Bureau for the Richmond County District Attorney's office, where she took several cases to trial.  She began her career as an Associate at King & Spalding LLP, where she worked as a federal litigator.

Carol is an active member of the New York State Bar Association's Women in the Law Section and Chair of the Board of Directors of the City Bar Fund, the nonprofit 501(c)(3) arm of the New York City Bar Association.  In 2024, she was appointed by the Court of Appeals to the New York State Board of Law Examiners, an organization that administers the bar examination to candidates seeking admission to practice law in the State of New York.  Carol is also a member of the National Association of Public Pension Attorneys (NAPPA), the National Council on Teacher Retirement (NCTR), the National Association of Women Lawyers, and the Hispanic National Bar Association.  In addition, Carol previously served on *Law360*'s Securities Editorial Board.

Carol is a frequent commentator on legal issues and has been featured in the *Financial Times, Law360, Investment & Pensions Europe, and National Law Journal*, among others.

Carol earned her Juris Doctor from New York University School of Law, where she was the recipient of The Irving H. Jurow Achievement Award for the Study of Law and received the Association of the Bar of the City of New York Diversity Fellowship.  She received her bachelor's degree, with honors, from New York University.

She is fluent in Spanish.



# Michael C. Wagner
## Partner



**222 Delaware Ave, Suite 1510**
**Wilmington, DE 19801**
**+1 302.575.6307**
**mwagner@labaton.com**

**Practice Areas:**

⚒ Corporate Governance and
  Shareholder Rights Litigation

**Bar Admissions:**

⚒ Pennsylvania

⚒ Delaware

Michael C. Wagner is a Partner in the Delaware office of Labaton Keller Sucharow LLP.  Michael focuses on representing shareholders in corporate governance and transactional matters, including class action and derivative litigation.

Michael helped secure a $100 million settlement, currently the largest settlement of *Revlon* claims in Delaware history, from Pattern Energy.  He has also successfully prosecuted cases against Dole, Versum Materials, Arthrocare, and Genetech, among others.

Michael is recommended by *The Legal 500* and has been recognized by *Lawdragon* as one of the "Leading Plaintiff Financial Lawyers in America."

Previously, Michael was a Partner at Smith, Katzenstein & Jenkins LLP and at Kessler Topaz Meltzer & Check, LLP.  As a litigator for more than 25 years, he has prosecuted a wide variety of matters for investors, in Delaware and in other jurisdictions across the country, at both the trial and appellate levels.  He has previously represented investment banks, venture capital funds, and hedge fund managers as well as Fortune 500 companies.

His pro bono work includes guardianship and PFA matters.

Michael earned his Juris Doctor from the University of Pittsburgh School of Law.  He served as Associate Editor before becoming Lead Executive Editor for the *Journal of Law and Commerce*.  Michael received his bachelor's degree from Franklin and Marshall College.

Labaton Keller Sucharow LLP



# Ned Weinberger
## Partner



**222 Delaware Ave, Suite 1510**
**Wilmington, DE 19801**
**+1 302.573.6938**
**nweinberger@labaton.com**

### Practice Areas:

- Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

- Delaware
- New York
- Pennsylvania

Ned Weinberger is a Partner in the Delaware office of Labaton Keller Sucharow LLP and Chair of the Firm's Corporate Governance and Shareholder Rights Litigation Practice. An experienced advocate of shareholder rights, Ned focuses almost exclusively on representing investors in corporate governance and transactional matters, including shareholder class, derivative, and appraisal litigation.

Ned has been recognized for many years by *Chambers & Partners USA* in the Delaware Court of Chancery, earning a Band 1 ranking. He is noted for being "a very good case strategist and strong oral advocate." After being named a "Future Star" early in his career, Ned is now recognized by *Benchmark Litigation* as a "Litigation Star" and has been selected to *Benchmark's* "40 & Under List." He has also been named a "Leading Lawyer" by *The Legal 500*, whose sources remarked that he "is one of the best plaintiffs' lawyers in Delaware," who "commands respect and generates productive discussion where it is needed." *Law360* named Ned a "Securities MVP" and *The National Law Journal* named him a "Plaintiffs' Trailblazer." *Lawdragon* has also recognized him as one of the country's "Leading Plaintiff Financial Lawyers" and "Leading Litigators" and *The Best Lawyers in America*® listed him as one of the "Best Lawyers in America" in the Litigation: Mergers and Acquisitions category.

In 2022, Ned was named a "Litigator of the Week" by *The American Lawyer* for securing a $1 billion cash settlement three weeks before trial in *In re Dell Technologies Inc. Class V Stockholders Litigation*. The $1 billion recovery in *Dell*, which the Delaware Court of Chancery described as the "first home run" in M&A shareholder litigation, currently stands as the largest shareholder settlement ever in any state court in America and the 17th largest shareholder settlement of all time in federal and state court.

Labaton Keller Sucharow LLP

56



Other notable recoveries where Ned served as lead or co-lead counsel include: *Ontario Provincial Council of Carpenters' Pension Trust Fund, et al. v. Walton, et al.* ($123 million settlement plus corporate governance reforms); *In re Pattern Energy Group Inc. Stockholders Litigation* ($100 million class settlement—largest settlement of *Revlon* claims in Delaware history); *In re Columbia Pipeline Group, Inc. Merger Litigation* ($79 million pre-trial partial settlement and $199 million post-trial ruling); *Nantahala Capital Partners II Limited Partnership v. QAD Inc.* ($65 million class recovery); *In re AmTrust Financial Services Inc. Stockholder Litigation* ($40 million class settlement); *H&N Management Group, Inc. & Aff Cos Frozen Money Purchase Plan v. Couch, et al.* ($35.5 million class settlement); *Employees' Retirement System of Rhode Island v. Marciano et al.* ($30 million settlement, plus significant corporate governance reforms); *In re HomeFed Corp. Stockholder Litigation* ($15 million settlement); and *John Makris, et al. v. Ionis Pharmaceuticals, Inc., et al*. ($12.5 million settlement), among others.

Ned has also provided his expertise in numerous matters that have helped positively shape Delaware law for the benefit of shareholders.  For example, in *Olenik v. Lodzinski*, Ned successfully argued to the Delaware Supreme Court that where a controlling shareholder substantively engages with management before committing to so-called *MFW* conditions, the transaction should not be subject to business judgment deference.

Ned is a Member of the Advisory Board of the Institute for Law and Economic Policy (ILEP), a research and educational foundation dedicated to enhancing investor and consumer access to the civil justice system.  Ned also serves on the Board of Directors of the Jewish Federation of Delaware.

Ned earned his Juris Doctor from the Louis D. Brandeis School of Law at the University of Louisville, where he served on the *Journal of Law and Education*.  He received his bachelor's degree, *cum laude*, from Miami University.



# Mark S. Willis
## Partner



**1050 Connecticut Ave., NW**
**Suite 500**
**Washington, D.C. 20036**
**+1 571.332.2189**
**mwillis@labaton.com**

### Practice Areas:

- Securities Litigation
- Non-U.S. Securities Litigation

### Bar Admissions:

- District of Columbia

Mark S. Willis is a Partner in the D.C. and London offices of Labaton Keller Sucharow LLP.  With more than three decades of experience, his practice focuses on domestic and international securities litigation.  Mark advises leading pension funds, investment managers, and other institutional investors from around the world on their legal remedies when impacted by securities fraud and corporate governance breaches.  Mark also heads the Firm's non-U.S. practice, advising clients in over 100 cases in jurisdictions such as Australia, Japan, Brazil, Canada, the UK, Germany, the Netherlands, Italy, Denmark, and elsewhere.  This practice is wholly unique in that it is genuinely global, independent, and fully comprehensive.

Mark is recommended by *The Legal 500* for excellence in securities litigation and has been named one of *Lawdragon's* top "Global Plaintiff Lawyers," "Leading Global Litigators," and "Leading Plaintiff Financial Lawyers in America."  Under his leadership, the Firm has been awarded *Law360*'s "Practice Group of the Year Awards" for Class Actions and Securities.

In U.S. matters, Mark currently represents Caisse de dépôt et placement du Québec, one of Canada's largest institutional investors, against PayPal in one of the largest ongoing U.S. shareholder class actions, as well as the Utah Retirement Systems in several pending shareholder actions.  He represented institutions from the UK, Spain, the Netherlands, Denmark, Germany, Belgium, Canada, Japan and the U.S. in a novel lawsuit in Texas against BP plc that salvaged claims dismissed from the parallel U.S. class action.  In the *Converium* class action, Mark represented a Greek institution in a nearly four-year battle that eventually became the first U.S. class action settled on two continents (*i.e.*, New York and Amsterdam).  The Dutch portion of this $145 million trans-Atlantic recovery involved a landmark decision that substantially broadened that court's jurisdictional reach to a scenario where the claims were not brought under Dutch law, the wrongdoing occurred outside the Netherlands, and none of the

Labaton Keller Sucharow LLP

58



parties were domiciled there.  In the *Parmalat* case, known as the "Enron of Europe" due to the size and scope of the fraud, Mark represented a group of European institutions and eventually recovered nearly $100 million and negotiated governance reforms with two large European banks, making this the first time in a shareholder class action that such reforms were secured from non-issuer defendants.

Mark has written on corporate, securities, and investor protection issues—often with an international focus—in industry publications such as *International Law News*, *Professional Investor*, *European Lawyer*, and *Investment & Pensions Europe*.  He has also authored several chapters in international law treatises on European corporate law and on the listing and subsequent disclosure obligations for issuers listing on European stock exchanges.  He also speaks at conferences and at client forums on investor protection through the U.S. federal securities laws, corporate governance measures, and the impact on shareholders of non-U.S. investor remedies.

Mark is an active member of the National Association of Public Pension Plan Attorneys (NAPPA).

Mark earned his Juris Doctor from the Pepperdine University School of Law and his Master of Laws from Georgetown University Law Center.



# Nicole M. Zeiss
## Partner



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0867**
**nzeiss@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

Nicole M. Zeiss is a Partner in the New York office of Labaton Keller Sucharow LLP. A litigator with more than two decades of class action experience, Nicole leads the Firm's Settlement Group, which analyzes the fairness and adequacy of the procedures used in class action settlements. Her practice focuses on negotiating and documenting complex class action settlements and obtaining the required court approval of the settlements, notice procedures, and payments of attorneys' fees.

Nicole was part of the Labaton Keller Sucharow team that successfully litigated the $185 million settlement in *In re Bristol-Myers Squibb Securities Litigation*. She played a significant role in *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement). Nicole also litigated on behalf of investors who were damaged by fraud in the telecommunications, hedge fund, and banking industries. Over the past fifteen years, Nicole has been focused on finalizing the Firm's securities class action settlements, including in cases against Schering-Plough ($473 million), Massey Energy Company ($265 million), SCANA ($192.5 million), Fannie Mae ($170 million), and Alexion Pharmaceuticals ($125 million), among many others.

Prior to joining Labaton Keller Sucharow, Nicole practiced poverty law at MFY Legal Services. She also worked at Gaynor & Bass practicing general complex civil litigation, particularly representing the rights of freelance writers seeking copyright enforcement.

Nicole is a member of the New York City Bar Association and the New York State Bar Association. Nicole also maintains a commitment to pro bono legal services.

She received a Juris Doctor from the Benjamin N. Cardozo School of Law, Yeshiva University, and earned a Bachelor of Arts in Philosophy from Barnard College.



# Mark Bogen
## Of Counsel

**1050 Connecticut Ave NW
Suite 500
Washington D.C. 20036
+1 702.210.7545
mbogen@labaton.com**

**Practice Areas:**

⁂ Securities Litigation

**Bar Admissions:**

⁂ Illinois

⁂ Florida

Mark Bogen is Of Counsel in the D.C. office of Labaton Keller Sucharow LLP.  Mark advises leading pension funds and other institutional investors on issues related to corporate fraud in domestic and international securities markets.  His work focuses on securities and consumer class action litigation, representing Taft-Hartley and public pension funds across the country.

Among his many efforts to protect his clients' interests and maximize shareholder value, Mark helped bring claims against and secure a settlement with Abbott Laboratories' directors, whereby the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act.

Mark has written weekly legal columns for the *Sun Sentinel*, one of the largest daily newspapers circulated in Florida.  He has been legal counsel to the American Association of Professional Athletes, an association of over 4,000 retired professional athletes.  He has also served as an Assistant State Attorney and as a Special Assistant to the State Attorney's Office in the State of Florida.

Mark earned his Juris Doctor from Loyola University School of Law.  He received his bachelor's degree from the University of Illinois.

Labaton Keller Sucharow LLP

61



# Hui Chang
## Of Counsel



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0648**
**hchang@labaton.com**

### Practice Areas:

※ Non-U.S. Securities Litigation

### Bar Admissions:

※ New York

Hui Chang is Of Counsel in the New York office of Labaton Keller Sucharow LLP and concentrates her practice in the area of shareholder litigation and client relations. As a co-manager of the Firm's Non-U.S. Securities Litigation Practice, Hui focuses on advising institutional investor clients regarding fraud-related losses on securities, and on the investigation and development of securities fraud class, group, and individual actions outside of the United States.

Hui previously served as a member of the Firm's Case Evaluation Group, where she was involved in the identification, investigation, and development of potential actions to recover investment losses resulting from violations of the federal securities laws, and corporate and fiduciary misconduct, and assisted the Firm in securing a number of lead counsel appointments in several class actions.

Prior to joining Labaton Keller Sucharow, Hui was a Litigation Associate at a national firm primarily focused on securities class action litigation, where she played a key role in prosecuting a number of high-profile securities fraud class actions, including *In re Petrobras Securities Litigation* ($3 billion recovery).

She is a member of the National Association of Public Pension Plan Attorneys (NAPPA), National Council on Teacher Retirement (NCTR), State Association of County Retirement Systems (SACRS) and the National Association of State Retirement Administrators (NASRA).

Hui earned her Juris Doctor from the University of California, Hastings College of Law, where she worked as a Graduate Research Assistant and a Moot Court Teaching Assistant. She received her bachelor's degree from the University of California, Berkeley.



# Derick I. Cividini
## Of Counsel

**140 Broadway**
**New York, NY 10005**
**+1 212.907.0706**
**dcividini@labaton.com**

**Practice Areas:**

※ Securities Litigation

**Bar Admissions:**

※ New York

Derick I. Cividini is Of Counsel in the New York office of Labaton Keller Sucharow LLP and serves as the Firm's Director of E-Discovery.  Derick focuses on prosecuting complex securities fraud cases on behalf of institutional investors, including class actions, corporate governance matters, and derivative litigation.  As the Director of E-Discovery, he is responsible for managing the Firm's discovery efforts, particularly with regard to the implementation of e-discovery best practices for ESI (electronically stored information) and other relevant sources.

Derick was part of the team that represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in *In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements totaling $516 million against Lehman Brothers' former officers and directors as well as most of the banks that underwrote Lehman Brothers' offerings.

Prior to joining Labaton Keller Sucharow, Derick was a litigation attorney at Kirkland & Ellis LLP, where he practiced complex civil litigation.  Earlier in his litigation career, he worked on product liability class actions with Hughes Hubbard & Reed LLP.

Derick earned his Juris Doctor and Master of Business Administration from Rutgers University.  He received his Bachelor of Science in Finance from Boston College.



# James M. Fee
## Of Counsel

**140 Broadway**
**New York, NY 10005**
**+1 212.907.0728**
**jfee@labaton.com**

### Practice Areas:

- ⚒ Alternative Dispute Resolution
- ⚒ Securities Litigation

### Bar Admissions:

- ⚒ New York
- ⚒ Massachusetts

James M. Fee is Of Counsel in the New York office of Labaton Keller Sucharow LLP.  As a senior member of the Firm's Alternative Dispute Resolution Practice, he represents more than one million clients in complex matters involving data breaches, misuse of personal data, cryptocurrency, consumer finance, and personal banking litigation.

In addition to his work in ADR, James has significant experience prosecuting securities fraud class actions on behalf of institutional investors.  James has been a key member of teams that achieved significant recoveries for investors in actions against Alexion Pharmaceuticals ($125 million settlement), Oak Street Health ($60 million settlement), and Barclays PLC ($19.5 million settlement).  James also has a role in litigation teams prosecuting claims against Catalent, DocuSign, F45 Training, Hain Celestial, and Masimo.

Prior to joining Labaton Keller Sucharow, James was an Associate at a plaintiffs' securities litigation firm where he was involved in the prosecution of several high-profile securities class actions including cases against Equifax ($149 million settlement), Novo Nordisk ($100 million settlement), and Boeing.  Before law school, James served as a Legislative Aide at the U.S. Senate.

James has extensive pro bono experience, which includes working on asylum applications, drafting various amicus filings, and successfully resolving Section 1983 claims brought by a Rikers Island inmate.  Additionally, James is an Accredited Attorney at the U.S. Department of Veterans Affairs, qualified to assist veterans with their disability benefits claims.

James earned a Juris Doctor from Boston College Law School.  He received a Bachelor of Arts in Political Science from the University of Pennsylvania.

# Lara Goldstone
## Of Counsel



**140 Broadway**
**New York, NY 10005**
**+1 212.907.0742**
**lgoldstone@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ Colorado

Lara Goldstone is Of Counsel in the New York office of Labaton Keller Sucharow LLP.  Lara advises leading pension funds and other institutional investors in the United States and Canada on issues related to corporate fraud in the U.S. securities markets.  Her work focuses on monitoring the well-being of institutional investments and counseling clients on best practices in securities, corporate governance and shareholder rights, and consumer class action litigation.

Lara has achieved significant settlements on behalf of clients.  She represented investors in high-profile cases against LifeLock, KBR, Fifth Street Finance Corp., NII Holdings, Rent-A-Center, and Castlight Health.  Lara has also served as legal adviser to clients who have pursued claims in state court, derivative actions in the form of serving books and records demands, and non-U.S. actions.

Before joining Labaton Keller Sucharow, Lara worked as a Legal Intern in the Larimer County District Attorney's Office and the Jefferson County District Attorney's Office.  She also volunteered at Crossroads Safehouse, which provided legal representation to victims of domestic violence.  Prior to her legal career, Lara worked at Industrial Labs where she worked closely with Federal Drug Administration standards and regulations.  In addition, she was a teacher in Irvine, California.

Lara is an active member of the International Foundation of Employee Benefit Plans (IFEBP), and Texas Association of Public Employee Retirement Systems (TEXPERS).  She is also a member of the Firm's Women's Initiative.

Lara earned her Juris Doctor from the University of Denver Sturm College of Law.  She received her bachelor's degree from George Washington University.



# James McGovern
## Of Counsel

**1050 Connecticut Ave NW, Suite 500**
**Washington D.C. 200036**
**+1 202.722.1881**
**jmcgovern@labaton.com**

### Practice Areas:

⁂ Securities Litigation

⁂ Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

⁂ Washington D.C.

⁂ Maryland

James McGovern is Of Counsel in the Washington, D.C. office of Labaton Keller Sucharow LLP and advises leading pension funds and other institutional investors on issues related to corporate fraud in domestic and international securities markets. James' work focuses primarily on securities litigation and corporate governance, representing Taft-Hartley, public pension funds, and other institutional investors across the country in domestic securities actions. He also advises clients as to their potential claims tied to securities-related actions in foreign jurisdictions.

James has worked on a number of large securities class action matters, including *In re Worldcom, Inc. Securities Litigation*, the second-largest securities class action settlement since the passage of the PSLRA ($6.1 billion recovery); *In re Parmalat Securities Litigation* ($90 million recovery); *In re American Home Mortgage Securities Litigation* (amount of the opt-out client's recovery is confidential); *In re The Bancorp Inc. Securities Litigation* ($17.5 million recovery); *In re Pozen Securities Litigation* ($11.2 million recovery); *In re Cabletron Systems, Inc. Securities Litigation* ($10.5 million settlement); and *In re UICI Securities Litigation* ($6.5 million recovery).

In the corporate governance arena, James helped bring claims against Abbott Laboratories' directors on account of their mismanagement and breach of fiduciary duties for allowing the company to engage in a 10-year off-label marketing scheme. Upon settlement of this action, the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act.

Following the unprecedented takeover of Fannie Mae and Freddie Mac by the federal government in 2008, James was retained by a group of individual and institutional investors to seek recovery of the



massive losses they had incurred when the value of their shares in these companies was essentially destroyed.  He brought and continues to litigate a complex takings class action against the federal government for depriving Fannie Mae and Freddie Mac shareholders of their property interests in violation of the Fifth Amendment of the U.S. Constitution, and causing damages in the tens of billions of dollars.

James also has addressed members of several public pension associations, including the Texas Association of Public Employee Retirement Systems and the Michigan Association of Public Employee Retirement Systems, where he discussed how institutional investors could guard their assets against the risks of corporate fraud and poor corporate governance.

Prior to focusing his practice on plaintiffs securities litigation, James was an attorney at Latham & Watkins where he worked on complex litigation and FIFRA arbitrations, as well as matters relating to corporate bankruptcy and project finance.  At that time, he co-authored two articles on issues related to bankruptcy filings: *Special Issues In Partnership* and *Limited Liability Company Bankruptcies* and *When Things Go Bad: The Ramifications of a Bankruptcy Filing.*

James earned his Juris Doctor, *magna cum laude*, from Georgetown University Law Center.  He received his bachelor's and master's from American University, where he was awarded a Presidential Scholarship and graduated with high honors.



# Elizabeth Rosenberg
## Of Counsel

**140 Broadway**
**New York, NY 10005**
**+1 212.907.0889**
**erosenberg@labaton.com**

**Practice Areas:**

✕ Securities Litigation

**Bar Admissions:**

✕ New York

Elizabeth Rosenberg is Of Counsel in the New York office of Labaton Keller Sucharow LLP. Elizabeth focuses on litigating complex securities fraud cases on behalf of institutional investors, with a focus on obtaining court approval of class action settlements, notice procedures and payment of attorneys' fees.

Prior to joining Labaton Keller Sucharow, Elizabeth was an Associate at Whatley Drake & Kallas LLP, where she litigated securities and consumer fraud class actions. Elizabeth began her career as an Associate at Milberg LLP where she practiced securities litigation and was also involved in the pro bono representation of individuals seeking to obtain relief from the World Trade Center Victims' Compensation Fund.

Elizabeth earned her Juris Doctor from Brooklyn Law School. She received her bachelor's degree from the University of Michigan.



# William Schervish
## Of Counsel

**140 Broadway**
**New York, NY 10005**
**+1 212.907.0886**
**wschervish@labaton.com**

### Practice Areas:

⚒ Securities Litigation

### Bar Admissions:

⚒ New York

⚒ Florida

William Schervish is Of Counsel in the New York office of Labaton Keller Sucharow LLP and serves as the Firm's Director of Financial Research. As a key member of the Firm's Case Evaluation Group, William identifies, analyzes, and develops cases alleging securities fraud and other forms of corporate misconduct that expose the Firm's institutional clients to legally recoverable losses.

William has been practicing securities law for more than 15 years. As a complement to his legal experience, William is a Certified Public Accountant (CPA), a CFA® Charterholder, and a Certified Fraud Examiner (CFE) with extensive work experience in accounting and finance.

William has played a key role in filing several matters on behalf of the Firm, including *In re Barrick Gold Securities Litigation* ($140 million recovery); *In re Nielsen Holdings PLC Securities Litigation* ($73 million recovery); *In re Uniti Group Inc. Securities Litigation* ($39 million recovery); *In re The Estée Lauder Companies, Inc. Securities Litigation*; and *In re Fidelity National Information Services, Inc. Securities Litigation*, among others.

Prior to joining the Firm, William worked as a finance attorney at Mayer Brown LLP, where he drafted and analyzed credit default swaps, indentures, and securities offering documents on behalf of large banking institutions. William's professional background also includes positions in controllership, securities analysis, and commodity trading. He began his career as an auditor at PricewaterhouseCoopers.

William earned a Juris Doctor, *cum laude*, from Loyola University. He received a Bachelor of Science, *cum laude*, in Business Administration from Miami University, where he was a member of the Business and Accounting Honor Societies.