# Exhibit 4

| Position | Seq# | Firms | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|---|
| **2024** | | | | | | | | |
| **Partners** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 30 | $1,245 | $1,480 | $1,590 | $1,825 | $2,195 |
| | 2) | Jones Day | 13 | $1,100 | $1,350 | $1,450 | $1,550 | $2,000 |
| | 3) | Kasowitz Benson Torres LLP | 22 | $605 | $1,081 | $1,200 | $1,338 | $2,200 |
| | 4) | Kirkland & Ellis LLP | 75 | $1,365 | $1,555 | $1,695 | $2,065 | $2,445 |
| | 5) | Kramer Levin Naftalis & Frankel LLP | 27 | $1,300 | $1,488 | $1,620 | $1,730 | $2,000 |
| | 6) | Latham & Watkins LLP | 64 | $1,424 | $1,600 | $1,810 | $1,942 | $2,240 |
| | 7) | Milbank LLP | 25 | $1,495 | $1,795 | $1,965 | $2,245 | $2,245 |
| | 8) | Morrison & Foerster LLP | 13 | $1,400 | $1,400 | $1,625 | $1,700 | $2,000 - |
| | 9) | O'Melveny & Myers LLP | 8 | $1,405 | $1,425 | $1,565 | $1,603 | $1,885 |
| | 10) | Paul Hastings LLP | 9 | $1,835 | $1,985 | $1,985 | $1,985 | $2,300 |
| | 11) | Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 37 | $1,695 | $1,995 | $2,175 | $2,205 | $2,395 |
| | 12) | Quinn Emanuel Urquhart & Sullivan LLP | 7 | $1,505 | $1,695 | $1,810 | $2,123 | $2,410 |
| | 13) | Sidley Austin LLP | 34 | $1,500 | $1,600 | $1,675 | $1,744 | $2,125 |
| | 14) | Skadden, Arps, Slate, Meagher, & Flom LLP | 24 | $1,395 | $1,854 | $1,908 | $1,917 | $1,989 |
| | 15) | Weil, Gotshal & Manges LLP | 34 | $1,553 | $1,795 | $1,895 | $1,995 | $2,350 |
| | 16) | Willkie Farr & Gallagher LLP | 32 | $1,150 | $1,650 | $1,923 | $2,250 | $2,250 |
| | 17) | Wilmer Cutler Pickering Hale and Dorr LLP | 4 | $1,535 | $1,591 | $1,630 | $1,686 | $1,795 |
| **Of Counsel** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 49 | $1,055 | $1,235 | $1,325 | $1,400 | $1,650 |
| | 2) | Jones Day | 1 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 |
| | 3) | Kasowitz Benson Torres LLP | 3 | $800 | $913 | $1,025 | $1,050 | $1,075 |
| | 4) | Kirkland & Ellis LLP | 1 | $1,745 | $1,745 | $1,745 | $1,745 | $1,745 |
| | 5) | Kramer Levin Naftalis & Frankel LLP | 12 | $1,215 | $1,280 | $1,380 | $1,386 | $1,730 |
| | 6) | Latham & Watkins LLP | 18 | $1,470 | $1,495 | $1,530 | $1,635 | $1,800 |
| | 7) | Milbank LLP | 12 | $1,425 | $1,538 | $1,575 | $1,575 | $1,795 |
| | 8) | Morrison & Foerster LLP | 4 | $1,300 | $1,300 | $1,300 | $1,350 | $1,500 |
| | 9) | O'Melveny & Myers LLP | 4 | $1,265 | $1,265 | $1,270 | $1,281 | $1,299 |
| | 10) | Paul Hastings LLP | 6 | $1,120 | $1,700 | $1,850 | $1,876 | $2,185 |
| | 11) | Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 24 | $1,500 | $1,650 | $1,815 | $1,815 | $1,815 |
| | 12) | Quinn Emanuel Urquhart & Sullivan LLP | 3 | $1,570 | $1,623 | $1,675 | $1,675 | $1,675 |
| | 13) | Sidley Austin LLP | 6 | $1,425 | $1,444 | $1,525 | $1,588 | $1,825 |
| | 14) | Skadden, Arps, Slate, Meagher, & Flom LLP | 17 | $630 | $1,521 | $1,521 | $1,521 | $1,674 |
| | 15) | Weil, Gotshal & Manges LLP | 13 | $1,436 | $1,595 | $1,595 | $1,595 | $1,760 |
| | 16) | Willkie Farr & Gallagher LLP | 2 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 |
| | 17) | Wilmer Cutler Pickering Hale and Dorr LLP | 2 | $1,270 | $1,293 | $1,315 | $1,338 | $1,360 |
| **Associates** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 59 | $605 | $840 | $925 | $1,000 | $1,200 |
| | 2) | Jones Day | 26 | $605 | $631 | $700 | $818 | $1,025 |
| | 3) | Kasowitz Benson Torres LLP | 18 | $525 | $625 | $688 | $888 | $1,400 |
| | 4) | Kirkland & Ellis LLP | 114 | $735 | $815 | $975 | $1,256 | $1,595 |
| | 5) | Kramer Levin Naftalis & Frankel LLP | 44 | $720 | $889 | $1,110 | $1,320 | $1,380 |
| | 6) | Latham & Watkins LLP | 96 | $760 | $1,145 | $1,275 | $1,345 | $1,900 |
| | 7) | Milbank LLP | 64 | $575 | $825 | $1,125 | $1,275 | $1,475 |
| | 8) | Morrison & Foerster LLP | 19 | $725 | $963 | $995 | $1,148 | $1,295 |
| | 9) | O'Melveny & Myers LLP | 2 | $980 | $1,003 | $1,025 | $1,048 | $1,070 |
| | 10) | Paul Hastings LLP | 22 | $885 | $910 | $985 | $1,268 | $1,395 |
| | 11) | Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 86 | $825 | $1,120 | $1,225 | $1,415 | $1,560 |
| | 12) | Quinn Emanuel Urquhart & Sullivan LLP | 12 | $940 | $1,086 | $1,238 | $1,386 | $1,515 |
| | 13) | Sidley Austin LLP | 65 | $650 | $895 | $1,150 | $1,280 | $1,425 |
| | 14) | Skadden, Arps, Slate, Meagher, & Flom LLP | 48 | $608 | $1,013 | $1,197 | $1,287 | $1,389 |
| | 15) | Weil, Gotshal & Manges LLP | 78 | $747 | $920 | $1,175 | $1,290 | $1,470 |
| | 16) | Willkie Farr & Gallagher LLP | 29 | $740 | $935 | $1,215 | $1,425 | $1,475 |
| | 17) | Wilmer Cutler Pickering Hale and Dorr LLP | 2 | $865 | $903 | $940 | $978 | $1,015 |
| **Paralegals** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 14 | $335 | $374 | $415 | $434 | $530 |
| | 2) | Jones Day | 1 | $525 | $525 | $525 | $525 | $525 |
| | 3) | Kasowitz Benson Torres LLP | 9 | $310 | $315 | $340 | $350 | $465 |
| | 4) | Kirkland & Ellis LLP | 4 | $525 | $525 | $575 | $625 | $625 |
| | 5) | Kramer Levin Naftalis & Frankel LLP | 7 | $515 | $525 | $525 | $540 | $555 |
| | 6) | Latham & Watkins LLP | 18 | $349 | $450 | $450 | $450 | $560 |
| | 7) | Morrison & Foerster LLP | 13 | $365 | $460 | $500 | $505 | $550 |
| | 8) | Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 37 | $410 | $435 | $480 | $480 | $540 |
| | 9) | Quinn Emanuel Urquhart & Sullivan LLP | 2 | $515 | $524 | $533 | $541 | $550 |
| | 10) | Sidley Austin LLP | 9 | $390 | $435 | $470 | $570 | $605 |
| | 11) | Skadden, Arps, Slate, Meagher, & Flom LLP | 3 | $393 | $393 | $393 | $399 | $405 |
| | 12) | Weil, Gotshal & Manges LLP | 12 | $350 | $434 | $482 | $508 | $595 |
| | 13) | Willkie Farr & Gallagher LLP | 5 | $345 | $345 | $345 | $440 | $590 |
| | 14) | Wilmer Cutler Pickering Hale and Dorr LLP | 2 | $620 | $643 | $665 | $688 | $710 |
| **Law Clerk** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 1 | $420 | $420 | $420 | $420 | $420 |
| | 2) | Jones Day | 4 | $700 | $700 | $700 | $700 | $700 |
| | 3) | Quinn Emanuel Urquhart & Sullivan LLP | 2 | $605 | $615 | $625 | $635 | $645 |
| | 4) | Sidley Austin LLP | 3 | $400 | $430 | $460 | $805 | $1,150 |
| | 5) | Skadden, Arps, Slate, Meagher, & Flom LLP | 1 | 607.5 | 607.5 | 607.5 | 607.5 | 607.5 |
| | 6) | Willkie Farr & Gallagher LLP | 5 | 415 | 565 | 565 | 740 | 935 |
| **Staff Attorney** | | | | | | | | |
| | 1) | Jones Day | 1 | $625 | $625 | $625 | $625 | $625 |
| | 2) | Kasowitz Benson Torres LLP | 20 | $400 | $400 | $463 | $490 | $575 |
| | 3) | Milbank LLP | 3 | $350 | $350 | $350 | $350 | $350 |
| | 4) | Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 9 | $645 | $645 | $645 | $675 | $700 |
| **Financial Analyst** | | | | | | | | |
| | 1 | Latham & Watkins LLP | 6 | $553 | $563 | $570 | $570 | $570 |
| | 2 | Skadden, Arps, Slate, Meagher, & Flom LLP | 3 | 553 | 553 | 553 | 553 | 553 |

| Position | Firms | Count | Low | | 25th Percentile | | Median | | 75th Percentile | | High | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | | | Rate | (%Diff.) | Rate | (%Diff.) | Rate | (%Diff.) | Rate | (%Diff.) | Rate | (%Diff.) |
| **All Partners** | | | | | | | | | | | | |
| | All Firms Sampled | 458 | $605 | (-19%) | $1,575 | (+74%) | $1,795 | (+80%) | $1,995 | (+86%) | $2,445 | (+78%) |
| | **Labaton Keller Sucharow LLP** | **26** | **$750** | | **$906** | | **$1,000** | | **$1,075** | | **$1,375** | |
| **Senior Partners** | | | | | | | | | | | | |
| | All Firms Sampled | 380 | $950 | (+9%) | $1,608 | (+68%) | $1,825 | (+80%) | $2,048 | (+90%) | $2,445 | (+78%) |
| | **Labaton Keller Sucharow LLP** | **22** | **$875** | | **$956** | | **$1,013** | | **$1,075** | | **$1,375** | |
| **Mid-Level Partners** | | | | | | | | | | | | |
| | All Firms Sampled | 46 | $605 | (-27%) | $1,498 | (+82%) | $1,595 | (+93%) | $1,695 | (+105%) | $1,995 | (+142%) |
| | **Labaton Keller Sucharow LLP** | **2** | **$825** | | **$825** | | **$825** | | **$825** | | **$825** | |
| **Junior Partners** | | | | | | | | | | | | |
| | All Firms Sampled | 32 | $1,295 | (+73%) | $1,396 | (+86%) | $1,531 | (+104%) | $1,580 | (+111%) | $2,245 | (+199%) |
| | **Labaton Keller Sucharow LLP** | **2** | **$750** | | **$750** | | **$750** | | **$750** | | **$750** | |
| **Of Counsel** | | | | | | | | | | | | |
| | All Firms Sampled | 177 | $630 | (+5%) | $1,325 | (+91%) | $1,500 | (+94%) | $1,620 | (+103%) | $2,185 | (+119%) |
| | **Labaton Keller Sucharow LLP** | **16** | **$600** | | **$694** | | **$775** | | **$800** | | **$1,000** | |
| **All Associates** | | | | | | | | | | | | |
| | All Firms Sampled | 784 | $525 | (+75%) | $895 | (+79%) | $1,120 | (+124%) | $1,290 | (+124%) | $1,900 | (+192%) |
| | **Labaton Keller Sucharow LLP** | **34** | **$300** | | **$500** | | **$500** | | **$575** | | **$650** | |
| **Senior Associates** | | | | | | | | | | | | |
| | All Firms Sampled | 172 | $525 | (-5%) | $1,274 | (+132%) | $1,359 | (+131%) | $1,470 | (+135%) | $1,900 | (+192%) |
| | **Labaton Keller Sucharow LLP** | **16** | **$550** | | **$550** | | **$588** | | **$625** | | **$650** | |
| **Mid-Level Associates** | | | | | | | | | | | | |
| | All Firms Sampled | 243 | $625 | (+25%) | $1,128 | (+126%) | $1,238 | (+148%) | $1,290 | (+158%) | $1,645 | (+229%) |
| | **Labaton Keller Sucharow LLP** | **12** | **$500** | | **$500** | | **$500** | | **$500** | | **$500** | |
| **Junior Associates** | | | | | | | | | | | | |
| | All Firms Sampled | 369 | $575 | (+92%) | $815 | (+141%) | $895 | (+94%) | $1,000 | (+111%) | $1,475 | (+211%) |
| | **Labaton Keller Sucharow LLP** | **6** | **$300** | | **$338** | | **$463** | | **$475** | | **$475** | |
| **Paralegals** | | | | | | | | | | | | |
| | All Firms Sampled | 136 | $310 | (+55%) | $420 | (+12%) | $455 | (+21%) | $510 | (+31%) | $710 | (+63%) |
| | **Labaton Keller Sucharow LLP** | **19** | **$200** | | **$375** | | **$375** | | **$390** | | **$435** | |
| **Staff Attorneys** | | | | | | | | | | | | |
| | All Firms Sampled | 33 | $350 | (+0%) | $400 | (-6%) | $475 | (+10%) | $645 | (+43%) | $700 | (+47%) |
| | **Labaton Keller Sucharow LLP** | **30** | **$350** | | **$425** | | **$430** | | **$450** | | **$475** | |
| **Investigators** | | | | | | | | | | | | |
| | All Firms Sampled | 0 | $0 | (+0%) | $0 | (+0%) | $0 | (+0%) | $0 | (+0%) | $0 | (+0%) |
| | **Labaton Keller Sucharow LLP** | **6** | **$425** | | **$454** | | **$470** | | **$494** | | **$625** | |
| **Law Clerks** | | | | | | | | | | | | |
| | All Firms Sampled | 16 | $400 | (+45%) | $539 | (+96%) | $626 | (+128%) | $700 | (+155%) | $1,150 | (+283%) |
| | **Labaton Keller Sucharow LLP** | **5** | **$275** | | **$275** | | **$275** | | **$275** | | **$300** | |