# Exhibit 6

**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner*
Alfred L. Fatale III*
Joseph Cotilletta*
Beth C. Khinchuk*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
afatale@labaton.com
jcotilletta@labaton.com
bkhinchuk@labaton.com

*admitted *pro hac vice*

*Class Counsel for Class Representative
Kathie Ng and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (State Bar No. 290685)
Rina Restaino (State Bar No. 285415)
2049 Century Park East, Suite 2406
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Liaison Counsel for Class
Representative Kathie Ng
and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 21-cv-07405-MCS-AS<br><br>**DECLARATION OF CLASS REPRESENTATIVE KATHIE NG IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Hearing Date: July 28, 2025<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

1

Docusign Envelope ID: 4197B4A5-03A9-470D-AA76-0387A240C7AC

I, KATHIE NG, declare as follows, under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.       I am the Court-appointed Class Representative for the Class certified by the Court in the above-captioned securities class action (the "Action").[1]  I respectfully submit this declaration in connection with final approval of the proposed Settlement of the Action for $27,500,000 in cash, approval of the proposed Plan of Allocation for distributing the proceeds of the Settlement, and approval of Class Counsel's request for attorneys' fees and litigation expenses.  I also respectfully submit this declaration in support of my request for an award, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(4) ("PSLRA"), in connection with the time that I dedicated to the litigation on behalf of the Class.  I have personal knowledge of the statements herein and, if called as a witness, could competently testify about them.

## BACKGROUND AND OVERSIGHT OF ACTION

2.       I reside in San Francisco, CA and received a degree in business management. My current occupation is as a title escrow officer.  I have been investing for more than 18 years and was motivated by the events underlying the Action to seek appointment as a plaintiff in the case.

3.       Pursuant to the PSLRA, on January 26, 2022, the Court appointed me as the sole Lead Plaintiff in the Action.  Thereafter, through Class Counsel Labaton Keller Sucharow LLP and The Schall Law Firm, I filed a motion for certification of the Action as a class action.  On May 1, 2023, the Court certified the Class and appointed me as Class Representative.

4.       During the course of the litigation, I have been in regular contact with my counsel, through various phone calls, Zoom meetings, and emails.  In my capacity as Lead Plaintiff (and later Class Representative), I: gathered and reviewed my trade documentation; completed certifications and declarations in support of case filings;

---

[1] Unless otherwise indicated, capitalized terms have the meanings given to them in the Stipulation and Agreement of Settlement, dated March 11, 2025. *See* ECF No. 304-3.

received and reviewed material court filings, in both draft and final form, including multiple complaints, the briefing for defendants' multiple motions to dismiss, and our motion to certify the Class; and assisted with responding to discovery requests, including preparing for and sitting for a deposition.

5.    I was consulted over the course of our settlement discussions with defendants and was in communication with my counsel during the two settlement mediations.    Ultimately, I gave counsel settlement authority, and approved the Settlement.

### SUPPORT OF THE MOTIONS

6.    Based on my involvement throughout the prosecution and resolution of the Action, I believe that the proposed Settlement is eminently fair, reasonable, and adequate.  I also believe that the Settlement represents an excellent recovery for the Class, particularly in light of the difficulties and obstacles to a larger recovery had the litigation continued, including the challenges of proving tracing, establishing materially false and misleading statements or omissions, proving damages, defeating Defendants' defenses, including negative causation and due diligence, and the likely length of continued litigation and appeals.  Therefore, I strongly support approval of the Settlement by the Court.

7.    I also believe that Class Counsel's request, on behalf of itself and the Schall Firm, for an award of attorneys' fees in the amount of 30% of the Settlement Fund is fair and reasonable under the circumstances of this case.  I have evaluated Class Counsel's request based on the substantial effort required to litigate the case over the past three years and the sizable recovery achieved for the Class.  I understand that Class Counsel will also devote additional time in the future to administering the Settlement without seeking additional fees.  I also believe that the litigation expenses to be requested, which will not be greater than $1,725,000, are reasonable and represent the

costs and expenses that were necessary for the prosecution and resolution of this complex and long-running case.

8. I further understand that reimbursement of a representative plaintiff's costs and expenses in connection with their representation of a class, including lost wages, is authorized under the PSLRA. For this reason, in connection with Class Counsel's request for expenses, I am seeking reimbursement for the time I dedicated to the Action, which was time that I otherwise would have dedicated to my professional endeavors as an escrow officer. My effective hourly rate, based on my annual compensation, is approximately $99.00 per hour.

9. In my capacity as a representative plaintiff, I estimate that I have spent at least 75 hours performing the tasks summarized above in order to achieve a recovery for the Class. Given my substantial participation in this litigation, I respectfully request reimbursement of $7,425 for these efforts.

## CONCLUSION

10. In light of the above, I respectfully request that the Court approve: (a) Class Representative's motion for final approval of the proposed Settlement and plan of allocation for calculating claims; and (b) Class Counsel's request for an award of attorneys' fees, payment of litigation expenses, and reimbursement of my expenses pursuant to the PSLRA.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___6/23/2025___.



KATHIE NG

4