Daniel C. Lewis (admitted *pro hac vice*)
*daniel.lewis@aoshearman.com*
ALLEN OVERY SHEARMAN
STERLING US LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P.
MORGAN SECURITIES LLC,
JEFFERIES LLC, BOFA SECURITIES,
INC., CITIGROUP GLOBAL
MARKETS, INC., WILLIAM BLAIR &
COMPANY, LLC, GUGGENHEIM
SECURITIES, LLC, TELSEY
ADVISORY GROUP LLC, C.L. KING &
ASSOCIATES, INC., LOOP CAPITAL
MARKETS LLC, PENSERRA
SECURITIES LLC, and SAMUEL A.
RAMIREZ & COMPANY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION. | Case No. 2:21-cv-07405-MCS-AS <br><br> **UNDERWRITER DEFENDANTS' STATEMENT OF NON-OPPOSITION PURSUANT TO CIVIL L.R. 7-9** <br><br> Courtroom:  7C <br> Judge:       Hon. Mark. C. Scarsi |

Pursuant to C.D. Cal. Civ. L.R. 7-9, defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, BofA Securities, Inc., Citigroup Global Markets, Inc., William Blair & Company, LLC, Guggenheim Securities, LLC, Telsey Advisory Group LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Penserra Securities LLC, and Samuel A. Ramirez & Company, Inc. submit this statement to confirm that they do not oppose the Class Representative's Motion for Final Approval of Settlement and Plan of Allocation (Dkt. No. 314), and that they take no position with respect to Class Counsel's Motion for an Award of Attorney's Fees and Payment of Litigation Expenses (Dkt. No. 315).

Dated: July 7, 2025

ALLEN OVERY SHEARMAN STERLING US LLP

By: */s/* Daniel C. Lewis

Daniel C. Lewis (admitted *pro hac vice*)

*Attorney for Defendants*
MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS, INC., WILLIAM BLAIR & COMPANY, LLC., GUGGENHEIM SECURITIES, LLC, TELSEY ADVISORY GROUP LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, PENSERRA SECURITIES LLC, and SAMUEL A. RAMIREZ & COMPANY, INC.