DANIEL J. TYUKODY (SBN 123323)
tyukodyd@gtlaw.com
ALEX LINHARDT (SBN 303669)
linhardta@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for Defendants
Catterton Management Company L.L.C., L Catterton VIII, L.P.,
L Catterton VIII Offshore, L.P., Catterton Managing Partner VIII,
L.L.C., C8 Management, L.L.C, and THC Shared Abacus, LP
(collectively, "Catterton")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION, | CASE NO.: 2:21-cv-07405-MCS (PLA) <br><br> **HON. MARK C. SCARSI** <br><br> **CATTERTON'S STATEMENT OF NON-OPPOSITION PURSUANT TO CIVIL L.R. 7-9** <br><br> Hearing Date:    July 28, 2025 <br> Time:            9:00 a.m. <br> Courtroom:    7C |

1

CATTERTON'S STATEMENT OF NON-OPPOSITION

ACTIVE 704525490v21

Pursuant to C.D. Cal. Civ. L.R. 7-9, Defendants Catterton Management Company L.L.C., L Catterton VIII, L.P., L Catterton VIII Offshore, L.P., Catterton Managing Partner VIII, L.L.C., C8 Management, L.L.C., and THC Shared Abacus, LP do not oppose the Class Representative's Motion for Final Approval of Class Action Settlement and Plan of Allocation (Dkt. No. 314), filed on June 23, 2025, and take no position on Class Counsel's Motion for an Award of Attorney's Fees and Payment of Litigation Expenses (Dkt. No. 315), filed on June 23, 2025.

DATED: July 7, 2025                    GREENBERG TRAURIG, LLP

By */s/ Alex Linhardt*
Daniel J. Tyukody
Alex Linhardt
*Attorneys for the Catterton Defendants*

1
CATTERTON'S STATEMENT OF NON-OPPOSITION

ACTIVE 704525490v21