# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION | Case No. 2:21-cv-07405-MCS-AS <br><br> **ORDER APPROVING PLAN OF ALLOCATION (ECF NO. 314)** |

THIS MATTER having come before the Court for a hearing on July 28, 2025, at 9:00 a.m., on the motion of Class Representative Kathie Ng, on behalf of herself and all members of the certified Class, for final approval of the proposed Settlement of the Action and approval of the proposed Plan of Allocation for the distribution of the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of March 11, 2025, ECF No. 304-3 (the

"Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.  Pursuant to and in accordance with Rule 23 of the Federal Rules of Civil Procedure, this Court finds and concludes that due and adequate notice was directed to Persons who are Class Members, who could be identified with reasonable effort, advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation.

3.  There were no objections to the Plan of Allocation.

4.  The Court finds and concludes that the Plan of Allocation for the distribution of the Net Settlement Fund that is set forth in the Notice of Proposed Class Action Settlement and Motion for Attorneys' Fees and Expenses (the "Settlement Notice") provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among eligible Class Members.

5.  The Court finds and concludes that the Plan of Allocation, as set forth in the Settlement Notice, is fair, reasonable, and adequate and the Court approves the Plan of Allocation.

SO ORDERED this 29th day of July 2025.

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE